UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Miken Composites LLC,

Plaintiff,

vs.

Wilson Sporting Goods Co.,

Defendant.

Civil 02-769 (RHK/SRN)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 15, 2002

RICHARD H. KYLE
United States District Judge

APR 1 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Miken Composites

vs. 02-769DSD/SRN

Wilson Sporting Goods Co.

The above-entitled matter has been re-assigned to Senior Judge David S. Doty pursuant to an Order of Disqualification by Judge Richard H. Kyle. Please note the change in judge initials above when submitting materials to the court. Please also note that Magistrate Judge Susan R. Nelson remains the MJ on the case.