**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MIKEN COMPOSITES, L.L.C., Plaintiff, | ) | |
| v. | ) | Civil Action No.: 02-CV-769 DSD/SRN |
| WILSON SPORTING GOODS CO., Defendant. | ) | |

**STIPULATION AND ORDER EXTENDING TIME PERIOD TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The above-entitled parties, by and through their respective counsel, hereby agree and stipulate that the Defendant, Wilson Sporting Goods Co, shall have through May 23, 2002, or 20 days after service of the Complaint, whichever is later, to serve their Answer and/or otherwise respond.

BRIGGS AND MORGAN, P.A.

Dated: 5/8/02

Michael H. Streater (#106331)
Kurt J. Niederluecke (#0271597)
2200 First National Bank Building
Saint Paul, MN 55101
Telephone: (651) 223-6600
Facsimile: (651) 223-6450

ATTORNEYS FOR MIKEN COMPOSITES L.L.C.

MAY 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MERCHANT & GOULD P.C.

Dated: May 7, 2002

J. Derek Vandenburgh (#224,145)
Matthew A. Doscotch (#029973X)
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-4131
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

OF COUNSEL:

Jeffrey A. Key
150 N. Michigan Avenue
Suite 1115
Chicago, IL 60601
Telephone: (312) 560-2148
Facsimile: (312) 553-1232

ATTORNEYS FOR WILSON SPORTING GOODS CO.

IT IS SO ORDERED:

Dated: May 9, 2002

BY THE COURT:

Magistrate Judge Susan Richard Nelson