UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-769(DSD/SRN)

Miken Composites LLC,

Plaintiff,

v. **ORDER OF REFERENCE**

Wilson Sporting Goods Co.,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss which may be filed in this matter. Any such motion shall be noticed for hearing before Magistrate Judge Susan R. Nelson.

Dated: July 11, 2002

David S. Doty, Judge
United States District Court

FILED 7-11-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______