**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Miken Composites LLC,**

**Plaintiff,**

**v.**

**Wilson Sporting Goods Company,**

**Defendant.**

**Civil No. 02-769 (DSD/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated November 8, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

Defendant's Motion to Dismiss or Transfer Venue (Doc. Nos. 8-1 and 8-2) is **DENIED**.

DATED: 12/4, 2002.

Judge David S. Doty
United States District Court Judge

FILED 12-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK