UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Miken Composites, L.L.C.

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

Court File No. 02-CV-769 DSD/SRN

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER**

WHEREAS, under Amended Pretrial Scheduling Order, dated November 14, 2003, expert discovery is to be completed by March 15, 2004;

WHEREAS, while the parties have exchanged expert witness reports, they have not been able to take the depositions of the expert witnesses due to scheduling difficulties; and

WHEREAS, a Markman hearing is scheduled for April 8, 2004; and

WHEREAS, the depositions of the expert witnesses are not necessary for purposes of the Markman Hearing; and

WHEREAS, the parties would therefore like to extend the time for taking expert witness depositions to April 30, 2004;

WHEREAS, the Amended Pretrial Scheduling Order provides for the service and filing of dispositive motions by May 15, 2004;

WHEREAS, in light of the scheduling of the Markman Hearing for April 8, 2004, the parties believe that the dispositive motion filing date should be extended to a date thirty-days after the Court's issuance of its ruling from the Markman Hearing,

FILED FEB 19 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW THEREFORE, the parties stipulate and agree as follows:

1. All expert witness depositions shall be completed by April 30, 2004;

2. All dispositive motions shall be served and filed within thirty days after the Court's ruling from the Markman Hearing;

3. ~~In all other respects, the Amended Pretrial Scheduling Order dated November 14, 2003, shall remain in full force and effect.~~ A new trial date will be determined after the filing of dispositive motions, if any. MJ Nelson

Dated: February 18, 2004

BRIGGS AND MORGAN, P.A.

By: ______________________
Michael H. Streater (#106331)
Kurt J. Niederluecke (#0271597)
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 977-8400
**Attorneys for Plaintiff Miken Composites, L.L.C.**

KEY & ASSOCIATES

By: Jeffery A Key by MHS
Jeffery A. Key, Esq.(#6269206)
150 N. Michigan Ave., Suite 1115
Chicago, IL 60601
(312) 560-2148

MERCHANT & GOULD P.C.

Matthew A. Doscotch (#029973X)
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-4131
**Attorneys for Defendant Wilson Sporting Goods Co.**

1618462v1

**SO ORDERED:**

Dated: 2/19, 2004

Susan Richard Nelson
United States Magistrate Judge
Note change to stipulation