# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Miken Composites, LLC, | ) | **COURT MINUTES** |
| | ) | BEFORE: David S. Doty |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 02-769(DSD/SRN) |
| | ) | Date: April 8, 2004 |
| Wilson Sporting Goods Co., | ) | Deputy: Patricia J. McGinty |
| | ) | Court Reporter: Lorilee Fink |
| Defendant. | ) | Time Commenced: 9:00 a.m. |
| | ) | Time Concluded: 11:00 a.m. |
| | ) | Time in Court: 2 Hours |

Hearing on: **Plaintiff's Motion for Order Construing the Disputed Terms of US Patent No. 5,415,398 (#32); taken under advisement. Plaintiff's Motion to Strike Wilson's Markman Rebuttal Memorandum (#38) was denied in open court.**

APPEARANCES:

Plaintiff: Kurt J. Niederluecke, Michael H. Streater
Defendant: Jeffery A. Key; Matthew A. Doscotch

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

: **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
: Written order forthcoming.
On Plaintiff's motion for order construing disputed terms of US Patent No. 5,415,398 (#32).

s/Patricia J. McGinty
Judicial Assistant