UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Miken Composites, L.L.C.,

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

---

Court File No. 02-CV-769 DSD/SRN

**STIPULATION**

WHEREAS, by Stipulation to Amend Pretrial Scheduling Order, approved by the Court on February 19, 2004, all dispositive motions are required to be served and filed within 30 days of the Court's ruling from the Markman hearing;

WHEREAS, by Order dated July 26, 2004, Judge Doty ruled on the issues raised at the Markman hearing;

WHEREAS, plaintiff has noticed a motion for summary judgment before Judge Doty for October 22, 2004;

WHEREAS, but for the Court's February 19, 2004 Order, plaintiff's moving papers for summary judgment motion would have to be served and filed on or before September 7, 2004, pursuant to Local Rule 7.1; and

WHEREAS, counsel for defendant is willing to agree to the September 7, 2004 service and filing deadline, provided that plaintiff serve its papers by overnight delivery on that date;

NOW THEREFORE, the parties, through their respective undersigned counsel, hereby agree that plaintiff's moving papers in connection with its summary judgment motion, scheduled for October 22, 2004, shall be filed no later than September 7, 2004, and that plaintiff shall serve

its moving papers on defendant's Illinois counsel by overnight delivery on or before September 7, 2004.

Dated: August 11, 2004

BRIGGS AND MORGAN, P.A.

By: *s/Michael H. Streater*
Michael H. Streater (#106331)
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 977-8400

FREDRIKSON & BYRON

Kurt J. Niederluecke (#0271597)
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
**Attorneys for Plaintiff Miken Composites, L.L.C.**

KEY & ASSOCIATES

By: *Jeffery A. Key*
Jeffery A. Key, Esq.(#6269206)
150 N. Michigan Ave., Suite 1115
Chicago, IL 60601
(312) 560-2148

MERCHANT & GOULD P.C.

Matthew A. Doscotch (#029973X)
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-4131
**Attorneys for Defendant Wilson Sporting Goods Co.**