UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Miken Composites, L.L.C.,

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

---

Court File No. 02-CV-769 DSD/SRN

**ORDER**

This matter is before the Court on the parties' Stipulation regarding the service and filing deadline for plaintiff's moving papers in connection with its summary judgment motion, noticed for October 22, 2004.

Based upon the files, records, and proceedings herein,

IT IS HEREBY ORDERED that plaintiff shall file its moving papers in connection with its summary judgment motion on or before September 7, 2004. Plaintiff shall serve defendant's Illinois counsel with said papers by overnight delivery on or before September 7, 2004.

Dated: August 12, 2004

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge