UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Miken Composites, L.L.C.,

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

---

Court File No. 02-CV-769 DSD/SRN

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

TO: Defendant Wilson Sporting Goods Co., and its attorneys, Matthew A. Doscotch, Merchant & Gould, 3200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402-2215 and Jeffery A. Key, Suite 1115, 150 North Michigan Avenue, Chicago, IL 60601

Plaintiff Miken Composites, L.L.C. ("Miken") hereby moves for an Order: (1) declaring that Claim 18 of United States Patent No. 5,415,398 ("the '398 Patent") is invalid or alternatively, that none of Miken's alleged infringing bats infringe Claim 18; (2) declaring that none of Miken's alleged infringing bats infringes Claims 1 or 15 of the '398 Patent; and (3) granting summary judgment dismissing defendant's Counterclaim alleging infringement of the '398 Patent.

This Motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure, and will based upon all of the files, records, and proceedings herein, including Plaintiff's Memorandum in Support of Motion for Summary Judgment, and supporting Declarations, filed herewith and which are incorporated herein by reference.

Dated: September 7, 2004

BRIGGS AND MORGAN, P.A.

By: *s/Michael H. Streater*
Michael H. Streater (#106331)
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 977-8400

Kurt J. Niederluecke (#0271597)
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
(612) 492-7000

**Attorneys for Plaintiff Miken Composites, L.L.C.**