UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Miken Composites, L.L.C.,

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

Court File No. 02-CV-769 DSD/SRN

**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

TO: Defendant Wilson Sporting Goods Co., and its attorneys, Matthew A. Doscotch, Merchant & Gould, 3200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402-2215 and Jeffery A. Key, Suite 1115, 150 North Michigan Avenue, Chicago, IL 60601

PLEASE TAKE NOTICE that on October 22, 2004, at 10:00 a.m., before the Honorable David S. Doty, United States Courthouse, Minneapolis, Minnesota, plaintiff Miken Composites, L.L.C. will move for an Order declaring that Claim 18 of United States Patent No. 5,415,398 ("the '398 Patent") is invalid, that none of Miken's alleged infringing bats infringe any valid claim of the '398 Patent, and granting summary judgment dismissing defendant's Counterclaim alleging infringement of the '398 Patent.

Dated: September 7, 2004

BRIGGS AND MORGAN, P.A.

By: *s/Michael H. Streater*
Michael H. Streater (#106331)
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 977-8400

Kurt J. Niederluecke (#0271597)
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
(612) 492-7000

**Attorneys for Plaintiff Miken Composites, L.L.C.**