UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| Miken Composites, L.L.C., Plaintiff, v. Wilson Sporting Goods Co., Defendant. | Court File No. 02-CV-769 DSD/SRN **DECLARATION OF MICHAEL H. STREATER** |

I, Michael H. Streater hereby declare:

1. I am a shareholder with the law firm of Briggs and Morgan, the attorneys representing Miken Composites, L.L.C. I am personally familiar with the matters addressed in this Declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 5,415,398, dated May 16, 1995.

3. Attached hereto as Exhibit 2 is a true and correct copy of United States Patent No. 3,963,239, dated June 15, 1976.

4. Attached hereto as Exhibit 3 is a true and correct copy of United States Patent No. 3,861,682, dated January 21, 1975.

5. Attached hereto as Exhibit 4 is a true and correct copy of Expert Report of Dr. Keith T. Dennehy, dated October 15, 2003.

6. Attached hereto as Exhibit 5 is a true and correct copy of Rebuttal Expert Report of Dr. Keith T. Dennehy, dated December 1, 2003.

7. Attached hereto as Exhibit 6 is a true and correct copy of Expert Report by Dr. Keith T. Dennehy, dated January 15, 2004.

8. Attached hereto as Exhibit 7 are selected pages from the Expert Report of David M. Parks, PhD., dated October 24, 2003.

9. Attached hereto as Exhibit 8 are true and correct copies of selected pages from the deposition of Douglas Guenther, taken May 12, 2004.

10. Attached hereto as Exhibit 9 are true and correct copies of selected pages from Wilson Sporting Goods Co.'s First Amended Answers to Miken Composites, L.L.C.'s Interrogatories to Wilson Sporting Goods Co.

11. Attached hereto as Exhibit 10 are true and correct copies from the pages of deposition Matthew A. Vacek, taken on November 19, 2003.

12. Attached hereto as Exhibit 11 are true and correct copies of selected pates from Michael Eggiman's testimony in the Markman hearing conducted in *DeMarini Sports, Inc. v. Worth, Inc.*, United States District Court, District of Oregon, Court File No. CV 97-1693.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 7, 2004

*s/Michael H. Streater*
Michael H. Streater