# Expert Report on Behalf of Miken Composites L.L.C.
# Regarding Claimed Infringement of United States Patent No. 5,415,398

Prepared by:

Keith T. Dennehy, Ph.D.
Professor
Composite Materials Engineering Program
Winona State University
Winona, MN 55987

Exhibit 4

## 1. Qualifications for Submission of Expert Testimony

I am currently a tenured, full professor in the Composite Materials Engineering (CME) Program at Winona State University (WSU) in Winona, Minnesota.

My educational background includes a Bachelor of Science degree (1978, Rensselaer Polytechnic Institute, Troy, New York), a Master of Science degree (1982, Youngstown State University, Youngstown, Ohio), and a Doctor of Philosophy degree (1985, Rensselaer Polytechnic Institute, Troy, New York) all in Civil Engineering. I also hold a MBA degree (1989, University of Utah, Salt Lake City, Utah).

At WSU, I provide instruction and carry out research/consulting in the design, analysis, fabrication, and testing of composite/plastic products. WSU offers the only undergraduate engineering degree in composite materials in the United States. I joined WSU in the fall of 1990 following several years of work in the aerospace/defense composites industry. I served as Department Head from the fall of 1991 through the summer of 1995 at which time I took a leave of absence from WSU to accept a Visiting Professor position at Kanazawa Institute of Technology (KIT) in Kanazawa, Japan. At KIT, I contributed to the development of their engineering design curriculum and taught courses in engineering design and composites. I returned to WSU in the winter of 1996 again assuming teaching duties, but also stepping in as the Director of the Composite Materials Technology Center (COMTEC). COMTEC utilizes the equipment and expertise found in the CME Program to provide contract engineering services to industry. I served as the Director of COMTEC through the summer of 2002. I have since gone back to full-time teaching in the CME Program. My interaction with industry continues through consulting and contract work experiences. A summary of those experiences and my publications can be seen in the resume furnished in Exhibit 1.

I am currently a member of the American Composite Manufacturing Association (ACMA, formerly the Composite Fabricators Association, CFA), the Society for the Advancement of Process and Manufacturing Engineering (SAMPE), the Society of Plastics Engineers (SPE), and have served, at the appointment of the Governor of Minnesota, as the First Congressional District representative to the Minnesota Board of Invention.

I have not previously provided expert testimony on behalf of a client.

I am being compensated for my work in connection with this case at a rate of $112.50 per hour.

## 2. Materials Reviewed and Investigations Performed in Support of the Opinions Expressed in this Report

I have been engaged by Briggs and Morgan to render expert opinions relating to the design and manufacture of three composite bats produced by Miken Composites L.L.C; the Ultra II, the Intensit-E, and the Velocit-E. Of particular interest is the interface between the insert and the sleeve in the impact portion of each of the three bats.

### 2.1 Processes Used to Manufacture the Bats

I have reviewed documents provided by Miken Composites describing the design and manufacture of each of the bats. The documents include part and tooling drawings, manufacturing specifications, and certifications provided by suppliers on the materials used in the bats.

I visited Miken Composites' facility in Caledonia, Minnesota on two separate occasions. On the first visit, Mr. Matthew Vacek, Vice President - Engineering at Miken Composites, walked me through the facility while production of the Ultra II bat was taking place. Mr. Vacek permitted me to observe the entire manufacturing process without restrictions on the time I spent or what I looked at. On the second visit, Mr. Vacek described the process that was used to produce the Intensit-E and Velocit-E bats. Both bats are no longer in production, so Mr. Vacek verbally explained the manufacturing steps, supplementing his description by showing me the tooling that was used and the hydraulic press that was unique to the production of the Intensit-E bat and the Velocit-E bat. I learned from Mr. Vacek at this time that the Intensit-E bat and Velocit-E bat were manufactured in basically the same manner, with the only major difference being the thickness of the wall of the insert. The insert wall was slightly thicker in the Velocit-E bat than in the Intensit-E bat. The two bats were so similar, even with this distinction, that Intensit-E bats were later used as warranty replacements for Velocit-E bats.



Exhibit 4

### 2.1.1 Ultra II Bat

From my review of the documents related to the production of the Ultra II bat and my direct observation of its manufacturing at Miken Composites' facility, I conclude the process consists of the following major steps: fabrication of an insert, the drawing of dry fabric weaves over the insert, infusion of the assembly with resin, and final curing and finishing. The insert is fabricated by rolling two layers (wraps) of preimpregnated (with resin) carbon fiber reinforced/epoxy tape (prepreg) at predetermined angles on the bat mandrel. Following the rolling of the first layer (referred to as the "insert inner wrap" in the figures seen in the exhibits), a polypropylene (PP) shrink tape is applied over the layer. The second layer of prepreg (referred to as the "insert outside wrap" in the figures) is then rolled directly over the PP shrink tape. Two layers of nylon shrink tape are applied over the second layer of prepreg and the insert is cured at elevated temperature in an oven. The mandrel/insert is removed from the oven. While still warm, the two layers of nylon shrink tape are removed and the mandrel/insert, held by its handle, is then dipped into a liquid release agent. Dry fabric weaves are tightly drawn over the mandrel/insert to form the bat (the weaves collectively are referred to as the "frame" in the figures). The bat assembly is placed in a closed mold and infused with resin. Following curing, the mandrel is removed and the basic bat produced.

### 2.1.2 Intensit-E and Velocit-E Bats

The processes used to manufacture the Intensit-E and Velocit-E bats, for the most part, are identical. For both bats, the insert is made separately from the frame and then, in a secondary process, it is pressed into frame using a hydraulic press.

As with the Ultra II bat, the inserts are fabricated by table rolling. Three layers of glass fiber reinforced/epoxy prepreg are rolled onto a heated mandrel, wrapped with shrink tape, and cured at elevated temperature in an oven. The shrink tape is removed and the insert pulled from the mandrel. The inserts are then run through a wet centerless grinder to achieve an outside diameter of 2.004" to 2.008". The only major difference between the Intensit-E and Velocit-E bats is in the thickness of the insert wall. The outside diameter of the mandrel used for table rolling the insert of the Velocit-E bat is slightly smaller than that of the Intensit-E bat, 1.840" and 1.864", respectively. The outside diameters of

these mandrels would be the inside diameters of each insert. Since both inserts are ground to the same outside diameter, this results in the Velocit-E bat insert being a little thicker than the Intensit-E bat insert. On my second visit to Miken Composites, Mr. Vacek presented a box containing a number of inserts from which I selected three. Back at WSU, I measured the outside diameters of these inserts using a caliper and found the outside diameter to range in size from 2.010" to 2.012", slightly over the range specified.

The frames for both bats are manufactured using a resin infusion process. Dry fabric weaves are tightly drawn over a mandrel (specified to have an outside diameter of 2.000"), placed in a closed mold, and infused with resin. Following curing, the mandrel is removed. A mandrel was provided by Mr. Vacek during my second visit to Miken Composites. Back at WSU, I measured the outside diameter of this mandrel using a caliper and found it to be 1.999". The outside diameter of the mandrel would also be the inside diameter of the bat frames.

A basic bat is produced once an insert is pressed into a bat frame using the hydraulic press. The hydraulic press is capable of applying a load in excess of 4,000 lb in pressing the inserts (with an outside diameter specified to be between 2.004" to 2.008") into the frames (with inside diameters specified to be equal to or under 2.000").

### 2.2 Evaluation of the Interface between the Insert and the Frame

I have been provided with samples of each of the three bats. The impact portion of each bat was sectioned leaving the cross-section of the wall exposed. The interface between the insert and the frame in the impact portion of each of the bats was evaluated using microscopy.

#### 2.2.1 Ultra II Bat

At the end of my first visit to Miken Composites' facility, Mr. Vacek provided me with an Ultra II bat that had been scrapped due to damage in the handle region. I took the bat to WSU to investigate the cross-section in the impact portion of the wall.



Exhibit 4

In the machine shop at WSU, I used the band saw to make a cut along the length of the impact portion of the bat from its top to the transition (tapered) region between the impact portion and the handle. There was no special attention given to where the bat was cut and this cross-section should be representative of the bat wall anywhere around the circumference. I then used a cutoff saw to remove the two halves of the impact portion from the rest of the bat. A Nikon optical stereomicroscope available at WSU was then used to examine the cross-section of the wall. The microscope setup, the sectioned bat, and digital photos of the magnified images can be seen in Exhibit 2. At this level of magnification the distinct layering could be seen, but no spatial separation was perceived between the insert and the frame.

I carried out further investigation of the wall cross-section of the impact portion of an Ultra II bat using a scanning electron microscope (SEM) available at WSU. The Ultra II bat used for this investigation was purchased by me from an online retailer, SportsDiamond.com. The bat was first sectioned in the same manner as the previous bat examined using the optical stereomicroscope. Again the sectioning proceeded without regard to the location of the cut. The wall examined should be representative of any/all Miken Composites Ultra II bats. Slices were then cut from different regions (top, middle, and bottom) of the sectioned impact portion of the bat using the band saw. Slicing the sectioned impact portion was necessary in order to fit the samples into the SEM. Light sanding was done on the outside of the bat wall away from the cut to provide a better interface with the SEM stage (i.e. to prevent "rocking" of the samples). Due to the thinness of the first slice taken from the middle region, the layers of the wall cross-section separated. A second, wider slice was then taken from the middle region and it remained intact. The samples were sputter coated and, in turn, positioned and taped to the stage using a metal tape to ready them for examination under the SEM. Exhibit 3 provides photos of the bat from SportsDiamond.com, the sectioned and sliced impact portion, and images from the SEM.

With the images from the SEM, I quantified the interface between the insert and frame layers seen in the wall cross-section of the impact portion of the Ultra II bat. The black regions in the SEM images represent an absence of features at that surface leading to the conclusion some separation between the layers of the interface exists there and air is filling the void. At low magnification (see Exhibit 3, Figures 3.5, 3.8, and 3.12), one would consider contact between the insert and the frame to be intimate. At much greater

magnification (see Exhibit 3, Figures 3.6 and 3.9), some intermittent separation between the insert and the frame is revealed. I qualitatively chose the regions that appeared to have the greatest amount of black at the interface between the layers and drew (white) lines at those locations perpendicular to the direction of the interfaces. The white lines shown in Exhibit 3, Figures 3.6 and 3.9 indicate these locations for the top and middle regions of the impact portion of the bat. It was not possible to get a higher magnified SEM image of the interface between the frame and the insert (outside wrap) for the bottom region due to the unevenness of the cross-section and the resulting shadow cast by the insert outside wrap on the frame (see Exhibit 3, Figure 3.12). With the white lines drawn, I printed out hardcopies of these images and first measured the scale lines with a caliper to develop factors relating the actual lengths in the images to measured lengths. Next, I measured the lines I drew using the same caliper and then calculated the actual lengths of those lines with the factors determined from the scale lines. The extent of the separation between the frame and the insert for the top and middle regions has been calculated and is summarized in Exhibit 4, Table 4.1. The maximum separation found measures 0.00089 inches and 0.00080 inches in the top and middle regions, respectively.

### 2.2.2 Intensit-E and Velocit-E Bats

Intensit-E and Velocit-E bats were provided to me by Miken Composites following my second visit to their facility. At the time, Mr. Vacek was unsure if the Velocit-E bat provided was from a production run or a warranty replacement (i.e. the same basic bat as the Intensit-E). Only after sectioning the Velocit-E bat and looking at the thickness of the insert was it determined to be a warranty replacement.

The two bats were sectioned with the equipment in the WSU machine shop. The approach and equipment used was similar to that used in sectioning the Ultra II bat. However, the handles of the bats were first removed and the subsequent cuts along the length of the impact portion of the bats did not go all the way through the tops of the bats, but were terminated about a third of the way from the tops. There was a concern that if the cut was made all the way through the impact portion of the bats, the inserts would "pop out" once the frames were no longer there to restrain the load introduced during press fitting of the inserts. The top third of the impact portion of the each bat was left intact (see Exhibit 5, Figure 5.1). Microscopy of the cross-section of each bat focused on the region close to where it remained

intact. Again, as with the Ultra II bat, there was no regard given to where the cut was made circumferentially around the bat.

The optical stereomicroscopy setup used to examine the cross-section of the walls of the Intensit-E and Velocit-E bats can be seen in Exhibit 5, Figure 5.2. The microscopy images of the Intensit-E bat wall can be seen in Exhibit 5, Figure 5.3. The lower image shows greater magnification of the same wall cross-section without any repositioning of the sample. To provide an appreciation for the level of magnification seen in the images, the actual thickness of the wall shown (insert and frame) measures 0.175". The cross-section of the wall of the Velocit-E bat can be seen in Exhibit 5, Figure 5.4. The actual thickness of the Velocit-E bat wall (insert and frame) shown in the images measures 0.180".

The magnified images produced through optical stereomicroscopy indicate that the insert and the frame for both the Intensit-E and Velocit-E bats are in intimate contact.

### 3. Statement of Opinions and the Reasons Therefore

A review of the processes used to manufacture the Ultra II, the Intensit-E, and the Velocit-E bats and microscopy of the cross-sections of the wall in the impact portion of each bat has lead to the following opinions.

### 3.1 Ultra II

The process used in the manufacture of the Ultra II bat does not introduce/maintain spatial separation of the insert from the frame. The release agent used in the manufacture of the Ultra II bat may minimize bonding between the insert and the frame, however, the layers remain in contact with each other along the interface. Furthermore, the manufacturing process does not allow for variation in the construction of the wall along the length of or circumferentially around the impact portion of the Ultra II bat.

Microscopy evidence indicates that the insert and frame are in intimate contact with each other throughout the impact portion of the bat. Where there is separation between the layers, it is intermittent and imperceptible, measuring less than 0.0009" as determined through scanning electron microscopy.



Exhibit 4

### 3.2 Intensit-E and Velocit-E

The processes used in the manufacture of the Intensit-E bat and Velocit-E bat do not introduce/maintain spatial separation of the insert from the frame. Quite the contrary, the design of these two bats results in an interference fit between the insert and the frame. The interference fit introduces tensile stresses in the frame and compressive stresses in the insert. Creep, the phenomenon of continued strain under a constant stress, may reduce the extent of this interference over time (i.e. the possibility of the outside diameter of the insert decreasing and/or the inside diameter of the frame increasing over time). However, if this does occur, the induced stresses would decline as the interference fit between the insert and the frame decreases. At the extreme, the induced stresses fall to zero. The insert and the frame remain in contact, but there would no longer be an interference fit. The insert and the frame behave as if the assembly of the two originally resulted in net fit (i.e. the outside diameter of the insert measuring exactly the same as the inside diameter of the frame). Furthermore, the manufacturing processes do not allow for variation in the construction of the wall along the length of or circumferentially around the impact portion of these bats.

Optical stereomicroscopy evidence indicates that the insert and frame of each bat are in intimate contact with each other throughout the impact portion of the bat.

Keith T. Dennehy, Ph.D.

October 15, 2003

Date



Exhibit 4

**Exhibit 1**

**KEITH T. DENNEHY**
RR 3, Box 81B
Winona, MN 55987
work: (507) 457-5276, (507) 457-5681 (fax), kdennehy@winona.edu
home: (507) 457-3163, winden@hbci.com

## EMPLOYMENT HISTORY

Composite Materials Engineering Program/Department of Engineering
Winona State University, Winona, Minnesota
Professor, August 1995 - present
Associate Professor, August 1990 - August 1995 (tenured, August 1993)

-provide instruction in the areas of design and manufacturing of composites
-development of laboratories in computer-aided engineering (CAE) technologies and composites manufacturing
-participate in student recruiting, advising and placement

Director of Composite Materials Technology Center (COMTEC), December 1996 – July 2002

-oversee organization that uses Composite Materials Engineering Program resources (faculty, staff, students, facilities and equipment) to provide engineering services to industry
-involves marketing, quote preparation, technical consultation, program management, budget accountability, and staffing
-for calendar years 1997-2001, total revenue: $375,965, number of different clients/companies served: 68, number of projects: 513

Chairperson, August 1991 - August 1995

-active in program start-up: staffing, facilities definition, equipment specification and procurement, curriculum development, and program accreditation
-coordinated activities of academic department
-oversaw department budget ($650,000)
-interfaced with other university departments, industry and the community

Materials Engineering & Technology - Plastics
John Deere Technology Center-Moline
Deere & Company, Moline, Illinois
Contract Engineer, August 2000 - January 2001 (Sabbatical Leave from Winona State University)
May 2003 - August, 2003
Consultant, January 2001 - present

-worked on the design/development of plastic/composite parts to replace current metal parts
-involved in the assessment of new materials/processes with potential future application to Deere products
-worked on intranet-based web resource that promotes information sharing across the worldwide Deere plastics/composites community of practice

Engineering Design Core
Kanazawa Institute of Technology, Kanazawa, Japan
Visiting Professor, August 1995 - November 1996
(Leave of Absence from Winona State University)

-participated in the development of engineering design core curriculum
-provided instruction in engineering design and other areas of engineering expertise



**Exhibit 4**

EDO Corporation, Fiber Science Division, Salt Lake City, Utah
Engineering Manager, April 1988 - August 1990

-directed and administered engineering department of a composite structures company
-oversaw company research and development activities
-coordinated selection of, installation of, and training on computer-aided drafting and design (CADD) and computer-aided engineering (CAE) systems

Product Engineering, Composite Structures Design and Analysis
Hercules Aerospace, Magna, Utah
Lead Engineer, January 1986 - April 1988

-lead technical team member on a $5,000,000 composite space structures program
-advanced development of analytical methods for characterizing low velocity impact damage in composites as Principal Investigator on an internal research and development project

Consolidated Rail Corporation (Conrail), Youngstown, Ohio
Assistant Track Supervisor, May 1979 - January 1981

Consolidated Rail Corporation (Conrail), Indianapolis, Indiana
Engineering-Management Trainee, June 1978 - May 1979

## EDUCATION

MBA Degree (Executive Program), December 1989
University of Utah, Salt Lake City, Utah

Ph.D. Degree in Civil Engineering, December 1985
Rensselaer Polytechnic Institute, Troy, New York

MS Degree in Civil Engineering, March 1982
Youngstown State University, Youngstown, Ohio

BS Degree in Civil Engineering, June 1978
Rensselaer Polytechnic Institute, Troy, New York

## ACADEMIC HONORS AND AWARDS

Phi Kappa Phi National Honor Society

Beta Gamma Sigma National Business and Management Honor Society

Graduate Dean's Scholar Award (awarded to top two percent of University of Utah Graduate School of Business graduating class)

Chi Epsilon National Civil Engineering Honor Society

## PROFESSIONAL AFFILIATIONS

American Composites Manufacturers Association

Society of Plastics Engineers

Society for the Advancement of Material and Process Engineering

Faculty Advisor, Winona State University Student Chapter, 1993 - present
Program Chair - Winona, Twin Cities Chapter, 1991 - 1993

Minnesota Board of Invention (Congressional District One Representative)

Appointed in 1997 to four year term by Governor Carlson
Reappointed in 2001 to four year term by Governor Ventura

## CONSULTING

Briggs and Morgan, St. Paul, MN: providing consulting/expert testimony in patent infringement case of Miken versus Wilson Sports, January, 2003 – present.

Composite Products Inc., Winona, MN: provided customized training in polymer/composite materials, May, 2002 – June, 2002 ($2,500).

Andersen (Windows) Corporation, Bayport, Minnesota: confidentiality agreements prevent disclosure of details of projects, January 2002 – March 2002 ($5,382), December 1994 - December 1995 ($14,723).

Advanced Engineered Wood Composites Center, University of Maine, Orono, Maine, provided instruction in the manufacturing of polymer matrix composite products, two days of a five day short course entitled, "Introduction to Composite Materials for Civil Engineering Applications," May 1997 ($3,000).

Innovative Skate Systems, Inc., Edina, Minnesota: developed composite (continuous reinforcement) frame for in-line skates, July 1995 - October 1995 ($2,816).

Lucas Body Systems - Lake Center Industries, Winona, Minnesota: provided customized training in computer-aided drafting and solid modeling (SDRC I-DEAS), June 1995 - July 1995 ($6,400).

WinCraft, Inc., Winona, Minnesota: evaluated alternate processes and materials for the manufacture of novelty erasers, October 1994 - June 1995 ($4,065).

Coda Composites Company, Winona, Minnesota: involved in development of composite bows for string instruments, February 1993 - January 1995 (cofounder/owner).

O'Rourke House, Rochester, Minnesota: assessed feasibility of using composite materials to repair a foundation wall that mistakenly had reinforcing steel left out, October 1994 - December 1994 ($1,318).

Watlow Controls, Winona, Minnesota: provided customized training in solid modeling and finite element analysis (ANSYS), January 1993 - February 1993 ($3,250).

## RESEARCH PROJECTS

Principal Investigator, "Winona State University, Watlow Polymer Technologies and City of Winona: A Strategic Alliance," funded by Minnesota State Colleges and Universities System's Local and Regional Partnership Grant Program, July 1998 – May 2001 ($400,000).

Principal Investigator, "The Relationship Between Indicators and Departmental Objectives: Collection, Presentation and Evaluation of Indicator Data," funded by Minnesota State University System/Winona State University, February 1994 - June 1995 ($7,000).

Principal Investigator, "An Innovative Human Powered Vehicle Design: The Shell-Frame," Faculty Research Project, funded by Winona State University Foundation, June 1991 - May 1994 ($1,460).

Co-Principal Investigator, "Total Quality Engineering Education: A Beginning," Quality Challenge Grant, funded by Minnesota State University System/Winona State University, December 1991 - May 1992 ($7,000).

## ADVISOR TO UNDERGRADUATE STUDENT PROJECTS

Mankato State University/Winona State University Solar Car Project, entered in the Department of Energy's "Sunrayce 99," funded by the Department of Energy, Mankato State University, Winona State University, and corporate and individual contributors, January 1998 - June 1999.

Mankato State University/Winona State University Solar Car Project, entered in the Department of Energy's "Sunrayce 95," funded by the Department of Energy, Mankato State University, Winona State University, and corporate and individual contributors, January 1994 - June 1995.

Finalist projects (two of the four) in the Sports Science and Technology Committee Intercollegiate Design Contest, United States Olympic Committee, Colorado Springs, Colorado, December 1994 - October 1995.

"Prediction of the Stiffness and Torsional Resistance of Composite Golf Shafts," Undergraduate Student Research Project, funded by Winona State University, September 1994 - May 1995.

"Embedding Shape Memory Alloys in Composites," Undergraduate Student Research Project, funded by Winona State University, December 1991 - May 1992.

**Exhibit 2**

Evaluation of the wall cross-section from the impact portion of a Miken Ultra II bat using a Nikon optical stereomicroscope.

Figure 2.1 - The stereomicroscope and the two halves of the impact portion of the sectioned bat.



Figure 2.2 - The stereomicroscope is shown focused on the top region of the bat.





Exhibit 4

Figure 2.3 - Images of the wall cross-section of the top region of the impact portion of the bat. The bottom images show further magnification of the left and right sides, respectively, of the top image.



Figure 2.4 - Images of the lower region of the impact portion of the bat. The right image is further magnification of the left image.



**Exhibit 3**

Evaluation of the wall cross-section from the impact portion of a Miken Ultra II bat using a JOEL scanning electron microscope (SEM).

Figure 3.1 - The bat as received from SportsDiamond.com.



Figure 3.2 - The bat with the handle cutoff and the impact portion sectioned in half.





**Exhibit 4**

Figure 3.3 - Slices cut from one half of the sectioned impact portion of the bat (inside surface above and outside surface below).





Figure 3.4 - Two slices of the bat prepared for viewing under the SEM. The slices have been sputter coated and are taped to the SEM stage with a metallic tape.





**Exhibit 4**

Figure 3.5 - Image of the wall cross-section of the top region of the impact portion of the bat.




Figure 3.6 - Zoomed image of the frame/insert interface of the top region of the impact portion of the bat. (The white line shown between the frame and insert layer has been drawn to assist in quantifying the interface)






**Exhibit 4**

Figure 3.7 - Zoomed image of the insert inner wrap/outer wrap interface of the top region of the impact portion of the bat. (The white line shown between the insert outside wrap and the PP shrink tape layer has been drawn to assist in quantifying the interface.)






Exhibit 4

Figure 3.8 - Image of the frame/insert interface of the middle region of the impact portion of the bat.




Figure 3.9 - Zoomed image of the frame/insert interface of the middle region of the impact portion of the bat. (The white line shown between the frame and insert layer has been drawn to assist in quantifying the interface.)



Figure 3.10 - Image of the insert inner wrap/outer wrap interface of the middle region of the impact portion of the bat.




Figure 3.11 - Zoomed image of the insert inner wrap/outer wrap interface of the middle region of the impact portion of the bat. (The white line shown between the insert outside wrap and the PP shrink tape layer has been drawn to assist in quantifying the interface.)






**Exhibit 4**

Figure 3.12 - Image of the wall cross-section of the bottom region of the impact portion of the bat.




Figure 3.13 - Zoomed image of the insert inner wrap/outer wrap interface of the bottom region of the impact portion of the bat. (The white line shown between the insert outside wrap and the PP shrink tape layer has been drawn to assist in quantifying the interface.)






Exhibit 4

**Exhibit 4**

Quantifying the interface between layers of the wall in the impact portion of the Miken Ultra II bat.

Table 4.1 - Measurement of the white lines drawn on the SEM images at the interface between layers of the bat wall.

| SEM Images | Exhibit 3 Figure | Std Value ($\mu$m) | Std Meas (in) | Line Meas (in) | Line Value (in) |
|---|---|---|---|---|---|
| Top Insert Frame Interface Closeup x700 | 3.6 | 20 | 0.804 | 0.907 | 0.00089 |
| Top Insert Wrap Wrap Interface Closeup x270 | 3.7 | 50 | 0.809 | 0.304 | 0.00074 |
| Insert Frame Interface Closeup x1100 | 3.9 | 10 | 0.645 | 1.314 | 0.00080 |
| Insert Wrap Wrap Interface Closeup x3000 | 3.11 | 5 | 0.863 | 0.468 | 0.00011 |
| Bottom Insert Wrap Wrap Interface x230 | 3.13 | 50 | 0.696 | 0.297 | 0.00084 |

1 $\mu$m = 3.937 x $10^{-5}$ in

**Exhibit 5**

Evaluation of the wall cross-sections from the impact portions of an Intensit-E bat and a Velocit-E bat using a Nikon optical stereomicroscope.

Figure 5.1 - The sectioned Intensit-E bat (left) and Velocit-E bat (right).



Figure 5.2 - The stereomicroscope setup is shown for the Intensit-E bat (left) and the Velocit-E bat (right).








Exhibit 4

Figure 5.3 - Images of the wall cross-section of the impact portion of the Intensit-E bat. The bottom image shows additional magnification of the top image.







Exhibit 4

Figure 5.4 - Images of the wall cross-section of the impact portion of the Velocit-E bat. The bottom image shows additional magnification of the top image.







Exhibit 4