# Rebuttal Expert Report on Behalf of Miken Composites L.L.C. Regarding Claimed Infringement of United States Patent No. 5,415,398

Prepared by:

Keith T. Dennehy, Ph.D.
Professor
Composite Materials Engineering Program
Winona State University
Winona, MN 55987

Exhibit 5

## 1. Qualifications for Submission of Expert Testimony

I discussed my qualifications, prior expert testimony experience, and my rate of compensation in the previously submitted *Expert Report on Behalf of Miken Composites L.L.C. Regarding Claimed Infringement of United States Patent No. 5,415,398 (Dennehy Report)*. A resume, further detailing my background, was provided in Exhibit 1 of the same *Dennehy Report*. The information presented there remains current.

## 2. Materials Reviewed and Investigations Performed in Support of the Opinions Expressed in this Report

Documents reviewed and investigations carried out relating to the design and manufacture of the Miken Ultra II, Intensit-E, and Velocit-E bats were previously described in the *Dennehy Report*. In addition, the expert reports submitted on behalf of Wilson Sporting Goods Company by Mr. Douglas C. Guenther (*Guenther Report*) and Dr. David M. Parks (*Parks Report*) were reviewed.

Additional investigation of the Ultra II and Velocit-E bats was undertaken to evaluate the forces needed to dislodge the inserts from the frames. A 1-inch section and a 10-inch section were cut from the impact portion of an Ultra II bat and a Velocit-E bat using a toolpost grinder set-up on a lathe and outfitted with a thin slitting wheel (see Exhibit 1, Figure 1.1). The set-up assures clean, square cuts of the bat cross-sections. The sections were then placed between the custom fixtures shown in Exhibit 1, Figure 1.2 and loaded in compression in an MTS Sintech 10/D Universal Testing Machine as seen in Exhibit 1, Figure 1.3. The fixtures are sized so that upon application of a compressive load, the inserts are pushed through the frames. For this reason the tests have been given the name "push out" tests. The maximum forces, achieved at the point of movement of the inserts, were recorded. The tested Ultra II 10-inch bat section and 1-inch bat section can be seen in Exhibit 1, Figures 1.5 and 1.7, respectively. Figures 1.9 and 1.11 show the tested Velocit-E 10-inch bat section and 1-inch bat section, respectively.



Exhibit 5

## 3. Statement of Opinions and the Reasons Therefore

Some of the procedures described in the *Guenther Report* to prepare Miken bat sections for testing dramatically change the character of the Miken bats. The accuracy of the findings from testing performed on such altered bat sections is suspect and conclusions drawn from these findings questionable. Section 3.1 discusses the procedures described in the *Guenther Report* to prepare the bat sections and how these procedures change the character of the Miken bats.

Additional testing conducted at Winona State University provides further confirmation that there is intimate contact between the insert and the frame in Miken bats. A description of the testing and the results obtained are summarized in Section 3.2.

The additional testing refutes the conclusion drawn in the *Guenther Report* that the inserts are not in tight abutment with the frames in Miken bats. Section 3.3 contrasts this conclusion with the results of the testing at Winona State University.

### 3.1 Testing Procedures Described in the *Guenther Report*

Test Procedure "B" (Crosswise cuts) in the *Guenther Report* describes the process followed in sectioning the impact portion of the bats. Step 4 (page 6) of that procedure states, "*Make two crosswise cuts on the bat to produce the 1/4-inch long cylinder ... (Cut the bat on a carbide cut-off saw ...* " and this is followed by "*De-burr the edges of the cuts ...*" as stated in Step 5 (page 6). Further on in the *Guenther Report* (page 20), "*In connection with test procedure B, the crosswise cut of 1/4 inch rings, it was determined that the inserts are removable from the frames of Miken Infringing Bats with finger pressure.*" The *Guenther Report* notes the fragility of the 1/4-inch rings in stating that only finger pressure is necessary to dislodge the insert when either pushing or rotating it within the frame. Two cutting operations spaced 1/4 inch apart followed by de-burring along the cut edges is going to create loading greatly in excess of finger pressure on the 1/4-inch rings. Both the cutting and de-burring operations involve the application of pressure against the bat cross-section. In addition, significant friction is created on the cross-section by the high-



Exhibit 5

speed moving/rotating blade in the cutting operation and the abrasive grinding medium used in the de-burring operation. These operations occur on both faces of the ring sections that are spaced only 1/4 inch apart. The results from testing performed on these 1/4-inch rings are surely not representative of the more than 10-inch long impact portion of the Miken bats. The conclusions drawn from testing the 1/4-inch rings have to be questioned. According to the Guenther Report, 10-inch sections were cut from Miken bats for the testing described in Test Procedure "C" (Load Deflection test). The tests performed on the 1/4-inch rings should have been carried out on 10-inch long sections as well.

Test Procedure "C" (Load Deflection test) in the *Guenther Report* describes the preparation and testing of 10-inch sections cut from the impact portion of the Miken bats. A review of the steps followed in preparing the 10-inch sections for testing (Steps 6 through 10 on page 11) reveals that the as cut sections from the Miken bats are never tested. Instead (in Step 6) the procedure says to "*... remove the insert from within the 10-inch section of the tube.*" Not only is the insert removed, but Step 7 says to "*Prepare inner and outer tube surfaces for bonding.*" This is elaborated on in Steps 8 and 9, "*Take the outer tube and thoroughly clean the inside surface, removing any substance or coatings that would inhibit the bonding with glue*" and "*Take the inner tube and thoroughly clean the outside surface, removing any substance or coatings that would inhibit the bonding with glue.*" Yet application of the adhesive and bonding of the insert to the frame does not occur until Step 18, after the load-deflection testing is performed as described in Steps 11 through 16 on page 12. A chamfer is cut into the insert in Step 10 (and apparently repeated in Step 17) and it can only be assumed that the insert is "reinserted" back into the frame prior to the testing commencing in Step 11. Removing the insert from the frame and completely altering the surfaces at the interface between the insert and the frame does not produce test results representative of the impact portion of Miken bats.



Exhibit 5

### 3.2 Results from Push Out Testing

There is no claim of bonding between the insert and the frame in the Miken bats evaluated in the *Dennehy Report*. For the Ultra II bat it even states, "*The release agent used in the manufacture of the Ultra II bat may minimize bonding between the insert and the frame, ...*" However, the *Dennehy Report* does contend "*... the layers (the insert and the frame) remain in contact with each other along the interface*" for the Ultra II bat and "*... an interference fit between the insert and the frame*" exists for the Intensit-E and Velocit-E bats.

The intimate contact along the interface between the insert and the frame is demonstrated in the force needed to dislodge the insert from the frame. Even for the 1/4-inch sections taken from the impact portion of the bats investigated in the *Guenther Report* it is stated that "*finger pressure*" was needed to remove the insert from the frame. This "*finger pressure*" establishes that there is intimate contact between the insert and the frame. If not, the insert would simply fall out of the frame.

It would be expected that the longer the section taken from the impact portion of the bat, the greater the area of contact between the outer wall of the insert and the inner wall of the frame, and the more force needed to dislodge the insert from the frame.

Testing ("push out" tests) performed at Winona State University established that it took 54 pounds of force to move the insert within the frame of a 1-inch long section cut from an Ultra II bat and 1,227 pounds of force to move the insert inside the frame of a 10-inch long section. The load/displacement plot (displacement is referred to as "extension" on the plots) for the 1-inch section (see Exhibit 1, Figure 1.6) shows the force reaching 54 pounds and then settling back down to around 20 pounds as pushing of the insert within the frame proceeded. Continued pushing of the insert in the 10-inch section after reaching the 1,227 pound maximum wasn't possible (see Exhibit 1, Figure 1.4) because the drop-off in load experienced once the insert

became dislodged was large enough that the test was automatically terminated (the MTS Sintech is programmed to terminate a test once a "break" is detected).

Similar results were found from push out testing of Velocit-E bat sections. The 1-inch section reached a maximum force of 161 pounds before settling back down to around 85 pounds as pushing of the insert within the frame continued (see Exhibit 1, Figure 1.10). The maximum force achieved in the 10-inch section was 1,041 pounds (see Exhibit 1, Figure 1.8). The force then dropped down to around 775 pounds as continued pushing of the insert proceeded.

The fact that it takes in excess of 1,000 lbs to dislodge the inserts from the frames of the Miken bats confirms the outer surface of the inserts are in intimate contact with the inner surface of the frames.

### 3.3 Conclusions Reached in the *Guenther Report*

The *Guenther Report* claims on page 20 "*... that the inserts are not in tight abutment with the frames ...*" This conclusion is based on findings from testing of 1/4-inch rings described on page 20 and page 21, "*... the inserts are removable from the frames of Miken Infringing Bats with finger pressure ... In addition, the inserts are rotatable, with finger pressure, within the frames.*" If the inserts are not in tight abutment with the frames, the inserts should simply fall from the frames when the rings are cut. There would be no need for "*finger pressure.*" Push out tests performed on more representative 10-inch sections from the impact portion of Ultra II and Velocit-E bats show the actual force needed to dislodge the insert from the frame for both bats is well over 1,000 pounds. It would not require over 1,000 pounds of force to move the inserts within the frames of the Miken bats unless there was "*tight abutment.*"

December 1, 2003

Date

Keith T. Dennehy, Ph.D.



**Exhibit 5**

**Exhibit 1**

Determining the amount of force needed to dislodge the insert from the frame in Miken bats.

Figure 1.1 Sectioning of an Ultra II bat using a toolpost grinder mounted on a lathe.





Figure 1.2 Push out test fixtures.

the left fixture is placed on the top of the bat section during testing; the machined step holds the frame, but allows the insert to push through (for approximately 0.5 inches before bottoming out)

the right fixture is placed on the bottom of the bat section; the machined step pushes on the insert, but allows the frame to pass around the outside





Exhibit 5

Figure 1.3 Push out test set-up.

Velocit-E bat 10-inch section



Ultra II bat 1-inch section





Exhibit 5

Figure 1.4 Load/displacement plot resulting from the push out test of the Ultra II 10-inch bat section.




Figure 1.5 Displacement of the insert following the push out test of the Ultra II 10-inch bat section.






Figure 1.6 Load/displacement plot resulting from the push out test of the Ultra II 1-inch bat section.




Figure 1.7 Displacement of the insert following the push out test of the Ultra II 1-inch bat section.



Figure 1.8 Load/displacement plot resulting from the push out test of the Velocit-E 10-inch bat section.




Figure 1.9 Displacement of the insert following the push out test of the Velocit-E 10-inch bat section.



Figure 1.10 Load/displacement plot resulting from the push out test of the Velocit-E 1-inch bat section.




Figure 1.11 Displacement of the insert following the push out test of the Velocit-E 1-inch bat section.

