**Expert Report on Behalf of Miken Composites L.L.C.**
**Regarding Claimed Infringement of United States Patent No. 5,415,398**
**(Address newly claimed infringing bats: M-pulse, Velocit-E II, Edge, hhd, and Viper)**

**Prepared by:**

**Keith T. Dennehy, Ph.D.**
**Professor**
**Composite Materials Engineering Program**
**Winona State University**
**Winona, MN 55987**

**Exhibit 6**

## 1. Qualifications for Submission of Expert Testimony

I discussed my qualifications, prior expert testimony experience, and my rate of compensation in the previously submitted *Expert Report on Behalf of Miken Composites L.L.C. Regarding Claimed Infringement of United States Patent No. 5,415,398 dated October 15, 2003 (10/15/03 Dennehy Report).* A resume, further detailing my background, was provided in Exhibit 1 of the same *10/15/03 Dennehy Report.* The information presented there remains current.

## 2. Materials Reviewed and Investigations Performed in Support of the Opinions Expressed in this Report

I have been engaged by Briggs and Morgan to render expert opinions relating to the design and manufacture of bats produced by Miken Composites L.L.C. Three bats; the Ultra II, the Intensit-E, and the Velocit-E, were reviewed in the *10/15/03 Dennehy Report.* The focus of this report is five additional Miken Composites L.L.C. bats: the M-Pulse, the Velocit-E II, the Edge, the hhd, and the Viper. Of particular interest is the interface between the insert and the frame in the impact portion of each of the five bats. The M-Pulse, the Velocit-E II, and the Edge bats are currently produced by Miken Composites. The production of the hhd bat and the Viper bat ceased a few years ago and they are no longer offered for sale by Miken Composites.

### 2.1 Processes Used to Manufacture the Bats

I have reviewed documents provided by Miken Composites describing the design and manufacture of the M-Pulse, the Velocit-E II, and the Edge bats. The documents include detailed manufacturing process specifications and tooling drawings for each of the bats. This level of documentation was not in effect at Miken Composites during production of the hhd and Viper bats and, for that reason, similar documents are not available for those two bats.

I visited Miken Composites' facility in Caledonia, Minnesota on December 23, 2003 to discuss with Mr. Matthew Vacek, Vice President - Engineering, the design and manufacture of each of the five bats. Mr. Vacek's employment at Miken Composites began after production of the hhd bat had ended and production of the Viper was drawing to a close. When I posed questions relating to the design and



Exhibit 6

manufacture of these two bats, Mr. Vacek, relayed those questions to others who were working at Miken Composites while the two bats were in production.

### 2.1.1 M-Pulse, Velocit-E II, and Edge Bats

The design and manufacture of the M-Pulse, Velocit-E II, and Edge bats are similar to each other and closely resemble the design and manufacture of the Ultra II bat described in the *10/15/03 Dennehy Report*. The process consists of the following major steps: fabrication of an insert, drawing of dry prewoven fabrics over the insert, hoop winding of fiber over the fabrics, infusion of the assembly with resin, and final curing and finishing. The insert is fabricated by rolling two layers of preimpregnated (with resin) carbon fiber reinforced/epoxy tape (prepreg) at predetermined angles on the bat mandrel. For the Edge bat the rolling of the first layer of prepreg is followed by a layer of polypropylene (PP) shrink tape. The second layer of prepreg is then rolled directly over the PP shrink tape. This layer of PP shrink tape is not used in between the first and second prepreg layers in the M-Pulse and Velocit-E II bats. For all three bats a layer of PP shrink tape is then applied over the second layer of prepreg followed by two layers of nylon shrink tape. The insert is cured at elevated temperature in an oven. The mandrel/insert is removed from the oven. While still warm, the layer of PP shrink tape and the two layers of nylon shrink tape are removed and the mandrel/insert, held by its handle, is then dipped into a liquid release agent. Dry prewoven fabrics are then tightly drawn over the mandrel/insert and carbon fiber is hoop wound around the prewoven fabrics to compact them and hold them in place during the resin infusion process that follows. The bat assembly is placed in a closed mold and infused with resin throughout. Following curing, the mandrel is removed and the basic bat produced. In addition to the use of a PP shrink tape layer in between the first and second prepreg layers of the insert in the Edge bat, but not the M-Pulse and Velocit-E II bats, other minor differences among the bats include the mandrel dimensions, the thickness of the inserts, and the type and placement of the prewoven fabrics.

### 2.1.2 hhd and Viper Bats

The processes used to manufacture the hhd and Viper bats appear, for the most part, to be identical. Both bats used an aluminum tube insert. The hhd bat used a tube made of 6061 aluminum and a 7055 aluminum tube was used in the Viper bat. The frames for the two bats were fabricated similar to frames



**Exhibit 6**

for the Intensit-E and Velocit-E bats using dry prewoven fabrics and a resin infusion process. The outside diameter of the aluminum inserts were specified to be 2.00" and the outside diameter of the mandrels used to produce the frames for the hhd and Viper bats were specified to be 2.00" (i.e. the inside diameter of the hhd and Viper bat frames). Mr. Vacek indicated the supplier of the aluminum inserts used in most of the Viper bats was Alcoa, but he was unsure of the supplier of the inserts used in the hhd bats. In a conversation Mr. Vacek had with an Alcoa representative he was told that the tolerance held on 2" diameter aluminum tubes is ± 0.005". The aluminum inserts were manually pushed into the cured frames of the hhd and Viper bats. The force needed to push the inserts into the frames is reported to have varied. Mr. Vacek learned from production people involved in the manufacture of the hhd bats and Viper bats that, "...some of them (aluminum inserts) fell in and some were pounded on the floor to get them in." This is expected given the variation possible in the diameter of the aluminum inserts and the mandrels.

## 2.2 Evaluation of the Interface between the Insert and the Frame

During my visit to Miken Composites on December 23, 2003 I picked up samples of the five bats for evaluation at Winona State University. The impact portion of each bat was sectioned leaving the cross-section of the wall exposed. The work was done at Winona State University using the equipment available in the machine shop. The procedure followed in sectioning all five of the bats was the same, and that procedure closely resembled the one used in sectioning the Intensit-E and Velocit-E bats described in the *10/15/03 Dennehy Report*. A cutoff saw was used to remove the handle portion of the bat. A cut transverse to the long dimension of the bat was made in the tapered transition region between the impact portion of the bat and its handle, approximately two inches down from the end of the impact portion. Next, the band saw was used to make a lengthwise cut down the center of the impact portion of the bat, stopping about four inches from the top. The location of the cut circumferentially around the bat was arbitrary and chosen mainly because of a straight feature found in the decal that helped facilitate alignment. A vice was used to hold the bat during cutting and to assure the cut was made along the center of the impact portion of the bat. A transverse cut was then made with the band saw at the end of the lengthwise cut; leaving the top four inches of the bat intact and the cross-section of the bat wall exposed below the cut (see Figure 1.1).



**Exhibit 6**

The interface between the insert and the frame in the impact portion of each of the bats was evaluated through microscopy. A Nikon optical stereomicroscope available at Winona State University was used to examine the cross-section of the wall. Microscopy of each wall focused on the region close to where the bat remained intact (see Figure 1.2). In the magnified images shown in Figures 1.3 - 1.7, the intact portion of the bat is seen to the right in the images, evidence of the transverse cut is just to the left of this, and the inside of the bat is toward the top of the images (the image is "flipped" as it comes through the microscope ocular used for taking photos, explaining the apparent inconsistency in the orientation between Figure 1.2 and the images). Figures 1.8 and 1.9 show the opposite wall of the hhd and Viper bats, respectively. Again, the regions of the sectioned walls examined are close to where the bats remained intact.

### 2.2.1 M-Pulse, Velocit-E II, and Edge Bats

The microscopy images of the M-Pulse, Velocit-E II, and Edge bat walls can be seen in Figures 1.3, 1.4, and 1.5, respectively. The bottom image shows increased magnification (2 times the top image) of the same wall cross-section without any repositioning of the sample. To provide an appreciation for the level of magnification seen in the images, the actual thickness of the walls shown (insert and frame) measure 0.191" for the M-Pulse bat, 0.194" for the Velocit-E II bat, and 0.246" for the Edge bat. In all three bats, the distinction between the insert and the frame can be seen from the slight differences in the coloring of the layers. From these images there appears to be intimate contact along the interface between the insert and the frame in each of the bats.

### 2.2.2 hhd and Viper Bats

The microscopy images of the hhd and Viper bat walls can be seen in Figures 1.6 and 1.7, respectively. The bottom image shows increased magnification (2 times the top image) of the same wall cross-section without any repositioning of the sample. Knowing the actual thicknesses of the hhd bat wall and the Viper bat wall shown (insert and frame) measure 0.195" and 0.173", respectively, gives a feel for the level of magnification seen in the images. A large void at the interface between the aluminum insert and the frame in the Viper bat can be seen in Figure 1.7. This is the result of a manufacturing flaw rather than a



Exhibit 6

designed in feature. Figures 1.6 and 1.7 suggest intimate contact along the interface between the insert and the frame for these two bats, however the aluminum in the inserts flowed a little in the direction of the band saw travel when the bats were sectioned making it difficult to see the interface. The aluminum in the inserts flowed away from the interface on the opposite walls, revealing intermittent separation between the insert and the frame in both the hhd and the Viper bats. The largest separation between the insert and the frame in the hhd bat (see Figure 1.8) measures 0.013". This is determined by measuring the actual wall thickness of the hhd bat at the location of the microscopy image (0.191") and measuring the wall thickness of the hhd bat as shown in the lower image of Figure 1.8 (2.158"). The scaling factor resulting from this comparison (0.0885) is then applied to the separation as measured in Figure 1.8 (0.147") to determine the actual separation in the bat wall. Using the same approach with the Viper bat (see Figure 1.9), the largest separation is found to measure 0.009".

## 3. Statement of Opinions and the Reasons Therefore

A review of the processes used to manufacture the M-Pulse, the Velocit-E II, the Edge, the hhd, and the Viper bats and microscopy of the cross-sections of the wall in the impact portion of each bat has lead to the following opinions.

### 3.1 M-Pulse, Velocit-E II, and Edge Bats

The processes used to manufacture the M-Pulse, Velocit-E II, and Edge bats do not introduce or try to maintain spatial separation between the insert and the frame. The release agent (also used in the manufacture of the Ultra II bat) applied to the inserts following their cure may minimize bonding between the inserts and the frames; however, the layers remain in intimate contact with each other along the interface. Furthermore, the materials and manufacturing processes do not allow for variation in the construction of the wall circumferentially around the impact portion of these bats.

The magnified cross-sections of the walls adjacent to where the bats remained intact clearly show the insert and frame are in intimate contact in all three bats. For the M-Pulse and Velocit-E II bats the intimate contact between the insert and the frame is maintained throughout the rest of their sectioned impact portions. Close visual inspection of the sectioned Edge bat away from the region evaluated under



Exhibit 6

the microscope indicates some separation between the insert and the frame at the location where the insert/frame wall construction transitions to the frame only wall construction (i.e. the lower approximate 3" of the impact portion of the bat). The largest separation is determined to be 0.011" using the approach explained in Section 2.2.2 above (see Figure 1.10). This separation is not a feature intentionally designed into the Edge bat. It may be attributable to the notable differences in the bat geometry and wall design found in the Edge bat when compared with the Ultra II, the M-Pulse, and the Velocit-E II bats or it may simply be a manufacturing flaw unique to the particular Edge bat evaluated. Beyond the lower approximate 3" of the impact portion of the Edge bat, the insert and the frame appear to be in intimate contact.

### 3.2 hhd and Viper Bats

Specifying the outside diameter of the aluminum inserts of the hhd and Viper bats to be 2.00" and the inside diameter of the frames to be 2.00" (i.e. the outside diameter of the mandrels used to manufacture the frames) ideally produces bats where the insert is in direct contact with the frame. However, given bilateral tolerances on these two dimensions (i.e. allowing variation in both directions from the basic size of 2.00") there would have been occasions where the inserts had to be forced into the frames (an oversized aluminum insert and/or an undersized frame) and occasions where the inserts easily slid into the frames (an undersized aluminum insert and/or an oversized frame). Intimate contact between the insert and the frame would be expected in the hhd and Viper bats where the inserts were forced into the frames.

[signature] January 15, 2004

Keith T. Dennehy, Ph.D. Date



Exhibit 6

Figure 1.1 - Sectioned bats (left to right): hhd, Viper 14, M-Pulse, Velocit-E II, and Edge.



Figure 1.2 - Optical stereomicroscope setup: hhd (left) and M-Pulse (right).



Figure 1.3 Cross-section of the M-Pulse bat wall (bottom image is 2x the magnification of the top image).








Exhibit 6

Figure 1.4 Cross-section of the Velocit-E II bat wall (bottom image is 2x the magnification of the top image).






Exhibit 6

Figure 1.5 Cross-section of the Edge bat wall (bottom image is 2x the magnification of the top image).








Exhibit 6

Figure 1.6 Cross-section of the hhd bat wall (bottom image is 2x the magnification of the top image).





Exhibit 6

Figure 1.7 Cross-section of the Viper bat wall (bottom image is 2x the magnification of the top image).





Exhibit 6

Figure 1.8 Cross-section of the opposite hhd bat wall (bottom image is 2x the magnification of the top image).





Figure 1.9 Cross-section of the opposite Viper bat wall (bottom image is 2x the magnification of the top image).





**Exhibit 6**

Figure 1.10 Cross-section of the Edge bat wall in the region where the wall construction transitions from a combined insert/frame to a frame only (bottom image is 2x the magnification of the top image).








Exhibit 6