Page 6

THE DEPOSITION OF MATTHEW VACEK, is taken on the 19th of November, 2003, at Merchant & Gould, 3200 IDS Center, Minneapolis, Minnesota, commencing at the hour of 1:16 p.m., pursuant to Notice of Taking Deposition.

* * *

MATTHEW VACEK,
called as a witness, being first duly sworn,
was examined and testified as follows:

* * *

EXAMINATION

BY MR. KEY:
Q Would you state your full name for the record.
A **Matthew Virgil Vacek.**
Q And, Mr. Vacek, you understand that this is a 30(b)(6) Deposition Pursuant to a Notice of Deposition?
A **Yes.**
Q I'm going to hand you what's been previously marked as Exhibit 1 and ask you if you have seen that document.
A **Yes.**
Q My understanding is that you are being presented as a witness for sections 1 and 2 on pages 3, 4 and 5?
A **Yes, there -- yes.**

Page 7

Q Anything else?
A **No.**
MR. STREATER: Again, for the record, Jim Hoscheit is being presented on a number of the topics, 1, and I believe some in 2 as well.
MR. KEY: Thank you.
MR. STREATER: Mr. Vacek was also going to testify, potentially, on Roman 3 H referencing your Exhibit 1.
MR. KEY: Thank you.
BY MR. KEY:
Q Mr. Vacek, have you had your deposition taken before?
A **No.**
Q Let me just go over a couple of things for you, then. The court reporter cannot take any responses that aren't audible. If you shake your head and nod, like you're doing now, she can't write down your response. Do you understand?
A **Yes.**
Q She also cannot take down the testimony if you're answering a question as I'm asking it. You may know where I'm going, but you should allow me to finish before you begin your response, okay?
A **Yes.**

Page 8

Q If at any time you don't understand my question, please tell me. If you respond, I'll assume that you understood, okay?
A **Okay.**
Q Are you currently employed?
A **Yes.**
Q Who is your employer?
A **Miken Sports.**
Q Do you recall the name of the company on your paycheck?
A **I believe it's Griffith Management.**
Q Do you know the difference between Miken Sports and Miken Composites L.L.C.?
A **Miken Sports is an also known as or does business as, so the way I understand it is Miken Composites L.L.C. is the main company name and the company does business under Miken Sports.**
Q When you say that you're employed by Miken Sports but your paychecks come from Griffith Management, do you understand the relationship between the two companies?
A **No.**
Q Do you have a title?
A **VP of engineering.**
Q And what are your duties as VP of engineering?

Page 9

A **Development of new products, assist the company in any way necessary to sell -- sell the product, manufacture the product, design, product names, marketing, any duty that is required.**
Q Does that relate only to new products or does it also relate to existing product lines?
A **It can exist -- apply to existing products as well.**
Q In other words, what I'm asking is with respect to a product that's been for sale for a couple of years, do you have any ongoing duties?
A **If something pops up that would need any engineering assistance or design or modification in that sense, I would be involved.**
Q Is it fair to say that you don't manage the manufacturing operation?
A **Not at this time.**
Q Did you at one time?
A **Yes.**
Q Okay. Let's start with how long have you been employed as vice president of engineering? You can give me approximate dates.
A **I would say for at least a year before that I was just an engineer.**
Q And before you were vice president of engineering when you were just an engineer, as you say, what



Exhibit 10

Page 30

surface, because you're applying that release to the aluminum mandrel, let's say.
That release bonds or cures to that mandrel and so it creates a nonporous surface. It fills in all the little cracks and crevices and voids that are on any surface, so when you mold a part the epoxy can't get into those cracks and crevices and bond that mandrel to the part. Ideally, none of that release would be on the part
BY MR. KEY:
Q That's my next question. Do you know whether any release agent residue is left on the part when it's removed from the mandrel?
**A I don't know. I don't know.**
Q Miken has no testing procedure or there is nothing that you're aware of that's been done to analyze that?
**A No, we have not studied that.**
Q From your experience in the industry and your experience at Miken, can you tell me what would be the effect if some of the release agent was left on the inside of the shell of a Viper, for example, with respect to how that shell interacts with the aluminum sleeve once the part is assembled?
MR. STREATER: I'm going to object as

Page 31

calling for expert testimony. You can answer if you can.
THE WITNESS: I'm not sure. The purpose of the release agent is so it doesn't bond, so I guess if some of that release agent got onto the shell and you were to try to bond that aluminum into there, it would have a difficult time bonding to it.
BY MR. KEY:
Q Do you know whether it's an intention of the design of the HHD or the Viper to have the aluminum sleeve bonded to the composite shell?
**A The '99 HHD, a large portion of those were bonded in, and the reasoning there was the -- there was a new end cap that was being put into the end and it was being glued to aluminum, and if that sleeve was not bonded to the shell, the whole sleeve and end cap would fly out of the bat.**
Q That would be a problem?
**A Yes.**
Q Do you know whether there is any way of determining which of the HHD sales in 1999 had a bonded sleeve and shell as opposed to the ones that were not bonded together?
**A Not as far as the sales numbers, I don't think. My understanding is that approximately 85 percent of**

Page 32

**those were bonded. I don't know how you would -- unless you just took 85 percent of what was sold and said that was the number.**
Q Do you know whether there would be a manufacturing record showing the HHD manufactured by unit indicating, well, here's a lot of 200 bats, these are not bonded; here's a lot of 200 bats, these are?
**A I'm not aware of that, no.**
Q Are you aware of any other multi-wall bats manufactured and sold by Miken where the shell or the internal members were bonded -- I'm sorry, the sleeves where the internal members were bonded to the shell?
**A Yes.**
Q Which?
**A On the Ultras and Ultra IIs, Mpulses, Edges and Velocit-E IIs, from time to time those can be bonded through a process inadvertently.**
Q Would that be more of a manufacturing error than an intended result?
**A Yes.**
Q Okay. How does -- how does that manufacturing error occur, to your knowledge?
**A We do not fully understand it.**
Q Do you know a percentage rate for that occurrence?

Page 33

**A Less than 10 percent.**
Q Do you know if that's tracked?
**A At one point we had -- were tracking the Ultra IIs. Because we weren't seeing -- we weren't getting a lot of feedback from the players, we let the majority of those go through the process so we quit recording it.**
Q When?
**A I'm not sure.**
Q When the Ultra and the Ultra II have two separate members inside the shell; is that right?
**A Walls?**
Q Walls.
**A Yes.**
Q They are not separate members?
**A No.**
Q Why not?
**A There you have what I consider the shell, the outer part of the bat, and then you have an interior member that's manufactured at one time, and they are -- if you cut a certain portion of it, you would have two walls on that section and other areas you wouldn't. So I guess I would consider it one member with two walls.**
Q Do you know whether there is a manufacturing



Exhibit 10