UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Miken Composites, L.L.C.,

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

Court File No. 02-CV-769 DSD/SRN

**DECLARATION OF MATTHEW V. VACEK**

I, Matthew V. Vacek, hereby declare as follows:

1. I received a B.S. degree in Composite Materials Engineering from Winona State University in 1995.

2. I have been employed by Miken Composites, L.L.C. ("Miken") since November, 1999. I was first employed as an engineer; I am currently employed as the Vice President of Engineering.

3. I am personally familiar with the design and manufacture of the following Miken bat models: Viper, hhd, Intensit-E, Velocit-E, Ultra, Ultra II, Velocit-E II, Edge, M-Pulse.

4. I have reviewed the expert reports of Dr. Keith T. Dennehy, reproduced as Exhibits 5, 6, and 7 to the Declaration of Michael H. Streater. Those expert reports accurately describe the manufacturing processes for each of these bats.

5. The manufacturing processes used to manufacture the Ultra and the Ultra II were identical. The only difference in construction between these bats is that they were weighted differently between the handle and the end cap. That weighting did not affect the interface between the "inserts" and the "frames" in the bats.

6. Miken no longer manufactures the hhd, Viper, Intensit-E, or Velocit-E models.

7. I am familiar with the hydraulic press used to insert the fiberglass inserts into the frames of the Intensit-E and Velocit-E bat models. In my opinion, the force typically necessary to press the inserts into the frames exceeded 1,000 pounds, and was often substantially more than that.

8. Alcoa Aluminum Company was the supplier of the aluminum inserts used in most of the Viper bat models. Based on discussions with Alcoa, I understand that the tolerance on a 2.00 inch diameter aluminum tube, the size specified for the Viper bat, was plus or minus 0.005 inches. In other words, the aluminum tubing inserted into the Viper bats varied from as large as 2.005 inches to as small as 1.995 inches.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 7, 2004

*s/Matthew V. Vacek*
Matthew V. Vacek