# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**NOTIFICATION OF CONVENTIONAL FILING OF 10 SAMPLES OF SOFTBALL BATS, EXHIBITS A-J TO DECLARATION OF KEITH T. DENNEHY, DATED SEPTEMBER 7, 2004**

Miken Composites, L.L.C.,

Plaintiff

v.

Case Number: 02-CV-769 DSD/SRN

Wilson Sporting Goods Co.,

Defendant

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

***10 SAMPLES OF SOFTBALL BATS, TO BE CONSIDERED IN CONNECTION WITH PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON OCTOBER 22, 2004***

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

_X_ Physical Object (description): **10 Samples of Softball Bats**

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal* (Document number of protective order: ___ )

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

1684678v1

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).