**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Case No. 0:02-CV-769 (DSD/SRN)**

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on September 7, 2004, I electronically filed the **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, DECLARATION OF MICHAEL H. STREATER, DECLARATION OF KEITH T. DENNEHY, DECLARATION OF MATTHEW V. VACEK, AND NOTIFICATION OF CONVENTIONAL FILING OF 10 SAMPLES OF SOFTBALL BATS** with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| **Matthew A. Doscotch** | **mdoscotch@merchant-gould.com, lbeckman@merchant-gould.com, usdcservice@merchant-gould.com** |
| **Kurt J. Niederluecke** | **kniederluecke@fredlaw.com, thobbs@fredlaw.com** |
| **Douglas J. Williams** | **dwilliams@merchant-gould.com, cfirner@merchant-gould.com, usdcservice@merchant-gould.com** |

I further certify that I mailed the foregoing documents and the notice of electronic filing via Federal Express to the following non-CM/ECF participant:

**Jeffery A. Key**
**Key Law Office**
**150 N. Michigan Ave. Ste. 1115**
**Chicago, IL 60601**

Dated: September 7, 2004

*s/Michael H. Streater*
Michael H. Streater (MN #106331)

1684953v1