IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MIKEN COMPOSITES, L.L.C., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 02-CV-769 DSD/SRN |
| WILSON SPORTING GOODS CO., | ) | |
| Defendant. | ) | |

**DECLARATION OF MATTHEW A. DOSCOTCH IN SUPPORT OF WILSON SPORTING GOODS CO.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Matthew A. Doscotch, declare as follows:

1. I am an attorney with Merchant & Gould P.C., counsel for Defendant, Wilson Sporting Goods Co. I make this declaration on my own information, knowledge and belief.

2. Attached hereto as Exhibit A is a true and correct copy of an Opinion in DeMarini Sports, Inc. v. Worth, Inc., U.S.D.C., District of Oregon, Civil No. 97-1693-KI dated January 14, 1999.

3. Attached hereto as Exhibit B is a true and correct copy of the claim construction Order in this case dated July 26, 2004.

4. Attached hereto as Exhibit C is a true and correct copy of Defendant Wilson Sporting Goods Co.'s Markman Claim Construction Expert Report of David M. Parks, Ph.D. dated October 24, 2003.

5. Attached hereto as Exhibit D is a true and correct copy of Defendant Wilson Sporting Goods Co.'s Infringement Report of Douglas G. Guenther dated October 24, 2003.

6. Attached hereto as Exhibit E is a true and correct copy of Defendant Wilson Sporting Goods Co.'s Reply to Supplemental Report of Keith Dennehy [Re: Infringement by Miken M-Pulse, Velocit-E II, HHD and Viper] dated January 29, 2004.

7. Attached hereto as Exhibit F is a true and correct copy of Defendant Wilson Sporting Goods Co.'s Reply to Initial Report of Keith Dennehy [Re: Infringement by Miken Intensit-E, Velocit-E and Ultra] dated December 1, 2003.

8. Attached hereto as Exhibit G are true and correct copies of select pages from the deposition transcript of Dr. Keith T. Dennehy dated April 29, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2004

**s/Matthew A. Doscotch**
Matthew A. Doscotch