**DAVID MOORE PARKS** PROFESSIONAL RESUME

## Education:

B.Sc. (Engineering Mechanics, with highest honors) University of Illinois 1971; M.Sc. (Engineering) Brown University, 1973; Ph.D. (Engineering) Brown University, 1975.

## Professional Experience:

Dr. Parks is Professor of Mechanical Engineering at the Massachusetts Institute of Technology working in the areas of fracture mechanics, plasticity and finite element analysis. He serves as a consultant to industry.

Prior to joining MIT, Dr. Parks was an Assistant Professor of Engineering at Yale University.

## Professional Interests:

Dr. Parks' primary technical interests are in the application of numerical methods to the analysis of fracture and inelastic deformation of materials, both at the structural and microstructural levels. Recent work has been concerned with elastic-plastic fracture mechanics analysis; incorporating dislocation density into constitutive models of crystal plasticity; toughening of polymers by incorporation of second-phase particles; and the elastic-plastic and delamination behavior of paperboard.

## Honors and Societies:

Member, American Society of Mechanical Engineers; Member, American Academy of Mechanics; Member, TMS; Member, American Society for Materials; 2001 Sawamura Award, Iron and Steel Institute of Japan; 1981 Esther and Harold E. Edgerton Associate Professor in Mechanical Engineering (MIT); 1971 F. B. Seely Award - Outstanding Senior in Engineering Mechanics, University of Illinois; 1967 Co-winner -- Sigma Tau Outstanding Freshman in Engineering, University of Illinois.

PUBLICATIONS

"Software for Fracture Mechanics Applications," with S. E. Benzley, in **Structural Mechanics Computer Programs**, Eds. W. Pilkey, et al., University Press of Virginia, Charlottesville, 1974, pp. 81-102.

"On Numerically Accurate Finite Element Solutions in the Fully Plastic Range," with J. C. Nagtegaal and J. R. Rice, in *Computer Methods in Applied Mechanics and Engineering*, **4**, 1974, pp. 143-178.

"A Stiffness Derivative Finite Element Technique for Determination of Elastic Crack Tip Stress Intensity Factors," *International Journal of Fracture*, **10**, 1974, pp. 487-502.

"Interpretation of Irradiation Effects on the Fracture Toughness of a Pressure Vessel Steel in Terms of Crack Tip Stress Analysis," *Journal of Engineering Materials and Technology*, **98**, 1976, pp. 30-36.

"Discussion of 'Steady-State Crack Propagation in Pressurized Pipelines Without Backfill' by M. F. Kanninen, et al.," with L. B. Freund, *Journal of Pressure Vessel Technology*, **98**, 1976, pp. 323-324.

"Running Ductile Fracture in a Pressurized Line Pipe," with L. B. Freund and J. R. Rice, in **Mechanics of Crack Growth**, *ASTM STP 590*, American Society for Testing and Materials, Philadelphia, 1976, pp. 243-262.

"The Virtual Crack Extension Method for Nonlinear Material Behavior," *Computer Methods in Applied Mechanics and Engineering*, **12**, 1977, pp. 353-354.

"On the Gasdynamics of Running Ductile Fracture in a Pressurized Line Pipe," with L. B. Freund, *Journal of Pressure Vessel Technology*, **100**, 1978, pp. 13-17.

"Virtual Crack Extension: A General Finite Element Technique for J-Integral Evaluation," in **Numerical Methods in Fracture Mechanics**, Eds. A. R. Luxmoore and D. R. J. Owen, University College of Wales, Swansea, 1978, pp. 464-478.

"On the Convergence of Optimal Finite Element Grids in the Presence of Singularities," *International Journal for Numerical Methods in Engineering*, **14**, 1979, pp. 769-784.

"An Analysis of a Wire-Wrapped Mechanical Crack Arrester for Pressurized Pipelines," with L. B. Freund and V. C. F. Li, *Journal of Pressure Vessel Technology*, **101**, 1979, pp. 51-58.

"Recent Finite Element Studies in Plasticity and Fracture Mechanics," with J. R. Rice and R. M. McMeeking, *Computer Methods in Applied Mechanics and Engineering*, **17/18**, 1979, pp. 411-442.

"On Criteria for J-Dominance of Crack Tip Fields in Large Scale Yielding," with R. M. McMeeking, in **Elastic-Plastic Fracture**, *ASTM STP 668*, Eds., J. D. Landes, et al., American Society for Testing and Materials, Philadelphia, 1979, pp. 175-194.

"Weight Functions from Virtual Crack Extension," with E. A. Kamenetzky, *International Journal for Numerical Methods in Engineering*, **14**, 1979, pp. 1693-1706.

"Energy Variations in Notch Stress Analysis," *Journal of Applied Mechanics*, **46**, 1979, pp. 952-954.

"Analytical Interpretation of Running Ductile Fracture Experiments in Gas Pressurized Linepipe," with L. B. Freund, in **Crack Arrest Methodology and Applications,** *ASTM STP 711*, Eds., G. T. Hahn and M. F. Kanninen, American Society for Testing and Materials, Philadelphia, 1980, pp. 359-378.

"The Dominance of the Crack Tip Fields of Inelastic Continuum Mechanics," in **Numerical Methods in Fracture Mechanics,** *Proceedings of the Second International Conference held at University College, Swansea,* 7-11 July, 1980, Eds., D. R. J. Owen and A. R. Luxmoore, Eds., Pineridge Press, Swansea, 1980, pp. 239-260.

"The Effect of Dilating Plasticity on Some Elastic-Plastic Stress and Strain Concentration Problems Relevant to Fracture," with D. K. Brown, J. W. Hancock and R. Thomson, in **Numerical Methods in Fracture Mechanics,** *Proceedings of the Second International Conference held at University College, Swansea,* 7-11 July, 1980, Eds., D. R. J. Owen and A. R. Luxmoore, Pineridge Press, Swansea, 1980, pp. 309-326.

"J-Integral Elastic-Plastic Mechanics Evaluation of the Stability of Cracks in RPV," with M. P. Gomez, R. M. McMeeking and J. Jackson, *Proceedings of the American Nuclear Society/European Nuclear Society Topical Meeting on Thermal Reactor Safety,* **1**, available from NTIS, Springfield, VA., 1980, pp. 802-810.

"The Inelastic Line-Spring: Estimates of Elastic-Plastic Fracture Mechanics Parameters for Surface-Cracked Plates and Shells," *Journal of Pressure Vessel Technology,* **103**, 1981, pp. 246-254.

"Inelastic Analysis of Surface Flaws Using the Line-Spring Model," in **Advances in Fracture Research (Fracture 81)**, Eds. D. Francois, et al., Pergamon, Oxford, **5**, pp. 2589-2598.

"Some Effects of Inelastic Constitutive Models on Crack Tip Fields in Steady Quasi-Static Growth," with P. S. Lam and R. M. McMeeking, in **Advances in Fracture Research (Fracture 81)**, Eds. D. Francois, et al., Pergamon, Oxford, **5**, pp. 2607-2614.

"Dynamic Steady Antiplane Shear Crack Growth in an Elastic-Plastic Material," with A. S. Douglas and L. B. Freund, in **Advances in Fracture Research (Fracture 81)**, Eds. D. Francois, et al., Pergamon, Oxford, **5**, pp. 2233-2242.

"Stress-Intensity Factors for Surface-Cracked Plates and Cylindrical Shells Using Line-Spring Finite Elements," with R. R. Lockett and J. R. Brockenbrough, in **1981 Advances in Aerospace Structures and Materials**, Eds., S. S. Wang and W. J. Renton, ASME AD-01, ASME, N.Y., pp. 279-285.

"Problems and Progress in the Design of Ductile Structures," with F. A. McClintock and J. L. Bassani, in **Fracture Mechanics of Ductile and Tough Materials and its Applications to Energy Related Structures**, Ed. H. W. Liu, Martinus Nijhoff, The Hague, 1981, pp. 1-20.

"The Inelastic Line-Spring," in *Proceedings of the 9th U.S. National Congress of Applied Mechanics,* Eds., Y. H. Pao, et al., ASME, N.Y., 1982, pp. 135-142.

"Decrease in Closure and Delay of Fatigue Crack Growth in Plane Strain," with J. T. P. deCastro, *Scripta Metallurgica,* **16**, 1982, pp. 1443-1448.

"Elastic-Plastic Line Spring Finite Elements for Surface-Cracked Plates and Shells," with C. S. White, *Journal of Pressure Vessel Technology,* **104**,1982, pp. 287-292.

"Crack Tip Oxide Formation and Its Influence on Fatigue Thresholds," with S. Suresh and R. O. Ritchie, in **Fatigue Thresholds**, Eds., J. Backlund, et al., Engineering Materials Advisory Services Ltd., U.K., 1982.

"Yield Surface Inherits Symmetries from the Internal State," with E. T. Onat, in **Plasticity of Metals at Finite Strain: Theory, Computation and Experiment**, *Proceedings of Research Workshop held at Stanford University* Eds., E. H. Lee and R. L. Mallett, Div. of Appl. Mech., Stanford Univ., 1982, pp. 545-565.

"Ductile Growth of Part-Through Surface Cracks: Experiments and Analysis," with C. S. White and R. O. Ritchie, in **Elastic-Plastic Fracture: Second Symposium, Volume I, Inelastic Crack Analysis**, *ASTM STP 803*, Eds., C. F. Shih and J. Gudas, American Society for Testing and Materials, Philadelphia, 1983, pp. 384-409.

"Consistency Checks for Power-Law Calibration Functions," with V. Kumar and C. F. Shih, in **Elastic-Plastic Fracture: Second Symposium, Volume I, Inelastic Crack Analysis**, *ASTM STP 803*, Eds., C. F. Shih and J. Gudas, American Society for Testing and Materials, Philadelphia, 1983, pp. 370-383.

"Drop in $K_I$ due to Load Shift in Single Edge Notch Tests with Compliant Drawbars," with F. A. McClintock, J. W. Holmes and K. R. Bain, *Engineering Fracture Mechanics*, **20**, 1984, pp. 159-167.

"Creep Crack Growth in Ductile Alloys," with A. S. Argon, C. W. Lau, and B. Ozmat, in **Fundamentals of Deformation and Fracture (Eshelby Memorial Volume)**, Eds., B. A. Bilby, et al., Cambridge U. Press, Cambridge, 1985, pp. 243-262.

"$K_I$-Solutions for Single-Edge Notch Specimens under Fixed End Displacements," with N. Marchand and R. M. N. Pelloux, *International Journal of Fracture*, **31**, 1986, pp. 53-65.

"On Consistency Relations in Nonlinear Fracture Mechanics," with G. J. Rodin, *Journal of Applied Mechanics*, **53**, 1986, pp. 834-838.

"Constitutive Models of a Power-Law Matrix Containing Aligned Penny-Shaped Cracks," with G. J. Rodin, *Mechanics of Materials*, **5**, 1986, pp. 221-228.

"Mode II Loading of a Cracked Strip," *Journal of Applied Mechanics*, **53**, 1986, pp. 954-955.

"Numerical studies on the J-integral and HRR dominance in surface cracked structures under large scale yielding," with M. L. Kovach, in *Proceedings of the 1986 SEM Fall Conference on Experimental Mechanics: `Optical Methods in Composites'*, Soc. Exp. Mech., Bethel, CT, 1986.

"Line-spring analysis of surface flawed plates and shells using deformation theory," with T. G. Shawki and T. Nakamura, in *Proceedings of the 1986 SEM Fall Conference on Experimental Mechanics: `Optical Methods in Composites'*, Soc. Exp. Mech., Bethel, CT, 1986.

"Texture and Inelastic Deformation in Amorphous Polymers," with M. C. Boyce, in **Constitutive Equations for Non-Traditional Materials**, Eds., V. Stokes and D. Krajcinovic, ASME, N.Y., 1987, pp. 1-13.

"Mechanical Properties of Compliant Composite Particles Effective in Toughening Glassy Polymers," with M. C. Boyce and A. S. Argon, *Polymer*, **28**, 1987, pp. 1680-1694.

"Mechanics and Mechanisms of Creep Deformation and Fracture," *Nuclear Engineering and Design*, **105**, 1987, pp. 11-18.

"Developments in Constitutive Modeling: Applications of the ABAQUS UMAT Routine, *Proceedings ABAQUS User's Group*, HKS, Inc., Newport, RI., June, 1988.

A Self-Consistent Analysis of a Creeping Matrix with Aligned Cracks," with G. J. Rodin, *Journal of the Mechanics and Physics of Solids*, **36**, 1988, pp. 237-249.

"Large Inelastic Deformation of Glassy Polymers Part I: Rate Dependent Constitutive Model," with M. C. Boyce and A. S. Argon, *Mechanics of Materials*, **7**, 1988, pp. 15-33.

"Large Inelastic Deformation of Glassy Polymers Part II: Numerical Simulation of Hydrostatic Extrusion," with M. C. Boyce and A. S. Argon, *Mechanics of Materials*, **7**, 1988, pp. 35-47.

"Thermo-Viscoplastic Residual Stresses in Metal Matrix Composites," with E. Zywicz, *Composites Science and Technology*, **33**, 1988, pp. 295-315.

"Elastic-Plastic Analysis of Part-Through Surface Cracks," with Y.-Y. Wang, in **Analytical, Numerical, and Experimental Aspects of Three-Dimensional Fracture Processes**, Eds., A. J. Rosakis, et al., ASME AMD-91, ASME, N.Y., 1988, pp. 19-32.

"Conditions for J-Dominance in Three-Dimensional Thin Cracked Plates," with T. Nakamura, in **Analytical, Numerical, and Experimental Aspects of Three-Dimensional Fracture Processes**, Eds., A. J. Rosakis, et al., ASME AMD-91, ASME, New York, 1988, pp. 227-238.

"Three-Dimensional Stress Field Near the Crack Front of a Thin Elastic Plate," with T. Nakamura, *Journal of Applied Mechanics*, **55**, 1988, pp. 805-813.

"Plastic Flow in Oriented Glassy Polymers," with M. C. Boyce and A. S. Argon, *International Journal of Plasticity*, **5**, 1989, pp. 593-615.

"Elastic/Perfectly-Plastic Small Scale Yielding at Bi-Material Interfaces," with E. Zywicz, in **Proceedings ICF7**, Eds., K. Salama, et al., Pergamon, 1989, **4**, pp. 3081-3088.

Three-Dimensional Aspects of HRR-Dominance," in **Defect Assessment in Components - Fundamentals and Applications**, ESIS/EGF9, Eds., J.G. Blauel and K.-H. Schwalbe, Mechanical Engineering Publications, London, 1991, pp. 206-231.

"Elastic Yield Zone Around an Interfacial Crack Tip," with E. Zywicz, *Journal of Applied Mechanics*, **56**, 1989, pp. 577-584.

"Line-Spring Analysis of Surface-Flawed Plates and Shells Using Deformation Theory," with T. G. Shawki and T. Nakamura, *International Journal of Fracture*, **41**, 1989, pp. 23-38.

"On the Kinematics of Finite Strain Plasticity," with M. C. Boyce and G. G. Weber, *Journal of the Mechanics and Physics of Solids*, **37**, 1989, pp. 647-665.

"Anti-Symmetrical 3D Stress Field Near The Crack Front of a Thin Elastic Plate," with T. Nakamura, *International Journal of Solids and Structures*, **25**, 1989, pp. 1411-1426.

"Yield Stress Determination by the Massachusetts Institute of Technology Miniaturized Disk Bend Test," with D.-S. Sohn, G. E. Kohse, D. M. Parks, and O. K. Harling , *Nuclear Technology*, **92**, pp. 383-388, 1990.

"A Surface Crack Review: Elastic and Elastic-Plastic Behavior," in **Surface-Crack Growth: Models Experiments, and Structures**, *ASTM STP 1060*, Eds.,W. G. Reuter, et al., American Society for Testing and Materials, Philadelphia, 1990, pp. 9-33.

"Elastic-Plastic Analysis of Frictionless Contact at Interfacial Crack Tips," with E. Zywicz, *International Journal of Fracture*, **42**, 1990, pp. 129-143.

"Three-Dimensional Crack Front Fields in a Thin Ductile Plate," with T. Nakamura, *Journal of the Mechanics and Physics of Solids*, **38**, 1990 pp. 787-812.

""Polycrystalline Plastic Deformation and Texture Evolution for Crystals Lacking Five Independent Slip Systems," with S. Ahzi, *Journal of the Mechanics and Physics of Solids*, **38**, 1990, pp. 701-724.

"Creep Life: Quasi-Homogeneous Damage or Crack Growth?," with K. J. Hsia and A. S. Argon, in **Creep and Fracture of Engineering Materials and Structures**, pp. 691-702, Eds. B. Wilshire and R. W. Evans, The Institute of Metals, London, 1990.

"Measurement of Interface Strength by Laser Pulse Induced Spallation," with V. Gupta, A. S. Argon, and J. A. Cornie, *Materials Science and Engineering*, **A126**, 1990, pp. 105-117.

"Modelling of Plastic Deformation and Evolution of Anisotropy in Semi-Crystalline Polymers," with S. Ahzi and A. S. Argon, in **Computer Modeling and Simulation of Manufacturing Processes**, Eds. B. Singh, et al, pp. 287-292, ASME AMD-20, ASME, New York, 1990.

"Strain-Induced Transformation Toughening in Metastable Austenitic Steels," with R. G. Stringfellow, in **Fracture Behavior and Design of Materials and Structures, Vol. I**, Ed. D. Firrao, pp. 400-405, Engineering Materials Advisory Services, Ltd., Warley, U.K., 1990.

"A Self-Consistent Model of Isotropic Viscoplastic Behavior in Multiphase Materials," with R. G. Stringfellow, *International Journal of Plasticity*. **7**, 1991, pp. 529-547.

"Effects of Grain Boundary Sliding on Creep Constrained Boundary Cavitation and Creep Deformation," with K. J. Hsia and A. S. Argon, *Mechanics of Materials*, **11**, 1991, pp. 43-62.

"Elastic-Plastic Deformation in Surface-Cracked Plates: Experiments and Numerical Analysis," with Y.-Y. Wang, W. R. Lloyd, W. G. Reuter, and J. Epstein, *Journal of Applied Mechanics*, **58**, 1991, pp. 895-903.

"Constraint and Toughness Parameterised by *T*," with J. W. Hancock and W. G. Reuter in *ASTM STP 1171* **Constraint Effects in Fracture**, Eds. E. M. Hackett, K.-H. Schwalbe, and R. H. Dodds, American Society for Testing and Materials, 1993, pp. 21-40.

"Micromechanical Modelling of Plasticity and Texture Evolution in Semi-Crystalline Polymers," with S. Ahzi, in **Inelastic Deformation of Composite Materials**, Ed. G. J. Dvorak, pp. 325-340, Springer Verlag, Berlin, 1991.

Modeling of Intergranular Creep Damage and Different Behaviors of Blunt Notches and Sharp Cracks," with K. J. Hsia and A. S. Argon, *Mechanics of Materials*, **11**, 1991, pp. 19-42.

"Growth Modes of Cracks in Creeping Type 304 Stainless Steel," with B. Ozmat and A. S. Argon, *Mechanics of Materials*. **11**, 1991, pp. 1-17.

"Strain-Induced Transformation Plasticity in Metastable Austenitic Steels," with R. G. Stringfellow, in **Anisotropy and Localization of Plastic Deformation**, Eds. J.-P. Boehler and A. S. Khan, pp. 516-519, Elsevier Applied Science, London, 1991.

"Engineering Methodologies for Assessing Crack Front Constraint," in **1991 SEM Spring Conference on Experimental Mechanics Proceedings**, pp. 1-8, Society for Experimental Mechanics, Bethel, CT, 1991.

"A Cavitation Locus Surrounding a Mode I Plane Strain Crack in a Neo-Hookean Material," with C. J. Quigley, in **Proceedings, Army Symposium on Solid Mechanics**, Plymouth, MA, November, 1991.

"Measurement of Interface Strength by a Laser Spallation Technique," with V. Gupta, A. S. Argon, and J. A. Cornie, *Journal of the Mechanics and Physics of Solids*, **40**, 1992, pp. 141-180.

"Small-Scale Yielding Interfacial Crack-Tip Fields" with E. Zywicz, *Journal of the Mechanics and Physics of Solids*, **40**, 1992, pp. 511-536.

"Evaluation of the Elastic *T*- Stress in Surface-Cracked Plates Using the Line-Spring Method," with Y.-Y. Wang, *International Journal of Fracture*, **56**, 1992, pp. 25-40.

"A Constitutive Model For Transformation Plasticity Accompanying Strain-Induced Martensitic Transformations in Metastable Austenitic Steels," with R. G. Stringfellow and G. B. Olson, *Acta Metallurgica et Materialia*, **40**, 1992, pp. 1703-1716.

"Dominant Creep Failure Processes in Tensile Components," with K.-J. Hsia and A. S. Argon, *Journal of Engineering Materials and Technology*. **114**, 1992, pp. 255-264.

"Determination of Elastic *T*- Stress Along 3-D Crack Fronts Using an Interaction Integral," with T. Nakamura, *International Journal of Solids and Structures*, **29**, 1992, pp. 1597-1611.

"Numerical Determination of the Elastic Driving Force for Directional Coarsening in Ni-Superalloys," with S. Socrate, *Acta Metallurgica et Materialia*. **41**, 1993, pp. 2185-2209.

"Advances in Characterization of Elastic-Plastic Crack-Tip Fields," Chapter 2 in **Topics in Fatigue and Fracture** *(McClintock Festschrift)*, Ed. A. S. Argon, Springer Verlag, Berlin, 1992, pp. 59-98.

"Growth of Cracks by Intergranular Cavitation in Creep," with A. S. Argon and K. J. Hsia, Chapter 7 in **Topics in Fatigue and Fracture** *(McClintock Festschrift)*, Ed. A. S. Argon, Springer Verlag, Berlin, 1992, pp. 235-270.

"Characterization of constraint effect on cleavage fracture using *T*-stress," with Y.-Y. Wang, in **Shallow Crack Fracture Mechanics, Toughness Tests and Applications**, Paper #33, TWI, Cambridge, UK, 1992.

"Application of crystal plasticity theory for mechanically processed BSCCO superconductors," with S. Ahzi and R. J. Asaro, *Mechanics of Materials*, **15**, 1993, pp. 201-222.

"An Experimental Study of Failure in Circumferentially Notched Elastomer Cylinders," with C. J. Quigley and R. Dooley, *Rubber Chemistry and Technology*, **66**, 1993, pp. 646-663.

"The finite deformation field surrounding a mode I plane strain crack in a hyperelastic incompressible material under small-scale nonlinearity," with C. J. Quigley, *International Journal of Fracture*, **65**, 1994, pp. 75-96.

"Simulation of large strain plastic deformation and texture evolution in high density polyethylene," with B. J. Lee, A. S. Argon, S. Ahzi, and Z. Bartczak, *Polymer*, **34**, 1993, pp. 3555-3575.

"Micromechanical modeling of large plastic deformation and texture evolution in semi-crystalline polymers," with B. J. Lee and S. Ahzi, *Journal of the Mechanics and Physics of Solids*, **41**, 1993, pp. 1651-1687.

"Fully plastic analyses of plane strain single-edge-cracked specimens subject to combined tension and bending," with H. Lee, *International Journal of Fracture*, **63**, 1993, pp. 329-349.

"Limits of *J-T* characterization of elastic-plastic crack-tip fields," with Y.-Y. Wang, **Constraint Effects in Fracture: Theory and Applications**, *ASTM STP 1244*, Eds. M. Kirk and A. Bakker, American Society for Testing and Materials, Philadelphia, 1994, pp. 43-67.

"Experiments and analyses on undermatched interleaf specimens in bending," with S. Ganti, F. A. McClintock, J. S. Epstein, L. R. Lloyd, and W. G. Reuter, in *ASTM STP 1256 Proceedings 26th National Symposium on Fracture Mechanics*, Ed. W. G. Reuter, American Society for Testing and Materials, Philadelphia, 1995, pp. 391-416.

"Tests and analyses for fully plastic fracture mechanics of plane strain mode I crack growth," with F. A. McClintock, and Y.-J. Kim, in *ASTM STP 1256 Proceedings 26th National Symposium on Fracture Mechanics*, Ed. W. G. Reuter, American Society for Testing and Materials, Philadelphia, 1995, pp. 199-222.

"Enhanced elastic-plastic line-spring finite element," with H. Lee, *International Journal of Solids and Structures*, **32**, 1995, pp. 2393-2418.

"A modified effective crack-length formulation in elastic-plastic fracture mechanics," with D. E. Hauf and H. Lee, *Mechanics of Materials*, **20**, 1995, pp. 273-289.

"Estimates of the Overall elastic properties in semi-crystalline polymers," with S. Ahzi and A. S. Argon, in ASME AMD-Vol. 203, **Current Research in the Thermo-Mechanics of Polymers in the Rubbery-Glassy Regime**, ASME, New York, 1995, pp. 31-44.

"A criterion for plane strain, fully plastic, quasi-steady crack growth," with F. A. McClintock and Y.-J. Kim, *International Journal of Fracture*, **72**, 1995, pp. 197-221.

"Large plastic deformation of semi-crystalline polymers," in **Mechanics of Plastics and Plastic Composites 1995,** Ed. M. C. Boyce, ASME-MD-Vol. 68/AMD-Vol. 215, ASME New York, 1995, pp. 337-356.

"Analysis of strength-mismatched interface cracks in SSY," with S. Ganti and F. A. McClintock, in **Mis-Matching of Interfaces and Welds,** Eds. K.-H. Schwalbe and M. Kocak, Proceedings, GKSS Research Center, Geesthacht, Germany, 1997, pp. 3-16.

"Deformation induced texture development in polyethylene: computer simulation and experiments," with A. S. Argon, Z. Bartczak, R. E. Cohen, A. Galeski, and B. J. Lee, in **Oriented Polymer Materials**, Ed. S. Fakirov, Huthig and Wepf, Basel, 1996, pp. 265-301.

"Yield Locus in Deep, Single-Face-Cracked Specimens Under Combined Bending and Tension," with Y.-J. Kim and F. A. McClintock, *Journal of Applied Mechanics*, **63**, 1996, pp. 1045-1047.

"Elastic-Plastic Fracture Mechanics of Strength-Mismatched Interface Cracks," with S. Ganti, in **Recent Advances in Fracture**, Eds. R. Mahidhara, A. B. Geltmacher, P. Matic, and K. Sadananda, The Minerals, Metals & Materials Society, Warrendale, PA, 1997, pp. 13-25.

"Response to the comments of Nutt and King on the bond strength measurements of Gupta et al.", with A. S. Argon, J. A. Cornie, V. Gupta, and L. Lev, *Materials Science and Engineering A*, **A237**, 1997, pp. 224-228.

"Constraint effects and cleavage modeling of HAZ cracks," with S. Ganti and F. A. McClintock, in **PVP-Vol. 346, Fatigue and Fracture II**, Eds. S. Rahman et al., ASME book No. G01058-1997, ASME International, New York, pp. 287-300.

"Line-spring finite element for fully plastic crack growth – I. Formulation and one-dimensional results," with H. Lee, *International Journal of Solids and Structures*, **35**, 1998, pp. 5115-5138.

"Line-spring finite element for fully plastic crack growth – II. Surface-cracked plates and pipes," with H. Lee, *International Journal of Solids and Structures*, **35**, 1998, pp. 5139-5158.

"Effects of strain state on the kinetics of strain-induced martensite in steels with low stacking fault energy," with J. M. Diani, in proceedings of **International Conference on Displacive Phase Transformations and Their Applications in Engineering. In Honor of Professor C. M. Weymans on the Occasion of His Retirement**, Eds. K. Inoue, K. Mukherjee, K. Otsuka and H. Chen, TMS, Warrendale, PA, 1998.

"Effects of strain state on the kinetics of strain-induced martensite in steels," with J. M. Diani, *Journal of the Mechanics and Physics of Solids.* **46**, 1998, pp. 1613-1635.

"Mechanics and materials analysis of the Tiwanaku architectural cramps", Appendix to "Architectural cramps at Timwanaku: copper-arsenic-nickel bronze", by H. Lechtman, in **Metallurgica Antiqua**, in Honour of Hans-Gert Bachmann and Robert Maddin, Der Anschnitt. Beiheft 8, Bochum, 1998.

"Crystallographic aspects of geometrically-necessary and statistically-stored dislocation density", with A. Arsenlis, *Acta materialia*, **47**, 1597-1611, 1999.

"Three-dimensional fracture mechanics computations using tetrahedral finite elements", with H. Rajaram and S. Socrate, in Proceedings of the Seventeenth Symposium on Energy Engineering Sciences, Argonne National Laboratory Publication CONF-990001, 122-129, 1999.

"On prediction the transition in probability of rare cleavage in ductile cracked structures", with F. A. McClintock, in Proceedings of the Seventeenth Symposium on Energy Engineering Sciences, Argonne National Laboratory Publication CONF-990001, 130-137, 1999.

"Micromechanics of deformation in particle-toughened polyamides", with P. Tzika and M. C. Boyce, *Journal of the Mechanics and Physics of Solids*, **48**, 1893-1929, 2000.

"Application of domain integral methods using tetrahedral elements to the determination of stress intensity factors", with H. Rajaram and S. Socrate, *Engineering Fracture Mechanics*, **66**, 455-482, 2000.

"Micromechanism of ductile crack growth initiation structural steels based on void nucleation and growth", with N. Ishikawa and M. Kurihara, *ISIJ International*, **40**, 2000, 519-527.

"Analysis of microstructural aspects of deformation and fracture behavior of two-phase steels", with N. Ishikawa and S. Socrate, in Proceedings, 2000 ABAQUS Users' Conference, 435-449, HKS, Pawtucket, RI, 2000.

"Micromechanics of deformation in particle-toughened semi-crystalline polymers", with E. M. Parsons, P. Tzika, and M. C. Boyce, in Proceedings, 11th International Churchill College Conference on DEFORMATION, YIELD, AND FRACTURE OF POLYMERS, 409-412, IOM Communications, Ltd., London, 2000.

"Three-dimensional micromechanical modeling of particle-toughened polymeric materials", with M. Danielsson, M. C. Boyce, and S. Socrate, in Proceedings, 11th International Churchill College Conference on DEFORMATION, YIELD, AND FRACTURE OF POLYMERS, 413-416, IOM Communications, Ltd., London, 2000.

"Micromechanical modeling of ferrite-pearlite steels using finite element unit cell models", with N. Ishikawa, S. Socrate, and M. Kurihara, *ISIJ International*, **40**, 1170-1179, 2000.

"Micromechanical modeling of ductile crack initiation behavior in two-phase steels", with N. Ishikawa and M. Kurihara, *ISIJ International*, **41**, 76-85, 2001.

"Problem of an inclusion in an infinite body, approach in large deformation", with J. Lambert-Diani, *Mechanics and Materials*, **32**, 43-55, 2000.

"Three-dimensional micromechanical modeling of voided polymeric materials", with M. Danielsson and M. C. Boyce, *Journal of the Mechanics and Physics of Solids*, **50**(2), 351-379, 2002.

"A constitutive model for the anisotropic elastic-plastic deformation of paper and paperboard", with Q. Xia and M. C. Boyce, *International Journal of Solids and Structures*, **39**(15), 4053-4071, 2002.

"Bicrystal-based modeling of plasticity in FCC metals", with B. J. Lee and S. Ahzi, *Journal of Engineering Materials and Technology*, Trans. ASME **124**(1), 27-40, 2002.

"Enhanced modeling of hardening in crystal plasticity for FCC metals", with L. P. Evers, W. A. M. Brekelmans, and M. G. D. Geers, *Journal de Physique IV*, **11**(PR5), 179-186, 2001.

"Modeling the evolution of crystallographic dislocation density in crystal plasticity", with A. Arsenlis, *Journal of the Mechanics and Physics of Solids*, 50(9), 1979-2009, 2002.

"Mucosal folding in biologic vessels", with C. A. Hrousis, B. J. R. Wiggs, J. M. Drazen, and R. D. Kamm, *ASME Journal of Biomechanical Engineering*, 124(4), 334-341, 2002.

"Crystal plasticity model with enhanced hardening by geometrically necessary dislocation accumulation", with L. P. Evers, W. A. M. Brekelmans, and M. D. G. Geers, *Journal of the Mechanics and Physics of Solids*, 50(11), 2403-2424, 2002.

"Micromechanical modeling of the elasto-viscoplastic behavior of semi-crystalline polymers", with J. A. W. van Dommelin, M. C. Boyce, W. A. M. Brekelmans, and F. P. T. Baaijens, *Journal of the Mechanics and Physics of Solids*, 51(3), 519-541, 2003.

"Micromechanical modeling of intraspherulitic deformation of semi-crystalline polymers", with J. A. W. van Dommelin, M. C. Boyce, W. A. M. Brekelmans, and F. P. T. Baaijens, *Polymer*, 44(19), 6089-6101, 2003.

"Constitutive modeling of porous hyperelastic materials", with M. Danielsson and M. C. Boyce, *Mechanics of Materials*, 2003, in the press.

"Nonlinear structural mechanics based modeling of carbon nanotube deformation", with A. Pantano and M. C. Boyce, *Physical Review Letters*, 91(14) 145504, 2003.

"Mechanics of deformation of single and multi-wall carbon nanotubes", with A. Pantatno and M. C. Boyce, *Journal of the Mechanics and Physics of Solids*, 2003, in the press.