**Patent No.** 5,415,398

**Patent Date** 5-16-95

**Client Information:**

Parent (Dkt 38031)

Demarini Sports
Mr. Michael D. Eggiman
5500 S.E. Alexander
Hillsboro, OR 97123

TEL: 642-4487
FAX: 848.0454

40441 - Canada
40602 - Mexico

PARENT (4189-38031)

**Client Name:** / DEMARINI SPORTS

5/1

**Matter No.:** 4189-40790 RAK/MAP

USA

**Application No.** 08/257,943

**Application Filed** June 10, 1994

APPLN EXPRESS MAIL TO PTO TB202228807US 6-10-94

**Inventor(s)** MICHAEL D. EGGIMAN

**Title** FWC (of 4189-38031) - SN 08/062,307; filed 5-14-93
IMPROVED SOFTBALL BAT

**Assignee:** DEMARINI SPORTS, INC

**Recordation Date:** 7-19-93 **Frame:** 271-73 **Reel:** 66/6

**NOTE:**

**ACTIONS/AMENDMENTS**

| | DATE | ACTION |
|---|---|---|
| 1 | 6-10-94 | APPLICATION to PTO |
| 2 | 10-3-94 | O/A #14 |
| 3 | 12-5-94 | AMD |
| 4 | 1-26-95 | NOTC/ALWNCE |
| 5 | 2-20-95 | ISSUE FEE |
| 6 | 4-24-95 | Issue Notification |
| 7 | 6-7-95 | Fee Address |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |

**ACTIONS/AMENDMENTS**

| | DATE | ACTION |
|---|---|---|
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

**Entity Status at Filing?** ____ Large ✓ Small

**U.S. MAINTENANCE**

| | DUE | PAID |
|---|---|---|
| 1 | 11.16.98 | |
| 2 | 11.16.02 | |
| 3 | 11.16.06 | |

PATENTED

4189-40790

DM000001

v. 2 90

ISSUE NOTIFICATION

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

WYC

| APPLICATION NUMBER | PATENT NUMBER | ISSUE DATE | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/257,943 | 5415398 | 05/16/95 | 418940790WYC |

5398 7707
KLARQUIST, SPARKMAN, CAMPBELL, LEIGH
AND WHINSTON
121 S.W. SALMON ST.
ONE WORLD TRADE CENTER, SUITE 1600
PORTLAND, OR 97204

APPLICANT(S) MICHAEL D. EGGIMAN, HILLSBORO OREGON

DM000002

**KLARQUIST SPARKMAN CAMPBELL**
**LEIGH & WHINSTON**

47343

2/20/95 Michael Eggiman 4189-40790 AL.BILLED 635.00
Issue Fee/Patent Copies

| | |
|---|---|
| 4595 | 30.00 |
| 4565 | 605.00 |

CLIENT/MATTER NO. 4189-40790 ATTY/SEC TMC/lk
INVENTOR(S): MICHAEL D. EGGIMAN
SERIAL NO. 08/257,943 FILING DATE 6-10-94
The following, due 4-26-95, mailed 2-20-95 by First Class Mail, was received in the U.S. PTO on the date stamped hereon:

___ Amendment ___ After Final Rejection
___ Notice to File Msg. Parts - Date ___
___ Comb. Decl./POA ___ Dwgs. ___ Sht(s) ___ Letter to Official Draftsman
___ Verf'd. Stmt. Claiming Sm. Entity Status ___ Information Disclosure Statement
___ Assignment to: ___
___ Surcharge - Late Filing Fee, Oath, or Decl.: ___ Form PTO-1449/References
Small Entity All Others

X

CLIENT/MATTER NO. 4189-40790 ATTY/SEC TMC/lk
INVENTOR(S): MICHAEL D. EGGIMAN
SERIAL NO. 08/257,943 FILING DATE 6-10-94
The following, due 4-26-95, mailed 2-20-95 by First Class Mail, was received in the U.S. PTO on the date stamped hereon:

FEB 23 1995

___ Amendment ___ After Final Rejection
___ Notice to File Msg. Parts - Date ___
___ Comb. Decl./POA ___ Dwgs. ___ Sht(s) ___ Letter to Official Draftsman
___ Verf'd. Stmt. Claiming Sm. Entity Status ___ Information Disclosure Statement
___ Assignment to: ___
___ Surcharge - Late Filing Fee, Oath, or Decl.: ___ Form PTO-1449/References
___ Small Entity ___ All Others
X Transmittal Letter X dupl. ___ tripl.
X In connection with Issuance of a Patent:
X Deposit Account 02-4550 Authority
X Supplemental Declaration X Form PTOL-85b X Issue & Advance Order fees
X Check for $635.00 to cover above-listed fees.
#47343

DM000003

Examiner / WYC

DOCKETED FOR: 4.21.95

COMPUTER ✓
CARD
BOOK ✓
DRAWER ✓
BKPR ✓
ANN. SVE

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

# NOTICE OF ALLOWANCE AND ISSUE FEE DUE

☐ Note attached communication from the Examiner

☐ This notice is issued in view of applicant's communication filed ______________

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

First Named Applicant [illegible]

TITLE OF INVENTION [illegible]

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

***THE APPLICATION IDENTIFIES ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY Status shown above. If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the patent and Trademark Office of the change in status, or

B. If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, pay of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number. Please direct all communication prior to issuance to Box ISSUE FEE unless advised to contrary.

***IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.***

DM000004

PTOL-85 (REV. 12-93) (0651-0033)

YOUR COPY

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO |
|---|---|---|---|
| 08/ | | EGGIMAN | 33894079USIC |

F3M1/0126

KLARQUIST, SPARKMAN, CAMPBELL, LEIGH
AND WHINSTON
121 S.W. SALMON ST.
ONE WORLD TRADE CENTER, SUITE 1600
PORTLAND, OR 97204

| EXAMINER |
|---|
| GRAHAM, M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3304 | |

DATE MAILED: 01/26/95

## NOTICE OF ALLOWABILITY

PART I.

1. ☐ This communication is responsive to Amendment E Filed 12/13/94
2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☐ The allowed claims are 1-13
4. ☑ The drawings filed on 5/4/93 are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. ______ filed on ______.
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☑ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

PART II.

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. ______. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on ______ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
- Examiner's Amendment
- Examiner Interview Summary Record, PTOL-413
- ✓ Reasons for Allowance
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449
- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

MARK S. GRAHAM
PRIMARY EXAMINER
GROUP 3300

PTOL-37 (REV. 4-89)

USCOMM-DC 89-3789

Serial Number: 08/257,943
Art Unit: 3304



The following is an Examiner's Statement of Reasons for Allowance: With regard to claim 6, it is inherent that the claimed tubular impact portion and insert have a wall which has a given thickness just as in any tubular member. Therefore the language of the claim is considered definite for purposes of 35 USC 112, second paragraph.

Any comments considered necessary by applicant must be submitted no later than the payment of the Issue Fee and, to avoid processing delays, should preferably **accompany** the Issue Fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication should be directed to Mark S. Graham at telephone number (703) 308-1355.

MSG
24 January 1995

MARK S. GRAHAM
PRIMARY EXAMINER
GROUP 3300

D O

CLIENT/MATTER NO. 4189-4D79D ATTY/SEC TMC/...

X

CLIENT/MATTER NO. 4189-4D79D ATTY/SEC TMC/ldk
INVENTOR(S): MICHAEL D. EGGIMAN
SERIAL NO. 08/257,943 FILING DATE 6-10-94
The following, due 1-3-95, mailed 12-5-94 by First Class Mail, was received in the U.S. PTO on the date stamped hereon:

MAIL ROOM
DEC 8 1994
59
PAT. & TRADEMARK OFC.

X Amendment ___ After Final Rejection
___ Notice to File Msg. Parts - Date ________
___ Comb. Decl./POA ___ Dwgs. ___ Sht(s) ___ Letter to Official Draftsman
___ Verf'd. Stmt. Claiming Sm. Entity Status ___ Information Disclosure Statement
___ Assignment to: ________
___ Surcharge - Late Filing Fee, Oath, or Decl.: ___ Form PTO-1449/References
___ Small Entity ___ All Others X Transmittal Letter X dupl. ___ tripl.
___ In connection with Issuance of a Patent: X Deposit Account 02-4550 Authority
___ Supplemental Declaration ___ Form PTOL-85b ___ Issue & Advance Order fees
___ Check for $________ to cover above-listed fees.

Eggman / llc 711

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/257,943 | 06/10/94 | EGGIMAN | M 4183407000WYC |

| EXAMINER |
|---|
| GRAHAM,M |

F3M1/1003
KLARQUIST, SPARKMAN, CAMPBELL, LEIGH
AND WHINSTON
121 S.W. SALMON ST.
ONE WORLD TRADE CENTER, SUITE 1600
PORTLAND, OR 97204

| ART UNIT | PAPER NUMBER |
|---|---|
| 3304 | 14 |

DATE MAILED: 10/03/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined ☑ Responsive to communication filed on 6/10/94 ☐ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), ~~days~~ from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ ____

**Part II SUMMARY OF ACTION**

1. ☑ Claims 1-17 are pending in the application.

   Of the above, claims ____ are withdrawn from consideration.

2. ☐ Claims ____ have been cancelled.
3. ☑ Claims 15-17 are allowed.
4. ☑ Claims 1,2 are rejected.
5. ☑ Claims 3-14 are objected to.
6. ☐ Claims ____ are subject to restriction or election requirement.
7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☐ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on ____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on ____, has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed ____, has been ☐ approved; ☐ disapproved (see explanation).
12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. ____; filed on ____.
13. ☐ Since this application apppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

2

DOCKETED FOR: 1.3.95
4.3.95
C ✓
E ✓
D ✓
SKIR
ANN. SVE

PTOL-326 (Rev. 2/93)

**EXAMINER'S ACTION**

DM000009

Serial Number: 08/062,307 

Art Unit: 3304

The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claims 1 and 2 are rejected under 35 U.S.C. § 102(b) as being anticipated by Merritt. Merritt's bat is constructed such that the frame would have been elastically deflectable across the gap to operably engage the insert.

Claims 3-14 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

Claims 15-17 is allowable over the prior art of record.

Any inquiry concerning this communication should be directed to Mark S. Graham at telephone number (703) 308-1355.

MSG
September 22, 1994

MARK S. GRAHAM
PRIMARY EXAMINER
GROUP 3300

WYC

PTO-103X (Rev. 7-93)

FILING RECEIPT

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GROUP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/257,943 | 06/10/94 | [illegible] | $355.00 | [illegible]18940790WYC | 1 | 17 | 3 |

KLARQUIST, SPARKMAN, CAMPBELL, LEIGH
AND WHINSTON
121 S.W. SALMON ST.
ONE WORLD TRADE CENTER, SUITE 1600
PORTLAND, OR 97204

Receipt is acknowledged of this patent application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s) MICHAEL D. EGGIMAN, HILLSBORO, OR.

CONTINUING DATA AS CLAIMED BY APPLICANT-
THIS APPLN IS A CON OF 08/062,307 05/14/93

FOREIGN FILING LICENSE GRANTED 07/13/94 * SMALL ENTITY *

TITLE
SOFTBALL BAT

PRELIMINARY CLASS: 273

DOCKETED FOR 9.10.94
12.10.94 6.10.95
COMPUTER
CARD
BOOK
DRAWER
BKPR
ANN SVE

PREVIOUSLY DOCKETED

DM000011

(see reverse)

CLIENT/MATTER NO. 4189-40790 ATTY/SEC WYC/TMC: nw
INVENTOR(S) MICHAEL D. EGGIMAN
TITLE SOFTBALL BAT
CLIENT NAME MICHAEL D. EGGIMAN
The following mailed on 6-10-94 by Exp. Mail Label No. TB202228807US
was received in the U.S. PTO on the date stamped hereon:

__ ___ pp. Spec., ___ pp. Claims, and Abstract __ Associate POA
__ Comb. Decl./POA or ___ Oath __ Info Discl. Stmt.
__ Verified Stmt. Claiming Sm. Entity Status __ Form PTO-1449/Refs.
___ Ind. Inventor ___ Sm. Bus. Concern X Trans. Ltr (dupl)/tripl.
___ Nonprofit Org. ___ Non-Inventor X Dep. Acct. 02-4550 Auth.
__ Informal Dwgs. ___ Sheet(s) X Preliminary Amendment
__ Cert. Copy of ______________ App.
__ Assignment to: ______________
X Check # 42746 for $ 355.00 to cover X filing fee and __ assignment recordal.
X Continuation Appln - FWC Appln under 37 CFR 1.62

MAIL ROOM 32 JUN 10 1994 U.S. PATENT & TRADEMARK OFFICE

08/257943

9.10.94
12.10.94 6.10.94

DM000012


INDEX 2-8-95
4189-40790ALLO.CLM
4189-40790.AMD
4189-40790PRE.AMD (6-10-94)

Receipt is hereby acknowledged by the U.S. Patent and Trademark Office on the date stamped below of Fee Addressee Letter (1 page).

Inventor: Michael D. Eggiman
Patent No.: 5,415,398
Issued: May 16, 1995
Title: SOFTBALL BAT

Mailed: 6/7/95

4189-40790/WYC/TMC

Receipt is hereby acknowledged by the U.S. Patent and Trademark Office on the date stamped below of Fee Addressee Letter (1 page).

Inventor: Michael D. Eggiman
Patent No.: 5,415,398
Issued: May 16, 1995
Title: SOFTBALL BAT

Mailed: 6/7/95

4189-40790/WYC/TMC

PATENT & TRADEMARK OFFICE
JUN 12 95
MAINTENANCE DIVISION

TMC:db 6/7/95 4189-40790

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In Re Patent of: | ) | Patent No. 5,415,398<br>Issued May 16, 1995 |
| Michael D. Eggiman | ) | |
| Serial No. 08/257,943 | ) | Examiner Graham |
| Filing Date: June 10, 1994 | ) | Art Unit 3304 |
| For: SOFTBALL BAT | ) | Date: June 7, 1995 |

Information concerning prior U.S. or foreign filings:

Continuation of Ser. No. 62,307, May 14, 1993, abandoned; 10/1992 Japan 4303477; 03/1992 United Kingdom 2245932.

COMMISSIONER OF PATENTS
AND TRADEMARKS
Box M Fee
Washington, D.C. 20231

FEE ADDRESSEE FOR RECEIPT OF PTO
NOTICES RELATING TO MAINTENANCE FEES

This letter is to specify that the FEE ADDRESSEE for this patent is:

COMPUTER PATENT ANNUITIES, INC.
SUITE 514, CRYSTAL GATEWAY NORTH
1111 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202 PAYOR NO. 000197

Any prior FEE ADDRESSEE for this patent is hereby revoked.

It is certified that the person whose signature appears below has the authority to change the FEE ADDRESSEE for this patent.

Respectfully submitted,

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON

By [signature]
Timothy M. Carlson
Registration No. 38,095

Klarquist Sparkman Campbell
Leigh & Whinston
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

DM000015

TMC:rdr 40790iss.fee

PATENT
Client-Matter No. 4189-40790/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

Michael D. Eggiman

Serial No.: 08/257,943

Filed: June 10, 1994

For: SOFTBALL BAT

Examiner: Mark S. Graham

Art Unit 3304
Batch No. I33

CERTIFICATE OF MAILING

I hereby certify that this paper and the documents referred to as being attached or enclosed herewith are being deposited with the United States Postal Service, as First-Class Mail in an envelope addressed to: BOX ISSUE FEE, COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, DC 20231, on February 20, 1995.

Tim Carlson

Timothy M. Carlson
Attorney for Applicant

TRANSMITTAL LETTER

BOX ISSUE FEE
TO THE COMMISSIONER
OF PATENTS AND TRADEMARKS

Enclosed for filing in the above-referenced application are the following:

(X) In connection with issuance of a patent:
- (X) Supplemental Declaration
- (X) Form PTOL-85B and C.
- (X) Advance order of 10 copies (Fee $30.00)
- (X) Issue Fee $605.00
- (X) A check in the amount of $635.00 to cover the above-listed fees.

(X) The Commissioner is hereby authorized to charge any additional fees which may be required in connection with issuance of a patent, or credit over-payment, to Account No. 02-4550.

A duplicate copy of this sheet is enclosed.

Respectfully submitted,

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON

Date: February 20, 1995

By Tim Carlson
Timothy M. Carlson
Registration No. 38,095

One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

cc: Mr. Michael D. Eggiman (w/encl.)
William Y. Conwell, Esq. (w/o encl.)

TMC:rdr 2/3/95 4189-40790sup.doc

PATENT

Attorney's Matter No. 4189-40790/WYC/TMC

**SUPPLEMENTAL DECLARATION**
**FOR PATENT APPLICATION**

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled SOFTBALL BAT, the specification of which was filed on June 10, 1994, as Application Serial No. 08/257,943, with amendments through December 5, 1994.

I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56(a).

All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; and further these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

---

Full name of sole or first inventor: Michael D. Eggiman

Inventor's signature Michael D Eggiman 7/9/95
Date

Residence: 31155 NW Milne Street, Hillsboro, Oregon 97124

Citizenship: United States of America

Post Office address: 31155 NW Milne Street, Hillsboro, OR 97124

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on Feb 20, 1995
(Date)

TIMOTHY M. CARLSON
(Name of person making deposit)

Tim Carlson
(Signature)

Feb 20, 1995
(Date)

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

Burden Hour Statement: This form is estimated to take .2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Office of Information Systems, Patent and Trademark Office, Washington, D.C. 20231, and to the Office of Information and Regulatory Affairs, Office of Management and Budget, (Project 0651-0033), Washington, D.C. 20503. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner of Patents and Trademarks, Box Issue Fee, Washington, DC 20231

DM000019

EVERSE PTOL-85B (REV. 12-93)(0651-0033)

CLIENT/MATTER NO. 4189-40790 ATTY/SEC WYC/TMC:nw
INVENTOR(S) MICHAEL D. EGGIMAN
TITLE SOFTBALL BAT
CLIENT NAME MICHAEL D. EGGIMAN
The following mailed on 6-10-94 by Exp. Mail Label No. TB202228807US
was received in the U.S. PTO on the date stamped hereon:

__ __ pp. Spec., __ pp. Claims, and Abstract
__ Comb. Decl./POA or __ Oath
__ Verified Stmt. Claiming Sm. Entity Status
__ Ind. Inventor __ Sm. Bus. Concern
__ Nonprofit Org. __ Non-Inventor
__ Informal Dwgs. __ Sheet(s)
__ Cert. Copy of ______ App.
__ Assignment to: ______
X Check # 42746 for $ 355.00 to cover X filing fee and __ assignment recordal.
X Continuation Appln - FWC Appln under 37 CFR 1.62

__ Associate POA
__ Info Discl. Stmt.
__ Form PTO-1449/Refs.
X Trans. Ltr. (dupl)/tripl.
X Dep. Acct. 02-4550 Auth.
X Preliminary Amendment

**KLARQUIST SPARKMAN CAMPBELL LEIGH & WHINSTON**

CHECK NO 42746 42746

| DATE | INVOICE NO | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 06/09/94 | 40790 | 355.00 | .00 | 355.00 |
| | Eggiman, Michael 4189-40790 FWC pat app smll entty flng fee | | | |

**KLARQUIST SPARKMAN CAMPBELL**
**LEIGH & WHINSTON**

CHECK NO 42746 42746

| DATE | INVOICE NO | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 06/09/94 | 40790 | 355.00 | .00 | 355.00 |
| | Eggiman, Michael 4189-40790 FWC pat app smll entty flng fee | | | |

(WYC) TMC/nw

**KLARQUIST SPARKMAN CAMPBELL**
**LEIGH & WHINSTON**
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1600
121 SW. SALMON ST. PH. 503-226-7391
PORTLAND, OR 97204

FIRST INTERSTATE BANK OF OREGON
FIFTH AND SALMON BRANCH
PORTLAND, OR 97208
24-12-1230-234

42746

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 06/09/94 | 42746 | **********355.00 |

********************************Three Hundred Fifty-Five & 00/100

PAY TO THE ORDER OF: Commissioner of Patents

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON

⑈042746⑈ ⑆123000123⑆234 002164 4⑈

DM000021

TB202228807 US

*POST OFFICE TO ADDRESSEE*

SEE REVERSE FOR SERVICE GUARANTEE INSURANCE COVERAGE AND CLAIMS. THANK YOU FOR CHOOSING EXPRESS MAIL SERVICE.

EXPRESS MAIL NEXT DAY SERVICE

**ORIGIN**

Post Office Zip Code [illegible]

Date In [illegible]

Time In [illegible] A.M. / P.M.

Initials of Receiving Clerk [illegible]

Weight [illegible] lbs. [illegible] oz.

Postage $ [illegible]

FEES: Return Receipt $ — COD $

Total Postage & Fees $ [illegible]

ACCEPTANCE ☐ International Country Code ____

☐ Next Day Delivery or ☐ Second Day Delivery

☐ By 12 Noon or ☐ By 3:00 P M

☐ Military 2nd Day or ☐ Military 3rd Day

Express Mail Corporate Account No. [illegible] -40790

Federal Agency Account No.:

**FROM:**

Timothy M. Carlson, Esq.

[illegible]

4189-40790/WYC/TMC

For Customer Use

CUSTOMER RECEIPT

**Waiver of Signature and Indemnity (Domestic Only)**

I wish delivery to be made without obtaining the signature of the addressee or the addressee's agent (if in the judgment of the delivery employee, the article can be left in a secure location) and I authorize the delivery employee to sign that the shipment was delivered and understand that the signature of the delivery employee will constitute valid proof of delivery.

SIGNED ____

**TO:** Telephone Number: ____

Box FWC

COMMISSIONER OF PATENTS

& TRADEMARKS

WASHINGTON DC 20231-99[illegible]

DM000022

RECIPIENT
The sender has requested notification upon delivery.
Immediately upon receipt, please telephone:
Name: ______
Tel. No.: ( ) ______

EXPRESS MAIL
CORPORATE ACCOUNT
POSTAGE AND FEES PAID
Label 108 April 1990

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

DM000023

8 LINES/INCH

TB202228807 US
POST OFFICE TO ADDRESSEE
EXPRESS MAIL NEXT DAY SERVICE

* T B 2 0 2 2 2 8 8 0 7 U S *

POSTAL EMPLOYEE—REMOVE THIS SIDE AT PERFORATION

ORIGIN
Post Office Zip Code
Initials of Receiving Clerk
ACCEPTANCE
Next Day Delivery or
By 12 Noon or
Total Postage & Fees $

Express Mail Corporate Account No. X972724 -40790
Federal Agency Account No.:

For Customer Use

FROM:
Timothy M. Carlson, Esq.
KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON
121 S W SALMON SUITE 1600
PORTLAND OR 97204-2927

4189-40790/WYC/TMC

MAILING LABEL
Service Analysis & Proof of Delivery

DESTINATION
Date of Delivery
Time of Delivery A.M. P.M.
X Signature of Addressee or Agent
DELIVERY WAS ATTEMPTED
Date:
Time A.M. P.M.
Signature of Delivery Employee 1. 2
Waiver of Signature and Indemnity (Domestic Only)
I wish delivery to be made without obtaining the signature of the addressee or the addressee's agent (if in the judgment of the delivery employee, the article can be left in a secure location) and I authorize the delivery employee to sign that the shipment was delivered and understand that the signature of the delivery employee will constitute valid proof of delivery.
SIGNED:

TO:
Telephone Number: ______
Box FWC
COMMISSIONER OF PATENTS
& TRADEMARKS
WASHINGTON DC 20231-9998

Press Hard You Are Making 4 Copies

TMC:nw 6/8/94 4189-40790fwc.pat

# File Wrapper Continuing Application under 37 CFR 1.62

| Reference Number: | Anticipated Classification of this Application: | Prior application: |
|---|---|---|
| 4189-40790/WYC/TMC | Class 273 / Subclass | Examiner Mark S. Graham / Art Unit 3304 |

CERTIFICATION UNDER 37 CFR 1.10

I hereby certify that this File Wrapper Continuing Application (and any papers referred to as being attached or enclosed) is being deposited with the United States Postal Service on June 10, 1994 in an "Express Mail Post Office to Addressee" envelope Mailing Label No. TB202288070US addressed to: BOX FWC, COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231 by Deanna Krantz.

Deanna Krantz
(Signature of person mailing paper)

THE HONORABLE COMMISSIONER OF PATENTS
AND TRADEMARKS
Box FWC
Washington, D.C. 20231

This is a request for filing a [__] continuation-in-part [XX] continuation [__] divisional application under 37 CFR 1.62 of prior application Serial No. 08/062,307, filed on May 14, 1993, titled SOFTBALL BAT by the following named inventor(s).

| | | | |
|---|---|---|---|
| Full Name Inventor 1 | Family Name: EGGIMAN | First Given Name: MICHAEL | Second Given Name: D. |
| Residence & Citizenship | City: Hillsboro | State or Foreign Country: Oregon | Country of Citizenship: United States |
| Post Office Address | Post Office Address: 31155 NW Milne Street | City: Hillsboro | State/Zip Code/Country: OR 97124 USA |
| Full Name Inventor 2 | Family Name | First Given Name | Second Given Name |
| Residence & Citizenship | City | State or Foreign Country | Country of Citizenship |
| Post Office Address | Post Office Address | City | State/Zip Code/Country |

[_] FURTHER INVENTORS ARE INDICATED ON THE ATTACHED CONTINUATION SHEET.

The above identified prior application in which no payment of the issue fee, abandonment of, or termination of proceedings has occurred, is hereby expressly abandoned as of the filing date of this new application. Please use all the contents of the prior application file wrapper, including the drawings, as the basic papers for the new application (note: 37 CFR 1.60 may be used for applications where the prior application is not to be abandoned).

DM000024

TMC:nw 6/8/94 4189-40790fwc.pat

On the basis of the claims existing in the prior application as amended at 1 and 2 below, the filing fee is calculated as follows:

| For | Number Filed | Number Extra | Rate | Calculations |
|---|---|---|---|---|
| Total Claims | 17 - 20 = | -0- | X $ 22.00 = | $ -0- |
| Independent Claims | 3 - 3 = | -0- | X $ 74.00 = | $ -0- |
| Multiple Dependent Claim(s) (if applicable) | | | + $230.00 = | $ -0- |
| | | | BASIC FEE | + $ 710.00 |
| | | | Total of above Calculations = | $ 710.00 |
| Reduction by ½ for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28). | | | | - $ 355.00 |
| | | | TOTAL = | $ 355.00 |

1. [X] A verified statement claiming small entity status

   [X] a. Was submitted in a progenitor application. Small entity status is still proper and desired.

   [_] b. Is enclosed. (Necessary if there has been a change in status or if this is a continuation-in-part application.)

2. [X] A check in the amount of $ 355.00 is enclosed.

3. [X] Please charge any additional fees which may be required in connection with this filing, or credit any overpayment, to Deposit Account No. 02-4550. A duplicate copy of this document is enclosed.

4. [_] A petition for extension of time to respond is being filed in the prior application, by means of a separate paper, and a copy of such petition is enclosed.

5. [_] A new oath or declaration is included since the application is a continuation-in-part which discloses and claims additional matter.

6. [_] Enter the amendment previously filed on ______________ under 37 CFR 1.116 but unentered, in the prior application.

7. [X] Amend the specification by inserting before the first line the sentence: "This application is a [_] continuation-in-part, [X] continuation, [_] division, of application Serial No. 08/062,307, filed on May 14, 1993."

8. [X] A preliminary amendment is enclosed.

9. [X] Priority of application Serial No. 08/062,307 filed on May 14, 1993 in USA is claimed under 35 U.S.C. 119.

10. [X] The prior application is assigned of record to Demarini Sports, Inc.

DM000025

TMC:nw 6/8/94 4189-40790fwc.pat

11. [X] The power of attorney in the prior application is to:

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| Kenneth S. Klarquist | 16,445 | Patrick W. Hughey | 31,169 |
| James Campbell | 19,978 | Flory L. Martin | 32,620 |
| James S. Leigh | 20,434 | Donald L. Stephens Jr. | 34,022 |
| Arthur L. Whinston | 19,155 | Bennet K. Langlotz | 35,928 |
| David P. Petersen | 28,106 | Stacey C. Slater | 36,011 |
| Richard J. Polley | 28,107 | Diane H. Sprunt | 33,400 |
| John W. Stuart | 24,540 | Douglas D. Hancock | 35,889 |
| Ramon A. Klitzke II | 30,188 | Garth A. Winn | 33,220 |
| William Y. Conwell | 31,943 | | |
| Mark L. Becker | 31,325 | | |
| William D. Noonan | 30,878 | | |
| John D. Vandenberg | 31,312 | | |

12. [_] Also enclosed is ______________________________

13. [X] Address all telephone calls to Timothy M. Carlson at telephone number (503) 226-7391.

14. [X] Address all correspondence to: KLARQUIST SPARKMAN CAMPBELL LEIGH & WHINSTON, One World Trade Center, Suite 1600, 121 S.W. Salmon Street, Portland, Oregon 97204. (May only be completed by applicant, or attorney or agent of record.)

It is understood that secrecy under 35 U.S.C. 122 is hereby waived to the extent that if information or access is available to any one of the applications in the file wrapper of a 37 CFR 1.62 application, be it either this application or a prior application in the same file wrapper, the U.S. Patent and Trademark Office may provide similar information or access to all the other application in the same file wrapper.

6/10/94
(Date)

[_] inventor(s)
[_] assignee of complete interest

(Signature)
William Y. Conwell, Reg. No. 31,943
[X] attorney or agent of record
[_] filed under §1.34(a)

cc: Mr. Michael D. Eggiman

18FWC.MRG - Rev. 5/18/94

DM000026

E. ,RESS MAIL NO. TB202228807US

TMC:nw 6/8/94 4189-40790pre.amd

PATENT

Attorney's Matter No. 4189-40790/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

Michael D. Eggiman

Serial No.

Filed:

For: IMPROVED SOFTBALL BAT

Examiner:

Date: June 10, 1994

CERTIFICATE OF MAILING Express

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST-CLASS MAIL IN AN ENVELOPE ADDRESSED TO: COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, DC 20231, ON June 10, 1994.

William Y. Conwell
Attorney for Applicant

PRELIMINARY AMENDMENT

COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, D.C. 20231

Sir:

Please amend the subject patent application as follows:

In the Claims:

Please amend claims 1 and 15 as follows:

1. (Twice Amended) A bat, comprising:

a hollow tubular bat frame; and

an insert positioned within the frame, the insert having first and second ends adjoining the tubular frame, the insert being separated from the tubular frame by a gap along a central portion between said first and second ends, the frame elastically deflectable across the gap to operably engage [communicable with] the insert [across the gap] along a portion of the insert between the insert first and second ends.

15. (Twice Amended) In a hollow bat having a small-diameter handle portion and a large-diameter impact portion, an improvement comprising an internal structural insert defining an annular gap with an inside wall of the impact portion of the bat

and the impact portion elastically deflectable to close a portion of the annular gap and operably engage the insert.

REMARKS

Interview Summary

In the parent application, claim 17 was allowed, and claims 3-14 were objected to as allowable but based on rejected base claims. By this preliminary amendment, claims 1 and 15 are amended to address the concerns expressed by the Examiner in the telephone interview of March 28, 1994. Accordingly, claims 1-17 are in the application. In light of the foregoing amendments and the remarks that follow, applicant submits that all of the claims are allowable over all of the references of record.

In the parent application, the examiner rejected claims 1 and 2 under 35 U.S.C. § 102(e) as anticipated by Peng (U.S. Patent No. 5,219,164). Applicant has amended claim 1 to clarify the nature of the bat frame and the communication between the frame and the insert. As recited in amended claim 1, the bat frame is elastically deflectable to cross the gap and engage the insert. Such deflection may occur when the bat solidly strikes a ball. The frame engagement loads the insert so that the insert provides additional spring-like energy to the ball when the frame elastically rebounds back across the gap.

None of the references of record discloses a bat frame and insert combination wherein the frame may elastically deflect across the gap to engage the insert. The gap between the Peng '164 frame 30 and insert 20 is far too wide for the frame to elastically deflect across the gap to engage the insert. Furthermore, nothing in Peng '164 suggests such frame deflection. Accordingly, claim 1 and all of the claims dependent thereon are believed allowable.

The examiner also rejected claims 15 and 16 under 35 U.S.C. § 102(b) as anticipated by Krieger (U.S. Patent No. 4,056,267).

TMC:nw 6/8/94 4189-40790pre.amd PATENT

Applicant has amended Claim 15 to distinguish over all of the references, by reciting the frame impact portion being elastically deflectable to close a portion of the gap to engage the insert. Applicant therefore submits that claim 15, and claim 16 dependent thereon, are in condition for allowance.

In view of the foregoing, it is respectfully submitted that none of the art, whether singly or in combination, teaches or suggests the presently claimed combinations, nor equivalents thereto. If for any reason the application is not now in condition for allowance, the Examiner is requested to call Timothy M. Carlson of the below-listed telephone number to discuss what further action might be required to render the claims allowable.

Respectfully submitted,

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON

By
William Y. Conwell
Registration No. 31,943

Klarquist Sparkman Campbell
Leigh & Whinston
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391



DM000029

4.20.4 PART C—CHARGE TO DEPOSIT ACCOU Eggiman/ WYC

1. CORRESPONDENCE ADDRESS

R3N1/0126
KLARQUIST, SPARKMAN, CAMPBELL, LEIGH
AND WHINSTON
121 S.W. SALMON ST.
ONE WORLD TRADE CENTER, SUITE 1600
PORTLAND, OR 97204

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/257,943 | 06/10/94 | 018 | GRAHAM, M. | 3304 | 01/26/95 |

First Named Applicant: EGGIMAN, MICHAEL D.

TITLE OF INVENTION: SOFTBALL BAT

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 3 | 418940790WYC | 273-072.00A | 133 | UTILITY | YES | $605.00 | 04/26/95 |

DO NOT USE THIS SPACE

4.26.95

3a. The following fees are enclosed:
X ☐ Issue Fee ☒ Advance Order - # of Copies 10
3b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER 02-4550
☐ Issue Fee ☐ Advance Order - # of Copies
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)
Tim Carlson

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Timothy M. Carlson, Reg. #38,095

DM000030

TRANSMIT THIS FORM WITH PART B WHEN AUTHORIZING USE OF A DEPOSIT ACCOUNT

PTOL-85C (REV.12-93)(0651-0033)

TMC:rdr 12/2/94 4189-40790tra.ltr

PATENT

Attorney's Matter No. 4189-40790/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

Michael D. Eggiman

Serial No.: 08/257,943 Art Unit: 3304

Filed: June 10, 1994

For: BASEBALL BAT

Examiner: Mark S. Graham

Date: December 5, 1994

## TRANSMITTAL LETTER

THE HONORABLE COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, D.C. 20231

Sir:

Enclosed is an Amendment for the above application. The fee has been calculated as shown below.

CLAIMS AS AMENDED

| For | Number after amendment | | Number paid for previously | | Present Extra | | Rate | | Fee |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims | 18 | - | *20 | = | 0 | x | $ 11.00 | = | $ -0- |
| Independent Claims | 3 | - | ** 3 | = | 0 | x | $ 38.00 | = | $ -0- |
| Mult. Dep. Claims Fee (if not previously paid) | | | | | | | $120.00 | = | $ -0- |
| TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | | | | | | | | $ -0- |

* greater of twenty or number for which fee has been paid.
** greater of three or number for which fee has been paid.

### CERTIFICATE OF MAILING

I hereby certify that this paper and the documents referred to as being attached or enclosed are being deposited with the United States Postal Service on December 5, 1994, as First Class Mail in an envelope addressed to: BOX NON-FEE AMENDMENT, COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON D.C. 20231.

[signature]
Attorney for Applicant

DM000031

TMC:rdr 12/2/94 4189-40790trn.ltr

PATENT

[X] No additional fee is required.

[X] Please charge any additional fees which may be required in connection with filing this amendment and any extension of time, or credit any overpayment, to Deposit Account No. 02-4550. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON

One World Trade Center
Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

By: Tim Carlson
Timothy M. Carlson
Registration No. P38,095

cc: Mr. Michael D. Eggiman
William Y. Conwell, Esq.

DM000032

TMC:rdr 4189-40790.amd 12/2/94

PATENT

Attorney's Matter No. 4189-40790/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

Michael D. Eggiman

Serial No. 08/257,943

Filed: June 10, 1994

For: BASEBALL BAT

Examiner: Mark S. Graham

Date: December 5, 1994

Art Unit 3304

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO: BOX NON-FEE AMENDMENT, COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, DC 20231, ON DECEMBER 5, 1994.

Tim Carlson

Timothy M. Carlson
Attorney for Applicant

## AMENDMENT

BOX NON-FEE AMENDMENT
COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, DC 20231

Sir:

In response to Office Action No. 14, dated October 3, 1994, please amend the subject application as follows:

In the Claims:

Please amend claim 1 as follows:

1. (Twice Amended) A bat, comprising:

a hollow tubular bat frame having a circular cross-section; and

an insert positioned within the frame, the insert having a circular cross-section, the insert having first and second ends adjoining the tubular frame, the insert being separated from the tubular frame by a gap forming at least part

of an annular shape along a central portion between said first and second ends, the frame elastically deflectable across the gap to operably engage the insert along a portion of the insert between the insert first and second ends.

Please add new claim 18 as follows:

--18. A bat, comprising:

a hollow tubular bat frame having a small-diameter handle portion and a large-diameter impact portion having a circular cross-section with an inner and outer diameter;

at least one insert having a substantially circular cross-section with an outer diameter less than the inner diameter of the frame impact portion, the insert being held within the impact portion; and

the impact portion being inwardly elastically deflectable such to establish a tight interference fit between the insert and the impact portion.--

## Remarks

By this amendment, claim 1 has been amended. New claim 18 has been added. Thus, claims 1–18 are in the application. Reconsideration is respectfully requested.

Applicant notes with appreciation the allowance of claims 15–17, and the allowability of claims 3–14.

Claims 1 and 2 are rejected under 35 U.S.C. § 102(b) as anticipated by U.S. Patent No. 4,600,193 to Merritt. Merritt shows a bat having a generally triangular cross-section that receives a six-sided insert (see Fig. 6). The six-sided insert 33 rigidly contacts the inside of the bat frame at its six corners to form a series of discontinuous and variably shaped spaces between the insert and the triangular bat frame. There is no indication in Merritt that the bat frame is elastically deflectable across any of the six gaps to contact one of the insert sides.

Applicant's amended claim 1 distinguishes over the Merritt bat. Applicant's claimed bat has a frame with a circular cross-section. The insert likewise has a circular cross-section to establish a gap between the insert and bat frame that forms at least a part of an annular shape. Furthermore, as mentioned above, the elastic deflation of the frame to contact the insert is not shown or suggested in Merritt.

Applicant respectfully submits that the limitations of amended claim 1 are not shown or suggested by Merritt, and accordingly requests allowance of amended claim 1. Applicant further requests that dependent claims 2—14 be allowed, based upon their limitations and upon the allowability of claim 1.

Applicant has further added a new claim, 18, which distinguishes over all of the references of record. Claim 18 requires a tubular bat frame having an impact portion with an

inner diameter. At least one insert having an outer diameter less than the inner diameter of the impact portion is held within the impact portion. The impact portion is further elastically deflectable to establish a tight interference fit between the insert and the impact portion when the impact portion strikes a ball, or the like.

None of the cited references teaches or suggests such a bat. Applicant thus submits that new claim 18 is in condition for allowance.

In view of the foregoing, Applicant submits that all of the claims currently pending in this application are in condition for allowance, and an early notification to that effect is respectfully requested. If the Examiner has any questions, he is invited to contact the Applicant's attorney at the below-listed telephone number.

Respectfully submitted,

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON

By [signature]
Timothy M. Carlson
Registration No. P38,095

One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

| | |
|---|---|
| Discussion with Inventor | |
| Preparation of Application | |
| Revision | |
| Requisition for Drawings | |
| Sent to Inventor for Execution | |
| Requisition for Filing Fee | |
| Sent to Patent Office | |
| Requisition for Final Fee | |
| In Connection with this Case See | |
| | |
| | |

| CLAIMS OF APPLICATION | | | | | |
|---|---|---|---|---|---|
| No. | IN | OUT | No. | IN | OUT |
| 1 | | | 11 | | |
| 2 | | | 12 | | |
| 3 | | | 13 | | |
| 4 | | | 14 | | |
| 5 | | | 15 | | |
| 6 | | | 16 | | |
| 7 | | | 17 | | |
| 8 | | | 18 | | |
| 9 | | | 19 | | |
| 10 | | | 20 | | |

| CLAIMS OF APPLICATION | | | | | |
|---|---|---|---|---|---|
| No. | IN | OUT | No. | IN | OUT |
| 21 | | | 31 | | |
| 22 | | | 32 | | |
| 23 | | | 33 | | |
| 24 | | | 34 | | |
| 25 | | | 35 | | |
| 26 | | | 36 | | |
| 27 | | | 37 | | |
| 28 | | | 38 | | |
| 29 | | | 39 | | |
| 30 | | | 40 | | |

KLARQUIST, SPARKMAN, CAMPBELL, LEIGH & WHINSTON
One World Trade Center, 121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204-2988

**KLARQUIST SPARKMAN**
**CAMPBELL LEIGH & WHINSTON, LLP**

*Patent, Trademark and Copyright Law*
*Litigation and Licensing*

One World Trade Center
121 S.W. Salmon Street, 16th Floor
Portland, Oregon 97204-2988 U.S.A.
FAX: 503-228-9446
Telephone: 503-226-7391

Mark L. Becker
James Campbell
Douglas D. Hancock
Patrick W. Hughey
Joseph T. Jakubek
Kenneth S. Klarquist
Ramon A. Klitzke II
James S. Leigh
Mark M. Meininger
William D. Noonan, M.D.
David P. Petersen
Richard J. Polley
Donald L. Stephens, Jr.
John W. Stuart
John D. Vandenberg
Arthur L. Whinston
Garth A. Winn

OF COUNSEL
William Y. Conwell

Gregory V. Bean
Kathleen J. Buckley
Lisa M. Caldwell
John R. Dawson
Alan E. Dow, Ph.D.
Scott D. Eads
David J. Earp, Ph.D.
James E. Geringer
Stephen Lesavich, Ph.D.
Joel R. Meyer
Mark A. Porter
Robert F. Scotti
Stacey C. Slater
Stephen A. Wight

Michael D. Jones, Ph.D.
*Technical Consultant*

April 16, 1997

David H. Evaul, Esq.
Rohde, Thomason and Bailey
Attorneys at Law
900 Jackson
Suite 630
Dallas, TX 75202

Re: Reissue Deadline
For: U.S. Patent No. 5,415,398
Issued: May 16, 1995
For: SOFTBALL BAT
Our Ref. No. 4189-40790/RAK/MAP

Dear Dave:

This letter is simply a reminder for you that an important reissue deadline is approaching with regard to DeMarini Sport's issued patent for a softball bat, Eggiman, U.S. Patent No. 5,415,398. This is the patent that covers DeMarini Sport's advanced aluminum softball bat having a tubular insert and sold under the name DOUBLE WALL™.

As we have discussed with you, whenever a patent is, through error without any deceptive intention, deemed wholly or partly inoperative by reason of the patent owner claiming more or less than he had a right to claim, the patent owner may ask the Patent Office to reissue the patent. One type of reissue in which the patent owner seeks to obtain a broader patent coverage is known as a broadening reissue. An applicant may seek a broadening reissue only within the first two years after a patent issues.

Accordingly, the deadline for seeking a broadening reissue on the Eggiman '398 patent is **May 16, 1997**. Because some time is required to prepare the reissue application, we should

begin preparations no later than May 1, 1997, if you intend to pursue this option.

As we now understand it, you are unlikely to pursue a broadening reissue of this patent. Nonetheless, we want to provide this reminder of the deadline and a final opportunity to discuss the pros and cons of a reissue application.

Please note that we can seek a reissue of the patent after the May 16, 1997 deadline, but we will not be able to amend the claims to broaden the scope of those claims in any respect.

There is another Patent Office procedure known as "reexamination" in which issued patents can be submitted to the Patent Office along with any newly discovered references (e.g., patents, publications) that raise substantial new questions of patentability. The scope of the claims may not be enlarged during reexamination process. A reexam may be requested at any time during the life of the patent.

If you have any further questions regarding these matters, please feel free to call us at your convenience.

Sincerely,

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON, LLP

Mark A. Porter

MAP:cms

cc: Ramon A. Klitzke II, Esq.

40790.ltr

TMC:rdr 2/3/95 4189-40790sup.doc

PATENT

Attorney's Matter No. 4189-40790/WYC/TMC

**SUPPLEMENTAL DECLARATION FOR PATENT APPLICATION**

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled SOFTBALL BAT, the specification of which was filed on June 10, 1994, as Application Serial No. 08/257,943, with amendments through December 5, 1994.

I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56(a).

All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; and further these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

---

Full name of sole or first inventor: Michael D. Eggiman

Inventor's signature ______________________ ____________
Date

Residence: 31155 NW Milne Street, Hillsboro, Oregon 97124

Citizenship: United States of America

Post Office address: 31155 NW Milne Street, Hillsboro, OR 97124

Eggiman/WYC

DOCKETED FOR: 4.21.95

| | |
|---|---|
| COMPUTER | ✓ |
| CARD | |
| BOOK | ✓ |
| DRAWER | ✓ |
| BKPR | ✓ |
| ANN. SVE | |

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

F3M1/0126

KLARQUIST, SPARKMAN, CAMPBELL, LEIGH
AND WHINSTON
121 S.W. SALMON ST.
ONE WORLD TRADE CENTER, SUITE 1600
PORTLAND, OR 97204

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

☐ Note attached communication from the Examiner

☐ This notice is issued in view of applicant's communication filed ____________

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/257,94[illegible] | 06/10/94 | 018 | [illegible], M. 3308 | [illegible] |

First Named Applicant: [illegible] MICHAEL [illegible]

TITLE OF INVENTION: SOFTBALL BAT

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 3 | 41894079OWYC | 273-072.00A | I33 | UTILITY | YES | $605.00 | [illegible] |

***THE APPLICATION IDENTIFIES ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. <u>PROSECUTION ON THE MERITS IS CLOSED.</u>***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

### *HOW TO RESPOND TO THIS NOTICE:*

I. Review the SMALL ENTITY Status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the patent and Trademark Office of the change in status, or
B. If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, pay of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number. Please direct all communication prior to issuance to Box ISSUE FEE unless advised to contrary.

**IMPORTANT REMINDER:** ***Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.***

DM000041

UNITED STATE. EPARTMENT OF CO. ICE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | EGGIMAN M | 418940790WYC |

F3M1/0126

KLARQUIST, SPARKMAN, CAMPBELL, LEIGH
AND WHINSTON
121 S.W. SALMON ST.
ONE WORLD TRADE CENTER, SUITE 1600
PORTLAND, OR 97204

| EXAMINER |
|---|
| GRAHAM, M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3304 | |

DATE MAILED: 01/26/95

## NOTICE OF ALLOWABILITY

PART I.

1. ☑ This communication is responsive to Amendment E filed 12/13/94
2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☑ The allowed claims are 1-13
4. ☑ The drawings filed on 5/17/93 are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. ______ filed on ______
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☑ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

PART II.

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. ______. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on ______ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
- Examiner's Amendment
- Examiner Interview Summary Record, PTOL-413
- ✓ Reasons for Allowance
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449
- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

MARK S. GRAHAM
PRIMARY EXAMINER
GROUP 3300

PTOL-37 (REV. 4-89)

DM000042

USCOMM-DC 89-3789

Serial Number: 08/257,943 

Art Unit: 3304

The following is an Examiner's Statement of Reasons for Allowance: With regard to claim 6, it is inherent that the claimed tubular impact portion and insert have a wall which has a given thickness just as in any tubular member. Therefore the language of the claim is considered definite for purposes of 35 USC 112, second paragraph.

Any comments considered necessary by applicant must be submitted no later than the payment of the Issue Fee and, to avoid processing delays, should preferably **accompany** the Issue Fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication should be directed to Mark S. Graham at telephone number (703) 308-1355.

MSG
24 January 1995

MARK S. GRAHAM
PRIMARY EXAMINER
GROUP 3300

FINAL 5/6/94

**DEMARINI SPORTS**

| Patent No. | Serial Number | Inventor | Docketed | Docket Number | Country |
|---|---|---|---|---|---|
| | 08/062,307 | MICHAEL D. EGGIMAN | 02-24-93 | 4189-38031/RAK, MAP | |

| Patent Date | Application Filed | Title |
|---|---|---|
| | MAY 14, 1993 | IMPROVED SOFTBALL BAT |

P. No. — Filed

Corresponding U. S.-Canadian Docket

Final Fee

NOTE:

REEL: 6616/FRAMES: 271-273/7-19-93

NOTE: DEMARINI SPORTS, INC.

Demarini Sports
Mr. Michael D. Eggiman
5500 S.E. Alexander
Hillsboro, OR 97123

TEL: 642-4487
FAX: 848-0454

CANADA- 40601
MEXICO - 40602
FWC # 40970
filed 6-10-94, 08,257,943

cc: David H. Evaul
Executive Vice President
Corporate-Affairs
Demarini Sports, Inc.
1805 Ridge Creek
Richardson, TX 75082
(214) 890-1564

| No. | ACTIONS — AMENDMENTS |
|---|---|
| 1 | 7-15-93 MSG PARTS |
| 2 | 7-15-93 ASSGNMT |
| 3 | 9-3-93 Rec'd CORR'D FIL. RCPT |
| 4 | 10-18-93 Office Action |
| 5 | 1-12-94 Amendment |
| 6 | 3-16-94 Office Action |
| 7 | 4-25-94 Amd Aft Final |
| 8 | 5-12-94 ADVISORY ACTION |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |

| No. | ACTIONS — AMENDMENTS |
|---|---|
| 16 | - |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | don't abandon; cont. [illegible] |
| 27 | pending. wpc 12/2/9[illegible] |
| 28 | |
| 29 | |

**ABANDONED**

| | INITIAL | DATE |
|---|---|---|
| ABANDONMENT APRVD. | | |
| SR. PARTNER | | |
| ACCOUNTING | | |
| DOCKETING | | |
| FILE ROOM | | |
| INSTRUCTION LETTER FILED | | |
| CPA NOTIFIED | | |
| STRIPPED (ATTY) | | |
| DESTROY DATE | | |
| CONT. APPLN. DOCKET | | |

4189-38031

DM000044