**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER | |
|---|---|
| ART UNIT | PAPER NUMBER |
| | 11 |

DATE MAILED:

*Below is a communication from the EXAMINER in charge of this application*
*COMMISSIONER OF PATENTS AND TRADEMARKS*

## ADVISORY ACTION

☑ THE PERIOD FOR RESPONSE:

☐ is extended to run ________ from the date of the Final Rejection

☑ continues to run 3 months from the date of the Final Rejection

☐ expires three months from the date of the final rejection or as of the mailing date of this Advisory Action, whichever is later. In no event however, will the statutory period for response expire later than six months from the date of the final rejection.

Any extension of time must be obtained by filing a petition under 37 CFR 1.136(a), the proposed response and the appropriate fee. The date on which the response, the petition, and the fee have been filed is the date of the response and also the date for the purposes of determining the period of extension and the corresponding amount of the fee. Any extension fee pursuant to 37 CFR 1.17 will be calculated from the date that the shortened statutory period for response expires as set forth above.

☐ Appellant's Brief is due in accordance with 37 CFR 1.192(a).

☑ Applicant's response to the final rejection, filed 5/2/14 has been considered with the following affect, but it is not deemed to place the application in condition for allowance:

1. ☑ The proposed amendments to the claim and/or specification will not be entered and the final rejection stands because:

a. ☐ There is no convincing showing under 37 CFR 1.116(b) why the proposed amendment is necessary and was not earlier presented.

b. ☑ They raise new issues that would require further consideration and/or search. (See Note).

c. ☐ They raise the issue of new matter. (See Note).

d. ☑ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal.

e. ☐ They present additional claims without cancelling a corresponding number of finally rejected claims.

NOTE: New limitations on the [illegible] [illegible]

2. ☐ Newly proposed or amended claims ________ would be allowed if submitted in a separately filed amendment cancelling the non-allowable claims.

3. ☑ Upon the filing of an appeal, the proposed amendment ☐ will be ☑ will not be, entered and the status of the claims in this application would be as follows:

Allowed claims: 17
Claims objected to: 3-14
Claims rejected: 1,2,15,16

However;

a. ☐ The rejection of claims ________ on references is deemed to be overcome by applicant's response.

b. ☐ The rejection of claims ________ on non-reference grounds only is deemed to be overcome by applicant's response.

4. ☐ The affidavit, exhibit or request for reconsideration has been considered but does not overcome the rejection.

5. ☐ The affidavit or exhibit will not be considered because applicant has not shown good and sufficient reasons why it was not earlier presented.

☐ The proposed drawing correction ☐ has ☐ has not been approved by the examiner.

☐ Other

MARK S. GRAHAM
PRIMARY EXAMINER
GROUP 3300

PTOL-303 (REV. 3-86)

DM000045

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/062,302 | 05/14/93 | EGGIMAN M | 41893803;WYE |

F3M1/0316

KLARQUIST, SPARKMAN, CAMPBELL,
LEIGH & WHINSTON
ONE WORLD TRADE CENTER, STE. 1600
121 S.W. SALMON ST.
PORTLAND, OR 97204

GRAHAM, M
EXAMINER

| ART UNIT | PAPER NUMBER |
|---|---|
| 3304 | 8 |

DATE MAILED 03/16/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined ☑ Responsive to communication filed on 1/18/94 ☑ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), ______ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☑ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ ______

**Part II SUMMARY OF ACTION**

1. ☑ Claims 1-17 are pending in the application.

   Of the above, claims ______ are withdrawn from consideration.

2. ☐ Claims ______ have been cancelled.
3. ☑ Claims 17 is allowed.
4. ☑ Claims 1, 2, 15, 16 are rejected.
5. ☑ Claims 3-14 are objected to.
6. ☐ Claims ______ are subject to restriction or election requirement.
7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☐ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on ______. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on ______, has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed ______, has been ☐ approved; ☐ disapproved (see explanation).
12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. ______; filed on ______.
13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

w

DOCKETED FOR 5.16.94, 6.16.94, 9.16.94
COMPUTER ✓
CARD ✓
BOOK
D...
EXP.
ANN. S...

DM000046

EXAMINER'S ACTION

PTOL-326 (Rev.9-89)

The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

Claims 1 and 2 are rejected under 35 U.S.C. § 102(e) as being anticipated by Peng. Nothing blocks communication between Peng's insert and frame.

Claims 15 and 16 are rejected under 35 U.S.C. § 102(b) as being anticipated by Krieger.

Device 28 is considered the insert.

Claims 3 and 4-14 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

Claim 17 is allowable over the prior art of record.

Applicant's arguments filed 1/18/94 have been fully considered but they are not deemed to be persuasive.

Applicant's amendment necessitated the new grounds of rejection. Accordingly, **THIS ACTION IS MADE FINAL.** See M.P.E.P. § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 C.F.R. § 1.136(a).

A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS ACTION. IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE MAILING DATE OF THE ADVISORY ACTION. IN NO EVENT WILL THE STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM THE DATE OF THIS FINAL ACTION.

Any inquiry concerning this communication should be directed to Mark S. Graham at telephone number (703) 308-0858.

MSG
March 7, 1994

MARK S. GRAHAM
PRIMARY EXAMINER
GROUP 3300

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

FORM PTO-892 (REV. 2-92)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

# NOTICE OF REFERENCES CITED

SERIAL NO. 08/062,307 | GROUP ART UNIT 3304 | ATTACHMENT TO PAPER NUMBER 8

APPLICANT(S) Eggiman

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4056267 | 11/77 | Krieger | 273 | 72A | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|
| L | | | | | | | | |
| M | | | | | | | | |
| N | | | | | | | | |
| O | | | | | | | | |
| P | | | | | | | | |
| Q | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

DM000049

EXAMINER Graham | DATE 3/7/94

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

CLIENT/MATTER NO. 4189-38031 ATTY/SEC JMC/kdk

INVENTOR(S): MICHAEL D. EGGIMAN

SERIAL NO. 08/062,307 FILING DATE 5-14-93

The following, due 5-16-94, mailed 4-26-94 by First Class Mail, was received in the U.S. PTO on the date stamped hereon:

MAIL MAY 2 1994 PAT. & TRADE MARK OFC.

X Amendment X After Final Rejection

___ Notice to File Msg. Parts - Date ________

___ Comb. Decl./POA ___ Dwgs. ___ Sht(s) ___ Letter to Official Draftsman

___ Verf'd. Stmt. Claiming Sm. Entity Status ___ Information Disclosure Statement

___ Assignment to: ____________________

___ Surcharge - Late Filing Fee, Oath, or Decl.: ___ Form PTO-1449/References

___ Small Entity ___ All Others X Transmittal Letter X dupl. — tripl.

___ In connection with Issuance of a Patent: X Deposit Account 02-4550 Authority

___ Supplemental Declaration ___ Form PTOL-85b ___ Issue & Advance Order fees

___ Check for $__________ to cover above-listed fees.

___ ____________________

DM000050

CLIENT/MATTER NO. 4189-38031 ATTY/SEC JMB/kk
INVENTOR(S): MICHAEL D. EGGIMAN
SERIAL NO. 08/062,307 FILING DATE 5-14-93
The following, due 5-16-94, mailed 4-26-94 by First Class Mail, was received in the U.S. PTO on the date stamped hereon:

X Amendment X After Final Rejection
___ Notice to File Msg. Parts - Date ________
___ Comb. Decl./POA ___ Dwgs. ___ Sht(s)
___ Verf'd. Stmt. Claiming Sm. Entity Status
___ Assignment to: ________
___ Surcharge - Late Filing Fee, Oath, or Decl.:
___ Small Entity ___ All Others
___ In connection with Issuance of a Patent:
___ Supplemental Declaration ___ Form PTOL-85b
___ Check for $________ to cover above-listed fees.

___ Letter to Official Draftsman
___ Information Disclosure Statement
___ Form PTO-1449/References
X Transmittal Letter X dupl. ___ tripl.
X Deposit Account 02-4550 Authority
___ Issue & Advance Order fees

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
**Address: COMMISSIONER OF PATENTS AND TRADEMARKS**
**Washington, D.C. 20231**

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKETT NO. |
|---|---|---|---|---|
| 08/062,307 | 05/14/93 | EGGIMAN | M | 418938031WYC |

| EXAMINER |
|---|
| GRAHAM, M |

F3M1/0413

KLARQUIST, SPARKMAN, CAMPBELL,
LEIGH & WHINSTON
ONE WORLD TRADE CENTER, STE. 1600
121 S.W. SALMON ST.
PORTLAND, OR 97204

| ART UNIT | PAPER NUMBER |
|---|---|
| 3304 | 9 |

DATE MAILED: 04/13/94

# EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Mr. M. Graham (3) ______

(2) Mr. Kuesters (4) ______

Date of Interview 3/31/94

Type: ☑ Telephonic ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☑ No. If yes, brief description: ______

Agreement ☐ was reached with respect to some or all of the claims in question. ☑ was not reached.

Claims discussed: 3

Identification of prior art discussed: Peng, Fringe

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: Examiner explained that claims 3-14 if written in independent form including their parent claim limitations would be allowable

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

☑ 1. It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph below has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1-7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ 2. Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the substance of the interview unless box 1 above is also checked.

W

[signature]
Examiner's Signature

PTOL-413 (REV. 2-93)

DM000052

APPLICANT'S COPY

CLIENT/MATTER NO. 4189-38031 ATTY/SEC TMC:kf

INVENTOR(S): Michael D. Eggiman

SERIAL NO. 08/062,307 FILING DATE 5/14/93

The following, due 1/18/94, mailed 1/12/94 by First Class Mail, was received in the U.S. PTO on the date stamped hereon:

X Amendment ___ After Final Rejection

___ Notice to File Msg. Parts - Date ___

___ Comb. Decl./POA ___ Dwg. ___ Sht(s) ___ Letter to Official Draftsman

___ Verf'd. Stmt. Claiming Sm. Entity Status ___ Information Disclosure Statement

___ Assignment to: ___

___ Surcharge - Late Filing Fee, Oath, or Decl.: ___ Form PTO-1449/References

___ Small Entity ___ All Others X Transmittal Letter X dupl. ~~xxxxx~~

___ In connection with Issuance of a Patent: X Deposit Account 02-4550 Authority

___ Supplemental Declaration ___ Form PTOL-85b ___ Issue & Advance Order fees

___ Check for $___ to cover above-listed fees.

___ ___

MAIL ROOM JAN 18 1994 PAT. & TRADEMARK OFF.

CLIENT/MATTER NO. 4189-38031 ATTY/SEC TMC:kf
INVENTOR(S): Michael D. Eggiman
SERIAL NO. 08/062,307 FILING DATE 5/14/93
The following, due 1/18/94, mailed 1/12/94 by First Class Mail, was received in the U.S. PTO on the date stamped hereon:

X Amendment ___ After Final Rejection
___ Notice to File Msg. Parts - Date ___
___ Comb. Decl./POA ___ Dwgs. ___ Sht(s)
___ Verf'd. Stmt. Claiming Sm. Entity Status
___ Letter to Official Draftsman
___ Information Disclosure Statement
___ Assignment to: ___
___ Surcharge - Late Filing Fee, Oath, or Decl.:
___ Small Entity ___ All Others
___ Form PTO-1449/References
X Transmittal Letter X dupl. xxxxx
___ In connection with Issuance of a Patent:
___ Supplemental Declaration ___ Form PTOL-85b
X Deposit Account 02-4550 Authority
___ Issue & Advance Order fees
___ Check for $___ to cover above-listed fees.
___ ___

Eggin ( ) m. WYC

UNITED STAT... DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/062,307 | 05/14/93 | EGGIMAN | M 4893803IWYC |

| EXAMINER |
|---|
| GRAHAM, M |

F3M1/1018

KLARQUIST, SPARKMAN, CAMPBELL,
LEIGH & WHINSTON
ONE WORLD TRADE CENTER, STE. 1600
121 S.W. SALMON ST.
PORTLAND, OR 97204

| ART UNIT | PAPER NUMBER |
|---|---|
| 3304 | 6 |

DATE MAILED: 10/18/93

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined ☑ Responsive to communication filed on 5/14/93, 4/7/93 ☐ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), ——— days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☑ Notice of References Cited by Examiner, PTO-892.
2. ☑ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☑ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ ______

**Part II SUMMARY OF ACTION**

1. ☑ Claims 1-17 are pending in the application.

   Of the above, claims ______ are withdrawn from consideration.

2. ☐ Claims ______ have been cancelled.
3. ☑ Claims 17 ~~are allowed.~~ /17
4. ☑ Claims 1-3, 15, 16 are rejected.
5. ☑ Claims 4-14 are objected to.
6. ☐ Claims ______ are subject to restriction or election requirement.
7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☐ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on ______. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on ______, has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed ______, has been ☐ approved; ☐ disapproved (see explanation).
12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. ______; filed on ______.
13. ☐ Since this application apppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

DOC... 1.14.94
4.14.94
ANS. SYE

PTOL-326 (Rev. 2/93)

EXAMINER'S ACTION

DM000056

EXPRESS MAIL NO. TB364393040US

TMC:rdr 38031.ids 05/14/93

MAIL ROOM MAY 14 1993 PAT. & TRADEMARK OFF.

PTO Form 1449



INFORMATION DISCLOSURE STATEMENT

BY APPLICANT

Ref.:4189/38031/WYC | Ser: 08/062,307

Applicant: Michael D. Eggiman

Filed: 5/14/93 | Group: 2504

U.S. PATENT DOCUMENTS

| Init.* | | Number | Date | Name | Class | Sub | Filed |
|---|---|---|---|---|---|---|---|
| MLG | | 3,116,926 | 01/07/1964 | Owen et al. | 273 | 72 | |
| MLG | | 3,861,682 | 01/21/1975 | Fujii | 273 | 72 | |
| MLG | | 3,876,204 | 04/08/1975 | Moore et al. | 273 | 72 | |
| MLG | | 3,963,239 | 06/15/1976 | Fujii | 273 | 72 | |
| MLG | | 4,569,521 | 02/11/1986 | Mueller | 273 | 72 | |
| MLG | | 4,961,576 | 10/09/1990 | Meredith | 273 | 72 | |
| MLG | | 5,094,453 | 03/10/1992 | Douglas et al. | 273 | 72 | |
| MLG | | 5,104,123 | 04/14/1992 | Okitsu et al. | 273 | 72 | |
| MLG | | 5,131,651 | 07/21/1992 | You | 273 | 72 | |
| | | | | | | | |
| | | | | | | | |

FOREIGN PATENT DOCUMENTS

| | | Number | Date | Country | Class | Sub | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

OTHER DOCUMENTS

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

EXAMINER: Graham | DATE: 10/12/93

*Examiner: Initial if considered, whether or not in conformance with MPEP 609; draw line through cite if not in conformance and not considered. Send copy.

DM000057

PTO FORM 948
(REV. 7-92)

GROUP 3304

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

ATTACHMENT TO PAPER NUMBER 6

APPLICATION NUMBER 062307

# NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

THE PTO DRAFTSMEN REVIEW ALL ORIGINALLY FILED DRAWINGS REGARDLESS OF WHETHER THEY WERE DESIGNATED AS INFORMAL OR FORMAL. ADDITIONALLY, THE PATENT EXAMINER WILL ALSO REVIEW THE DRAWINGS FOR COMPLIANCE WITH THE REGULATIONS.

The drawings filed 5/14/93

A. ☑ are approved by the draftsperson.

B. ☐ are objected to by the draftsperson under 37 CFR 1.84 for the reason(s) checked below. The examiner will require submission of new, corrected drawings at the appropriate time. Corrected drawings must be submitted according to the instructions listed on the back of this Notice.

1. Paper and ink. 37 CFR 1.84(a)
   - ☐ Sheet(s)________ Poor.

2. Size of Sheet and Margins. 37 CFR 1.84(b)

Acceptable Paper Sizes and Margins

| | Paper Size | | |
|---|---|---|---|
| Margin | 8 1/2 by 14 inches | 8 1/2 by 13 inches | DIN size A4 21 by 29.7 cm. |
| Top | 2 inches | 1 inch | 2.5 cm. |
| Left | 1/4 inch | 1/4 inch | 2.5 cm. |
| Right | 1/4 inch | 1/4 inch | 1.5 cm. |
| Bottom | 1/4 inch | 1/4 inch | 1.0 cm. |

   - ☐ Proper Size Paper Required. All Sheets Must be Same Size. Sheet(s) ________
   - ☐ Proper Margins Required. Sheet(s) ________
     - ☐ TOP ☐ RIGHT
     - ☐ LEFT ☐ BOTTOM

3. Character of Lines. 37 CFR 1.84(c)
   - ☐ Lines Pale or Rough and Blurred. Fig(s)________
   - ☐ Solid Black Shading Not Allowed. Fig(s)________

4. ☐ Photographs Not Approved.
________

5. Hatching and Shading. 37 CFR 1.84(d)
   - ☐ Shade Lines are Required. Fig(s) ________
   - ☐ Criss-Cross Hatching Not Allowed. Fig(s) ________
   - ☐ Double Line Hatching Not Allowed. Fig(s) ________
   - ☐ Parts in Section Must be Hatched. Fig(s) ________

6. Reference Characters. 37 CFR 1.84(f)
   - ☐ Reference Characters Poor or Incorrectly Sized. Fig(s) ________
   - ☐ Reference Characters Placed Incorrectly. Fig(s) ________

7. Views. 37 CFR 1.84(i) & (j)
   - ☐ Figures Must be Numbered Properly.
   - ☐ Figures Must Not be Connected. Fig(s) ________

8. ☐ Identification of Drawings. 37 CFR 1.84(1) Extraneous Matter or Copy Machine Marks Not Allowed. Fig(s) ________

9. ☐ Changes Not Completed from Prior PTO-948 dated ________

☐ Comments;

DM000058

Telephone inquires concerning this review should be directed to the Chief Draftsperson at telephone number (703) 305-8404.

[signature] 8/26/93

Reviewing Draftsperson — Date

Note: Any objection to the drawings made by the examiner will be communicated separately in an office action.

Applicant's Copy

The title of the invention has not been changed. See MPEP 606.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

Claims 1 and 2 are rejected under 35 U.S.C. § 102(e) as being clearly anticipated by Peng '164.

Claims 3, 15, and 16 are rejected under 35 U.S.C. § 102(e) as being anticipated by Lanctot et al. (Lanctot).

Spine 16 is considered the insert.

Claims 5-14 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

Claim 17 is allowable over the prior art of record.

Kobayashi, Merrit, Yanagioka, Peng '448, and Hue have been cited for interest because they disclose similar bats.

Any inquiry concerning this communication should be directed to Mark S. Graham at telephone number (703) 308-0858.

MSG
October 12, 1993

MARK S. GRAHAM
PRIMARY EXAMINER
GROUP 3300

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

FORM PTO-892 (REV. 2-92)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

**NOTICE OF REFERENCES CITED**

| SERIAL NO. | GROUP ART UNIT | ATTACHMENT TO PAPER NUMBER |
|---|---|---|
| 08/062307 | 3304 | 6 |

APPLICANT(S): Eggiman

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4951948 | 8/90 | Peng | 223 | 72A | |
| | B | 4113248 | 9/78 | Yamagiota | 223 | 72A | |
| | C | 4600193 | 7/86 | Merritt | 223 | 72A | |
| | D | 5219164 | 6/93 | Peng | 323 | 72A | |
| | E | 5180163 | 1/93 | Lanclot | 223 | 72A | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PERTINENT PP. SPEC |
|---|---|---|---|---|---|---|---|---|---|
| | L | 4303477 | 10/92 | Japan | Kobayashi | 223 | 72A | | |
| | M | 2247932 | 3/92 | Uk | Hue | 323 | 72R | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

R

S

T

U

| EXAMINER | DATE |
|---|---|
| Graham | 10/12/93 |

DM000061

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

TMC

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Date: SEPT. 24, 1993

Application Number: 08/062,307

Dear Applicant or Attorney of Record

In response to your request for a corrected filing receipt due to an error in the filing receipt:

( ) The correct number of your application appears on the filing receipt. The application number stamped on the return postcard is incorrect.

( ) The "Foreign Filing License Date Granted" is correct for filing purposes. Additional information on the Foreign Filing License may be obtained by calling Licensing and Review on (703) 308-__________.

(✓) The articles "a", and "the" are not included as first words in the title of an application because they are unnecessary to the understanding of the title. The words "new" and "improvement" are not included as first words in the title of an application because a patent application is, by its nature, a new idea or improvement.

( ) The title is correct as taken from the transmittal letter.

( ) The title is correct as taken from the first page of the specification Per 37 CFR 1.72.

( ) Other:

Paul F. Urkutis
Corps Correction Examiner
Application Processing Division
(703) 308-3618

PLEASE MAKE NOTE OF THIS IN YOUR RECORDS TO AVOID REQUEST OF THIS TYPE IN THE FUTURE.

Ftu

TMC:rdr 9/3/93 4189-38031fr.cor

MAIL ROOM SEP 7 1993 U.S. PAT. & TRADEMARK OFF.

PATENT
Attorney Matter No. 4189-38031/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of: | ) | |
| MICHAEL D. EGGIMAN | ) | |
| Serial No.: 08/062,307 | ) | Group Art Unit: 3304 |
| Filed: May 14, 1993 | ) | |
| For: IMPROVED SOFTBALL BAT | ) | Date: September 3, 1993 |

REQUEST FOR CORRECTED FILING RECEIPT

COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, D.C. 20231

Sir:

A corrected Filing Receipt with the complete title of the invention is requested.

In the Invention's Title:

"SOFTBALL BAT" should be corrected to --IMPROVED SOFTBALL BAT--.

Enclosed for your reference is a copy of our transmittal letter and the first page of the patent application originally sent to the PTO on May 14, 1993, and signed by the inventor,

CLIENT/MATTER NO. 4189-38031 ATTY/SEC TMC/rdr
INVENTOR(S): MICHAEL D. EGGIMAN
SERIAL NO. 08/062,307 FILING DATE 05-14-93
The following, due 08-02-93, mailed 07-15-93 by First Class Mail, was received in the U.S. PTO on the date stamped hereon:

JUL 19 1993 PAT. & TRADEMARK OFFICE

__ Amendment __ After Final Rejection
__ Notice to File Msg. Parts - Date ______
__ Comb. Decl./POA __ Dwgs. __ Sht(s)
__ Verf'd. Stmt. Claiming Sm. Entity Status
X Assignment to: DEMARINI SPORTS, INC.
__ Surcharge - Late Filing Fee, Oath, or Decl.:
__ Small Entity __ All Others
__ In connection with Issuance of a Patent:
__ Supplemental Declaration __ Form PTOL-85b
__ Letter to Official Draftsman
__ Information Disclosure Statement
__ Form PTO-1449/References
X Transmittal Letter X dupl. ~~tripl.~~
X Deposit Account 02-4550 Authority
__ Issue & Advance Order fees
X Check for $40.00 to cover above-listed fees. #36325

---

CLIENT/DOCKET NO. 4189-38031 ATTY/SEC TMC/rdr
In re patent application of MICHAEL D. EGGIMAN
TITLE IMPROVED SOFTBALL BAT
SERIAL NO. 08/062,307 FILING DATE 05-14-93
The following, due 08-02-93, mailed 07-15-93 ~~by Exp. Mail Label No.~~
1st CLASS MAIL, was received in the U.S. PTO on the date stamped hereon:

MAIL ROOM 30 JUL 19 1993 PAT. & TRADEMARK OFFICE

__ Amendment __ After Final Rejection
X Notice to File Msg. Parts - Date 07-02-93
X Comb. Decl./POA __ Dwgs. ____ Sht(s)
X Verified Stmt Claiming Sm. Entity Status (CII. + S.B.E.)
__ Assignment to:
X Surcharge - Late Flg. Fee, Oath, or Decl:
X Sm. Entity __ All Others
__ In connection with Issuance of a Patent:
__ Suppl. Decl. __ Form PTOL-85b
__ Ltr. to Official Draftsman
__ Power of Attorney
__ Info. Discl. Stmt.
__ Form PTO-1449/Refs.
X Trans. Ltr-dupl./~~tripl.~~
X Dep. Acct. 02-4550 Auth.
__ Issue & Adv. Order fees
X Check for $65.00 to cover above-listed fees. # 36324

DM000064

UNITED STA S DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

DATE: 08/16/93
TO:

N06A

KLARQUIST, SPARKMAN, CAMPBELL, LEIGH
AND WHINSTON, WILLIAM Y. CONWELL, ESQ.
ONE WORLD TRADE CENTER, SUITE 1600
121 S.W. SALMON STREET
PORTLAND, OREGON, 97204-2988

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT BRANCH OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE U.S. PATENT AND TRADEMARK OFFICE ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT ASSIGNMENT PROCESSING SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT BRANCH, NORTH TOWER BUILDING, SUITE 10C35, WASHINGTON, D.C. 20231

ASSIGNOR: DOC DATE: 06/08/93
EGGIMAN, MICHAEL D.

RECORDATION DATE: 07/19/93 NUMBER OF PAGES 003 REEL/FRAME 6616/0271

DIGEST : ASSIGNMENT OF ASSIGNORS INTEREST

ASSIGNEE:
DEMARINI SPORTS, INC.
755 SW DENNIS STREET
HILLSBORO, OR 97123

SERIAL NUMBER 8-062307 FILING DATE 05/14/93
PATENT NUMBER ISSUE DATE 00/00/00

EXAMINER/PARALEGAL
ASSIGNMENT BRANCH
ASSIGNMENT/CERTIFICATION SERVICES DIVISION

W

40581 D

1489-38031/TMC:rd82

MAIL RO JUL 19 1993 PAT. & TRADEMARK OFF.

FORM PTO-1595 1-31-92

RECORDATION FORM COVER SHEET
**PATENTS ONLY**

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

To the Honorable Commissioner of Patents and Trademarks. Please record the attached original documents or copy thereof.

1. Name of conveying party(ies):

Michael D. Eggiman

Additional name(s) of conveying party(ies) attached? ☐ yes ☒ no

2. Name and address of receiving party(ies):

Name: Demarini Sports, Inc.

Internal Address:

Street Address:

755 SW Dennis Street

City Hillsboro State OR ZIP 97123

Additional name(s) & address(es) attached? ☐ Yes ☐ No

3. Nature of Conveyance:

☒ Assignment ☐ Merger

☐ Security Agreement ☐ Change of Name

☐ Other

Execution Date: June 8, 1993

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

A. Patent Application No.(s)

08/062,307

B. Patent No.(s)

Additional numbers attached? ☐ Yes ☒ No

RECEIVED
93 AUG -4 AM 11:43
ASSIGNMENT BRANCH

5. Name and address of party to whom correspondence concerning document should be mailed:

Name: William Y. Conwell, Esq.

Klarquist, Sparkman, Campbell, Leigh & Whinston

Internal Address:

One World Trade Center, Suite 1600

Street Address:

121 S.W. Salmon Street

City Portland State Oregon ZIP 97204-2988

6. Total number of applications and patents involved: 1

7. Total fee (37 CFR 3.41):..$40.00

☒ Enclosed

☒ Any deficiencies are Authorized to be charged to deposit account

8. Deposit account number: 02-4550

(Attach duplicate copy of this page if paying by deposit account)

090 BA 08/03/93 08062307 DO NOT USE THIS SPACE 1 581 40.00 CK

9. Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

William Y. Conwell — Name of Person Signing

[signature] — Signature

July, 1993 — Date

Total number of pages, including cover sheet: 3

OMB No. 0651-0011 (exp. 4/94)

91686916

DM000067

TMC:rdr 6/4/93 4189-38031.asm

# ASSIGNMENT

WHEREAS, I, MICHAEL D. EGGIMAN, of 31155 NW Milne Street, Hillsboro, County of Washington, State of Oregon 97124, have invented a certain invention entitled IMPROVED SOFTBALL BAT for which application for Letters Patent was filed in the United States patent and Trademark Office on May 14, 1993, and was assigned application Serial No. 08/062,307; and

WHEREAS, DEMARINI SPORTS, INC., a corporation organized under the laws of the State of Oregon, having a place of business at 755 SW Dennis Street, Hillsboro, OR 97123, is desirous of acquiring an interest therein:

NOW, THEREFORE, in consideration of good and valuable consideration, the receipt of which is hereby acknowledged, I, MICHAEL D. EGGIMAN, hereby sell, assign and transfer to DEMARINI SPORTS, INC., the full and exclusive right, title and interest in and to said invention, patent application and patent rights throughout the world, including foreign patent priority rights, the right to file and prosecute International Applications under the Patent Cooperation Treaty, and the right to file and prosecute applications under the European Patent Convention; said invention, application and letters patent in this or any foreign country, and all divisions, continuations, reissues and extensions thereof, to be held and enjoyed by DEMARINI SPORTS, INC., for its own use and benefit, and for its successors and assigns to the full end of the term for which letters patent may

REEL 6616 FRAME 272

TMC:rdr 6/4/93 4189-38031.asm

be granted in this or any foreign country, as fully and entirely as the same would have been held by me had this assignment and sale not been made, and covenant that I have full right so to do, and agree that I will communicate to DEMARINI SPORTS, INC., or its successors and assigns, any facts known to me respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing and reissue applications, make all rightful oaths, and do everything possible to aid DEMARINI SPORTS, INC., its successors and assigns to obtain and enforce proper patent protection for said invention in this or any foreign country.

Executed at Hillsboro, State of Oregon, this 8th day of June, 1993.

Michael D. Eggiman

MICHAEL D. EGGIMAN

STATE OF OREGON )
) ss.
COUNTY OF WASHINGTON )

This 8th day of June, 1993, before me personally came the above-named MICHAEL D. EGGIMAN, who executed the foregoing instrument in my presence, and who acknowledged to me that he executed the same of his own free will for the purposes set forth therein.

Pat Lawson

Notary Public for
My commission expires: 5-9-97

[SEAL]

JUL 19 93
RECEIVED
PATENT AND TRADEMARK OFFICE

OFFICIAL SEAL
PAT LAWSON
NOTARY PUBLIC - OREGON
COMMISSION NO.022798
MY COMMISSION EXPIRES MAY 09, 1997

REEL 6616 FRAME 273

LICENSE FOR FOREIGN FILING UNDER
Title 35, United States Code, Section 184
Title 37, Code of Federal Regulations, 5.11

GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "FOREIGN FILING LICENSE GRANTED" followed by a date appears on the reverse side of this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). This license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license has been granted under 37 CFR 5.13.

This license is to be retained by the licensee and may be used at anytime on or after the effective date thereof unless it is revoked. This license is transferrable to any related application(s) filed under 37 CFR 1.62 which meet the provisions of 37 CFR 5.15(a)(4). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations, especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR, Parts 121-128) ); the Office of Export Administration, Department of Commerce (15 CFR 370.10 (j) ); and the Department of Energy.

NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "FOREIGN FILING LICENSE GRANTED" DOES NOT appear on the reverse side of this form. Applicant may still petition for a license under 37 CFR 5.12 (b), if a license is desired.

App, Clm, IDS to #P 8/24/93
#1092055-1

```
08-24-93  05:15p            Directory A:\*.*
Free:     304,128

 .     Current  <Dir>                          | ..    Parent       <Dir>
 36469    .IDS 14,545 08-24-93 05:15p | 36469    .PA      34,780 08-19-93 12:07p
 36469REF.NOS   7,958 08-19-93 04:36p
```

DOCKETED FOR 8-2-93

Eggiman, I

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTY. DOCKET NO./TITLE |
|---|---|---|---|---|
| 08/062,307 | 05/14/93 | EGGIMAN | M | 418938031WYC |

03B1/0702
KLARQUIST, SPARKMAN, CAMPBELL,
LEIGH & WHINSTON
ONE WORLD TRADE CENTER, STE 1600
121 S.W. SALMON STREET
PORTLAND, OR 97204

0000

DATE MAILED: 07/02/93

## NOTICE TO FILE MISSING PARTS OF APPLICATION
## FILING DATE GRANTED

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted **ALONG WITH THE PAYMENT OF A SURCHARGE** for items 1 and 3-6 only of $ 130 for large entities or $ 65 - for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e).

If all required items on this form are filed within the period set below, the total amount owed by applicant as a ☒ large entity, ☐ small entity (verified statement filed), is $ 485.00

**Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER,** within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

1. ☒ The statutory basic filing fee is: ☐ missing ☒ insufficient. Applicant as a ☒ large entity ☐ small entity, must submit $ 355.00 to complete the basic filing fee.

2. ☐ Additional claim fees of $________ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.

3. ☐ The oath or declaration:
   - ☐ is missing.
   - ☐ does not cover items omitted at time of execution.

   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

5. ☒ The signature to the oath or declaration is: ☒ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration:

   __________. An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $______ under 37 CFR 1.17(k), unless this fee has already been paid.

8. ☐ A $______ processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned without payment.

10. ☐ The application does not comply with the Sequence Rules. See attached Notice to Comply with Sequence Rules 37 CFR 1.821-1.825.

11. ☐ Other.

Direct the response and any questions about this notice to C. Pianco / lm, Application Processing Division, Special Processing and Correspondence Branch (703) 308-1202.

***A copy of this notice MUST be returned with the response.***

FORM PTO-1533 (REV. 1-93) ATTORNEY'S/APPLICANTS COPY

DM000074

CLIENT/MATTER NO. 4189-38031 ATTY/SEC TMC/[illegible]
INVENTOR(S) MICHAEL D. EGGIMAN
TITLE IMPROVED SOFTBALL BAT
CLIENT NAME MICHAEL D. EGGIMAN
The following mailed on 05-14-93 by Exp. Mail Label No. TB364393 04QUS,
was received in the U.S. PTO on the date stamped hereon:

X 11 pp. Spec., 3 pp. Claims, and Abstract — __ Associate POA
X [illegible] Decl./POA or __ Oath (unsigned) — X Info Discl. Stmt.
X Verified Stmt. Claiming Sm. Entity Status (unsigned) — X Form PTO-1449/Refs.
X Ind. Inventor X Sm. Bus. Concern — X Trans. ltr. dupl./tripl.
__ Nonprofit Org. __ Non-Inventor — X Dep. Acct. 02-0650 Auth.
X Informal Dwgs. 1 Sheet(s) (3 FIGS)
__ Cert. Copy of ______________ App.
__ Assignment to: ______________
X Check #35269 for $355.00 to cover X filing fee and __ Assignment recordal.

08/062307

MAIL ROOM
MAY 14 1993
PAT. & TRADEMARK OFF.

11.14.93 ✓ 8.14.93 ✓
5.14.94 ✓

TMC:rdr 4/22/94 4189-38031tgn.ltr

PATENT

Attorney's Matter No. 4189-38031/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

Michael D. Eggiman

Serial No.: 08/062,307

Filed: May 14, 1993

For: SOFTBALL BAT

Examiner: Mark S. Graham

Date: 4-26, 1994

Response Under 37 CFR 1.116
Expedited Procedure

Examining Group 3304

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO: BOX AF, COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, DC 20231, ON 4/26, 1994.

William Y. Conwell
Attorney for Applicant

TRANSMITTAL LETTER

THE HONORABLE COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, D.C. 20231

Sir:

Enclosed is an Amendment for the above application. The fee has been calculated as shown below.

CLAIMS AS AMENDED

| For | Number after amendment | | Number paid for previously | | Present Extra | | Rate | | Fee |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims | 17 | - | 20* | = | | x | $ 11.00 | = | $ -0- |
| Independent Claims | 3 | - | 3** | = | | x | $ 37.00 | = | $ -0- |
| Mult. Dep. Claims Fee (if not previously paid) | | | | | | | $115.00 | = | $ -0- |
| TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | | | | | | | | $ -0- |

* greater of twenty or number for which fee has been paid.
** greater of three or number for which fee has been paid.

[X] No additional fee is required.

[X] Please charge any additional fees which may be required in connection with filing this amendment and any extension of time, or credit any overpayment, to Deposit Account No. 02-4550. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON

By: ______________________
William Y. Conwell
Registration No. 31,943

One World Trade Center
Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

cc: Mr. Michael D. Eggiman

DM000076

TMC:aa:rdr 4/22/94 4189-38031amd.af

PATENT

Attorney's Matter No. 4189-38031/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Response Under 37 CFR 1.116
Expedited Procedure

In re application of

Michael D. Eggiman

Serial No. 08/062,307

Filed: May 14, 1993

For: SOFTBALL BAT

Examiner: M. Graham

Date: April 26, 1994

Examining Group 3304

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO: BOX AF, COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, DC 20231, ON 4/26, 1994.

William Y. Conwell
Attorney for Applicant

## AMENDMENT AFTER FINAL REJECTION

BOX AF
COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, D.C. 20231

Sir:

In response to the Office action dated March 16, 1994, and further to Timothy M. Carlson's brief telephone conversation with Examiner Graham on March 28, 1994, please amend the above-identified patent application as follows:

In the Claims:

Please amend claims 1 and 15.

1. (Twice Amended) A bat, comprising:

a hollow tubular bat frame; and

an insert positioned within the frame, the insert having first and second ends adjoining the tubular frame, the insert being separated from the tubular frame by a gap along a central portion between said first and second ends, the frame elastically deflectable across the gap to operably engage [communicable with] the insert [across the gap] along a portion of the insert between the insert first and second ends.

15. (Twice Amended) In a hollow bat having a small-diameter handle portion and a large-diameter impact portion, an improvement comprising an internal structural insert defining an

annular gap with an inside wall of the impact portion of the bat and the impact portion elastically deflectable to close a portion of the annular gap and operably engage the insert.

REMARKS

Interview Summary

On March 28, 1994, Timothy M. Carlson spoke with Examiner Graham to discuss amendments that might favorably be considered after final. The foregoing amendments are presented in accordance with that discussion.

Comments on Amendments

By this amendment, claims 1 and 15 are amended to clarify the nature of the invention. Accordingly, claims 1-17 are in the application. In light of the foregoing amendments and the remarks that follow, reexamination and reconsideration of this application are respectfully requested.

Applicant believes that all aspects of the amended claims have previously been brought to the examiner's attention, and as such should not require an additional search or raise new issues requiring significant consideration. Therefore, applicant respectfully submits that the amended claims be entered and considered.

In the Office action, the examiner repeated the rejection of claims 1 and 2 under 35 U.S.C. § 102(e) as anticipated by Peng (U.S. Patent No. 5,219,164). Applicant has amended claim 1 to clarify the nature of the bat frame and the communication between the frame and the insert. As recited in amended claim 1, the bat frame is elastically deflectable to cross the gap and engage the insert. Such deflection may occur when the bat solidly strikes a ball. The frame engagement loads the insert so that the insert provides additional spring-like energy to the ball when the frame elastically rebounds back across the gap.

None of the references of record discloses a bat frame and insert combination wherein the frame may elastically deflect

across the gap to engage the insert. The gap between the Peng '164 frame 30 and insert 20 is far too wide for the frame to elastically deflect across the gap to engage the insert. Furthermore, nothing in Peng '164 suggests such frame deflection. Accordingly, claim 1 and all of the claims dependent thereon are believed allowable.

The examiner also rejected claims 15 and 16 under 35 U.S.C. § 102(b) as anticipated by the newly cited reference to Krieger (U.S. Patent No. 4,056,267). Applicant does not understand why the amendment of claim 15 mailed on January 12, 1994 (cited by examiner as the 1/18/94 amendment) necessitated the new grounds of rejection, since the Krieger device 28 extends through all portions of the Krieger frame.

Applicant has amended Claim 15 to distinguish over all of the references, by reciting the frame impact portion being elastically deflectable to close a portion of the gap to engage the insert. Applicant therefore submits that claim 15, and claim 16 dependent thereon, are in condition for allowance.

In view of the foregoing, it is respectfully submitted that none of the art, whether singly or in combination, teaches or suggests the presently claimed combinations, nor equivalents thereto. Accordingly, passage to issuance is solicited. If the examiner has any questions, he is invited to contact the applicant's attorney at the telephone number listed below.

Respectfully submitted,

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON

By____________________
William Y. Conwell
Registration No. 31,943

Klarquist Sparkman Campbell
Leigh & Whinston
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

TMC:kf 4189-38031 January 12, 1994

Attorney's Matter No. 4189-38031/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Art Unit 3304

MICHAEL D. EGGIMAN

Serial No. 08/062,307

Filed: May 14, 1993

For: IMPROVED SOFTBALL BAT

Examiner: M. Graham

Date: January 12, 1994

**CERTIFICATE OF MAILING**

I hereby certify that this paper and the documents referred to as being attached or enclosed herewith are being deposited with the United States Postal Service on January 12, 1994, as First Class Mail in an envelope addressed to: COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231.

Attorney for Applicant

TRANSMITTAL LETTER

COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, DC 20231

Sir:

Enclosed is an Amendment for the above application. The fee has been calculated as shown below.

CLAIMS AS AMENDED

| For | Number after amendment | | Number paid for previously | | Present Extra | | Rate | | Fee |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims | 17 | - | 20 | = | 0 | x | $ 11.00 | = | $ 0 |
| Independent Claims | 3 | - | 3 | = | 0 | x | $ 37.00 | = | $ 0 |
| Mult. Dep. Claims Fee (if not previously paid) | | | | | | | $115.00 | = | $ |
| One-month Extension of Time | | | | | | | $ 55.00 | | $ |
| Two-month Extension of Time | | | | | | | $180.00 | | $ |
| Three-month Extension of Time | | | | | | | $420.00 | | $ |
| TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | | | | | | | | $ |

* greater of twenty or number for which fee has been paid.
** greater of three or number for which fee has been paid.

TMC:kf 4189-38031.tra January 12, 1994

[X] No additional fee is required.

[X] Please charge any additional fees which may be required in connection with filing this amendment and any extension of time, or credit any overpayment, to Deposit Account No. 02-4550. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON

By__________________________
John W. Stuart
Registration No. 24,540

One World Trade Center, Ste. 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

cc: Mr. Michael D. Eggiman

TMC:kf 1/12/94 4189-38031.amd

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

MICHAEL D. EGGIMAN

Serial No. 08/062,307

Filed: May 14, 1993

For: IMPROVED SOFTBALL BAT

Examiner: M. Graham

Date: January 12, 1994

Art Unit 3304

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS PAPER AND THE DOCUMENTS REFERRED TO AS BEING ATTACHED OR ENCLOSED HEREWITH ARE BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE ON January 12, 1994 AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO: COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231.

John W. Stuart
Attorney for Applicant

AMENDMENT

COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, DC 20231

Sir:

In response to the Office action dated October 18, 1993, Paper No. 6, please enter and consider the following amendments:

IN THE CLAIMS

Please amend claims 1, 3, 15 and 16 as follows:

1. (Amended) A bat, comprising:

a hollow tubular frame; and

an insert positioned within the frame, the insert having first and second ends adjoining the tubular frame, the insert being separated from the tubular frame by a gap along a central portion between said first and second ends, the frame

communicable with the insert across the gap along a portion of the insert between the insert first and second ends.

3. (Amended) A bat according to claim 2, wherein the insert is rigid and the gap is filled with a lubricant to facilitate the relative movement between the insert and the tubular frame when a ball is struck.

15. (Amended) In a hollow bat having a small-diameter handle portion and a large-diameter impact portion, an improvement comprising an internal structural insert defining an annular gap with an inside wall of the impact portion of the bat.

16. (Amended) The bat of claim [13] 15 in which the gap is filled with a plastically deformable substance.

**REMARKS**

The allowance of claim 17 is noted with appreciation.

By this amendment, claims 1, 3, 15 and 16 have been amended. In view of the amendments and the remarks that follow, reconsideration and reexamination of this application are respectfully requested.

Claims 1 and 2 stand rejected under 35 U.S.C. § 102(e) as anticipated by the Peng ('164) patent.

Applicant respectfully submits that amended claim 1 distinguishes applicant's insert over the insert of Peng ('164). Amended claim 1 includes the frame being communicable with the insert across the gap. When a ball is struck, the bat impact portion 12 may deflect inwardly through the gap to inwardly deflect the underlying insert 18 (see top of p. 6 of present application). Peng ('164) does not show or suggest frame 30 communication with the insert 20 across the gap. Rather, the Peng ('164) frame 30 communicates with the insert 20 only through elastic end pieces 40, 50 (col 3, lines 9-10). Accordingly, amended claim 1 is submitted as allowable.

Claim 2 is believed allowable without amendment based on its additional limitations, and on the allowability of base claim 1.

Claims 3, 15 and 16 stand rejected under 35 U.S.C. § 102(e) as anticipated by the Lanctot et al. patent. The purpose of Lanctot et al is directly at odds with applicant's claimed invention. The Lanctot et al. spine is collapsible and positioned in a bat handle to deaden shock at the bat handle. On the contrary, applicant's insert is rigid and positioned in a bat impact portion to heighten the response of the impact portion to a batted ball.

Applicant believes that claim 3 is allowable without amendment based on the allowability of claims 1 and 2, and the

additional limitations of claim 3. However, applicant has amended claim 3 to further distinguish over Lanctot et al. Amended claim 3 points out that the insert is rigid, which is not shown or suggested in Lanctot et al. The Lanctot et al. spine 16 collapses when the bat strikes a ball to permit particles 26 to shift in a fluid medium 27, to absorb shock in the bat handle (column 4, lines 58-60). Lanctot et al. teaches away from a rigid spine, since a rigid spine would prevent the shifting of the particles 26. Also, the Lanctot et al. spine is not rigidly secured within the frame at first and second ends, as is required in parent claim 2. Accordingly, claim 3 is believed allowable.

Based on the allowability of claims 1-3, all of the depending claims 4-14 are submitted as allowable.

Claim 15 is amended to point out that the structural insert defines an annular gap with the inside wall of the impact portion of the bat. The Lanctot et al. does not show, and teaches directly against positioning the spine in the impact portion of the bat. The Lanctot et al. spine 16 is positioned in the handle portion of the bat to deaden shock at the handle. The Lanctot et al. insert would not be positioned in the bat impact portion because it would deaden the response of the impact portion to a batted ball. Therefore, applicant respectfully submits that claim 15 is in condition for allowance.

DM000085

TMC:kf 1/12/94 4189-38031.amd PATENT

Claim 16 is amended to depend from claim 15, to correct a typographical error. Applicant submits that claim 16 is allowable based on its limitations, and on the allowability of claim 15.

In view of the foregoing, it is respectfully submitted that none of the art, whether singly or in combination, teaches or suggests the presently claimed combinations, nor equivalents thereto. Accordingly, passage to issuance is solicited.

Respectfully submitted,

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON

By ______________________
John W. Stuart
Registration No. 24,540

Klarquist Sparkman Campbell
Leigh & Whinston
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

cc: Mr. Michael D. Eggiman

Klarquist Sparkman Campbell
Leigh & Whinston
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391



DM000086

CLIENT/MATTER NO. 4189-38031 ATTY/SEC TMC/WYC
INVENTOR(S): MICHAEL D. EGGIMAN
SERIAL NO. 08/062,307 FILING DATE 05-14-93
The following, due ______________, mailed 09-03-93 by First Class Mail, was received in the U.S. PTO on the date stamped hereon:

___ Amendment ___ After Final Rejection
___ Notice to File Msg. Parts - Date ________
___ Comb. Decl./POA ___ Dwgs. ___ Sht(s)
___ Verf'd. Stmt. Claiming Sm. Entity Status
___ Letter to Official Draftsman
___ Information Disclosure Statement
___ Assignment to: ________________
___ Surcharge - Late Filing Fee, Oath, or Decl.:
___ Small Entity ___ All Others
___ Form PTO-1449/References
___ Transmittal Letter ___dupl. ___tripl.
___ In connection with Issuance of a Patent:
___ Deposit Account 02-4550 Authority
___ Supplemental Declaration ___ Form PTOL-85b ___ Issue & Advance Order fees
___ Check for $ ________ to cover above-listed fees.
X REQUEST FOR CORRECTED FILING RECEIPT

TMC:rdr 9/3/93 4189-38031fr.cor

PATENT
Attorney Matter No. 4189-38031/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of: | ) | |
| | ) | |
| MICHAEL D. EGGIMAN | ) | |
| | ) | Group Art Unit: 3304 |
| Serial No.: 08/062,307 | ) | |
| | ) | |
| Filed: May 14, 1993 | ) | |
| | ) | |
| For: IMPROVED SOFTBALL BAT | ) | Date: September 3, 1993 |

<u>REQUEST FOR CORRECTED FILING RECEIPT</u>

COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, D.C. 20231

Sir:

A corrected Filing Receipt with the complete title of the invention is requested.

<u>In the Invention's Title</u>:

"SOFTBALL BAT" should be corrected to --IMPROVED SOFTBALL BAT--.

Enclosed for your reference is a copy of our transmittal letter and the first page of the patent application originally sent to the PTO on May 14, 1993, and signed by the inventor,

TMC:rdr 9/3/93 4189-38031fr.cor

together with a copy of the Combined Declaration and Power of Attorney, sent to the PTO with a copy of the Notice to File Missing Parts on July 15, 1993, all showing the complete title to be

IMPROVED SOFTBALL BAT.

The above error is attributable to the Patent Office, and a corrected Filing Receipt is respectfully requested.

Respectfully submitted,

KLARQUIST, SPARKMAN, CAMPBELL,
LEIGH & WHINSTON

Date: September 3, 1993

By ________________
William Y. Conwell
Registration No. 31,943

One World Trade Center
Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

cc: Mr. Michael D. Eggiman

TMC:rdr 5/14/93 4189-38031trn.ltr

Attorney's Matter No. 4189-38031/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, D.C. 20231

Sir:

Transmitted herewith for filing is the patent application of:

Inventor: Michael D. Eggiman

For: IMPROVED SOFTBALL BAT

Enclosed are:

[X] 11 pages of specification, 3 pages of claims, an abstract and a Combined Declaration and Power of Attorney (unsigned).

[X] 1 sheet of informal drawings.

[X] Verified Statement(s) (Declaration) Claiming Small Entity Status (unsigned)
- [X] Independent Inventor (37 CFR 1.9(f) and 1.27(b))
- [X] Small Business Concern (37 CFR 1.9(f) and 1.27(c))
- [ ] Nonprofit Organization (37 CFR 1.9(f) and 1.27(d))
- [ ] Non-Inventor Supporting a Claim by Another for Small Entity Status (37 CFR 1.9(c) and 1.27(b))

[X] Information Disclosure Statement

[X] Form PTO-1449 and copies of documents listed thereon.

CLAIMS AS FILED

| For | Number Filed | | Number Extra | | Rate | Basic Fee $355.00 |
|---|---|---|---|---|---|---|
| Total Claims | 17 | - 20 = | -0- | x | $11.00 | = -0- |
| Independent Claims | 3 | - 3 = | -0- | x | $37.00 | = -0- |
| Multiple Dependent Claim Fee | | | | | $115.00 | = -0- |
| TOTAL FILING FEE | | | | | | $355.00 |

CERTIFICATION UNDER 37 CFR 1.10

I hereby certify that this paper and the documents referred to as being attached or enclosed herewith are being deposited with the United States Postal Service on May 14, 1993, in an "Express Mail Post Office to Addressee" envelope Mailing Label No. TB364393040US, addressed to: BOX PATENT APPLICATION, COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231 by Lupia F. Anderson.

Lupia F. Anderson
Lupia F. Anderson

RETAIN THIS NUMBER-CUSTOMER RECEIPT WILL BE MAILED TO YOU.
TB364393040US

DM000091

TMC:rdr 5/14/93 4189-38031tm.ltr

[X] The Commissioner is hereby authorized to charge any additional fees which may be required in connection with the filing of this application and recording any assignment filed herewith, or credit over-payment, to Account No. 02-4550. A duplicate copy of this sheet is enclosed.

[X] A check in the amount of $355.00 to cover the filing fee.

Respectfully,

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON

By ______________________
William Y. Conwell
Registration No. 31,943

Date: May 14, 1993

One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

cc: Mr. Michael D. Eggiman

DM000092