TMC:rdr 6/4/93 4189-38031.doc

# COMBINED DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled IMPROVED SOFTBALL BAT, the specification of which

[ ] is attached hereto.

[X] was filed on May 14, 1993, as Application Serial No. 08/062,307.

[ ] and was amended on ______________________ (if applicable).

[ ] with amendments through ____________________ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56(a). If this is a continuation-in-part application filed under the conditions specified in 35 U.S.C. §120 which discloses and claims subject matter in addition to that disclosed in the prior copending application, I further acknowledge the duty to disclose material information as defined in 37 CFR §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| ________ | ________ | ________ | [ ] | [ ] |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which

TMC:rdr 6/4/93 4189-38031.dec

occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status: patented, pending, abandoned) |
|---|---|---|

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application, to file a corresponding international application, and to transact all business in the Patent and Trademark Office connected therewith:

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| Kenneth S. Klarquist | 16,445 | John D. Vandenberg | 31,312 |
| James Campbell | 19,978 | Patrick W. Hughey | 31,169 |
| James S. Leigh | 20,434 | Flory L. Martin | 32,620 |
| Arthur L. Whinston | 19,155 | Donald L. Stephens Jr. | 34,022 |
| David P. Petersen | 28,106 | Bennet K. Langlotz | 35,928 |
| Richard J. Polley | 28,107 | Stacey C. Slater | 36,011 |
| Ramon A. Klitzke II | 30,188 | Diane H. Sprunt | 33,400 |
| Mark L. Becker | 31,325 | Douglas D. Hancock | 35,889 |
| William Y. Conwell | 31,943 | Garth A. Winn | 33,220 |
| William D. Noonan | 30,878 | John W. Stuart | 24,540 |

Address all telephone calls to William Y. Conwell at telephone number (503) 226-7391.

Address all correspondence to:

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

---

Full name of sole or first inventor: Michael D. Eggiman

Inventor's signature Michael D Eggiman 6-8-93
Date

Residence: 31155 NW Milne Street
Hillsboro, OR 97124

Citizenship: United States of America

Post Office address: 31155 NW Milne Street
Hillsboro, OR 97124

TMC:rdr 4189-38031pat.app 05/14/93 9:10 am

EXPRESS MAIL NO. TB364393040US
PATENT

# IMPROVED SOFTBALL BAT

## Field of the Invention

The present invention relates to softball and baseball bats and more particularly relates to the use of structural members inside such bats to improve their impact response.

## Background and Summary of the Invention

Tubular metallic softball (and baseball) bats are well known in the art. A familiar example is a tubular aluminum bat. Such bats have the advantage of a generally good impact response, meaning that the bat effectively transfers power to a batted ball. This effective power transfer results in ball players achieving good "slugging" distances with batted balls. An additional advantage of such aluminum bats is the improved durability over crack-prone wooden bats.

Even though today's aluminum bats perform well, there is an ever-continuing quest for bats with a better "slugging" capacity. Accordingly, one important need is to optimize the impact response of a bat. Generally speaking, impact response is best when a bat undergoes a greatest elastic deflection, before rebounding with a greatest force in the shortest amount of time. Optimization of these three factors increases the "spring" of a ball off a bat, yielding a bat with a superior power transfer and facility for "slugging."

Constraining the design of aluminum bats is the requirement that the elastic deflection not be accompanied by any plastic deformation. Plastic deflection lessens the power transfer to a ball and leaves the bat

**KLARQUIST, SPARKMAN, CAMPBELL**
**LEIGH & WHINSTON**

CHECK NO 36325

| DATE | INVOICE NO | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 07/15/93 | 38031<br>Eggiman 4189-38031 Assignment recordal | 40.00 | .00 | 40.00 |

TMcl rd

**KLARQUIST, SPARKMAN, CAMPBELL**
**LEIGH & WHINSTON**
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1600
121 SW. SALMON ST. PH. 503-226-7391
PORTLAND, OR. 97204

FIRST INTERSTATE BANK OF OREGON
FIFTH AND SALMON BRANCH
PORTLAND, OR. 97208
24-12-1230-234

36325

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 07/15/93 | 36325 | ***********40.00 |

****************************************************************Forty & 00/100

PAY TO THE ORDER OF: Commissioner of Patents

KLARQUIST, SPARKMAN, CAMPBELL
LEIGH & WHINSTON

⑈036325⑈ ⑆123000123⑆234 002164 4⑈

DM000095

1489-38031/TMC:rdr

FORM PTO-1595
1-31-92

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

# RECORDATION FORM COVER SHEET
## PATENTS ONLY

To the Honorable Commissioner of Patents and Trademarks. Please record the attached original documents or copy thereof.

**1. Name of conveying party(ies):**

Michael D. Eggiman

Additional name(s) of conveying party(ies) attached? ☐ yes ☒ no

**2. Name and address of receiving party(ies):**

Name: Demarini Sports, Inc.

Internal Address: ______

Street Address: 755 SW Dennis Street

City Hillsboro State OR ZIP 97123

Additional name(s) & address(es) attached? ☐ Yes ☐ No

**3. Nature of Conveyance:**

☒ Assignment ☐ Merger

☐ Security Agreement ☐ Change of Name

☐ Other ______

Execution Date: June 8, 1993

**4. Application number(s) or patent number(s):**

If this document is being filed together with a new application, the execution date of the application is: ______

A. Patent Application No.(s)

08/062,307

B. Patent No.(s)

Additional numbers attached? ☐ Yes ☒ No

**5. Name and address of party to whom correspondence concerning document should be mailed:**

Name: William Y. Conwell, Esq.

Klarquist, Sparkman, Campbell, Leigh & Whinston

Internal Address:

One World Trade Center, Suite 1600

Street Address:

121 S.W. Salmon Street

City Portland State Oregon ZIP 97204-2988

**6. Total number of applications and patents involved:** 1

**7. Total fee (37 CFR 3.41):...$40.00**

☒ Enclosed

☒ Any deficiencies are Authorized to be charged to deposit account

**8. Deposit account number:** 02-4550

(Attach duplicate copy of this page if paying by deposit account)

DO NOT USE THIS SPACE

**9. Statement and signature.**

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

William Y. Conwell — Name of Person Signing

[signature] — Signature

July , 1993 — Date

Total number of pages, including cover sheet: 4

OMB No. 0651-0011 (exp. 4/94)

DM000096

TMC:rdr 6/4/93 4189-38031.asn

# A S S I G N M E N T

WHEREAS, I, MICHAEL D. EGGIMAN, of 31155 NW Milne Street, Hillsboro, County of Washington, State of Oregon 97124, have invented a certain invention entitled IMPROVED SOFTBALL BAT for which application for Letters Patent was filed in the United States patent and Trademark Office on May 14, 1993, and was assigned application Serial No. 08/062,307; and

WHEREAS, DEMARINI SPORTS, INC., a corporation organized under the laws of the State of Oregon, having a place of business at 755 SW Dennis Street, Hillsboro, OR 97123, is desirous of acquiring an interest therein:

NOW, THEREFORE, in consideration of good and valuable consideration, the receipt of which is hereby acknowledged, I, MICHAEL D. EGGIMAN, hereby sell, assign and transfer to DEMARINI SPORTS, INC., the full and exclusive right, title and interest in and to said invention, patent application and patent rights throughout the world, including foreign patent priority rights, the right to file and prosecute International Applications under the Patent Cooperation Treaty, and the right to file and prosecute applications under the European Patent Convention; said invention, application and letters patent in this or any foreign country, and all divisions, continuations, reissues and extensions thereof, to be held and enjoyed by DEMARINI SPORTS, INC., for its own use and benefit, and for its successors and assigns to the full end of the term for which letters patent may

TMC:rdr 6/4/93 4189-38031.asn

be granted in this or any foreign country, as fully and entirely as the same would have been held by me had this assignment and sale not been made, and covenant that I have full right so to do, and agree that I will communicate to DEMARINI SPORTS, INC., or its successors and assigns, any facts known to me respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing and reissue applications, make all rightful oaths, and do everything possible to aid DEMARINI SPORTS, INC., its successors and assigns to obtain and enforce proper patent protection for said invention in this or any foreign country.

Executed at Hillsboro, State of Oregon, this 8th day of June, 1993.

Michael D. Eggiman

MICHAEL D. EGGIMAN

STATE OF OREGON )
) ss.
COUNTY OF WASHINGTON )

This 8th day of June, 1993, before me personally came the above-named MICHAEL D. EGGIMAN, who executed the foregoing instrument in my presence, and who acknowledged to me that he executed the same of his own free will for the purposes set forth therein.

Pat Lawson

Notary Public for
My commission expires: 5-9-97

[SEAL]

OFFICIAL SEAL
PAT LAWSON
NOTARY PUBLIC - OREGON
COMMISSION NO.022798
MY COMMISSION EXPIRES MAY 09, 1997

**KLARQUIST, SPARKMAN, CAMPBELL**
**LEIGH & WHINSTON**

CHECK NO 36324

| DATE | INVOICE NO | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 07/15/93 | 38031<br>Eggiman 4189-38031 Surcharge | 65.00 | .00 | 65.00 |

TMc/rd

---

**KLARQUIST, SPARKMAN, CAMPBELL**
**LEIGH & WHINSTON**
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1600
121 SW. SALMON ST. PH. 503-226-7391
PORTLAND, OR. 97204

FIRST INTERSTATE BANK OF OREGON
FIFTH AND SALMON BRANCH
PORTLAND, OR. 97208
24-12-1230-234

36324

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 07/15/93 | 36324 | ***********65.00 |

PAY TO THE ORDER OF: *********************************************Sixty-Five & 00/100

Commissioner of Patents

KLARQUIST, SPARKMAN, CAMPBELL
LEIGH & WHINSTON

DM000099

⑈036324⑈ ⑆123000123⑆234 002164 4⑈

PATENT

TMC:rdr 7/15/93 38031tra.ltr

Attorney ..ef. No. 4189-38031/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

re application of: Art Unit 0000

Michael D. Eggiman

Serial No. 08/062,307

Filed: May 14, 1993

For: IMPROVED SOFTBALL BAT

Examiner: C. Bianco

CERTIFICATE OF MAILING

I hereby certify that this paper and the documents referred to as being attached or enclosed herewith are being deposited with the United States Postal Service on July 15, 1993, as First Class Mail in an envelope addressed to: COMMISSIONER OF PATENTS AND TRADEMARKS, ATTENTION APPLICATION PROCESSING DIVISION, SPECIAL PROCESSING AND CORRESPONDENCE BRANCH, WASHINGTON, D.C. 20231.

Attorney for Applicant

TRANSMITTAL LETTER

TO THE COMMISSIONER
OF PATENTS AND TRADEMARKS:

Enclosed for filing in the above-referenced application are the following:

(X) Copy of Notice to File Missing Parts of Application--Filing Date Granted dated July 2, 1993.

(X) Combined Declaration and Power of Attorney.

(X) Verified Statement Claiming Small Entity Status (Independent Inventor).

( ) Verified Statement Claiming Small Entity Status (Small Business Concern).

(X) Surcharge for Late Filing of Fee or Oath or Declaration:
(X) $65.00 - Small Entity

(X) A check in the amount of $65.00 to cover the above-listed fees.

(X) The Commissioner is hereby authorized to charge any additional fees or credit over-payment, to Account No. 02-4550 which may be required. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

KLARQUIST, SPARKMAN, CAMPBELL,
LEIGH & WHINSTON

By
William Y. Conwell
Registration No. 31,943

Date: July 15, 1993

One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

: Mr. Michael D. Eggiman (w/Encl.)

TMC:rdr 6/4/93 4189-38031.c

# COMBINED DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled IMPROVED SOFTBALL BAT, the specification of which

[ ] is attached hereto.

[X] was filed on May 14, 1993, as Application Serial No. 08/062,307.

[ ] and was amended on ______________________ (if applicable).

[ ] with amendments through ______________________ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56(a). If this is a continuation-in-part application filed under the conditions specified in 35 U.S.C. §120 which discloses and claims subject matter in addition to that disclosed in the prior copending application, I further acknowledge the duty to disclose material information as defined in 37 CFR §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s) | Priority Claimed

| | | | Priority Claimed | |
|---|---|---|---|---|
| ________ | ________ | ________________ | [ ] | [ ] |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which

TMC:rdr 6/4/93 4189-38031

occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status: patented, pending, abandoned) |
|---|---|---|

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application, to file a corresponding international application, and to transact all business in the Patent and Trademark Office connected therewith:

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| Kenneth S. Klarquist | 16,445 | John D. Vandenberg | 31,312 |
| James Campbell | 19,978 | Patrick W. Hughey | 31,169 |
| James S. Leigh | 20,434 | Flory L. Martin | 32,620 |
| Arthur L. Whinston | 19,155 | Donald L. Stephens Jr. | 34,022 |
| David P. Petersen | 28,106 | Bennet K. Langlotz | 35,928 |
| Richard J. Polley | 28,107 | Stacey C. Slater | 36,011 |
| Ramon A. Klitzke II | 30,188 | Diane H. Sprunt | 33,400 |
| Mark L. Becker | 31,325 | Douglas D. Hancock | 35,889 |
| William Y. Conwell | 31,943 | Garth A. Winn | 33,220 |
| William D. Noonan | 30,878 | John W. Stuart | 24,540 |

Address all telephone calls to William Y. Conwell at telephone number (503) 226-7391.

Address all correspondence to:

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

---

Full name of sole or first inventor: Michael D. Eggiman

Inventor's signature Michael D Eggiman 6-8-93
Date

Residence: 31155 NW Milne Street
Hillsboro, OR 97124

Citizenship: United States of America

Post Office address: 31155 NW Milne Street
Hillsboro, OR 97124

TMC:adr 6/4/93 4189-38031ss.sbc

Applicant or Patentee: Michael D. Eggiman Matter No. 1489-38031/WYC
Serial or Patent No.: 08/062,307 Filed or Issued: May 14, 1993
For:

# VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) and 1.27(c)) -- SMALL BUSINESS CONCERN

I hereby declare that I am
[ ] the owner of the small business concern identified below:
[X] an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN Demarini Sports, Inc.
ADDRESS OF CONCERN 755 SW Dennis Street
Hillsboro, OR 97123

I hereby declare that the above-identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the small business concern identified above with regard to the invention, entitled IMPROVED SOFTBALL BAT

by inventor(s) Michael D. Eggiman
described in [ ] the application filed herewith.
[X] application serial no. 08/062,307, filed May 14, 1993.
[ ] patent no. ______, issued ______.

If the rights held by the above-identified small business concern are not exclusive, each individual, concern or organization having rights in the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person made the invention or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d), or a nonprofit organization under 37 CFR 1.9(e).

*NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

FULL NAME Demarini Sports, Inc.
ADDRESS 755 SW Dennis Street
Hillsboro, OR 97123
[ ] INDIVIDUAL [X] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

FULL NAME
ADDRESS
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

TMC:sdr 6/4/93 4189-38031se.sbc

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING Michael D. Eggimen
TITLE OF PERSON OTHER THAN OWNER Vice President
ADDRESS OF PERSON SIGNING 755 SW Dennis Street, Hillsboro, OR 97123
SIGNATURE Michael D. Eggimen DATE 6-8-93

DM000104

TMC:rdr 6/4/93 4189-38031se.ii

Applicant or Patentee: Michael D. Eggimen Matter No. 4189-38031/WYC/TMC

Serial or Patent No.: 08/062,307 Filed or Issued: May 14, 1993

For: IMPROVED SOFTBALL BAT

# VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) AND 1.27(b))--INDEPENDENT INVENTOR

As a below-named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled IMPROVED SOFTBALL BAT

described in

[ ] the specification filed herewith.
[X] application serial No. 08/062,307, filed May 14, 1993.
[ ] patent no. ____, issued ____.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

[ ] no such person, concern, or organization
[X] persons, concerns or organizations listed below*

*NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

FULL NAME Demarini Sports, Inc.

ADDRESS 755 SW Dennis Street

Hillsboro, OR 97123

[ ] INDIVIDUAL [X] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

FULL NAME ____

ADDRESS ____

[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

FULL NAME ____

ADDRESS ____

[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b)).

TMC:rdr 6/4/93 4189-38031sc.ii

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

| MICHAEL D. EGGIMAN | NAME OF INVENTOR | NAME OF INVENTOR |
|---|---|---|
| Michael D Eggiman | | |
| Signature of Inventor | Signature of Inventor | Signature of Inventor |
| 6-8-93 | | |
| Date | Date | Date |

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTY. DOCKET NO./TITLE |
|---|---|---|---|---|
| 08/062,307 | 05/14/93 | EGGIMAN | M | 4189330031WYC |

03B1/0702

KLARQUIST, SPARKMAN, CAMPBELL,
LEIGH & WHINSTON
ONE WORLD TRADE CENTER, STE 1600
121 S.W. SALMON STREET
PORTLAND, OR 97204

0000

DATE MAILED: 07/02/93

## NOTICE TO FILE MISSING PARTS OF APPLICATION FILING DATE GRANTED

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $130 for large entities or $65 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e).

If all required items on this form are filed within the period set below, the total amount owed by applicant as a ☑ large entity, ☐ small entity (verified statement filed), is $845.00

Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

1. ☑ The statutory basic filing fee is: ☐ missing ☑ insufficient. Applicant as a ☑ large entity ☐ small entity, must submit $____.00 to complete the basic filing fee.

2. ☐ Additional claim fees of $________ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.

3. ☐ The oath or declaration:
   - ☐ is missing.
   - ☐ does not cover items omitted at time of execution.

   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

5. ☑ The signature to the oath or declaration is: ☑ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration:

   ________________. An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $________ under 37 CFR 1.17(k), unless this fee has already been paid.

8. ☐ A $________ processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned without payment.

10. ☐ The application does not comply with the Sequence Rules. See attached Notice to Comply with Sequence Rules 37 CFR 1.821-1.825.

11. ☐ Other.

Direct the response and any questions about this notice to C. Richard / fm, Application Processing Division, Special Processing and Correspondence Branch (703) 308-1202.

***A copy of this notice MUST be returned with the response.***

DM000108

TB364393040 US

POST OFFICE TO ADDRESSEE

ORIGIN

Post Office Zip Code

Initials of Receiving Clerk

Date In

Time In 11:50 AM PM

Weight lbs. oz

Postage $

FEES

Return Receipt $

C.O.D. $

Total Postage & Fees $

ACCEPTANCE

International Country Code

Next Day Delivery or ☑ Second Day Delivery

By 12 Noon or By 3:00 P.M.

Military 2nd Day or Military 3rd Day

Express Mail Corporate Account No. 38031

Federal Agency Account No.:

FROM:

Timothy A. Carlson, Esq.
Kenyon & Kenyon Chartered
Limited Liability
...
Kenyon & Kenyon ...

41...-38031/...

CUSTOMER RECEIPT

SEE REVERSE FOR SERVICE GUARANTEE INSURANCE COVERAGE AND CLAIMS.
THANK YOU FOR CHOOSING EXPRESS MAIL SERVICE.

EXPRESS MAIL NEXT DAY SERVICE

Waiver of Signature and Indemnity (Domestic Only)

I wish delivery to be made without obtaining the signature of the addressee or the addressee's agent (if in the judgment of the delivery employee, the article can be left in a secure location) and I authorize the delivery employee to sign that the shipment was delivered and understand that the signature of the delivery employee will constitute valid proof of delivery.

SIGNED:

TO: Telephone Number:

BOX PATENT APPLICATION
COMMISSIONER OF PATENTS
AND TRADEMARKS
WASHINGTON, D.C. 20231

**KLARQUIST, SPARKMAN, CAMPBELL**
**LEIGH & WHINSTON**

CHECK NO 35269

| DATE | INVOICE NO | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 05/14/93 | 38031 | 355.00 | .00 | 355.00 |
| | Michael Eggiman 4189-38031 U.S. patent application | | | |

TMC/rdr

**KLARQUIST, SPARKMAN, CAMPBELL**
**LEIGH & WHINSTON**
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1600
121 SW. SALMON ST. PH. 503-226-7391
PORTLAND, OR. 97204

FIRST INTERSTATE BANK OF OREGON
FIFTH AND SALMON BRANCH
PORTLAND, OR. 97208
24-12-1230-234

35269

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 05/14/93 | 35269 | **********355.00 |

PAY TO THE ORDER OF: ********************************Three Hundred Fifty-Five & 00/100

Commissioner of Patents

KLARQUIST, SPARKMAN, CAMPBELL
LEIGH & WHINSTON

⑈035269⑈ ⑆123000123⑆234 002164 4⑈

TMC:rdr 5/14/93 4189-38031trn.ltr

Attorney's Matter No. 4189-38031/WYC/TMC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, D.C. 20231

Sir:

Transmitted herewith for filing is the patent application of:

Inventor: Michael D. Eggiman

For: IMPROVED SOFTBALL BAT

Enclosed are:

[X] 11 pages of specification, 3 pages of claims, an abstract and a Combined Declaration and Power of Attorney (unsigned).

[X] 1 sheet of informal drawings.

[X] Verified Statement(s) (Declaration) Claiming Small Entity Status (unsigned)
- [X] Independent Inventor (37 CFR 1.9(f) and 1.27(b))
- [X] Small Business Concern (37 CFR 1.9(f) and 1.27(c))
- [ ] Nonprofit Organization (37 CFR 1.9(f) and 1.27(d))
- [ ] Non-Inventor Supporting a Claim by Another for Small Entity Status (37 CFR 1.9(c) and 1.27(b))

[X] Information Disclosure Statement

[X] Form PTO-1449 and copies of documents listed thereon.

CLAIMS AS FILED

| For | Number Filed | | Number Extra | | Rate | Basic Fee $355.00 |
|---|---|---|---|---|---|---|
| Total Claims | 17 | - 20 = | -0- | x | $11.00 | = -0- |
| Independent Claims | 3 | - 3 = | -0- | x | $37.00 | = -0- |
| Multiple Dependent Claim Fee | | | | | $115.00 | = -0- |
| TOTAL FILING FEE | | | | | | $355.00 |

CERTIFICATION UNDER 37 CFR 1.10

I hereby certify that this paper and the documents referred to as being attached or enclosed herewith are being deposited with the United States Postal Service on May 14, 1993, in an "Express Mail Post Office to Addressee" envelope Mailing Label No. TB364393040US, addressed to: BOX PATENT APPLICATION, COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231 by Lupia F. Anderson.

Lupia F. Anderson
Lupia F. Anderson

RETAIN THIS NUMBER-CUSTOMER RECEIPT WILL BE MAILED TO YOU.
TB364393040US

DM000110

TRANSMITTAL - PAGE 1 OF 2

constraining the design of aluminum bats is the requirement that the elastic deflection not be accompanied by any plastic deformation. Plastic deflection lessens the power transfer to a ball and leaves the bat

permanently dented. Thus, aluminum bat design is driven by the elastic and plastic deformation characteristics of aluminum. For example, when the tubular wall is too thin, a desirable large amount of elastic deflection is achieved, but with unwanted permanent plastic deformation. On the other hand, when the aluminum tubular wall is too thick, the bat may be too stiff to elastically deflect appreciably. In this case, the bat responds with relatively little spring, resulting in lower power transfer.

To provide for greater "spring," tubular bats using other materials, such as titanium, have been developed. Titanium is a high-strength material permitting thin bat frame walls which provide a substantial elastic deflection without plastic deformation. Such bats provide excellent spring-like response and power transfer to a batted ball. However, the material cost and difficulty of working titanium result in a high consumer cost.

The prior art also includes tubular bats using inserts. While most often inserts are used for vibration deadening purposes, U.S. Patent No. 3,963,239 of Fujii discloses a metallic bat frame with a large-diameter impact portion receiving an insert to adjust the weight and improve the "repelling action" of the bat. Fujii teaches an insert in tight abutment within the tubular frame, so that the insert is fixed relative to the frame. The engagement is improved by forcing the insert into the tapered intermediate portion of the bat and/or by gluing the insert within the frame. The tightly-fitted Fujii

insert simply acts to thicken the wall of the impact portion of the bat.

In light of the shortcomings of the prior art, it is an objective of the present invention to provide an improved bat.

It is another objective of this invention to provide a bat that increases the power transferred from the bat to a batted ball.

It is yet another objective of this invention to provide a simple construction for a tubular bat with an insert.

In accordance with a preferred embodiment of the present invention, a tubular aluminum bat frame is provided with a large-diameter impact portion, an intermediate tapering portion, and a small-diameter handle portion. A tubular insert is suspended within the impact portion by interference fits at each insert end. A first interference fit is achieved by forcing the first end of the insert into the tapering portion of the bat frame. The second interference-fit is then formed by curling the end of the impact portion over upon the second end of the insert. A gap exists along the length of the suspended insert separating the insert from the interior of the impact portion. The gap is filled with grease to facilitate relative movement between the insert and the tubular frame when a ball is batted.

The foregoing and additional features and advantages of the present invention will be more readily apparent from the following detailed description, which proceeds with reference to the accompanying drawings.

## Brief Description of the Drawings

FIG. 1 shows a sectional view through the center of a softball bat in accordance with one aspect of this invention.

FIG. 2 is a magnified cutaway view of the bat of FIG. 1.

FIG. 3 is a sectional view taken along line 3-3 of FIG. 2.

## Detailed Description

Referring to FIG. 1, a softball bat 10, according to one embodiment of the present invention, has a tubular aluminum frame 11 with a relatively large-diameter impact portion 12, an intermediate tapering portion 14, and a relatively small-diameter handle portion 16.

To provide for an improved impact response yielding a better transfer of power from the bat to a batted ball, a tubular insert 18 is suspended within the impact portion 12 of the tubular frame. The tubular insert is a hollow tube of an outer diameter slightly less than the inner diameter of the tubular frame impact portion 12. A first end 20 of the tubular insert 18 is inserted through the impact portion 12 to be forcefully lodged in abutment with the diametrically narrowing interior wall of the tapering portion 14, thus forming a first interference fit. A second end 22 of the tubular insert 18 is spaced inwardly from the top end of the impact portion 12 when the tubular insert 18 is secured in the first interference fit. A second interference fit is created at the insert second end 22 by curling the topmost

portion of the impact portion over upon the insert second end 22. The curled-over portion forms a reduced-diameter head portion 24 of the tubular frame 11.

Because the outer diameter of the insert 18 is slightly less than the inner diameter of the tubular frame impact portion 12, the suspended insert 18 contacts the tubular frame only at the interference fits of the first and second insert ends 20, 22. A narrow, uniform gap 26 exists between the insert 18 and the inner wall of the impact portion 12. The gap extends uniformly around the insert (see FIG. 3) and along the length of the insert between the first and second ends 20, 22 thereof.

As best seen in FIG. 2, the gap 26 is filled with a lubricant, such as grease. The grease is brought within the gap 26 by coating the insert 18 with grease before the insert is inserted into the tubular frame 11. Once the insert 18 is secured between the first and second interference fits, the lubricant-filled gap 26 is effectively sealed by the first and second interference fits.

The operation of the softball bat of the illustrated embodiment is designed for an improved transfer of power to a batted ball. Specifically, the bat 10 responds to the impact with a ball by providing a large elastic deflection, which rebounds with a large force in a short amount of time.

The tubular frame 11 with the suspended insert 18 attached at both ends to the tubular frame 11 yields a mechanical system with characteristics similar to a leaf spring. When the bat 10 strikes a ball on the impact

portion 12, the impact portion 12 wall deflects inwardly through the grease-filled gap 26 to load and inwardly deflect the underlying insert wall. The deflection of the impact portion 12 can be considered as generally arcuate. Accordingly, the insert 18 deflects arcuately to cradle the arcuate deflection of the impact portion 12.

Because the insert 18 arcuate cradles the impact portion 12 arcuate, the insert 18 arcuate has a radius of curvature greater than the impact portion 12 arcuate. Because the insert 18 is fixed within the tubular frame at the insert ends 20, 22, the greater radius of curvature of the insert deflection causes the insert 18 to be stretched, as well as bent, around the deflection of the impact portion 12. Therefore, the insert 18 undergoes substantial tensile, as well as bending stress when a ball is batted.

The leaf-spring-like attachment of the insert 18 within the impact portion 12 provides a rebound to yield improved power transmission to the ball. The bending stresses are released as the walls of the impact portion 12 and the insert 18 rebound into the unloaded state. The tensile loading of the underlying insert wall is released simultaneously, adding "snap" which increases the force and velocity of the rebound. Accordingly, the extra snap owing to the leaf-spring-like suspension of the insert 18 within the tubular frame yields an improved transfer of power to the batted ball, and a heightened "slugging" capacity for the bat.

The grease permits relative movement between the impact portion 12 and the insert 18, so that the insert

can independently stretch around the deflection of the impact portion 12. The sealed condition of the grease within the gap offers another advantage. The impact with a ball may occur so rapidly that the grease cannot appreciably flow. Rather, the grease hydrostatically supports the wall of the impact portion away from the insert. In this case, a substantial layer of grease is maintained between the impact portion and the insert, facilitating the movement of the insert relative to the impact portion. In another aspect, any flow of the grease that does occur during impact serves to distribute the force of impact over an expanded area of the impact portion 12. The distribution of the impact stress permits a thinner-walled impact portion because high stress concentrations causing plastic deformation are not likely to occur.

In a preferred embodiment, both the tubular frame and the insert are made of aluminum. An exemplary construction of the bat has the tubular frame 11 swaged from a constant-diameter aluminum tube to yield an integral, weld-free frame. Such swaging results in a tubular frame with thinner walls at the impact portion 10 and thicker walls at the handle portion 16. While swaging is used to produce the tubular frame 11 of the illustrated embodiment, it shall be understood that other methods of manufacturing the tubular frame may work equally as well.

Using aluminum of 80,000 pounds/inch$^2$ yield strength, an excellent batting response is achieved when the impact portion 12 is about 13 inches long with a wall thickness of .058 inch. An insert 18 slightly shorter

than the impact portion 12 and having a wall thickness of 0.048 inch is inserted into the impact portion 12. The outer diameter of the insert is chosen so that the gap between the outer surface of the insert 18 and the inner surface of the impact portion 12 is about .007 inch.

While such dimensions yield excellent results, it is to be understood that they are exemplary only, and that many permutations of bat frame, insert, and gap dimensions will work equally as well. All permutations of component dimensions and configurations fall within the scope of the present invention.

Further describing a preferred construction, the insert 18 is coated with the lubricant before being inserted into the tubular frame 11. The first end 20 of the insert 18 is forcefully inserted into the tapering portion to achieve a tight interference fit. Plastic deformation of the aluminum insert at the interference fit increases the tightness of the attachment and the seal. The second interference fit is then obtained within a frame head portion 24, which is formed by curling the top-most end of the impact portion 12 over upon the insert second end 22. It has been found that a tight fit is achieved by curling in a one-half-inch radius forcefully enough to cause some plastic deformation in the insert second end 22. The curling may be facilitated by locally heating the end of the impact portion.

It should be understood that the foregoing is exemplary only, and that equally good results can be achieved without heating, curling, or plastic deformation of the insert ends. For instance, the head portion 24 of

the frame could be pre-formed and threaded into the top of the impact portion 12. In this case, the head portion 24 may be threaded to impinge tightly upon the insert second end 22, to create the interference fit.

The interference fits of the illustrated embodiment offer excellent performance and are advantageous in the simplicity of design and manufacture (notably in the absence of any required welding). However, it is to be understood that welding or other fasteners may also be used. For instance, additional friction-improving devices may be used at the interference fits of the inserts and the tubular frame 11. Alternatively, adhesives or mechanical fasteners for joining the insert ends to the tubular frame may be used. Any fastener may also serve the purpose of sealing the lubricant within the gap 26. Any attachment mechanism or fastener maintaining the leaf-spring-like suspension falls within the scope of the present invention.

While the present embodiment utilizes aluminum for the frame and the insert, it should be understood that many other materials will perform equally well with the present invention. For instance, at a slightly higher cost, titanium could be used as insert material with excellent results. A titanium insert is advantageous owing to its excellent impact response characteristics. In addition, because the insert is a hollow tube, the machining and cold working problems associated with titanium are minimized. The titanium insert provides a bat with an superb impact response, but at a cost vastly reduced from that of a solid titanium bat.

Furthermore, where cost is less a consideration, a titanium insert may be used within a titanium bat with outstanding results. It should be understood that various other metals, composite materials, plastics, and other materials may likewise perform equally as well with the present invention.

Many types of lubrication may be utilized with bats of the present invention. Varying the viscosity of the lubricant may modify the feel and response of such bats. In a preferred embodiment, a heavy grade of grease is used to accentuate the hydro-static effect of the grease during impact. Synthetic lubricants may be used as well as petroleum-based greases and oils. Equally good results may be also obtained from the use of lubricants such as Teflon™. Moreover, insert and bat frame materials which are themselves slippery so as to permit the independent movement of insert and frame may work equally as well. Indeed, lubricant may be omitted entirely, so long as the resulting arrangement permits independent movement of insert and bat frame.

It will be recognized that the lubricant is a plastically deformable material. Plastic deformation of this material is restored by action of the bat frame and the insert. Certain advantages of the present invention can be achieved by substituting any plastically deformable material in the gap 26, irrespective of whether it is a lubricant.

In yet another embodiment of the invention, positive attachments of the insert 18 within the frame 11 may be dispensed with altogether. In this case, the

insert would "float" on the layer of lubricant. An impact with a ball will cause the frame to deflect, thereby creating interference attachments for the insert 18 during impact. The swing of the bat during impact may tend to lodge the insert 18 in the end of the frame, contributing to an attachment. A bat with an insert held in this manner may respond much like a bat with an insert held at two interference fits. Furthermore, this alternative embodiment will also perform well when the lubricant is omitted.

In view of the many possible embodiments to which the principles of the present invention may be put, it should be recognized that the detailed embodiment is illustrative only and should not be taken as limiting the scope of the invention. Rather, I claim as my invention all such embodiments as may come within the scope and spirit of the following claims and equivalents thereto.

## CLAIMS

1. A bat, comprising:

a hollow tubular frame; and

an insert positioned within the frame, the insert having first and second ends adjoining the tubular frame, the insert being separated from the tubular frame by a gap along a central portion between said first and second ends.

2. A bat according to claim 1 in which the insert is suspended within the frame and is secured thereto at said first and second ends.

3. A bat according to claim 2, wherein the gap is filled with a lubricant to facilitate the relative movement between the insert and the tubular frame when a ball is struck.

4. A bat according to claim 3, wherein the tubular frame has a small-diameter handle portion, an intermediate tapering portion, and a large diameter impact portion, and the insert is suspended within the frame impact portion.

5. A bat according to claim 4, wherein the insert is tubular.

6. A bat according to claim 5, wherein the gap thickness is small relative to the thickness of the impact portion wall and the insert wall.

7. A bat according to claim 6, with the tubular frame further having a reduced-diameter head portion atop the impact portion; and

the first insert end being secured within the frame by a first interference fit within the tapering portion of the frame, and the second insert end being secured with the frame by a second interference fit within the head portion of the bat.

8. A bat according to claim 7, wherein the interference fits seal the lubricant within the gap.

9. A bat according to claim 8, wherein the insert is made of aluminum.

10. A bat according to claim 8, wherein the tubular frame is made of aluminum.

11. A bat according to claim 8, wherein the insert is made of titanium.

12. A bat according to claim 8, wherein the insert is made of composite material.

13. A bat according to claim 8, wherein the insert is made of steel.

14. A bat according to claim 10, wherein the lubricant is grease.

15. In a hollow bat, an improvement comprising an internal structural insert defining an annular gap with an inside wall of the bat.

16. The bat of claim 13, in which the gap is filled with a plastically deformable substance.

17. A bat, comprising:

a hollow tubular frame having a small diameter handle portion, an intermediate tapering portion, a large diameter impact portion, and a reduced-diameter head portion;

a tubular insert adapted to be suspended within the frame impact portion;

a first end of the tubular insert being received into the tapering portion and secured therein by a first interference fit;

a second end of the tubular insert being received by the head portion of the frame and secured therein by a second interference fit;

a gap separating the insert from the tubular frame, the gap extending from the first interference fit to the second interference fit, the gap being filled with grease to facilitate relative movement between the tubular frame and the insert when the bat strikes a ball; and

the insert and the frame being made of aluminum.

## ABSTRACT OF THE DISCLOSURE

A tubular aluminum bat frame is provided with a large-diameter impact portion, an intermediate tapering portion, and a small-diameter handle portion. A tubular insert is suspended within the impact portion by interference fits at each insert end. A first interference fit is achieved by forcing the first end of the insert into the tapering portion of the bat frame. The second interference-fit is then formed by curling the end of the impact portion over upon the second end of the insert. A gap exists along the length of the suspended insert separating the insert from the interior of the impact portion. The gap is filled with grease to facilitate relative movement between the insert and the tubular frame when a ball is batted.




FIG. 2




FIG. 3




FIG. 1

TMC:rdr 5/14/93 4189-38031.d.

EXPRESS MAIL NO. TB364393040US

**COMBINED DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION**

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled IMPROVED SOFTBALL BAT, the specification of which

[X] is attached hereto.

[ ] was filed on _______________ as Application Serial No. ___________.

[ ] and was amended on _________________________ (if applicable).

[ ] with amendments through ____________________ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56(a). If this is a continuation-in-part application filed under the conditions specified in 35 U.S.C. §120 which discloses and claims subject matter in addition to that disclosed in the prior copending application, I further acknowledge the duty to disclose material information as defined in 37 CFR §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| __________ | __________ | ____________________ | [ ] | [ ] |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

TMC:rdr 5/14/93 4189-38031.dec

______________________ ______________ ______________________
(Application Serial No.) (Filing Date) (Status: patented, pending, abandoned)

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application, to file a corresponding international application, and to transact all business in the Patent and Trademark Office connected therewith:

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| Kenneth S. Klarquist | 16,445 | John D. Vandenberg | 31,312 |
| James Campbell | 19,978 | Patrick W. Hughey | 31,169 |
| James S. Leigh | 20,434 | Flory L. Martin | 32,620 |
| Arthur L. Whinston | 19,155 | Donald L. Stephens Jr. | 34,022 |
| David P. Petersen | 28,106 | Bennet K. Langlotz | 35,928 |
| Richard J. Polley | 28,107 | Stacey C. Slater | 36,011 |
| Ramon A. Klitzke II | 30,188 | Diane H. Sprunt | 33,400 |
| Mark L. Becker | 31,325 | Douglas D. Hancock | 35,889 |
| William Y. Conwell | 31,943 | Garth A. Winn | 33,220 |
| William D. Noonan | 30,878 | John W. Stuart | 24,540 |

Address all telephone calls to William Y. Conwell at telephone number (503) 226-7391.

Address all correspondence to:

KLARQUIST SPARKMAN CAMPBELL
LEIGH & WHINSTON
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

---

Full name of sole or first inventor: Michael D. Eggiman

Inventor's signature ______________________________ ______________
Date

Residence: 31155 NW Milne Street
Hillsboro, OR 97124

Citizenship: United States of America

Post Office address: 31155 NW Milne Street
Hillsboro, OR 97124

DM000129

EXPRESS MAIL NO. TB364393040US

TMC:rdr 5/14/93 4189-38031se.ii

Applicant or Patentee: Michael D. Eggiman Matter No. 4189-38031/WYC/TMC

Serial or Patent No.: ______ Filed or Issued: ______

For: IMPROVED SOFTBALL BAT

## VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) AND 1.27(b))--INDEPENDENT INVENTOR

As a below-named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled IMPROVED SOFTBALL BAT

described in

[X] the specification filed herewith.
[ ] application serial no. ______, filed ______.
[ ] patent no. ______, issued ______.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

[ ] no such person, concern, or organization
[X] persons, concerns or organizations listed below*

*NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

FULL NAME Demarini Sports, Inc.

ADDRESS 755 SW Dennis Street

Hillsboro, OR 97123

[ ] INDIVIDUAL [X] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

FULL NAME ______

ADDRESS ______

[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

FULL NAME ______

ADDRESS ______

[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b)).

TMC:rdr 5/14/93 4189-38031se.ii

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

| MICHAEL D. EGGIMAN | NAME OF INVENTOR | NAME OF INVENTOR |
|---|---|---|
| Signature of Inventor | Signature of Inventor | Signature of Inventor |
| Date | Date | Date |

EXPRESS MAIL No. TB364393040U

TMC:rdr 5/14/93 4189-38031se.sbc

Applicant or Patentee: Michael D. Eggiman ____ Matter No. 1489-38031/WYC
Serial or Patent No.: ____ Filed or Issued: ____
For: ____

# VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) and 1.27(c)) -- SMALL BUSINESS CONCERN

I hereby declare that I am
[ ] the owner of the small business concern identified below:
[X] an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN Demarini Sports, Inc.
ADDRESS OF CONCERN 755 SW Dennis Street
Hillsboro, OR 97123

I hereby declare that the above-identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the small business concern identified above with regard to the invention, entitled IMPROVED SOFTBALL BAT ____

by inventor(s) Michael D. Eggiman
described in [X] the application filed herewith.
[ ] application serial no. ____, filed ____.
[ ] patent no. ____, issued ____.

If the rights held by the above-identified small business concern are not exclusive, each individual, concern or organization having rights in the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person made the invention or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d), or a nonprofit organization under 37 CFR 1.9(e).

*NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

FULL NAME Demarini Sports, Inc.
ADDRESS 755 SW Dennis Street
Hillsboro, OR 97123
[ ] INDIVIDUAL [X] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

FULL NAME ____
ADDRESS ____
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

DM000132

TMC:mlr 5/14/93 4189-30031sm.sbe

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING Michael D. Eggiman

TITLE OF PERSON OTHER THAN OWNER Vice President

ADDRESS OF PERSON SIGNING 755 SW Dennis Street, Hillsboro, OR 97123

SIGNATURE ______________________ DATE ______________

EXPRESS MAIL NO. TB364393040US

TMC:rdr 38031.ids 05/14/93

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

MICHAEL D. EGGIMAN

Serial No.:

Filed:

For: IMPROVED SOFTBALL BAT

Date: May 14, 1993

Examiner:

**INFORMATION DISCLOSURE STATEMENT**

COMMISSIONER OF PATENTS
AND TRADEMARKS
Washington, D.C. 20231

Sir:

Applicants submit herewith information of which they are aware, and which they believe may be material to the examination of the application and in respect of which there may be a duty to disclose in accordance with 37 C.F.R. §1.56. The information is listed on the attached form PTO-1449 and copies are enclosed.

Respectfully submitted,

KLARQUIST, SPARKMAN, CAMPBELL,
LEIGH & WHINSTON

Date: May 14, 1993

By [signature]
William Y. Conwell
Registration No. 31,943

Klarquist, Sparkman, Campbell,
Leigh & Whinston
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone: (503) 226-7391

EXPRESS MAIL NO. TB364...040US

TMC:rdr 38031.ids 05/14/93

PTO Form 1449

Page 1 of 1

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Ref.:4189/38031/WYC | Ser: |
|---|---|---|
| | Applicant: Michael D. Eggiman | |
| | Filed: | Group: |

U.S. PATENT DOCUMENTS

| Init.* | | Number | Date | Name | Class | Sub | Filed |
|---|---|---|---|---|---|---|---|
| | | 3,116,926 | 01/07/1964 | Owen et al. | | | |
| | | 3,861,682 | 01/21/1975 | Fujii | | | |
| | | 3,876,204 | 04/08/1975 | Moore et al. | | | |
| | | 3,963,239 | 06/15/1976 | Fujii | | | |
| | | 4,569,521 | 02/11/1986 | Mueller | | | |
| | | 4,961,576 | 10/09/1990 | Meredith | | | |
| | | 5,094,453 | 03/10/1992 | Douglas et al. | | | |
| | | 5,104,123 | 04/14/1992 | Okitsu et al. | | | |
| | | 5,131,651 | 07/21/1992 | You | | | |
| | | | | | | | |
| | | | | | | | |

FOREIGN PATENT DOCUMENTS

| | | Number | Date | Country | Class | Sub | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

OTHER DOCUMENTS

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| EXAMINER: | DATE: |
|---|---|

*Examiner: Initial if considered, whether or not in conformance with MPEP 60; line through cite if not in conformance and not considered. Send copy.