Jan. 7, 1964 A. M. OWEN ETAL 3,116,926

WEIGHTED BASEBALL BAT

Filed April 16, 1962



INVENTORS
Arnold M. Owen
George J. Zanotti
BY
ATTORNEYS

United States Patent Office 3,116,926
Patented Jan. 7, 1964

1

3,116,926

# WEIGHTED BASEBALL BAT

Arnold M. Owen, Box 88, Miller, Mo., and George John Zanotti, 4048 N. Kolze, Schiller Park, Ill., assignors of one-fourth to Charles W. Owens, Springfield, Mo., and one-fourth to Philip C. Rizzo, Chicago, Ill.
Filed Apr. 16, 1962, Ser. No. 187,572
1 Claim. (Cl. 273—72)

This invention relates to improvements in baseball bats and more particularly relates to an improved form of weighted baseball bat adapted to improve the batting ability of the batter.

A principal object of the invention is to provide a novel and improved form of baseball bat constructed with a view towards developing the wrist and forearm and the snap of the wrist of the batter.

A further object of the invention is to adapt a baseball bat to develop the batting action of the batter by selectively weighting the outer end of the bat.

Another object of the invention is to provide an improved form of baseball bat particularly arranged to develop the forearm and wrist and the snap of the wrist of the batter by selectively weighting the outer end portion of the bat and detachably retaining the weight therein in stationary relation with respect to the length of the bat, during use of the bat.

Still another object of the invention is to improve upon the baseball bats heretofore in use by providing a chamber extending axially along a bat and opening to the outer end thereof and by providing weights for selected insertion in said chamber, and locking the weights in position during use of the bat.

A still further object to the invention is to adapt a baseball bat for use in developing the forearms and wrist and the snap of the wrist of the batter, by forming a chamber extending axially along the bat and opening to the outer end thereof, and by placing a weight or weights in this chamber held to a locking member by spring means, and by mounting the locking member in the outer end of the chamber to accommodate the number of weights in the chamber to be varied.

These and other objects of the invention will appear from time to time as the following specification proceeds and with reference to the accompanying drawing wherein:

FIGURE 1 is a plan view of a form of baseball bat embodying the principles of the present invention;

FIGURE 2 is a longitudinal sectional view taken through the outer end portion of the bat shown in FIGURE 1;

FIGURE 3 is an end view of the bat looking at the bat toward the outer end thereof and showing the locking member for the weights in position in the end of the bat prior to movement of said locking member to a locking position;

FIGURE 4 is an end view of the bat somewhat similar to FIGURE 3, but showing the locking member for the weights turned to a position to lock the weights to the bat;

FIGURE 5 is an end view of the inner end of the retainer prior to insertion of the retainer in the end of the baseball bat; and

FIGURE 6 is a sectional view taken substantially along line VI—VI of FIGURE 5.

In the embodiment of the invention illustrated in the drawings, we have shown in FIGURE 1 a baseball bat 11, which may be a regulation bat and vary in diameter at its largest end from 2¼" to 2⅞" and vary in length from 29" to 36" depending upon the purposes for which the bat is used. The bat may also vary in weight from 25 ounces to 42 ounces.

2

The bat 11 is shown as being drilled from its outer end concentrically with the longitudinal axis thereof, and as having a metal sleeve 12 carried therein, the interior of which forms a chamber 13 carrying one or more weights 15. While we have herein shown a sleeve in the drilled portion of the bat, the principal function of the sleeve is to reinforce the bat and where strength is not necessary, the sleeve may be omitted.

The bat 11 is also shown as being counter drilled from its outer end portion to provide an enlarged diameter outer chamber portion 16. The enlarged diameter portion 16 converges to the smaller diameter drilled portion of the bat and to the sleeve 12 along a beveled shoulder 17.

The enlarged diameter chamber portion 16 of the bat has a retainer 19 threaded therein, serving to retain a locking member 20 to the bat and to retain a selected number of weights 15 within the chamber 13.

The retainer 19 is shown in FIGURE 2 as being generally annular in form, having an outer enlarged diameter or flanged portion 21 recessed within the head of the bat when the retainer 19 is threaded in position on the end of the bat. The retainer 19 has a generally cylindrical inner wall 22 having diametrically opposed slots 23 extending therealong, and affording communication to the inner end of said retainer. The inner end of the retainer 19 has a pair of diametrically opposed inwardly opening notches 25 formed therein, forming locking means for diametrically opposed pins 26 projecting from periphery of the locking member 20. The pins 26 are adapted to slide along the slots 23 of the retainer 19 when inserting the locking member to retain a weight or weights to the chamber 13, and to then arcuately move along the inner surface of the retainer 19 for registry with the notches 25. When in this position, a compression spring 27 seated on the inner end portion of the chamber 13 and in engagement with an innermost weight 15, will bias the pins 26 into engagement with the notches 25, and retain the locking member 20 and weight or weights 15 to the bat.

The locking member 20 has a transverse key 30 extending across its outer end portion, and generally semi-spherical portions 31 on each side of said key, said key provides a means for turning said locking member to lock the weight or weights 15 in position within the end of the bat, or to accommodate removal of said locking member from the retainer 19, and the consequent removal or replacement of the weights in the end of the bat.

The weights 15 are shown as being generally cylindrical in form and may be made from lead or from any other desired material. It should be understood that the length and number of weights may be varied in accordance with the degree it is desired to weight the bat.

In assembling the bat, when a certain weight has been selected, the spring 27 is first placed through the retainer 19 and along the sleeve 12, with the bat held in a generally vertical position and the chamber 13 opening upwardly. The number of weights required may then be inserted through the retainer 19 in abutting engagement with the spring 27 and into abutting engagement with each other.

As the weights are placed along the chamber 13, and particularly where the spring 27 is materially compressed, it is desirable to maintain pressure on the outer weight with one hand and engage said weight with another weight with the other hand and then to press the weight along the chamber 13 against the compression spring 27. When the required number of weights have been added, the locking member 20 is inserted in the retainer 19, with the pins 26 thereof in registry with the slots 23. The locking member 20 is then depressed until the pins are beneath the inner or bottom surface of the retainer 19. The

locking member 20 may then be turned 90° to register the pins 26 with the notches 25. The spring 27 will thus engage and retain the pins 26 to the notches 25 and the weights 15 will be locked in stationary positions within the chamber 13.

When it is desired to remove a weight from the chamber 13, it is merely necessary to depress the locking member 20 to release the pins 26 from the slots 25 and to then turn said locking member until the pins 26 register with the slots 23. The spring 27 will then force the locking member 20 and weights 15 from the end of the bat.

While we have herein shown and described one form in which our invention may be embodied, it may readily be understood that various modifications and variations in the invention may be attained without departing from the spirit and scope of the novel concepts thereof, as defined by the claim appended hereto.

We claim as our invention:

In a baseball bat, means varying the weight of the bat at the outer end portion thereof comprising:

a chamber opening to the outer end of the bat and extending axially along the bat for a portion of the length thereof,

a spring seated against the inner end of said chamber,

at least one weight in said chamber abutting said spring and biased toward the outer end of the bat by said spring, and means positively holding the weight in said chamber and permitting the number



of weights in said chamber to be varied as selected, said means comprising an annular retainer encircling said chamber and recessed in the outer end portion of the bat and having a cylindrical inner wall, a locking member closing the end of said annular retainer and axially movable along said retainer and having at least one locking pin extending radially therefrom,

and bayonet-like slot means in said retainer registrable with said locking pin, and permitting axial movement of said locking member along said retainer to force a weight in said chamber against said spring,

said locking member and pin being turnable along said bayonet-like slot means, to lock said locking member in a closed position and to positively lock a selected number of weights in said chamber in position to weight the extreme outer end portion of said bat.


References Cited in the file of this patent

UNITED STATES PATENTS

| | | |
|---|---|---|
| 558,320 | Solberg | Apr. 14, 1896 |
| 1,499,128 | Shroyer | June 24, 1924 |
| 1,846,587 | Diederich | Feb. 23, 1932 |
| 2,750,194 | Clark | June 12, 1956 |
| 2,944,698 | Pipes et al. | July 12, 1960 |

FOREIGN PATENTS

| | | |
|---|---|---|
| 174,550 | Great Britain | Feb. 2, 1922 |

United States Patent [19]
Fujii
[11] 3,861,682
[45] Jan. 21, 1975

# [54] BASEBALL BAT

[76] Inventor: Hirokazu Fujii, No. 59, 2-chome, Obiraki-cho, Fukushima-ku, Osaka, Japan

[22] Filed: Oct. 5, 1972
[21] Appl. No.: 295,297

[30] Foreign Application Priority Data
Mar. 6, 1972 Japan .............................. 47-27313

[52] U.S. Cl. .............................................. 273/72 A
[51] Int. Cl. ........................................... A63b 59/06
[58] Field of Search .......... 273/67 R, 67 D, 67 DA, 273/68, 72 R, 72 A, 80 R, 80 B, 82 R, 82 A, 82 B, DIG. 1-12

[56] References Cited

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 1,520,107 | 12/1924 | Bishop et al. | 273/82 A |
| 1,611,858 | 12/1926 | Middlekauff | 273/72 A |
| 1,644,083 | 10/1927 | Reach | 273/72 A UX |
| 1,950,342 | 3/1934 | Meshel | 273/72 A UX |
| 2,023,131 | 12/1935 | Gibson | 273/80 B |
| 2,775,456 | 12/1956 | Schroeder et al. | 273/82 R |
| 3,037,771 | 6/1962 | Gambino | 273/82 R |
| 3,048,400 | 8/1962 | Friedman | 273/82 R |
| 3,138,380 | 6/1964 | Satchell et al. | 273/82 A |
| 3,228,687 | 1/1966 | Bauer | 273/82 R |
| 3,231,274 | 1/1966 | Wanders | 273/82 R |
| 3,334,901 | 8/1967 | Steffes | 273/68 |
| 3,479,030 | 11/1969 | Merola | 273/72 A UX |
| 3,703,290 | 11/1972 | Wilson | 273/72 A |

FOREIGN PATENTS OR APPLICATIONS

| | | | |
|---|---|---|---|
| 25,376 | 9/1952 | Finland | 273/72 R |
| 6,480 | 12/1909 | Great Britain | 273/670 A |
| 22,649 | 7/1948 | Finland | 273/72 R |

*Primary Examiner*—Richard J. Apley
*Attorney, Agent, or Firm*—Stewart and Kolasch, Ltd.

[57] ABSTRACT

A metallic ball bat comprising a bat body made of a metallic tube material wherein a metallic sound arresting ring made of a rubber or plastic material is disposed inside the bat and advantageously in contact with a light-weight, hard, plastic cap which is inseparably inserted on the head of bat body.

Said bat body may also include a metallic repellent member disposed therein. In such as case a sound arresting member is provided on both sides of said repellant member. This arrangement increases the repellency of the bat portion for hitting a ball, and arrests the metallic sound and resound which otherwise would be created at the time of impact between the bat and ball.

9 Claims, 8 Drawing Figures



PATENTED JAN 21 1975

3,861,682

FIG. 1
PRIOR ART




FIG. 2




FIG. 3




FIG. 6




FIG. 7




FIG. 8




FIG. 4




FIG. 5



## BASEBALL BAT

The present invention relates generally to an implement for hitting a ball in a baseball game, and more particularly to a baseball bat composed of a metallic cylindrical body having its head protected with a cap of a light-weighted hard synthetic resin, and its inner hollow portion below the cap filled with a resilient element for absorbing the reverberations and vibrations that take place in the hitting portion of the bat when the bat strikes a ball.

In recent years, an increasing number of metallic baseball bats have reached the market place and are being used in place of the conventional wooden bats. In order to produce such metallic baseball bats it is necessary to form a bat body in such a manner that the body can deaden the shrill metallic sound which is caused by the bat striking a ball. Such a metallic sound is unpleasant on the nerves of a batter who has long been quite familiar with that batting sound of conventional wooden bats which gives him an acoustic sense of stability.

Thus one of the greatest concerns of metallic baseball bat manufacturers has been focussed on the problems of deadening or mitigating the metallic sound and resound that always accompanies a metallic bat and providing said metallic bats with batting sound having an acoustic sense of stability.

As a consequence thereof, attempts have been made to solve this problem by providing a metallic baseball bat having its head portion protected with a cap *13b* made of vulcanized rubber as is shown in FIG. 1 of the accompanying drawing. However, this cap-headed bat has the following three fatal defects: Firstly, due to repeated batting impacts produced in the hitting portion of the baseball bat at a baseball game and during practice, said cap *13b* is eventually forced from the head of the bat by said repeated impacts. This is true even if the cap is adhesively secured on the head of the bat by means of a strong adhesive agent because the adhesive agent is not sufficient strong to resist such repeated impacts. Thus the cap *13b* is resiliently deformed at each moment of impact and gradually separates from the inner peripheral wall of the metallic cylinder forming the head of the bat. Secondly, in the event that a batter fails to strike a ball, in a fit of chagrin he is likely to violently beat the head of the bat against the ground, the result being that the beatened head portion of the bat is irreversibly deformed since the rubber forming said cap is directly subjected to the impacts and deformed too extensively by each impact to maintain the configuration of the head portion of the bat. Finally, when protected with the above-mentioned rubber cap, the head of the metallic bat is unavoidably made too heavy so that the bat body is deprived of its balance, making it difficult for a batter to effectively swing the bat and hitting the ball in his easiest posture. This is because, in addition to being made very heavy in weight, said rubber cap must be large in size in order that it is not readily separated from the head of the bat at the moment of impact.

Accordingly, it is one of the main objects of the present invention to provide an improved type of metallic baseball bat quite free from the above-mentioned defects found in existing metallic bats.

It is another object of the present invention to provide an improved type of metallic baseball bat having a head portion protected with a cap made of a light-weighted, hard synthetic resin thereby preventing the deformation of the head portion which otherwise would take place at the moment of an impact given thereto.

It is a further object of the present invention to provide a novel type of metallic baseball bat having a metallic cylinder interiorly provided with a metallic sound arresting member thereby including the bat to make a hitting sound most similar to that of the conventional wooden bat.

With these and other objects in view, which will become apparent in the following detailed description, the present invention will be clearly understood in connection with the accompanying drawings, wherein,

FIG. 1 is a vertical section showing a prior art metallic baseball bat having a head portion protected with a rubber cap;

FIG. 2 is an elevation showing a first embodiment of the present invention, with parts broken away,

FIG. 3 is likewise an elevation showing a second embodiment of the present invention, with parts broken away,

FIG. 4 is an enlarged bottom plan view showing a cap made of a light-weighted, hard synthetic resin to be inserted on the top end of a metallic cylinder forming a metallic baseball bat in accordance with the present invention;

FIG. 5 is a vertical section taken on the line V — V of FIG. 4;

FIG. 6 is an enlarged perspective view of a metallic sound and resound arresting ring member to be used in the embodiments of FIGS. 2 and 3; and

FIGS. 7 and 8 are enlarged perspective views respectively illustrating a modified ring member of FIG. 6.

Referring now to the accompanying drawing, and especially to FIG. 2, the baseball bat 10 of the present invention comprises a metallic cylinder 11 formed into the standard shape of a conventional bats by mechanically drawing a metallic pipe. The lower portion of said metallic cylinder 11 is coated with either rubber or a synthetic resin to form a grip portion 12 on the bat.

Preferably a rough surface (not shown in the drawing) is formed over said grip portion 12 said rough surface serving as a non-skid grip which helps a batter swing the bat in an accurate manner.

It is also preferable that the lowermost portion of the grip portion 12 circumferentially extends beyond the grip 12 to form an annular edge *12a* thereby preventing the batter's hands from readily slipping off of the grip portion the by the force of the impact caused at the moment when the bat strikes the ball.

The uppermost end of the metallic cylinder 11, substantially forming an inner head portion of the bat body 10, is bent inward along the circumference thereof to form an inwardly curved annular edge *11a*.

As shown in FIGS. 4 and 5, there is prepared a cap 13 made of a light-weighted, hard synthetic resin and provided with an annular groove 14 having substantially the same shape as said edge *11a* so as to fittingly receive the latter edge.

In order to mount said cap 13 onto the head portion of the bat body 10, said edge *11a* formed in the uppermost end of the metallic cylinder 11 is first so disposed as to face in exactly opposed relationship to said annular groove 14 of the cap 13 and then forcibly pressed

in the axial direction thereof to firmly inserted said cap into said annular groove 14.

Accordingly as a result of this pressing operation, said edge 11a is forced into the groove 14 of the cap 13 groove 14 which bends said edge slightly downward, thus resulting in said cap 13 and the metallic cylinder 11 being firmly engaged with one another and preventing the cap 13 from being separated from the bat body 10 even by the force of the bat striking a ball.

Incidentally, in order that the externally exposed peripheral wall 15 of the cap 13, as shown in FIG. 5, can be aligned with the outer peripheral wall of the metallic cylinder 11, it is necessary that the outer diameter of the wall 15 is exactly the same as that of the metallic cylinder portion 11 adjacent thereto.

In this case, it is also preferable that the lowermost brim portion 16 of the cap 13 which is exposed to the inside hollow portion of the metallic cylinder 11, (see FIG. 5) is formed so as to have the substantially same outer diameter as the inner diameter of the metallic cylinder portion 11 whereby the cap 13 can be tightly sealed to the inner periphery of the metallic cylinder 11.

Prior to mounting the cap 13 onto the uppermost end of the metallic cylinder 11, a metallic sound arresting ring member 17 (see FIG. 6) is rigidly fixed to the inner periphery of the metallic cylinder 11, said ring member 17 being made, for example, of rubber or any suitable plastic material such as that employed in a pick-up device for stereophonic record players for deadening any small exterior vibrations which otherwise would be directly transmitted to a needle on a rotating disc resulting in a grating noise.

It has been experimentally proved that when sealingly fixed to the inner peripheral wall of the metallic cylinder 11 and positioned just below and contiguous with the cap 13, said ring member 17 functions to arrest the high-piched metallic sound that otherwise would accompany each contact of the bat with the ball.

However, advantageous results can also be obtained if said ring member 17 is located in the metallic cylinder 11 a little deeper axially than the preceding embodiment so as to be disposed in the center portion of the bat. This portion can be located by determining the point where the smallest amplitude of vibratory waves appears on the screen of a synchronoscope or an oscilloscope when the bat is provided with an impact. In this case, therefore, the ring member 17 may be positioned somewhat distant from the cap 13.

Advantageously, said metallic sound arresting member 17 which can be made of a light, hard plastic material is formed into a ring or an axially short cylinder having considerable wall thickness since it has been empirically confirmed that such thickness is effective in arresting any metallic sound while at the same time is sufficiently light-weighted so as to not adversely affect the overall weight or balance of the bat.

Furthermore, in place of the ring member 17 shown in FIG. 6, a similar metallic sound arresting effect can also be obtained by applying to said batting portion a modified ring member 18 shown as having a base 18a in FIG. 7 or still a further modified ring member 19 having partitioned cross walls 19a as shown in FIG. 9. It will be readily understood that these modified ring members may also be further changed into any number of other designs.

In FIG. 3 is illustrated a second embodiment carried out in accordance with the present invention in which a metallic cylindrical repelling insertion member 20 is provided in the inner periphery of the metallic cylinder portion 11 corresponding to the batting portion of bat 10 where a batter usually strikes a ball. This takes advantage of the most resilient portion of the bat 10.

For said metallic cylindrical repelling insertion member 20 there is employable for example one of the varied type insertion members 16a to 16f disclosed in my U.S. Pat. application Ser. No. 237,390 filed on Mar. 23, 1972, although said member 20 is not itself the purpose of the present invention. However, in the event that said member 20 is mounted in the inside of the metallic cylinder 11, it is necessary to provide a pair of metallic sound arresting members 17, 17 at the upper and lower ends of said member 20 and in contacted relationship therewith.

In the situation where said pair of metallic sound arresting members 17, 17 are provided at both ends of the member 20 in the above-mentioned manner, it is not always necessary to mount another similar metallic sound arresting member in contact with the lowest end of cap 13 in addition to said pair.

It will be understood that the present invention is not to be limited to the exact construction shown and described, but that various changes and modifications may be invisioned without departing from the spirit and scope of the invention.

I claim:

1. A substantially hollow metallic ball bat comprising a generally cylindrical barrel portion and a generally cylindrical handle portion, said barrel portion being larger in diameter than said handle portion said barrel portion terminating in an open end, a cap element inseparably mounted on and extending into said open end two, spaced apart metallic-sound arresting ring members centrally disposed in the barrel portion of the ball bat and a metallic cylindrical repelling member disposed between said sound arresting ring members, said repelling member being contiguous with said ring members and the inner periphery of the barrel portion of the bat.

2. The ball bat of claim 1, wherein the metallic-sound arresting ring member is rigidly fixed to the inner periphery of the barrel portion.

3. The ball bat of claim 2, wherein one of said ring members is contiguous with the cap element.

4. The ball bat of claim 1, wherein the metallic-sound arresting ring member is made of a plastic material.

5. The ball bat of claim 1, wherein the metallic-sound arresting ring member is made of rubber.

6. The ball bat of claim 1, wherein the metallic-sound arresting ring member is an axially short cylinder having a substantial wall thickness.

7. The ball bat of claim 6, wherein the axially short cylinder is further provided with cross walls which interconnect the cylinder walls like the spokes of a wheel.

8. The ball bat of claim 6, wherein the axially short cylinder is further provided with a base which extends across the barrel portion.

9. The ball bat of claim 1, wherein the upper edge of said open end has radially inwardly extending walls and said cap element is provided with an annular inwardly extending groove, said groove receiving said walls to form a wedgewise interlocking relationship between the bat and the cap element, the outer diameter of said cap element being substantially the same as the outer diameter of said barrel portion of the bat.

* * * * *

BEST AVAILABLE COPY

# United States Patent [19]

Moore et al.

[11] 3,876,204

[45] Apr. 8, 1975

[54] HOLLOW BALL BAT WITH DAMPENING MEANS

[75] Inventors: Nicholas R. Moore, Bellflower; Allen D. Bliss, Santa Ana, both of Calif.

[73] Assignee: Aluminum Company of America, Pittsburgh, Pa.

[22] Filed: Sept. 6, 1973

[21] Appl. No.: 394,682

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 245,625, April 19, 1972, abandoned.

[52] U.S. Cl. .............. 273/72 A
[51] Int. Cl. .............. A63B 59/06
[58] Field of Search .... 273/67 R, 72 R, 72 A, 80 R, 273/80 B, 82 R, 70; 220/65; 229/4.5, 14 B, 14 C, 14 H, 89–93, DIG. 2

[56] References Cited

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 1,611,858 | 12/1926 | Middlekauff | 273/72 A |
| 1,950,342 | 3/1934 | Meshel | 273/72 A UX |
| 2,012,131 | 8/1935 | Kondolf | 273/72 A UX |
| 2,751,765 | 6/1956 | Rowland et al. | 273/72 A UX |
| 2,947,459 | 8/1960 | Pregent | 273/72 A UX |
| 3,703,290 | 11/1972 | Wilson | 273/72 A |
| 3,727,295 | 4/1973 | Gildemeister | 273/72 A X |

FOREIGN PATENTS OR APPLICATIONS

| | | | |
|---|---|---|---|
| 22,649 | 7/1948 | Finland | 273/72 R |
| 23,495 | 9/1949 | Finland | 273/72 R |

*Primary Examiner*—Richard J. Apley
*Attorney, Agent, or Firm*—Arnold B. Silverman, Esq.

[57] ABSTRACT

A hollow ball bat having a tubular bat body provided with a handle portion, a barrel portion and a connecting portion. A tubular paperboard dampening element secured to the interior surface of the barrel portion and having an external surface in engagement with the barrel portion interior surface. Such engagement may include about 30 to 75 percent of the barrel interior surface. The paperboard tube may be provided with corrugations on its exterior surface and may have a length of about 3.5 to 9 inches.

The ball bat has an end closure closing the barrel portion and the dampening member is secured to the end closure. In a preferred form, the end closure is an end plug having a reduced diameter lower portion which extends into the dampening member.

14 Claims, 9 Drawing Figures



PATENTED APR 8 1975 3,876,204

SHEET 1 OF 2

FIG. 1.




FIG. 2.




FIG. 3.




FIG. 5.




FIG. 4.




FIG. 6.



PATENTED APR 8 1975

3,876,204

SHEET 2 OF 2




FIG. 7.




FIG. 8




FIG. 9.

## HOLLOW BALL BAT WITH DAMPENING MEANS

This application is a continuation-in-part of U.S. Ser. No. 245,625, filed Apr. 19, 1972 and entitled "Hollow Ball Bat with Dampening Means" and now abandoned.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a hollow ball bat provided with internally secured dampening means to reduce vibrations and noise created during use of the bat. More specifically, this invention relates to the use of a paperboard tube which is secured a predetermined position within the barrel portion of the bat.

2. Description of the Prior Art

In recent years the use of hollow ball bats has become increasingly popular. These bats frequently are composed of a material such as aluminum or steel and have a handle portion, a barrel or hitting portion and a connecting portion. One conventional version has a handle portion of a first diameter, a barrel portion of a second larger diameter and a tapered connecting portion. In order to prevent undesired entry of moisture, dirt and other foreign matter into the hollow bat interior, it has been known to provide separate or integrally formed end closures at both ends of the bat. Bat structures of this general type are shown in U.S. Pats. 1,611,858, 2,967,710 and 3,479,030.

As a result of the great strength and durability of the metal bat, it has been found that tubular bats may be employed with great success. It has, therefore, been unnecessary to employ more expensive structures having substantially solid cross sectional configurations. One problem which has been encountered with the tubular metal bats has been the susceptibility to undesirable vibration and noise upon impact with a ball. Several methods of dampening the vibrations and noise have been previously suggested. A bat provided with a tubular metal core and an exteriorly disposed sponge covering adapted to reduce noise characteristics was suggested in U.S. Pat. No. 2,099,521. While perhaps effective to diminish noise, such a structure is undesirable as the mechanics of the game are substantially altered in a detrimental fashion as a result of the spongy nature of the bat's impact surface.

In co-pending U.S. application Ser. No. 149,443 and Ser. No. 149,444, now abandoned, there have been suggested vibration and noise dampening means which are provided within the bat interior and, therefore, do not alter the desired hardness of the bat impact surface or the wearing characteristics of such impact surface.

It has also been suggested to employ end caps of solid cross sectional configuration which extend into the bat bore in an effort to deaden sound. See U.S. Pat. 3,479,030. This same patent discloses the use of a tapered adhesively secured plug of solid cross sectional configuration as an insert into the handle portion of the bat in an effort to effect sound deadening.

As ball bats are subjected to repeated cycles of severe mechanical shock during ordinary use, it is essential that durable and effective vibration and sound deadening means be provided in the hollow metal ball bat. Also, in order for the metal bat to remain competitive with the wooden bat, it is necessary to provide dampening means which are readily introduced into the bat and permanently secured in a predetermined position in an economical fashion. In addition, such



dampening means should be provided in such a fashion as to avoid any detrimental alteration in the mechanics of the game.

### SUMMARY OF THE INVENTION

The above-described need has been met by the ball bat of the present invention. The hollow ball bat is provided with a handle portion, a barrel portion and a connecting portion. Dampening means in the form of a tubular paperboard dampening element is secured within the interior of the barrel portion of the bat, preferably at a position spaced inwardly from the free end of the barrel portion. The tubular paperboard element is preferably circumferentially substantially continuous and may be secured to the bat surface by frictional contact. The paperboard tube preferably has a length of about 3.5 to 9 inches with about 5 to 9 inches being the preferred length. The tube may have a corrugated exterior surface which is in contact with the barrel portion interior surface. The tubular paperboard element is secured to a bat end closure and is preferably introduced into the bat therewith to establish a predetermined position for the dampening member.

It is an object of this invention to provide a hollow ball bat having a concealed tubular paperboard dampening element secured within the barrel portion of the bat.

It is another object of this invention to provide a paperboard sleeve which may be employed economically and secured within the barrel portion of the bat in a predetermined position in engagement with the interior surface of the barrel portion.

It is a further object of this invention to provide such a dampened bat construction which is adapted to withstand the abuse and severe mechanical shock to which the bat will be subjected during normal use and handling.

It is yet another object of this invention to provide for securing the dampening member to a bat closure in order to facilitate handling and assembly of the dampening member and closure, as well as effecting and retaining predetermined positioning of the dampening member within the bat barrel portion.

These and other objects will be more fully understood from the following description on reference to the illustrations appended hereto.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a partially broken away elevational view of a form of ball bat construction of this invention.

FIG. 2 illustrates a fragmentary cross sectional view of a form of bat body of this invention.

FIG. 3 is a cross sectional view taken through 3—3 of FIG. 2 showing the dampening member secured within the bat barrel.

FIG. 4 is an elevational view showing the exterior surface of a form of dampening element of this invention.

FIG. 5 is a cross sectional view of the dampening element shown in FIG. 4 taken through 5—5.

FIG. 6 is a fragmentary cross sectional illustration showing contact between a segment of the dampening element and the bat body.

FIG. 7 is an exploded partially schematic view of a form of end plug closure, a dampening member and fastening means employed in this invention.

FIG. 8 is a bottom plan view of the end plug closure shown in FIG. 9.

FIG. 9 is a partial cross sectional view of an end plug closure • dampening member assembly of this invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The term "secured" and words of similar import as used herein when referring to the relationship between the paperboard tubular dampening element and the barrel interior will include retention effected by frictional engagement with or without additional friction improving means, adhesive means and other means of effecting joinder therebetween, as well as combinations thereof. The term "secured" and words of similar import as used herein to refer to the relationship between the paperboard tubular dampening member and an end plug or closure will include retention effected by frictional engagement, with or without additional friction improving means, mechanical fasteners such as staples, nails, screws and the like, adhesive means and other means of effecting joinder therebetween, as well as combinations thereof.

Referring now more specifically to FIG. 1, there is shown a ball bat having a metal body, which is preferably aluminum, provided with a barrel portion 2, a handle portion 4 and a tapered connecting portion 6. In the form shown, the handle portion 4 of the bat is covered by a grip member 10 which has a tubular section overlying the bat handle 4 and a closed knob-like end wall 12. The barrel portion of the bat has an end plug 16 secured within its outer end. (For convenience of reference herein, the term "outer" and words of similar import shall be employed to refer to a direction toward the free end or opening of the barrel portion 2 and the word "inner" and words of similar import shall be employed to refer to a direction moving away from the free end or opening of the barrel portion 2.)

In FIG. 1, it is noted that a paperboard dampening element 18 is positioned within the bat barrel portion 2 in a manner to be discussed more fully below.

In the preferred practice of the present invention a wound paperboard tube, which may be spirally or convolutely wound, has an exterior cross sectional configuration generally the same as the configuration of the adjacent portion of the barrel interior surface. (In the case of a corrugated outer member, the exterior configuration will be that established by connecting the peaks of the corrugations). The tube has an exterior diameter approximating that of the interior surface of the bat barrel portion 2 or slightly larger than the same. This facilitates insertion and retention of the paperboard dampening element within the desired portion of the bat barrel.

As is shown in FIG. 2, the paperboard tubular element 18 is secured within the bat barrel at a position spaced inwardly from the free end 20 of the bat barrel. It is also noted that the preferred form provides an element 18 which terminates at a position spaced outwardly from the inner extremity 22 of the bat barrel 2. While, if desired, one may provide a tubular paperboard dampening element originating at or adjacent free end 20 or at or adjacent inner extremity 22 or extending into connecting section 6 or handle 4, it is preferred to provide the spacing discussed above. It has been found that a paperboard tube having a length of at least about 3.5 inches is preferred to obtain maximum dampening. A slight improvement in dampening characteristics is found by increasing the length of the tube up to about 9 inches. While a length in excess of 9 inches may be provided, no significant improvement in dampening characteristics is obtained and increased cost is encountered. In the preferred form of the invention, the dampening element will be in surface to surface contact with about 30 to 75 percent of the barrel. For convenience of reference the term "surface to surface" as used herein shall include contact which is not continuous as in the case of a corrugated exterior. In computing the area of contact in such cases the full surface of the dampening element exposed to the barrel surface shall be counted and not merely the surface areas of the corrugations. As a result the "surface" of a given corrugated element will be the same as an uncorrugated tube of the same length and diameter.



In general, the paperboard tubular element 18 may conveniently and economically be provided by spiral or convolute winding and subsequent cutting to the desired length. If desired, the tube may be provided with exteriorly disposed friction or adhesion promoting means, such as a plastic, rubber or adhesive covering, for example. In the form of paperboard element 18 shown in FIG. 2 seams 24 of the type established in spirally winding a fibrous paperboard tube are provided. If desired, multiple plies may be employed in such a wound tube to increase strength and improve dampening characteristics.

Referring to FIGS. 2 and 3 once again, there is shown somewhat schematically a paperboard sleeve 28 having a smooth surface 30 and a barrel contacting surface 32 which is provided with a plurality of corrugations adapted to frictionally engage the interior surface of barrel portion 2. This form of paperboard sleeve 28 is preferably made by providing a composite tube having an independently formed core member. The corrugations serve as force concentrators which increase the frictional contact between the paperboard tube 28 and the bat barrel 2. If desired, an adhesive may be provided intermediate the sleeve 28 and the barrel 2 in order to improve the desired relative retaining characteristics.

Referring now to FIGS. 4 through 6, a more detailed illustration of the composite structure will be considered. FIG. 5 shows a composite tubular paperboard dampening element which has a generally uniform core member 36 secured within corrugated member 38. This composite structure may be established in a conventional manner as by winding a core 36 over a mandrel and winding a previously corrugated member thereover, with a suitable adhesive being interposed. In a preferred form, the average thickness of the wall of the corrugated member is about 0.090 to 0.125 inch.

AS is shown in FIG. 4, the corrugated member 38 has the corrugations 40 generally angularly disposed with respect to the longitudinal direction of the paperboard tube. This provides an angular resisting force with a component which resists relative axial movement between the corrugated member 38 and the bat barrel. Also shown in FIG. 4 is a seam 42 at which abutting or overlapping edges of adjacent wraps of the outer member 38 meet.

Considering now FIG. 6, there is shown the barrel portion of a metal bat 2 which has an interior surface 44 and the corrugated member 38 which is provided with corrugations 40. It is noted that the corrugations 40 are in contact with the interior surface 44 and are

partially compressively deformed in order to facilitate resistance to relative axial movement between the paperboard sleeve and the bat barrel. If desired, adhesive may be provided in a convenient fashion by permitting the recesses 46 in the corrugated member 38 to serve as reservoirs to receive the same. It should also be noted that the corrugations 40 serve to provide integral reinforcement to the tubular paperboard or cardboard sleeve and as a result contributes to resistance to undesired permanent deformation of the sleeve.

It is noted that the tubular paperboard element has a diameter approximating that of the interior barrel surface 44. (In embodiments employing the corrugated exterior, the term "diameter" shall refer to the distance between radially projecting corrugation peaks.) It may be preferable to provide a paperboard diameter that is slightly larger than the diameter across interior surface 44 in order to improve frictional retention characteristics. It is contemplated that the paperboard tube, whether it is provided with the preferred exterior corrugations or has a generally smooth exterior surface, can be axially inserted into the barrel portion 2 to provide a rapid, economical and convenient means of effecting the desired assembly. If desired, additional friction improving means such as tape, coatings or resilient elements may be secured to the tube exterior or barrel interior to facilitate improved frictional retention.

It will be appreciated that in the preferred embodiment of the invention the tube will be generally continuous both longitudinally and circumferentially. If desired, openings may be provided in the tube to facilitate radial constriction upon insertion into the barrel. The term "continuous" as used in this context shall be intended to include such apertured tubes so long as the aperture does not extend the entire length of the tube. While for convenience of forming, handling and insertion, it is preferred that the tube have joined edges to establish a sleeve, it is contemplated that one may form a tube by wrapping a paperboard element into a generally tubular shape with either overlapped, abutting or spaced confronting edges. Such structures shall be included within the terms "tubular dampening element," "tube" and words of similar import as employed herein.

A preferred form of the invention, which involves providing spacing between barrel opening 20 or the free end and the outermost end of the paperboard or cardboard sleeve 18, facilitates the use of a plug type closure such as that shown at 16 in FIG. 1. Entry of the plug into the barrel does not produce interference between the plug 16 and tube 18. Alternatively, as the dampening means of this invention is contained completely within the bat interior, more rigid and durable end closures such as metal end closures, formed either separately or integrally with the bat body, may be provided as the closure need not be relied upon for its sound and vibration dampening characteristics.

Referring now to FIGS 7 through 9 a preferred embodiment of the invention will be considered. In this form of the invention, as is shown in the exploded view of FIG. 7, an end plug 50 is provided with an upper surface 52, a generally cylindrical lateral surface 54 and a lower recessed annular surface 56 which is part of annular band 60 and has a reduced diameter with respect to the immediately overlying portion 54. It is noted also that the end plug 50 contains an outwardly open annular recess 58 which is adpated to receive a portion of the bat body to provide an interlocking joint therebetween. In the form illustrated, as is shown in FIG. 8, the bat end plug 50 has recessed surface 56 provided by annular band 60 which is spaced radially outwardly from a central annular core portion 62.

Referring once again to FIG. 7 there is shown a corrugated tubular paperboard dampening member 70 which preferably has an internal diameter D generally equal to or slightly smaller than the exterior diameter $d$ of the lower plug portion taken at surface 56. As a result, portion 60 will be received within the interior of a dampening member 70 in order to provide frictional interengagement between interior surface 72 of dampening member 70 and exterior surface 56 of the plug member 50. This interengagement is preferably annularly substantially continuous. While if desired, frictional contact may be relied upon providing the means for securing of the end plug 50 to the dampening member 70 it will generally be preferred to use substitute or supplemental fastening means such as mechanical means or adhesive means, for example. As shown in FIG. 7, a pair of diametrically opposed staples 74 in the form shown are generally circumferentially oriented with respect to dampening member 70 will pass through the dampening member 70 and into annular band 60 of the plug thereby effecting a permanent joint therebetween.

The completed assembly is shown in FIG. 9 which illustrates the annular band 60 received within the dampening member 70 and secured in such position by means of staples 74. The tubular bat body 76 has radially inwardly projecting portions 78 received within the annular groove 58.

While for convenience of illustration herein a specific form of plug member 50 has been shown, it will be appreciated that numerous forms of plugs having portions cooperatively associated with the dampening member in such fashion as to permit effective securement may be provided. For example, the recessed portion defining surface 56 need not be an annular band 60, but could be a solid or generally solid cylindrical section. In addition, the recessed surface may be dispensed with and the dampener member 70 may be secured to the end closure without requiring introduction of a portion of the end closure into the dampening member. For example adhesives placed around the upper edge of the dampening member 70 could permit direct bonding to an end plug. The plug 50 may be made of any suitable material or combinations of materials including, rubber, plastic and the like. U.S. Pat. No. 3,703,290 discloses one suitable form of composite plug which may be fabricated to establish the shape shown in FIG. 7, if desired.

It will be appreciated that this method of the invention provides a number of advantageous features. First of all, as the end closure or end plug 50 is presecured to the dampening member 70, there is no need to separately handle, install and secure the dampening element 70 to the bat body. In the form shown in FIGS. 7 through 9 the preassembly permits controlled rolling of the unit without clogging hoppers, conveyors and other handling apparatus while such transfer of the plugs alone could not readily be provided. In addition, insertion of the plug 50 into bat body 76 provides for automatic precise positioning of the dampening member 70 within the bat at the desired predetermined axial position. Further, while the dampening member 70

ıay preferably be secured to the interior surface of the .oat body 76, as by frictional engagement, the positive securement to the end plug 50 provides sufficient resistance to undesired movement of the dampening member within the hollow bat interior to eliminate the need to rely upon the dampening member 70 - bat body frictional engagement. The substantial mechanical shock encountered during impact between the bat and a ball will not produce meaningful undesired displacement of the dampening member 70.

While for convenience of reference the description will frequently refer to a single paperboard element, it will be appreciated that several such elements axially abutted or axially spaced and having a combined length suitable to accomplish the objectives may be provided if desired.

While for exemplary purposes bat bodies made entirely of metal, such as aluminum, have been described, it will be appreciated that hollow bats made of nonmetallic materials, such as rigid plastic, or combinations of metals and nonmetals may be employed with this invention.

While for purposes of simplicity of discussion reference has been made herein to bats having handle and barrel portions each having a constant diameter different from the other and a tapered connecting portion disposed therebetween, the invention is not so limited. For example, bats having a very abrupt transition between handle and barrel or bats having a generally continuous tapered form from one end to another are also contemplated by this invention. With respect to the latter category, the barrel will be considered as being that portion of the bat which would normally be that predetermined for efficient use in making contact with the ball and the connecting portion will be the section interposed between the barrel and handle portions.

It will, therefore, be appreciated that the hollow ball bat of this invention provides an economical and effective means of dampening noise and vibrations without altering the mechanical aspects of the game. In addition, a durable, easy to assemble and effective concealed structure adapted for use in conventional hollow bats is provided.

Whereas particular embodiments of the invention have been described above for purposes of illustration, it will be evident to those skilled in the art that numerous variations of the details may be made without departing from the invention as defined in the appended claims.

We claim:

1. A hollow ball bat comprising

a tubular bat body having a handle portion, a barrel portion and a connecting portion,

an end closure disposed at the barrel end of said tubular bat body,

a tubular paperboard dampening element disposed within said barrel portion and having an exterior surface in contact with the interior surface of said barrel portion,

said end closure being an end plug having a section extending into said barrel portion,

said end plug having an exterior surface portion in contact with the interior surface of said barrel portion and further having a reduced diameter annular lower section disposed within said dampening element, means permanently securing said tubular paperboard dampening element to said end plug lower section whereby said paperboard dampening element will be restrained against undesired relative axial movement with respect to said bat body and impact between said ball bat and a ball will result in said dampening element reducing the noise and vibration in said ball bat to a level below that which would exist in the absence of said dampening member,

said end plug having an upper end outer surface extending beyond the barrel end portion and further having an outwardly open annular groove disposed between said reduced diameter lower section and the upper end of said plug, and

said bat body having an annular generally radially inwardly directed portion extending into said annular groove, whereby relative axial movement of said end plug with respect to end ball bat is resisted.

2. The hollow ball bat of claim 1

wherein said securing means is a frictional interengagement.

3. The hollow ball bat of claim 1

wherein said securing means is a mechanical fastener means.

4. The hollow ball bat of claim 3 including

said mechanical fastener means including at least one staple passing through said dampening element and into said plug lower section.

5. The hollow ball bat of claim 1

wherein said securing means is a adhesive means securing.

6. The hollow ball bat of claim 1 including

said paperboard dampening element having a length of about 3.5 to 9 inches.

7. The hollow ball bat of claim 6 including

said paperboard dampening element having an exterior member provided with corrugations which engage said barrel portion interior surface.

8. The hollow ball bat of claim 6 including

said paperboard dampening element being in surface to surface contact with about 30 to 75 percent of said barrel portion interior surface.

9. The hollow ball bat of claim 8 including

said paperboard dampening element being circumferentially substantially continuous and having a length of about 5 to 9 inches.

10. A ball bat dampening element - end closure preformed sub-assembly consisting essentially of

an elongated tubular paperboard dampening element having an exterior surface generally of the same size as the interior surface of the bat body barrel within which it will be received,

an end closure adapted for partial introduction into a bat body barrel to provide a closure therefor,

said end closure being an end plug having an upper surface, a generally cylindrical lateral surface adjacent said upper surface and having an exterior diameter generally equal to the exterior diameter of said dampening element, and a reduced diameter annular lower section received within said dampening element, and means permanently securing said dampening element to said end plug lower section.

11. The dampener - end closure assembly of claim 10

wherein said securing means is a frictional engagement.

12. The dampener - end closure assembly of claim 10

wherein said securing means is a mechanical fastener.

13. The dampener - end closure assembly of claim 12 including

said mechanical fastener means including at least one staple passing through said dampening element into said end plug lower portion.

14. The dampener - end closure assembly of claim 10 including



said paperboard dampening element having a length of about 3.5 to 9 inches and

said paperboard dampening member having an exterior surface provided with corrugations which engage said barrel portion interior surface.

* * * * *

United States Patent [19]
[11] 3,963,239
[45] June 15, 1976

Fujii

[54] BASEBALL BAT

[76] Inventor: Hirokazu Fujii, No. 59, 2-chome, Obiraki-cho, Fukushima, Osaka, Japan

[22] Filed: June 28, 1974

[21] Appl. No.: 484,348

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 237,390, March 23, 1972, abandoned.

[30] Foreign Application Priority Data

Mar. 23, 1971 Japan ........................... 46-20827
June 6, 1971 Japan ........................... 46-56014

[52] U.S. Cl. ........................................... 273/72 A
[51] Int. Cl.² ........................................ A63B 59/06
[58] Field of Search ........... 273/67 R, 67 D, 67 DA, 273/67 DB, 72 R, 72 A, 73 R, 73 C, 73 H, 80 R, 80 B, 82 R, 82 A, 68

[56] References Cited

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 1,499,128 | 6/1924 | Shroyer | 273/72 A |
| 1,611,858 | 12/1926 | Middlekauff | 273/72 A |
| 3,048,400 | 8/1962 | Friedman | 273/82 R |
| 3,116,926 | 1/1964 | Owen et al. | 273/72 R |
| 3,310,903 | 3/1967 | Binvignat | 273/72 A X |
| 3,334,901 | 8/1967 | Sieffes | 273/72 A X |
| 3,461,593 | 8/1969 | Martuch et al. | 273/80 B X |

FOREIGN PATENTS OR APPLICATIONS

| | | | |
|---|---|---|---|
| 726,578 | 1/1966 | Canada | 273/68 |
| 23,495 | 9/1949 | Finland | 273/72 R |
| 8,628 | 4/1911 | United Kingdom | 273/67 DB |

*Primary Examiner*—Richard J. Apley
*Attorney, Agent, or Firm*—Stewart and Kolasch, Ltd.

[57] ABSTRACT

A substantially hollow metallic ball bat being adaptable to a change in weight, center of gravity and impact resistance which comprises a generally cylindrical barrel portion and a generally cylindrical handle portion, said barrel portion being larger in diameter than said handle portion, and a hard, rigid, lightweight, high impact resistant cylindrical reinforcing member removably disposed solely inside of said barrel portion, the outer periphery of said reinforcing member being in tight engaging relationship with the inner periphery of the barrel portion of the bat, said reinforcing member, because of its removable feature, being replaceable with a different reinforcing member, thereby making the ball bat adaptable to a change in weight, center of gravity and impact resistance.

5 Claims, 6 Drawing Figures



FIG. 1




FIG. 2




FIG. 3




FIG. 4




FIG. 5




FIG. 6



# BASEBALL BAT

## BACKGROUND AND SUMMARY OF THE INVENTION

The present application is a continuation-in-part application of application Ser. No. 237,390, filed Mar. 23, 1972, now abandoned.

The present invention relates to an implement for hitting a ball in a baseball or softball game, and more particularly, to a ball bat, for example, a baseball or softball bat comprising a hollow metallic tube having a batting portion for hitting a ball, the inside of said batting portion containing a cylindrically shaped reinforcing member for enhancing the batting effect or increasing the impact resistance when the bat strikes the ball.

In recent years the production of metallic baseball bats has remarkably increased and paralells that of conventional wooden baseball and/or softball bats. Most of these metallic ball bats are manufactured through a mechanical drawing process wherein a metallic tube material having a diameter substantially equal to the largest diameter of a desired ball bat is formed into a bat by gradually reducing the diameter of the tubular material toward one of its ends, that is, toward the grip portion of the bat. However, when the above-mentioned drawing process is applied to the production of metallic ball bats, the peripheral wall of the bat thus produced is not uniform in thickness throughout its entire length. It is inevitable that the grip portion of the bat, that is, the portion with the smallest diameter, has the thickest walls whereas the batting portion or that portion having the largest diameter has the thinnest walls. Thus, the center of gravity of the bat is displaced downward toward the grip portion of the bat with the results that the batting portion of the ball bat is not as effective as desired for hitting a ball.

Inasmuch as most of the existing metallic ball bats are produced by the above-mentioned mechanical drawing method, the particular bat products composed of a lightweight material must be further machined, such as by lathing or the like, whereby the batting portion and the grip portion is formed to have a desired thickness. As a result, the production costs of such products is unavoidably very expensive. On the other hand, when the grip portion of the conventional type metallic bat is made with thin walls by said drawing process, the batting portion of the bat is inevitably made too thin, causing a serious drawback in the resisting force of the batting portion of the bat against the impulse produced when the bat strikes the ball.

Accordingly, the present invention has been designed to eliminate the above-mentioned drawbacks and has as one of its main objects, a novel type of metallic bat containing a batting portion which possesses a high impact resistance when the bat strikes a ball.

Another object of the present invention is to provide a metallic ball bat which can be easily and economically mass produced with a standard configuration but with variable weights by merely inserting into a hollow cavity of the batting portion of said bat a cylindrical reinforcing member having a desired weight.

A further object of the present invention is to provide ball bats having different centers of gravity by merely selectively changing the weight of said cylindrical reinforcing members.

Other objects and further scope of applicability of the present invention will become apparent from the



detailed description given hereinafter; it should be understood, however, that the detailed description and specific examples, while indicating preferred embodiments of the invention, are given by way of illustration only, since various changes and modifications within the spirit and scope of the invention will become apparent to those skilled in the art from this detailed description.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given hereinbelow and the accompanying drawings which are given by way of illustration only, and thus are not limitative of the present invention and wherein,

FIG. 1 is a vertical longitudinal section showing a metallic ball bat of the present invention in which a solid cylindrical reinforcing member is disposed inside the cavity of the bat;

FIG. 2 is a vertical longitudinal section similar to FIG. 1 showing a ball bat in which a hollow cylindrical reinforcing member is disposed in the inside cavity of the bat;

FIG. 3 is a view showing a modification of the cylindrical reinforcing member of FIG. 2 wherein one end of the hollow cylindrical reinforcing member has a bottom wall;

FIG. 4 is a view showing a further modification of the cylindrical reinforcing member of FIG. 2 wherein the hollow cylindrical reinforcing member has an interior partition;

FIG. 5 is a partially sectional view showing a modified baseball bat of the present invention wherein a coil spring is employed in place of any of the above-mentioned cylindrical reinforcing members; and

FIG. 6 shows a helical member as a modification of the coil spring of FIG. 5.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to the accompanying drawings, the metallic ball bat embodying the present invention is generally designated by element 10 which is provided with a metallic tubular body 11. Preferably, the uppermost head of the metallic tubular body 11 is crowned with a cover 12 made of vulcanized rubber or the like, and the lowermost portion is plugged with an end cap 13 made of rubber, or the like, thereby preventing a batter's hands from slipping off the grip portion of the bat due to the impulse caused by the force of the bat striking against a pitched ball. The metallic tubular body 11 includes a batting portion 14 where a pitched ball is most likely to contact the bat and a grip portion 15 which is firmly grasped by the hands of the batter. The tubular body is diametrically reduced from the batting portion 14 down to the grip portion 15 in a manner approximating the shape of conventional ball bats. The inside of the batting portion 14 is provided with a cavity which is adapted to contain a cylindrical reinforcing member of the type shown in the embodiments of 16*a* through 16*d*. The cylindrical reinforcing member is composed of a suitable hard material having a high repelling force so that an effective result is produced when a pitched ball is struck by the bat. The cylindrical reinforcing member may be formed into any suitable shape subject to the properties of the material to be employed. For example, in FIG. 1, the cylindrical reinforcing member is a round-bar like member which

is composed of a solid, hard, non-cellular lightweight plastic or metallic material. FIG. 2 shows a hollow tubular cylindrical reinforcing member 16*b* made of either a metallic or plastic material. In FIG. 3 the cylindrical reinforcing tubular member 16c has a bottom wall and in FIG. 4 the cylindrical reinforcing member 16d has an internally disposed partition intermediate of the walls of the reinforcing member.

Any of the above-mentioned tubular insertion members 16*a* to 16*d*, which may be made of either a metallic or plastic material, may be replaced with a coil spring 16*e* shown in FIG. 5. Furthermore, in place of said coil spring 16*e*, a helical insertion member 16*f* as shown in FIG. 6, may be used to provide the repelling and reinforcing effect similarly as is produced by any of said insertion members 16*a* to 16*d*. Although the insertion member shown in the embodiments of FIGS. 5 and 6 can be made of either plastic or a metallic material, a metallic insertion member is preferred. It will be readily understood that the linear section of the coil spring 16*e* or the helical metallic insertion member 16*f* may be formed in a round or square shape in order to produce the desired repelling and reinforcing effect. When supplying the cavity of the batting portion 14 with any of said insertion members 16*a* to 16*f*, it is necessary to provide said insertion members in tight abutment with the inner periphery of the metallic tubular body 11 so that the desired repelling force of the batting portion 14 can be obtained.

The coil spring reinforcing member 16*e* and the helical metallic insertion member 16*f* offer the additional advantage that when they are forcibly inserted into the cavity of the metallic tubular body 11 which is gradually reduced toward the grip 15 of the bat, said reinforcing members tend to expand against the increasing pressure of the inner periphery of the body 11 due to its change in diameter in its axial direction. This particular feature produces a remarkably high impact-resisting force. In this regard, the more closely convoluted the coil spring 16*e* or the helical metallic member 16*f* are provided, the greater is the repelling force produced thereby.

If any of the reinforcing members 16*a* to 16*f* is inserted into the inner cavity of the metallic tubular body 11 with the use of a suitable adhesive applied to the outer surface of said reinforcing member, the engaging relationship of said reinforcing member with the inner periphery of the body 11 is firmly established and cannot be loosened by the repeated contact of a pitched ball against the batting portion 14 of the bat. Thus, according to the present invention, the center of gravity of the ball bat 10 where the greatest impact resisting force should be maintained can be oriented in the batting portion 14 by forcibly inserting any of the reinforcing members 16*a* to 16*f* into the inner cavity of the metallic cylindrical body 10 thereby increasing the hardness and reinforcing stability of the batting portion so that the impact resisting force of the batting portion of the bat when struck by a pitched ball is remarkably increased and at the same time, the reinforcing effect of the batting portion is also greatly enhanced. Furthermore, the total weight of the bat can be selectively changed by introducing any of the dimensionally and qualitatively different reinforcing members 16*a* to 16*f* into the inner cavity of the metallic tubular body 11 which has been previously produced to a desired standard size. Accordingly, a variety of ball bats 10 having different weights can be offered on the market so that each potential consumer can selectively and economically obtain a bat having a weight most suited to his particular physical condition.

Furthermore, in producing the ball bat 10 of the present invention, the center of its gravity, in which the greatest impact resisting force is potentially producible, can be selectively changed by adjusting the position of the insertion members 16*a* to 16*f* whereby ball bats which have the same weight but a different center of gravity can be produced at a low cost. Also, as a result thereof, during the course of a ballgame, a batter can choose a bat which is most suitable in both weight and center of gravity depending upon the pitcher's particular style of throwing the ball.

The invention being thus described, it will be obvious that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirt and scope of the invention, and all such modifications are intended to be included within the scope of the following claims.

I claim:

1. A substantially hollow metallic ballbat having a high impact resistance and being adapted to a change in weight, center of gravity and repelling force which comprises a generally cylindrical barrel portion defining a generally cylindrical barrel chamber and a generally cylindrical handle portion defining a generally cylindrical handle chamber, said barrel portion and its associated chamber being larger in diameter than said handle portion and its associated chamber, respectively, said barrel portion being connected to said handle portion by a tapered intermediate portion which contains a tapered intermediate chamber which connects said barrel chamber with said handle chamber, and said barrel portion having an open end, a closure means removably disposed in the open end of said barrel portion and a hard, rigid, lightweight, high impact resistant, coiled, cylindrical reinforcing member removably disposed inside said barrel chamber and extending substantially the entire length of said barrel chamber and into the upper region of said tapered chamber, the outer periphery of said reinforcing member being in tight engaging relationship with the wall of the barrel chamber and the wall of the upper region of said tapered chamber and tending to expand against the increasing pressure of the walls of said barrel chamber and tapered chamber due to the changing diameter of said chambers, said reinforcing member producing a high impact resisting force in said bat.

2. The ball bat of claim 1, wherein the coiled reinforcing member is a coiled spring.

3. The ball bat of claim 1, wherein the coiled reinforcing member is a helical member.

4. The ball bat of claim 1, wherein the handle portion contains an open end which is provided with a closure means.

5. The ball bat of claim 1, wherein the reinforcing member is made of a material selected from the group consisting of a plastic material and a metallic material.

* * * * *

United States Patent [19] [11] 4,056,267
Krieger [45] Nov. 1, 1977

# [54] DIE CAST BAT WITH ROD

[75] Inventor: George H. Krieger, St. Louis, Mo.
[73] Assignee: St. Louis Diecasting Corporation, Bridgeton, Mo.

[21] Appl. No.: 685,168
[22] Filed: May 11, 1976

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 468,815, May 10, 1974, abandoned, which is a continuation-in-part of Ser. No. 549,701, Feb. 13, 1975, abandoned.

[51] Int. Cl.² .......... A63B 59/06
[52] U.S. Cl. .......... 273/72 A; 29/460
[58] Field of Search .......... 273/72 R, 72 A, 82 R, 273/82 A, 82 B, 67 R, DIG. 8, 73 H, 80 R, 80 B; 220/67, 75, 76, 359, DIG. 29

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,499,128 | 6/1924 | Shroyer | 273/72 A |
| 1,611,858 | 12/1926 | Middlekauff | 273/72 A |
| 1,620,728 | 3/1927 | Jackson | 273/72 A X |
| 1,950,342 | 3/1934 | Meshel | 273/72 A X |
| 2,101,714 | 12/1937 | Keeney | 273/72 R X |
| 3,216,727 | 12/1965 | Hunter | 273/72 A X |
| 3,224,769 | 12/1965 | Nickell | 273/82 A |
| 3,228,687 | 1/1966 | Bauer | 273/82 A |
| 3,801,098 | 4/1974 | Gildemeister | 273/72 A |
| 3,807,213 | 4/1974 | Willis et al. | 273/72 A X |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,106,800 | 9/1971 | Germany | 273/73 H |

*Primary Examiner*—Richard J. Apley
*Attorney, Agent, or Firm*—Rogers, Eilers & Howell

[57] ABSTRACT

A foam filled die cast metal baseball and softball bat has an all metal skin welded into a unit. The bat is formed by die casting the cylindrical handle and barrel of the bat in one piece and by welding an end cap to the cylindrical barrel to form the unitary skin structure of the bat. A foaming, sound-deadening and strengthening plastic material is then introduced into the hollow interior of the bat through an opening in the handle portion of the bat. The added material foams to fill the interior with a reinforcing semi-rigid foam. The bat has a steel safety rod embedded in the foam center of the bat. The end cap structure is formed of a roughly hemispherical cap and has a sleeve which fits into the interior of the barrel end of the bat. A shoulder on the cap abuts the bat end and extends outwardly radially past the periphery of the bat. The cap is joined to the barrel portion by resistance welding in a rotating lathe under an inert gas atmosphere.

9 Claims, 7 Drawing Figures






FIG. 1.




FIG. 6.



FIG. 7.

FIG. 2.




FIG. 3.




FIG. 5.




FIG. 4.



## DIE CAST BAT WITH ROD

### BACKGROUND AND SUMMARY OF THE INVENTION

This application is a continuation-in-part of application Ser. No. 468,815 filed May 10, 1974, now abandoned, and is a continuation-in-part of application Ser. No. 549,701 filed Feb. 13, 1975, now abandoned.

Metal bats, such as those known previously in the art, have a basic cylinder piece formed of drawn or die cast metal, which makes up the barrel and handle of the bat. In previous die cast bats, a rubber or plastic insert capped the barrel or handle end of the bat. This method of construction has a number of inherent disadvantages in that the bat structure is weak due to the lack of unitary structure and due to the inherent weakness of the material used to form the insert. Previous bats often dented from impacts with a ball, often occurring near the end of the barrel, in the approximate area of the inserted plug. Repeated impacts and denting eventually caused failure of the bat by breaking loose the rubber or plastic insert. Attempts to produce a welded, unitary end cap for a die cast bat have not been successful, up to now, due to the difficulty in making a sound, non-porous weld. Previous attempts at producing a welded cap failed frequently by cracking at the weld seam and denting in the area adjacent to the barrel end of the bat.

Another problem with previous die cast bats has been that a small number of them fail by breaking at the handle in the batter's hands upon impact with a ball. The broken piece separates from the handle portion which the batter is holding and flies through the air which creates a possibility of injury. While this type of failure is undesirable, it is not much different from the failure of a wooden bat when it splinters and separates upon impact with a thrown ball. However, people don't expect this type of failure to occur in a die cast metal bat.

Applicant has solved the problems of prior die cast bats and achieved a die cast bat having a unitary metal skin structure, including the end cap and a safety-strengthening device in the interior. This construction greatly strengthens the structure of the bat, particularly in the area near the barrel end of the bat while eliminating the danger of flying broken bat pieces. Applicant's welded end cap doesn't work loose and fall out with wear and abuse. Furthermore, if a bat does break, the broken pieces are held in place by the safety-strengthening device. Applicant achieves this improved structure by forming the end cap of the identical die cast material from which the rest of the bat structure is made and welding the end cap onto the bat to form a unitary skin structure for the bat. But before the bat is filled with the resilient foam and sealed with the end cap, the safety-strengthening device, normally a long rod with an anchoring eyelet at each end, is placed into the hollow bat.

To produce a strong welded structure it was necessary for applicant to overcome several significant problems in forming a unitary skin structure. Die cast material, particularly magnesium, is inherently porous and difficult to weld in a manner to achieve a strong bond between the two pieces of metal at the joining line. Applicant has achieved a strong weld seam by resistance welding the cap structure onto the bat, and by forming the cap of the identical casting alloy as the rest of the bat.



The weld is accomplished by rotating the bat on a lathe while automatically resistance welding the cap to the bat in an inert gas atmosphere. The rotation of the bat is continued so the weld is repeated several times, allowing entrapped gases to escape from the weld seam, resulting in a strong, non-porous weld. Additional metal for forming the weld seam may be supplied by casting the end cap with an additional quantity of metal in the cap at the area adjacent to the weld seam. During welding this portion of the cap melts and flows into the seam to form a smooth, even and relatively non-porous bead in the weld seam. By repeated welding a non-porous seam may be achieved without the additional metal, however. A strong weld is achieved in spite of the fact that the die cast material of the bat barrel and cap itself are extremely porous due to the inherent porosity of die cast metal.

The safety-strengthening device serves to strengthen the bat by acting like a spine or backbone for the "shell" of the outside unitary skin structure. This additional strengthening helps prevent the small hair line cracks from developing which provide the stress concentrating fault line along which the entire bat shears.

However, even if a bat does shear into two or more pieces, the safety-strengthening device makes it impossible for a piece of the bat to separate and fly through the air. Because both ends of the rod are firmly anchored in the foam and because the rod has sufficient tensile strength to withstand the shear force generated by the broken piece, the rod will retain the broken piece in place during the swing and impact which shears the unitary metal skin.

### DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plan view of a completed bat of the invention, showing the bat structure with the unitary welded cap, the foam filled core, and the safety strengthening device;

FIG. 2 is an enlarged partial sectional view of the bat of FIG. 1 showing the end cap structure, the weld bead and the foam core, and without the reinforcing rod;

FIG. 3 is a cross sectional view of the end cap of the invention prior to welding to the bat structure, showing the dome shape, the collar and the weld metal shoulder;

FIG. 4 is a partial sectional view of the bat and cap showing the cap in place prior to welding;

FIG. 5 is a partial sectional view of the bat and cap, similar to FIG. 4, but using a cap without the weld metal shoulder;

FIG. 6 is a broken sectional view detailing the ends of the safety-strengthening device; and

FIG. 7 is a sectional view taken along lines 7—7 in FIG. 1.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to the drawings, a foam filled unitary metal skin bat 10 is formed of a die cast alloy metal tube 12 having a handle portion 14 with a knob 16 at one end and having a barrel portion 18 with an open end 20. Welded to the bat open end 20 is a die cast end cap 22 or 23, preferably formed of the same alloy as the bat tube. Preferably both the bat and cap are cast of magnesium die casting alloys such as alloy 91, 81, or 71. The interior of the casting is hollow and has an interior wall 24. The hollow portion is filled with an expanded foam material 26, preferably of the foam polyurethane type. Safety-strengthening device 28 is embedded in the foam

26. The safety-strengthening device 28 has an anchor eye hook 30 formed in the barrel end and another anchor eye hook 32 formed in the handle end.

The safety-strengthening device 28 may be formed of any relatively high tensile strength metal. Number 12 guage tempered spring steel wire (0.1055 inches diameter) or the equivalent has been found to be satisfactory. The anchor eye hooks 30 and 32 can be any shape which will provide sufficient surface area for the resilient foam filler 26 to effectively hold the safety-strengthening device 28 in place both during everyday use and under a failure condition. The eye hook shape is not critical to an effective safety device 28. Eyelets, hooks prongs or other equivalent structures would be satisfactory.

In use, the safety-strengthening device 28 acts like a backbone or spine to the die cast metal bat 10. This extra longitudinal strength is effective in reducing the tendency of a die cast metal bat to develop hair line cracks just above where a batter normally holds the bat when he hits the ball. Prior metal die cast bats were susceptible to this type of failure, though no more so than a conventional wooden bat was to splintering or other failure. For the few bats that develop these hair line cracks in spite of this extra strength, the safety-strengthening device serves a second purpose. These hair lines cracks act as stress concentrators which form the fault lines for a sudden fracture of the entire die cast metal bat 10. The safety-strengthening device 28 will prevent a complete separation of the broken piece from the handle portion by withstanding the shear force and remaining anchored in place. After failure a die cast metal bat 10 is unsuitable for further use either with or without the safety-strengthening device 28.

As shown in FIGS. 2, 4 and 5, the end cap 22 or 23 is attached to the end 20 of the bat barrel 18 by welding, shown at 34. The weld 34 is a circumferential weld which passes completely around the end 20 of the bat barrel 18 to form a circular weld seam. Extra strength and rigidity at the seam line between cap 22 or 23 and end 20 of the bat barrel 18 is provided by a depending sleeve 36 on the cap 22 and 23 which fits inside the end 20 of the bat barrel 18 and fits snugly against the interior wall 24 in the area adjacent end 20, thus providing additional rigidity and strength in the bat in the area of the end 20. Sleeve 36 additionally stiffens and strengthens the weld seam 34. Sleeve 36 extends into end 20 of the bat barrel 18 a distance of about one centimeter or more to provide the desired strength. A greater or lesser length may also be used, as desired. A shoulder 38 on the cap 22 and 23 snugly abuts against the end 20 of the bat barrel 18 and is bonded to the end 20 by the weld seam 34.

To produce the unitary metal skin bat 10 shown, the bat barrel portion 18 and the cap 22 or 23 in the form shown in FIG. 3 are both pre-cast, preferably of the identical magnesium alloy. The cap 22 or 23 in the form cast has depending sleeve 30 and shoulder 32. Cap 22 has an outward extension 40 extending outwardly beyond the normal contour of cap 22 in its finished state such as shown in FIG. 2. This projection 40 supplies weld metal for weld seam 34. Projection 40 can also be formed on the bat barrel 18 immediately adjacent to the end 20, if desired.

To form the bat after the cap and bat barrel 18 have been pre-cast, the bat barrel 18 is trimmed to form a uniform flat end at 20 by sawing and is wire brushed to bright metal. The cap 22 or 23, as cast, is wire brushed and placed with the sleeve 36 inside the open end 20 of the bat barrel 18. The shoulder 38 is placed in an abutting relationship with the end 20, and the bat barrel 18 with the inserted cap 22 is placed on a lathe. The bat is rotated in the lathe using rectangular key way 42 which is cast into the handle of the bat. The cap 22 or 23 is held in the lathe by a center and as the bat is rotated, weld seam 34 is formed by a resistance welding machine using an inert gas atmosphere. If cap 22 is used, metal for the weld seam 34 is provided by melting the outwardly extending portion 40 of the cap down into the seam. By melting the outwardly extending portion 40 down to form the weld seam 34, a smooth end profile is formed in the bat. If cap 23 is used, metal for the weld seam 34 is supplied by cap 23 and end 20 of the bat. Cap 23 has the advantage of producing a weld with a very low profile, requiring less sanding to finish and minimizing the possibility of exposed porosities.

The bat is rotated on the lathe a number of revolutions during welding, preferably about six revolutions. For example, welding will preferably be conducted for about twelve seconds and the bat will be rotated at about thirty revolutions per minute. Porosity of the weld is primarily due to dirt, grease and gas trapped in the porosities of the parent metal. Repeated welding burns or boils off most of the porosity causing material and re-fuses the weld to a substantially non-porous joint.

After welding, the bat is profile sanded to remove weld splatter and mold marks and to form a smooth exterior. The bat is pickled in a standard dichromate pickle to resist corrosion. The safety-strengthening device 28 is then placed inside the hollow bat structure before it is/filled with a resilient foam material which strengthens the structure and deadens the bat's vibration characteristics. No centering of the safety-strengthening device 28 in the bat structure is required as it will work equally well regardless of its position. The preferred foams are rigid and semi-rigid urethane foams. Both foams of uniform density and skin-forming foams may be used. The bat is filled with foam by standing the bat in a vertical position with the handle at the top. A catalytic reacting urethane foaming material with the catalyst mixed therein is introduced into the interior of the bat through the key way 42. The material flows down to the cap end of the bat and reacts to foam and expands and fills the bat to form a uniform strengthening core structure as shown at 26. The bat is sealed during foaming to increase formation of a dense foam.

Any small porosity at the weld, for example, at the point the welding tip is removed from the weld, may be filled with a filler material, such as epoxy and sanded smooth prior to painting the bat. The weld porosities are extremely minor and the weld is substantially non-porous. The great majority of the welded bats require no filling, even at the weld break off point.

The foam filled bat may then be painted with a coating material 44 and stenciled with a variety of indicia of size, weight or trademark. A soft textured coating material 46 may be applied to the handle area 14 to give a cushioning feel to the bat. Decorative tape may be applied and a plastic end cap may be inserted in key way 42. Typical materials used for the painting may include enamels of the oil or synthetic types such as the catalytic urethane coating materials. The handle coating may be of vinyl, neoprene, or similar soft textured coating material.

Various changes and modifications may be made in this invention, as will be readily apparent to those skilled in the art. Such changes and modifications are within the scope and teaching of this invention as defined by the claims appended hereto.

I claim:

1. A die cast porous metal bat having a unitary skin and a foam center, the major portion of the bat being an elongated die cast porous metal blank having a handle and a barrel, the remaining portion being a die cast porous metal cap, the cap and blank being joined at the barrel end of the blank and fixed together by a substantially non-porous weld seam, the cap portion having a sleeve which projects into the interior of the blank beyond the weld seam and lies closely adjacent to the interior of the blank and reinforces the barrel end of the blank, the handle end of the bat having walls defining an opening into the interior of the bat, and the interior of the bat being filled with a resilient foam material.



2. The bat of claim 1 wherein the bat is coated with a hard, smooth coating material.

3. The bat of claim 1 wherein the bat handle is coated with a resilient coating material.

4. The bat of claim 1 wherein the bat has an internal reinforcing means.

5. The bat of claim 1 wherein the bat has an elongated reinforcing rod embedded in the resilient foam material and extending longitudinally within the bat.

6. The bat of claim 5 wherein the weld is a substantially non-porous multiple pass weld.

7. The bat of claim 5 wherein the reinforcing rod has an anchoring eyelet at an end.

8. The bat of claim 1 wherein the weld seam has a smooth profile contiguous with the major portion of the bat and the cap.

9. The bat of claim 1 wherein the weld is a substantially non-porous multiple pass weld.

* * * * *

United States Patent [19]
Yanagioka

[11] 4,113,248
[45] Sep. 12, 1978

[54] BASEBALL BAT MADE OF LIGHT ALLOY

[75] Inventor: Seiichi Yanagioka, Hiratsuka, Japan

[73] Assignee: Aikoh Co., Ltd., Tokyo, Japan

[21] Appl. No.: 684,351

[22] Filed: May 7, 1976

[51] Int. Cl.² ........................ A63B 59/06
[52] U.S. Cl. ........................ 273/72 A; 148/31.5; 204/49; 428/652
[58] Field of Search ............ 273/67 DC, 72 R, 72 A, 273/73 R, 73 C, 73 K, 80 R, 82 R, 82 A; 29/191, 197; 204/37, 49; 427/438

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,083,968 | 4/1963 | Takahashi | 273/73 R |
| 3,165,823 | 1/1965 | Rowady | 29/197 |
| 3,782,978 | 1/1974 | Souza | 29/197 |

OTHER PUBLICATIONS

"Symposium on Electroless Nickel Plating", published by Amer. Soc. for Testing Mat'ls; 1959; pp. 37 and 64.
"The Sporting Goods Dealer"; Dec. 1969, p. 13.

*Primary Examiner*—Richard J. Apley
*Attorney, Agent, or Firm*—Fay & Sharpe

[57] ABSTRACT

A baseball bat made of a light alloy having on its surface a plating of heat hardened nickel-phosphorus or nickel-boron alloy.

3 Claims, 1 Drawing Figure




ALUMINUM ALLOY
1
HEAT TREATED METALLIC ALLOY PLATING, e.g., NICKEL-PHOSPHOROUS, NICKEL-BORON
2
3

## BASEBALL BAT MADE OF LIGHT ALLOY

This invention relates to an improvement of a baseball bat made of a light alloy.

It is known that a bat made of a light alloy can, as a substitute for a wooden bat, increase impulsion and lengthen the flying distance of a batted ball thanks to its excellent durability and hardness. Most of the light alloy materials suitable for such use are those which are endowed with the maximum strength among light alloys, in which aluminium alloy, and more in particular duralumin type alloy is applied with a forging and a thermal treatment so that Vickers hardness may be about 110 - 130, the tensile strength may be greater than 30 kg/mm$^2$ and the elongation may be greater than 14%, in consideration of strength and economy. Conventionally the light alloy materials for such use are plated on their surfaces with alumite for corrosion resistancy.

The bat of the present invention more increases the repulsion and decreases the wear which may be caused by batting, in comparison with conventional light alloy bats, and the surface of the bat of the invention is applied with a heat-treated nickel-phosphorus or nickel-boron alloy coating having a high hardness.

Nickel-phosphorus or nickel-boron alloy has Vickers hardness of more than 450 as it is and of more than 940 according to the conditions of heat-treatment so as to come under the hardest materials among alloys, so that with the existence of the coating there is produced a hardened layer on the surface and it is capable of increasing the instantaneous repulsion for the batted ball.

Vickers hardness becomes 500 or so even with said alumite plating for the only purpose of increasing the surface hardness. However, alumite is lacking in ductility and the adhesiveness (force of adhesion to substrate) is less than 1 kg/mm$^2$, while in the case of alloy plating layer of the invention the adhesiveness will be 5 - 30 kg/mm$^2$ which is exceptionally high as compared with that of alumite. In other words, when the bat is contacted by the ball the alumite coating has a tendency to peal off due to its low adhesive strength leaving the base alloy of the bat subject to attack. The nickel-phosphorus or nickel-boron alloys do not lose their metallic properties and have a high hardness and an excellent adhesiveness so that they are ideal as coating materials for an alloy bat.

Both electroless plating and conventional electroplating techniques may be used to produce the bat of the invention. A heat treatment is applied at a temperature up to maximum 450° C after plating, however, if greater hardness is desired, the heat treating temperature is increased because hardness increases as the temperature is raised.

The accompanying drawing is a portional cross sectional and broken view of a baseball bat according to the invention, in which A designates the bat of the invention and reference numeral 1 shows light alloy material of the bat, reference 2 a nickel-phosphorus or



nickel-boron alloy coating of surface plating, and numeral 3 a hollow portion respectively.

In order that the invention may be more clearly understood there will be described below an example in which the article of the present invention was manufactured according to the electroless plating method.

### EXAMPLE

A duralumin type alloy material which was previously processed for bat material was pre-treated with trichorethylene degreasing, nitric acid washing, aluminium substitution, water washing, to carry out an electroless plating by immersing the alloy material in the following electroless plating bath:

| | | |
|---|---|---|
| (1) | Nickel-phosphorus alloy plating bath | |
| | Nickel sulphate | 30 g/L |
| | Ammonium sulphate | 60 g/L |
| | Sodium hypophosphite | 10 g/L |
| | pH | 10 |
| (2) | Nickel-boron alloy plating bath | |
| | Nickel acetate | 60 g/L |
| | Glycollic acid | 60 g/L |
| | EDTA - 2 Na | 25 g/L |
| | Hydrazine | 100 ml/L |
| | pH | 11 |

In each of the above plating bath there was immersed a bat material (heat-treated duralumin whose hardness is 120 Hv, tensile strength 40 kg/mm$^2$ and elongation 15%) to effect a plating treatment under the following various conditions:

| | | |
|---|---|---|
| Plating bath | (1) | (2) |
| Treatment temperature | 85° C | 90° C |
| Treatment time (Hrs) | 2 | 2 |
| Plating layer thickness (μ) | 30 | 25 |
| Plating layer components | 6% P-Ni | 7% B-Ni |

The alloy materials thus plated were washed by water, dried at 120° C, heated for one hour at 200° C and 400° C respectively and then slowly cooled for ten hours. The following table shows and compares the listed physical properties of plating layers produced by techniques (1) and (2), as described hereinbefore, which have not been heat treated, have been heat treated at 200° C, and have been heat treated at 400° C.

| | Thermal treatment at 200° C | | | Thermal treatment at 400° C | | | No thermal treatment | | |
|---|---|---|---|---|---|---|---|---|---|
| | Plating layer by (1) | Plating layer by (2) | Duralumin | Plating layer by (1) | Plating layer by (2) | Duralumin | Plating layer by (1) | Plating layer by (2) | Duralumin |
| Hardness (Hv) | 700 | 750 | 110 | 1000 | 1200 | 100 | 500 | 550 | 110 |
| Adhesiveness (kg/mm$^2$) | 15 | 12 | — | 10 | 8 | — | 5 | 5 | — |

What I claim is:

1. A baseball bat having a barrel portion and a handle portion comprised of an aluminum alloy having on its surface a heat treated metallic alloy plating selected from the group consisting of nickel-phosphorus and nickel-boron, said metallic plating having been heat treated at a temperature sufficient to cause said plating to have a Vickers hardness in excess of about 550.

2. The baseball bat of claim 1 wherein said Vickers hardness ranges from about 700 to 1200.

3. The baseball bat of claim 1 wherein said bat has been heat treated at a temperature ranging from about 220° to about 400° C.

* * * * *

# United States Patent [19]

**Mueller**

[11] **Patent Number:** 4,569,521

[45] **Date of Patent:** Feb. 11, 1986


[54] **COMPOSITE BASEBALL BAT HAVING SWAGED SPAR AND PLASTIC FOAM COVERING**


[75] Inventor: Alvin W. Mueller, Ferguson, Mo.

[73] Assignee: Mueller-Perry Co.; Inc., St. Louis, Mo.



[21] Appl. No.: 718,811

[22] Filed: Mar. 8, 1985

**Related U.S. Application Data**

[63] Continuation of Ser. No. 641,426, Aug. 17, 1984, abandoned, which is a continuation of Ser. No. 416,888, Sep. 13, 1982, abandoned, which is a continuation of Ser. No. 181,175, Aug. 25, 1980, Pat. No. 4,351,786.

[51] Int. Cl.[4] .......... A63B 59/06

[52] U.S. Cl. .......... 273/72 A; 273/DIG. 8

[58] Field of Search .......... 273/72 A, 72 R, 80 R, 273/81 R, 82 R, 82 A, DIG. 8; 428/463; 264/46.5, 46.7, 46.9



[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,537,982 | 1/1951 | Finn | 428/463 |
| 2,857,931 | 10/1958 | Lawton | 264/46.5 |
| 3,479,030 | 11/1969 | Merola | 273/72 A |
| 4,032,143 | 6/1977 | Mueller et al. | 273/72 R |

OTHER PUBLICATIONS

3M Company Bulletin: "Scotch-Clad Fuel Resistant Coating No. 776", St. Paul, Minn., 3M Company, Adhesives, Coatings and Sealers Division, Oct. 1, 1966, 2 pages.

3M Company Bulletin: "Scotch-Grip Industrial Adhesive 847", St. Paul, Minn., 3M Company, Adhesives, Coatings and Sealers Division, Revised Oct. 1, 1976, 3 pages.



*Primary Examiner*—Richard C. Pinkham
*Assistant Examiner*—Matthew L. Schneider
*Attorney, Agent, or Firm*—Jerome A. Gross



[57] **ABSTRACT**

A composite baseball bat has a unique tapered aluminum spar encased in polyurethane foam. The tapered spar is formed by swaging, starting with an aluminum tube whose outer diameter and wall thickness are those for the barrel section of the bat. A tapering portion is swaged to a decreasing outer diameter and increasing wall thickness, which is then constant over the handle portion of the bat. This construction yields far greater stiffness and freedom from objectionable vibrations.

**3 Claims, 1 Drawing Figure**






D3
T1
D1
13
12
17
14
11
16
19
10
15
18
D2
T2
D4