# COMPOSITE BASEBALL BAT HAVING SWAGED SPAR AND PLASTIC FOAM COVERING

## CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of patent application Ser. No. 06/641,426 filed 8/17/84 and now abandoned which was a continuation of patent application Ser. No. 06/416,888 filed 9/13/82 and now abandoned which was a continuation in part of patent application Ser. No. 06/181,175 filed 8/25/80 and now U.S. Pat. No. 4351786.

## TECHNICAL FIELD

This invention is of a baseball bat of composite construction consisting of an aluminum spar and a polyurethane body.

## BACKGROUND ART

Traditionally, bats for baseball, softball and like games have been made of wood, and the handling qualities, impact resistance, and sound of wood bats are recognized as desirable. The wood structure also dampens the reverberating vibrations in the bat that results from a hit. This dampening prevents stinging of the batter's hands, also a desirable quality.

In recent years, many softball bats have been made as welded shells of aluminum. Aluminum bats drive the ball farther than wood bats, but give an objectionable ringing sound when they contact the ball. Further, they sometimes break along their weld line; and dents cause stress concentrations which induce failures.

A type of bat designed to create the characteristics of a wood bat was disclosed in U.S. Pat. No. 4,032,143, and an improved version is shown in said co-pending application Ser. No. 06/181,175. This bat is of composite construction utilizing an aluminum core tube and a foamed polyurethane body of the type that forms an integral skin. This bat has proved to be comparable to a wood bat in many respects, in that it survives abuse much like a wood bat and sounds like one when it strikes the ball. However, the polyurethane foam was found not to add in any substantial way to the stiffness of the bat; the deflection of the core tube alone and the completed bat are approximately the same. Therefore, in order to obtain the necessary stiffness the tube had to be of such weight that the density of the polyurethane foam had to be made less than was desirable to remain within weight restrictions.

## DISCLOSURE OF THE INVENTION

The present invention is a composite bat which instead of having a straight core tube, incorporates a unique aluminum spar so tapered as to constitute, in effect, a "bat within a bat."

In accordance with this invention, a bat is formed with a polyurethane body having an outer barrel portion, an inner handle portion of smaller diameter and a generally tapering intermediate portion. The spar within the body is tapered so that the outer contour somewhat follows that of the polyurethane body itself. Preferably, the outer portion of the spar is of a constant larger diameter and lesser wall thickness for a length corresponding substantially to that of the barrel portion of the bat; the inner end of the spar is of a constant smaller diameter and a greater wall thickness for a length corresponding substantially to that of the handle portion of the bat; and the intermediate portion of the spar tapers, with its diameter decreasing while its wall thickness increases from the outer end to the inner end of the spar.



This spar can best be constructed by selecting an aluminum tube whose outer diameter and wall thickness are those of the outer portion of the spar; leaving a length of the tube equal to the length of the outer portion of the spar at its original size; and swaging the remainder of the tube taperingly over a length corresponding to the intermediate portion of the spar to the smaller outer diameter and thicker wall thickness of the inner portion of the spar. As a result, the wall thickness of the swaged spar will be increased taperingly as its outer diameter is so reduced by swaging, and will be at a constant maximum wall thickness for the length of the handle portion of the bat.

This construction provides a spar whose outer diameter, in the region of the barrel, substantially exceeds the diameter of the handle of the complete composite bat. The diameter of its metal spar in the barrel portion requires a plastic cover of lesser thickness along the barrel. This permits the use of more rugged plastic foam of greater density, yet the overall weight of the bat is not increased. I have discovered by tests that when bats are of a material other than wood the bat must be stiffer—that is, it must deflect less—than wood, in order to avoid stinging of the batter's hands when he makes a hit. With the present highly tapered metal spar stiffness is greatly increased. The bat will have less tendency to bend, and will give sharper, stronger hits without objectionable vibrations.

## THE DRAWINGS

FIG. 1 is a drawing of a bat embodying the present invention. The portion above the mid-line is shown partly broken away; the portion therebelow is shown in section.

## BEST MODE FOR CARRYING OUT THE INVENTION

The present invention, as shown in FIG. 1, is a composite bat, generally designated 10 for baseball, softball and like games comprising a step-tapered tubular metal spar 11, preferably aluminum with a coating 12 adherent to its outer surface, and a plastic body 13 which is formed of polyurethane foam of the type which cures in place with an integral skin.

The bat 10 has an outer barrel portion 14 of a constant larger diameter designated $D_1$, an inner handle portion 15 of constant smaller diameter designated $D_2$, and an intermediate tapering portion 16.

The tubular aluminum spar 11 is hollow and extends substantially the length of the bat 10. Conforming somewhat to the shape of the bat itself, the spar has an outer end portion 17 of constant diameter (referred to hereafter as larger spar diameter $D_3$), whose length corresponds substantially to the length of the bat barrel portion 14, an inner end portion 18 of constant smaller diameter $D_4$, whose length corresponds substantially to that of the bat handle portion 15, and an intermediate tapering portion 19, whose length corresponds substantially to that of the intermediate tapering portion 16 of the bat 10. In effect, the step-tapered spar 11 is like a smaller bat within the bat 10.

In a typical bat 10 whose barrel 14 is 2.25 inches in diameter $D_1$ and whose handle 15 is 1 inch in diameter

$D_2$, the diameter $D_3$ of the spar outer portion 17 is about 1.5 inches and its inner portion diameter $D_4$ is about 0.93 inches. Thus, the diameter $D_3$ is preferaly about 50%. greater than the diameter $D_2$ of the bat handle 15.

Furthermore, the wall thickness designated $T_1$ of the outer portion 17 of the spar 11 is constant and substantially smaller than the constant wall thickness designated $T_2$ of the inner portion 18. The wall thickness of the spar intermediate tapering portion 19 tapers from the lesser thickness $T_1$ of the outer end portion 17 to the greater thickness $T_2$ of the inner portion 18.

This unique spar is preferably formed by the following process: selecting a hollow aluminum tube having an outer diameter $D_3$ greater than the external diameter $D_2$ of the handle 15 of the bat 10 to be formed and smaller than the diameter $D_1$ of the barrel portion 14 thereof; permitting a portion of the tube corresponding in length substantially to that of the barrel portion 14 of the bat 10, to remain at its original size; and swaging the remainder of the tube to reduce its outer diameter $D_3$ taperingly over a length substantially equal to that portion of the bat 10 between its barrel portion 14 and its handle portion 15, and over the remainder of its length to a constant diameter $D_3$ which is smaller than that of the diameter $D_2$ of the handle portion 15 of the bat 10. As a result, the wall thickness of the swaged spar will be increased taperingly as its outer diameter $D_3$ is so reduced by swaging, and will be at a constant maximum wall thickness $T_2$ over the substantial length of the handle portion 15 of the bat 10.

After the spar 11 is so swaged, its outer surface is preferably coated, in the manner described in my copending application, Ser. No. 06/181,175, with an adhesive coating 12, of a rubbery polymer of butadiene and acrylonitrile and an oil soluble phenol-aldehyde resin.

The tapered aluminum spar 11 so coated, is then enclosed in a plastic mold in which polyurethane foam is applied around the spar 11 and its ends, but leaving the spar interior hollow. The polyurethane foam is of the type which cures in place with an exothermic reaction. Because the adhesive coating 12 is of the type which softens upon the exothermic reaction of the polyurethane foam, the foam may shrink somewhat on curing, without creating the stress regions which might result in cracking. The polyurethane foam cures to form an integral skin and has a density of 25 to 50 pounds per cubic foot, preferably about 40 pounds per cubic foot this is the density of the white ash wood which has heretofore been preferred for bats. Plastic of this density resists denting and abuse and gives off the sound of a wood bat when struck. Because the hollow tapered spar 11 occupies a large volume within the bat 10 the density of the plastic forming the plastic body 13 may thus be greater than with a smaller constant-diameter spar. The present bat 10 therefore has the durable characteristics of wood, yet is stiffer and actually deflects less than wood.

For the purpose of the claims, the plastic body 13 is referred to as having a configuration of a surface of revolution about the spar 11 with barrel portion 14 of larger diameter $D_1$, a handle portion 15 of smaller diameter $D_2$, and an intermediate tapering portion 16.

Variations from these specifications will occur to persons familiar with fabrication procedures. For example, other metals and aluminum may be found suitable for the spar and other foamed plastics than polyurethane which may adhere to the spar without any coating may be found suitable to form the plastic body.

The embodiments of the invention in which an exclusive property or privilege is claimed are defined as follows:

1. A bat for baseball and the like comprising the combination of

an integral hollow tubular aluminum spar extending nearly the entire length of the bat and an integral foam plastic body molded about the entire outer surface of said spar and conforming to and providing the exterior size and configuration of said bat, said spar and plastic body together providing a bat barrel portion, a bat handle portion, and a bat portion intermediate said barrel and handle portions,

said foam plastic body having a density of between 25 pounds to 50 pounds per cubic foot, and having an integral outer skin,

the thickness of said foam plastic body varying from its thickness in the bat barrel portion to a substantially lesser thickness in the bat handle portion,

said foam plastic body further including integral molded ends at both the handle and barrel portions of the bat,

said hollow tubular spar itself having an outer end spar portion, an inner end spar portion and an intermediate spar portion,

said outer end spar portion being of a constant cross-section whose diameter is substantially one and one-half times as great as the outer diameter of the entire bat handle portion, the wall thickness of said constant section outer end spar portion being substantially less than the wall thickness of said inner end spar portion, said intermediate spar portion tapering in both diameter and thickness between those of said outer end spar portion and of said inner end spar portion,

the said spar being formed, along said intermediate and inner end spar portions, by swaging a tube whose original diameter and wall thickness were those of said spar outer portion,

whereby in conjunction with said swaged spar, the mass of the plastic body, so varying in thickness, affords desirable handling qualities without tip weighting.

2. A bat for baseball and the like as defined in claim 1, wherein

said foam plastic body is formed of polyurethane foam of the type which cures in place with an accompanying exothermic reaction and shrinkage, together with

a coating adherent to the outer surface of said tubular aluminum spar and bonding the said foam plastic body thereto,

the coating being of the type which softens at elevated temperature resulting from the exothermic reaction of the said polyurethane foam and thereafter hardens and bonds securely.

3. A bat for baseball and the like as defined in claim 2, the said coating comprising substantially a rubbery polymer of butadiene and acrylonitrile and an oil soluble phenol-aldehyde resin.

* * * * *

**United States Patent** [19]
**Merritt**

[11] **Patent Number:** 4,600,193
[45] **Date of Patent:** * Jul. 15, 1986

[54] **HOLLOW BAT**

[76] Inventor: William Merritt, 350 First Ave., New York, N.Y. 10010

[*] Notice: The portion of the term of this patent subsequent to May 1, 2001 has been disclaimed.

[21] Appl. No.: 533,437

[22] Filed: Sep. 19, 1983

[51] Int. Cl.⁴ .......... A63B 59/06
[52] U.S. Cl. .......... 273/72 A
[58] Field of Search .......... 273/72 R, 72 A, 73 H, 273/82 R, 82 A, 84, 67 R; 43/18.1; 52/727, 731, DIG. 7; 138/111, 115, 116, 172

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 724,909 | 4/1903 | Maxwell | 138/115 |
| 726,801 | 4/1903 | Maxwell | 138/115 |
| 1,031,766 | 7/1912 | Yost | 138/115 |
| 1,257,471 | 2/1918 | Fitzjohn et al. | 273/167 H |
| 1,611,858 | 12/1926 | Middlekauf | 273/82 R |
| 1,811,419 | 6/1931 | Anderson | 273/72 R |
| 1,969,378 | 8/1934 | McKenzie | 273/82 R |
| 2,340,156 | 1/1944 | Taylor et al. | 273/72 R |
| 3,048,400 | 8/1962 | Friedman | 273/82 R |
| 3,265,401 | 8/1966 | Spier | 273/82 A |
| 3,479,030 | 11/1969 | Merola | |
| 3,830,496 | 8/1974 | Reizer | 273/72 R |
| 3,880,423 | 4/1975 | Kreag | 273/72 R |
| 4,214,754 | 7/1980 | Zebelean | 273/167 H |
| 4,241,919 | 12/1980 | Foreman | |
| 4,445,687 | 5/1984 | Merritt | 273/72 R |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 714964 | 8/1965 | Canada | 273/82 R |
| 22649 | 1/1948 | Finland | 273/72 R |

*Primary Examiner*—Richard C. Pinkham
*Assistant Examiner*—Matthew L. Schneider
*Attorney, Agent, or Firm*—Albert F. Kronman

[57] **ABSTRACT**

A hollow baseball bat having a hollow elongated ball hitting portion of a substantially triangular cross-sectional shape and a flattened curved hitting face is internally braced by elongated substantially plate-like members disposed between the hitting face portion and other interior surfaces of the ball hitting portion. Various forms of braces and attachment to the interior of the hitting portion are disclosed.

**7 Claims, 6 Drawing Figures**






FIG. 1




FIG. 4




FIG. 2




FIG. 5




FIG. 3




FIG. 6

## HOLLOW BAT

### BACKGROUND OF THE INVENTION

Hollow baseball bats made of aluminum, plastic and other suitable materials have been gaining in popularity. Such bats, however, are more susceptible to damage than solid bats, such as wooden bats since in order to maintain the same balance and weight as conventional bats they have been constructed with relatively thin wall sections, of the order of less than ⅛ inch. Attempts to overcome this difficulty have been made by placing a solid plug of metal, solid rubber, rigid plastic foam or similar material at the striking end of the bat or filling the bat with a gas under high pressure.

In my co-pending patent application entitled Baseball Bat Ser. No. 392,386, filed June 28, 1982, now U.S. Pat. No. 4,445,687, there is disclosed a baseball or softball bat of somewhat triangular cross section at its ball striking portion having a ball hitting surface of larger curvature than conventional bats. The large unsupported curved hitting surface of such a bat in its hollow metal embodiment presents an added opportunity for denting and metal fatigue.

Accordingly, it is an object of the present invention to provide structural improvements in hollow baseball bats and particularly bats having a somewhat trangular cross sectional shape at their hitting portion to prevent denting and metal fatigue.

Another object of the present invention is to improve the structural strength of hollow metal baseball bats without changing their acceptable weight and balance.

A further object of the present invention is to provide a bat of structural strength which is readily fabricated of metal, without recourse to dissimilar materials.

Still another object of the present invention is to provide a strengthened hollow metal bat of unitary construction.

### SUMMARY OF THE INVENTION

Hollow baseball bats made in accordance with the present invention are formed with internal structures which will prevent damage to the bat during use, such as denting or metal fatigue. The disclosure is particularly directed to bats having a ball hitting portion with a somewhat triangular cross sectional shape.

In one embodiment of the invention the wall of the bat is thickened at the corners of the somewhat triangular hitting portion of the bat and an elongated brace is disposed within the said hitting portion interconnecting the wall of the ball striking portion to the apex of the angle opposite the hitting portion.

Other embodiments disclose various brace arrangements within the bat to increase its strength and ability to withstand sharp intense local impacts which might cause dents or metal fatigue.

### BRIEF DESCRIPTION OF THE FIGURES

In the accompanying drawing, forming part hereof, similar elements have been given the same reference numerals, in which drawing:

FIG. 1 is a somewhat isometric view of a baseball bat made in accordance with the present invention.

FIG. 2 is a cross sectional view taken on line 2—2 in FIG. 1, somewhat enlarged.

FIG. 3 is a view similar to FIG. 2 showing another embodiment of the present invention.



FIG. 4 is a fragmentary view in side elevation of an internal supporting wall useful in the present invention.

FIGS. 5 and 6 are views similar to FIG. 2 showing further embodiments of the present invention.

### DETAILED DESCRIPTION

Referring to the drawing and specifically to FIGS. 1 and 2, there is shown a hollow bat 10 suitable for playing baseball, softball or the like made of aluminum, steel, high impact plastic or other suitable material. The bat has a ball hitting portion or head 11, an intermediate tapering portion 12 and a handle 13. A plug, cap or other closure member 35 is formed or carried at the end of the head 11.

In the illustrated bat 10, the head of the bat 11 is made with an arcuate ball hitting portion 14 and rearwardly converging slightly outwardly bowed elongated sides 15, 16. The sides are laterally disposed on the ball hitting portion 14 and converge to form a unitary somewhat triangular cross sectional hollow shape with corners 17, 18, 19 as best shown in FIGS. 1-5. The arc of the ball hitting portion 14 is flatter than that of a bat having a cylindrical cross section and consists of a segment of a circle of the order of 2½ times that of a conventional bat of equal size and weight. The additional area required for the enlarged ball hitting portion is compensated for by the converging sides 15, 16.

Since the hereindisclosed bat head 11 is preferably formed of a relatively thin gauge metal such as aluminum it is important that the bat be able to withstand the impact of hitting the ball or other customary sharp blows without denting or cracking by reason of metal fatigue. It will also be noted that the substantially triangular cross sectional shape of the bat head 11 presents large unsupported surfaces between the corners of the triangle.

When an object such as a ball, or even another bat, strikes one of the sides 15, 16 or the surface of the ball hitting portion 14 there is a tendency to buckle the struck surface of the bat rotating it about two of the corners 17, 18 or 18–19 or 19, 17. This action is hereinafter referred to as the "hinge-like movement". In addition, a localized force is imposed upon the bat head at the contact point, particularly if the object struck is small, such as a baseball, stone, etc. The effect of such local impact, particularly upon a large unsupported somewhat flat surface is to create dents or dimples.

In order to prevent the hinge-like movement due to impact upon the bat, the wall thickness of the shell has been increased at the corners 17, 18, 19 as shown in FIG. 2 as indicated at 20, 21, 22. This thickening is preferably formed as the bat shell is extruded or otherwise fabricated so that the head of the bat is a sutstantially integral member. The ball hitting portion 14 presents the largest unsupported arc in the present invention and the one most subject to severe impacts. For this reason, an elongated wall-like brace 23 is disposed within the bat shell between the vertical center line 24a of the arc of surface 14 and the corner 19 where sides 15, 16 meet.

The brace 23 can be made of any suitable metal such as the metal of the shell, in which case it may be extruded or formed at the same time as the shell, or inserted through the end 34 of the bat 10 before the end of the bat is closed. If the brace 23 is to be inserted after the shell of the head is formed guides 24, 25 may be provided to receive it as shown in FIG. 3. For weight

considerations, lightening openings 26 may be provided in the brace 23 as shown in FIG. 4.

In addition to the direct support that the brace 23 gives the arcuate ball hitting portion, thereby preventing hinging, the brace also shortens the unsupported dimension of the ball contacting surface to reduce the possibility of denting and metal fatigue.

Referring to FIG. 5 there is shown another embodiment of the present invention in which the brace is in the nature of an elongated spider 27 coextensive with the bat head 11, having arms 28,29,30,31,32,33. The spider 27 is secured within the hollow head 11 of the bat. The spider performs all of the functions of the brace in FIGS. 2 and 3 while also supporting and stiffening the sides 15, 16 of the bat. Here again, the spider may be extruded or formed as a unitary portion of the bat shell or inserted as a separate piece as described above in connection with FIG. 3.

Another embodiment of the present invention, shown in FIG. 6, employs a spider 33 in the nature of a geodesic support so that an impact at any portion of the bat will be distributed to other portions of the bat, thereby preventing the entire force of the blow from damaging one area.

Having thus fully described the invention what is desired to be claimed by Letters Patent is:

1. A baseball bat comprising a hollow, unitary elongated head of substantially triangular cross-sectional shape, an elongated handle and an elongated intermediate portion interconnecting the head and the handle, said head having an elongated, arcuate, ball hitting portion, two elongated somewhat arcuate side members laterally disposed on each side of the ball hitting portion and converging to form a corner of the triangular cross-sectional shape opposite the said hitting portion, and elongated brace means internally carried by the head between the ends of the arc of the ball hitting portion and structurally secured to at least one of the elongated side members to divide the unsupported portion of the ball contacting surface into at least two segments and distribute the impact of a force applied to the said large ball contacting surface directly to at least one of the side members of the bat.

2. A bat according to claim 1 in which the hollow head is closed at its end opposite the handle, and the brace means is carried midway between the ends of the ball hitting portion.

3. A bat according to claim 1 in which the brace means is an elongated internal wall interconnecting the arcuate ball hitting portion and the corner of the bat opposite said hitting portion.

4. A bat according to claim 3 in which the internal wall is integral with the material of the hollow head.

5. A bat according to claim 3 in which the inner surface of the wall of the arcuate ball hitting portion and the corner of the bat opposite said hitting portion are provided with guides to receive the internal wall.

6. A bat according to claim 1 in which the brace means is an elongated spider having outwardly extending arms internally supporting the ball hitting portion and the said walls.

7. A bat according to claim 6 in which the spider is in the form of geodesic structure.

* * * * *

**United States Patent** [19]

**Peng**

[11] **Patent Number:** 4,951,948

[45] **Date of Patent:** Aug. 28, 1990

[54] **SHOCK ABSORBING BAT**

[76] Inventor: Jung C. Peng, 11, Lane 10, Da Rong East Street, Taichung, Taiwan

[21] Appl. No.: 338,780

[22] Filed: Apr. 17, 1989

[51] Int. Cl.[5] ........ A63B 59/06

[52] U.S. Cl. ........ 273/72 R; 273/72 A; 273/26 B; 267/136

[58] Field of Search ........ 273/67 R, 67 D, 67 DA, 273/72 R, 72 A, 80 B, 80.4, 73 J, 73 C; 267/136, 137; 272/124

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 537,927 | 4/1895 | Kennedy | 273/32 R |
| 2,772,887 | 12/1956 | Blake | 273/26 B |
| 3,116,926 | 1/1964 | Owen et al. | 273/72 R |
| 3,173,688 | 3/1965 | Green | 273/72 R |
| 3,508,748 | 4/1970 | Strimel | 273/72 R |
| 3,516,669 | 6/1970 | Gray | 273/72 R |
| 3,877,698 | 4/1975 | Volpe | 273/72 R |
| 4,274,631 | 6/1981 | Hayazaki | 273/26 B |
| 4,399,996 | 8/1983 | Boyce | 273/26 B |
| 4,660,832 | 4/1987 | Shomo | 273/73 J |
| 4,772,021 | 9/1988 | Maynard | 273/73 C |

*Primary Examiner*—Edward M. Coven
*Assistant Examiner*—Mark S. Graham

[57] **ABSTRACT**

A shock absorbing bat comprises a long cylindrical central handle and a main body, both being connected together and held firmly by means of a retaining collar and an elastic ring. An elastic connector is provided which is axially attached to an end piece. This construction can drastically reduce the shock to the batter's arm and the possibility of injury to the elbow is minimized. The construction also increases the impulse, when a ball is struck.

**15 Claims, 4 Drawing Sheets**





25
25
24
22
23
21
11
32
33
30
33
31
211
10
13
62
60
61
12
14
40
421
42
50
53
52
53
51


F I G. 1




FIG. 2

Case 0:02-cv-00769-DSD-SRN Document 56-12 Filed 10/04/2004 Page 10 of 30






FIG. 3




FIG. 4

# SHOCK ABSORBING BAT

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to sport bats, and in particular relates to the specific structure of a bat that not only largely reduces the violent shock which may cause injury to a batter's elbow, but also increases the explosive power imparted to the ball.

2. Description of Background Art

Sports have been so popular in the United States of America, and most Americans are fascinated by sports. Some individuals even make a career playing for a professional team, for example, baseball. The equipment of baseball include bases, gloves, helmets, balls and baseball bats; especially the bats in which quality is the key point of winning or losing. Moreover sport injuries due to a low quality bat may easily ruin a professional player's career. Presently, baseball bats are made of wood, aluminum, graphite reinforced plastic and the like. No matter what material or manner which is used for construction or whether solid or hollow, single piece constructed or glue-laminated constructed, the structure is basically the same, i.e., the striking area of a baseball bat is directly connected with the handle area of a baseball bat.

When a pitcher throws a ball, usually the minimum speed is 80 kilometers per hour. And 160 kilometers is not the limit of a professional pitcher. So, when a batter hits the ball, the instantaneous shock of the collision is directly transmitted to the part that the batter holds. It is no wonder that sport injuries happen so easily. Some bats may be made of shock-absorbing materials; somehow the striking area and the handle area are directly connected together, in short, it is simply "a" baseball bat. Even if said batter wears a sweat band, it is nothing but a stopgap measure, it does not have any effect. Up to now, there are no bats that can adequately protect baseball players, without ever mentioning the bats that also increase the power delivered to the ball.

## SUMMARY OF THE INVENTION

The main object of the invention is to provide a shock-absorbing bat which can drastically absorb the resultant shock from striking a ball so as to prevent possible injuries to the elbow.

Another object of the present invention is to increase the impulse imparted to the ball with regard to speed and distance traveled.

According to the present invention, the shock absorbing bat comprises a long cylindrical central handle and a main body, both being connected together and held firmly by means of a retaining collar and an elastic ring. An elastic connector is also axially attached to an end piece, and thus this construction can drastically reduce the shock to the batter's arm and the possibility of injury to the elbow is minimized. The construction also increases the impulse, when a ball is struck.

Further scope of applicability of the present invention will become apparent from the detailed description given hereinafter. However, it should be understood that the detailed description and specific examples, while indicating preferred embodiments of the invention, are given by way of illustration only, since various changes and modifications within the spirit and scope of the invention will become apparent to those skilled in the art from this detailed description.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given hereinbelow and the accompanying drawings which are given by way of illustration only, and thus are not limitative of the present invention, and wherein:

FIG. 1 is a perspective fragmentary view of a shock absorbing and impulse increasing bat embodying the present invention.

FIG. 2 is a perspective assembly view of said embodiment of the present invention.

FIG. 3 is a sectional view taken on the line 3—3 of FIG. 2.

FIG. 4 is a sectional view taken on the line 4—4 of FIG. 2.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIGS. 1 and 2, a shock absorbing bat, according to the present embodiment is a baseball bat which includes a long cylindrical central handle (10) with an end piece (40). A female threaded recess of predetermined depth is provided in the handle (10). The end of said handle opposite from the end with the threaded recess enlarges to form a knob-shaped hand guard(11) which purpose is to prevent the batter's hand from slipping off the end. Located at set positions on said handle are several shallow recesses(13) set at equal distances along the circumference of said handle and paralleled to the central axis of said handle. Located at set positions on said end piece are several rectangular recesses(12) which are set at equal distances along said end piece of said handle with predetermined positions. Said central handle(10) is inserted into a long infundibuliform main body(20) with two ends open. One end is head end(21) and the other is tail end(25). On the inner part of said head end(21) is formed a female screw-threaded track(211). The outside diameter of said tail end is slightly larger than the outside diameter of said central handle(10), thus said central handle can be easily inserted into said main body. Located at a set position on the inner part of said tail end(25) are several rectangular slots(24) which correspond with said shallow recesses(13) of said central handle(10). The retaining collar(50) is a ring-shaped body, having an inner circular portion(52) and an outer circular portion(51). At equal intervals along the circumference of said retaining collar are axially oriented protrusions(53) on both inner and outer surfaces of said retaining collar(50). Said protrusions(53) snap fit into corresponding shallow recesses(13) in said central handle(10) and rectangular slots(24) in said main body(20). This action locks said central handle(10) and said main body(20) into a fixed relative position. Between said rectangular slots(24) and said tail end of said main body, there is a gradual linear taper(251). This ensures a space between said main body and said central handle. This serves to isolate said central handle from shock in the main body when it strikes a ball. Located at a fixed position on the inner surface of said main body is a cylindrical recess(22) which has small recesses(23) further provided, at equal distances. The outer surface(31) of an elastic ring(30) mates with said cylindrical recess (22) when said elastic ring(30) is slid into position. There are small protrusions(33) set at equal intervals along both internal and external circum-

ferences of outer surfaces(31). Small protrusions(33) along outer circumferences snap fit corresponding into said small recesses(23) of said main body(20), and small protrusions(33) along the inner circumference snap fit into corresponding said rectangular recesses(12) in said central handle(10). The elastic ring(30) serves to hold in place said main body(20) and said central handle(10).

The end piece(40) is a hollow, hemispherical body. On the open side of the hemisphere is a cylindrical sleeve, of smaller diameter that the hemisphere, with male screw thread(41). This is screwed into said female threaded track(211) in said head end (21). On the inner bottom of said end piece(40) is an appendage(42) with hole(421). Said hole(421) attaches to hook(61) on one end of elastic connector(60). On the other end of said elastic connector (60) is an integral male threaded screw recess plug(62) which is screwed into female-threaded screw recess(14) in the end of said central handle.

It was stated that the present invention has dual functions of reducing the shock transmitted to the batter and of increasing the impulse imparted to the ball, when a ball is struck. The following is a detailed explanation of the principles by which this effect is attained.

Please refer to FIG. 3; Said central handle(10) and main body (20) are separated components held together along a mutual axis by said retaining collar(50) and said elastic connector(60). When a ball is struck, said elastic ring(30) is compressed. The axis of said central handle(10) forces an angle with the axis of said main body(20) and said elastic connector(60) is elongated and pulled to one side. These actions restrict the shock of impact to said main body(20), away from said central handle(10). This reduction of shock said central handle(10) and hence to the batter's arm reduces the possibility of injury to the batter's elbow.

The elongated elastic connector(60) and compressed elastic ring(30) very quickly resume their original shape and orientation. This rebounding action imparts an impulse to the ball, thus the ball with leave the bat with a greater velocity. Moreover, a gas bladder can be placed inside of said elastic ring(30) to give a pneumatic spring effect. This will increase the elasticity of said elastic ring(30), thus increasing further the present invention's shock absorbing and impulse increasing properties. The present invention eliminates the deficiencies of conventional bats.

We claim:

1. A shock absorbing bat comprising:
a main body having a tail end and a head end and an end piece;
a central handle inserted into said main body from said tail end;
an elastic ring set in between said main body and said central handle circumferentially; and
an elastic connector having a first end connected to said end piece and a second end connected to an end of said central handle inserted into said main body;
said main body and said central handle being held firmly together by means of said elastic ring and said elastic connector;
said elastic ring includes a gas bladder means for providing a pneumatic spring effect to increase the elasticity, thus increasing shock absorbing and impulse increasing properties of the bat.

2. A shock absorbing bat as claimed in claim 1, wherein said elastic connector connecting said end piece with said central handle is a spring.

3. A shock absorbing bat as claimed in claim 1, wherein a retaining collar provided between the tail end of said main body and said central handle circumferentially; said retaining collar being a ring-shaped body, having an inner circular portion and an outer circular portion, and said retaining collar being set firmly in said main body by means of cylindrical recesses provided in said tail end of said main body and said central handle.

4. A shock absorbing bat as claimed in claim 1, wherein the end of said central handle, which is inserted into said main body, is provided with a female threaded screw recess means for connecting said handle with a first end of said elastic connector, and a second end of said elastic connector being connected to said end piece.

5. A shock absorbing bat as claimed in claim 1 or 4, wherein said elastic ring includes small protrusions set at equal intervals along both internal and external circumferences so as to help said elastic ring firmly set into said main body and said central handle.

6. A shock absorbing bat as claimed in claim 1, wherein said end piece is provided with male screw thread means while said head end of said main body is provided with a female thread track means for connecting said head end with said end piece.

7. A shock absorbing bat as claimed in claim 1, wherein the outer surface of said central handle includes rectangular recesses, said rectangular recesses cooperating with the small protrusions on the circumference of the inner portion of said elastic ring to set said elastic ring into the central handle.

8. A shock absorbing bat as claimed in claim 1, wherein a gradual linear taper of the tail end of said main body ensures a space between said main body and said central handle, for isolating said central handle from shock.

9. A shock absorbing bat comprising:
a main body having a tail end and a head end defining an end piece;
a central handle inserted into said main body from said tail end;
an elastic ring set in between and firmly against both said main body and said central handle circumferentially; and
an elastic connector having a first end connected to said end piece and a second end connected to an end of said central handle inserted into said main body;
said main body and said central handle being held firmly together by means of said elastic ring and said elastic connector; said elastic connector connecting said end piece with said central handle is a spring.

10. A shock absorbing bat as claimed in claim 9, wherein a retaining collar is provided between the tail end of said main body and said central handle circumferentially; said retaining collar being a ring-shaped body, having an inner circular portion and an outer circular portion, and said retaining collar being set firmly in said main body by means of cylindrical recesses provided in said tail end of said main body and said central handle.

11. A shock absorbing bat as claimed in claim 9, wherein the end of said central handle, which is inserted into said main body, is provided with a female threaded screw recess means for connecting said handle with a first end of said elastic connector, and a second end of said elastic connector being connected to said end piece.

12. A shock absorbing bat as claimed in claim 9 or 10, wherein said elastic ring includes small protrusions set at equal intervals along both internal and external circumferences so as to help said elastic ring firmly set into said main body and said central handle.

13. A shock absorbing bat as claimed in claim 9, wherein said end piece is provided with male screw thread means while said head end of said main body is provided with a female thread track means for connecting said head end with said end piece.

14. A shock absorbing bat as claimed in claim 9, wherein the outer surface of said central handle includes rectangular recesses, said rectangular recesses cooperating with the small protrusions on the circumference of the inner portion of said elastic ring to set said elastic ring into the central handle.

15. A shock absorbing bat as claimed in claim 9, wherein a gradual linear taper of the tail end of said main body ensures a space between said main body and said central handle, for isolating said central handle from shock.

* * * * *

United States Patent [19]
Meredith

[11] Patent Number: 4,961,576
[45] Date of Patent: Oct. 9, 1990

[54] CONSTANT WALL SHAFT WITH REINFORCED TIP

[75] Inventor: Steven E. Meredith, Kennewick, Wash.

[73] Assignee: Sandvik Special Metals Corporation, Kennewick, Wash.

[21] Appl. No.: 275,578

[22] Filed: Nov. 23, 1988

[51] Int. Cl.[5] A63B 53/12; A63B 59/00

[52] U.S. Cl. 273/80 B; 273/72 A; 273/80 R; 72/367; 148/11.5 F

[58] Field of Search 273/80 R, 80 B, 80.2, 273/80.6, 77 R, 77 A, 67 R, 72 R, 72 A; 72/367, 276, 76, 68, 70; 43/18.1; 29/DIG. 11, DIG. 41, DIG. 42; 148/11.5 F

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 391,994 | 10/1888 | Flotow et al. | 273/80 R X |
| 1,162,960 | 12/1915 | Whyland | 72/206 |
| 1,696,698 | 12/1928 | Summer | 72/282 |
| 1,778,181 | 10/1930 | Brinkman | 273/80 R |
| 1,904,146 | 4/1933 | Larsen | 72/68 |
| 2,005,306 | 6/1935 | Wallis | 72/367 |
| 2,095,563 | 10/1937 | Cowdery | 72/276 |
| 2,240,456 | 4/1941 | Darner | 72/276 |
| 2,950,811 | 8/1960 | Kriedler | 72/76 |
| 3,292,414 | 12/1966 | Goeke | 72/367 X |
| 3,479,030 | 11/1969 | Merola | 273/80 R X |
| 3,812,702 | 5/1974 | Benteler et al. | 72/283 |
| 3,841,130 | 10/1974 | Scott et al. | 72/70 |
| 3,854,316 | 12/1974 | Wilson | 72/76 |
| 3,969,155 | 7/1976 | McKeighen | 72/364 X |
| 4,157,654 | 6/1979 | Kahlow et al. | 72/367 |
| 4,169,595 | 10/1979 | Kaugars | 273/80 R |
| 4,298,155 | 11/1981 | Palovcik | 72/367 |
| 4,498,321 | 3/1985 | Yoshida | 72/76 |
| 4,512,069 | 4/1985 | Hagemeister | 72/367 X |
| 4,523,445 | 6/1985 | Yoshida | 72/69 |
| 4,616,500 | 10/1986 | Alexoff | 72/283 |
| 4,622,841 | 11/1986 | Yoshida | 72/367 |
| 4,625,537 | 12/1986 | Aleck | 72/367 |
| 4,722,216 | 2/1988 | Fencl | 72/367 X |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1246539 | 8/1971 | United Kingdom | 273/80 B |

OTHER PUBLICATIONS

*Titanalloy*, "Golf World", Jan. 24, 1975, p. 26.

*Primary Examiner*—William H. Grieb
*Assistant Examiner*—Sebastiano Passaniti
*Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis

[57] ABSTRACT

A hollow metallic shaft for sporting implements includes a cylindrical tip section having a first constant wall thickness, a shank section including a tapered portion and having a second constant wall thickness, and a cylindrical portion located adjacent the tapered portion and opposite the tip section. An increase in wall thickness provides additional reinforcement at the tip section. The method of making the shaft includes an initial rotary swaging of an end portion of the shaft followed by a series of sink drawing operations to form a stepped contour on the outer periphery of the shaft. A final rotary swaging of the stepped contour provides the shaft with a smooth taper towards one end.

14 Claims, 3 Drawing Sheets






FIG. 1

FIG. 2A

FIG. 2B




Fig. 2C

Fig. 2D




Fig. 4




Fig. 3




Fig. 6




Fig. 7




Fig. 5

## CONSTANT WALL SHAFT WITH REINFORCED TIP

### BACKGROUND OF THE INVENTION

This invention relates to a method for making improved tubular metallic shafts for golf clubs and other sporting implements.

As is commonly known, a golf shaft undergoes a significant stress during a golf swing at the portion of the shaft where the club head is attached. Typically, this portion of the shaft is of the narrowest diameter with respect to the remainder of the shaft since most golf shafts have a tapered configuration. Thus, this portion is especially susceptible to deformation if excessive force is used in hitting a golf ball or, in the alternative, a mis-hit occurs and the club head hits the ground.

The most convenient way of eliminating such a problem area on the shaft would be to increase its diameter to a value closer to the diameter of the rest of the shaft. Such a remedy is highly undesirable, however, because the weight distribution and moment of inertia inherent in a narrowing diameter or tapering shaft is necessary for execution of the most effective golf swing. More particularly, a tapered shaft is necessary in order to provide the proper "flex" and "flex point" of the shaft for an effective stroke. Both the "flex" and the "flex point" are determined according to the tapering nature of the shaft.

Consequently, various tip configurations have been used to reinforce this segment of the shaft while retaining its narrowing characteristic, the most common perhaps being the incorporation of a reinforcing metal insert. Such an insert, however, adds undesired weight to the shaft and also necessitates some kind of retaining feature to hold it in place. Such a retaining feature may include the use of a retaining pin or a special mechanical joining operation.

Methods for making shafts with varying wall thickness are contemplated in the prior art. For example, U.S. Pat. No. 2,095,563 to Cowdery discloses a method of making a golf shaft wherein a tip portion has a wall thickness larger than that of the remaining portion of the shaft. However, the increased wall thickness is achieved by an operation which usually fails to give a constant wall thickness along the shank portion of the shaft thus adversely affecting weight distribution.

U.S. Pat. No. 2,240,456 to Darner and U.S. Pat. No. 4,616,500 to Alexoff show methods for providing varying wall thickness on a shaft with a constant outer diameter.

U.S. Pat. No. 3,292,414 to Gocke shows a method that provides a shaft with a tapered end, the tapered end having internal corrugations for strenghthening.

U.S. Pat. No. 3,841,130 to Scott, Jr. et al. shows a baseball bat with a tapered, constant-thickness wall.

### OBJECTS AND SUMMARY OF THE INVENTION

An object of the invention is to provide a method for making a shaft that solves the problems enumerated above.

A further object of the invention is to provide a shaft having a reinforced tip portion due to increased wall thickness.



A further object of the invention is to provide a shaft having constant wall thickness over at least a tapered shank portion of a shaft.

The objects are achieved according to the invention which involves a method of making a shaft, e.g. a golf shaft, comprising the steps of: including the steps of rotary swaging a first end portion of a metal shaft from a first outer diameter to a second, smaller outer diameter and increased wall thickness; sink drawing a second portion of the metal shaft located adjacent the end portion through at least four draw passes of decreasing die diameter to form a series of steps of progressively increasing outer diameter in a direction away from the end portion; and, rotary swaging the stepped second portion to form a smooth taper on the outer diameter of the shaft, which taper narrows toward the end portion.

The invention also contemplates a shaft, e.g. a golf shaft, for sporting implements including a cylindrical tip section at least a substantial portion of which having a first constant wall thickness. The metal shaft may also include a shank section having a tapered portion wherein the tapered portion has a smooth peripheral tapered outer diameter which narrows toward the cylindrical tip section. The tapered portion has a second constant wall thickness and the tapered portion terminates at the cylindrical tip section. An outer diameter of the cylindrical tip section is no larger than a smallest outer diameter of the tapered portion. The first constant wall thickness is greater than the second constant wall thickness.

### BRIEF DESCRIPTION OF THE DRAWINGS

The objects and advantages of the invention will become apparent from the following detailed description of a preferred embodiment thereof in connection with the accompanying drawings in which like numerals designate like elements, and in which:

FIG. 1 shows a block diagram including the steps needed to perform the present invention.

FIGS. 2A-2D shows a shaft during various stages of fabrication.

FIG. 3 shows a cross-section of a tip portion of a shaft as depicted in FIG. 2D.

FIG. 4 shows an embodiment of the present invention in use as a shaft for a golf club wood.

FIG. 5 shows an embodiment of the present invention in use as a shaft for a golf club iron.

FIG. 6 shows a cross-sectional view of the present invention along the lines VI—VI of FIG. 4;

FIG. 7 shows a cross-sectional view of the present invention along the lines VII—VII of FIG. 4.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

With reference now to the drawings, and especially FIG. 1, the various stages of forming a metal shaft are shown.

Initially, a metal shaft 10 is provided which has a substantially constant wall thickness 20 and a substantially constant outer diameter 21 over its entire length (see FIG. 2A). For a shaft made from titanium alloy and intended for use as a golf club shaft, the outer diameter 21 is preferably about 0.5945", the wall thickness 20 is preferably about 0.0235" and the length is preferably around 42 inches. In the first step, the shaft is subjected to a conventional rotary swaging operation so that the wall thickness 22 at one end 12 along a certain length 23, e.g., about 6 inches, is increased with respect to the

wall thickness 20 on the remainder of the shaft (see FIG. 2B). As a result, a cylindrical tip portion 24 is formed that serves at least two purposes. First, a clamping surface is provided to which a drawing tool can be attached for performing draw passes as discussed below. Second, the shaft now has a portion that is strengthened with respect to the remainder of the shaft due to the increased wall thickness which is highly desirable in certain uses for shafts, e.g. use in a golf club.

In the next series of steps of FIG. 1, a drawing tool (not shown) is clamped to the swaged end 24 of the shaft in a conventional manner and sink drawing is performed on a shank portion 25 of the metal shaft adjacent the swaged portion 24. The sink drawing includes several draw passes and each successive draw uses a draw die having a smaller diameter than that of the draw die used in the immediately preceding draw. The successive draws form a stepped contour on the outer periphery of the metal shaft having steps of increasing outer diameters 26–30 and axial lengths 31–35 as shown in FIG. 2C. The step with the smallest diameter 26 includes that portion 24 of the shaft that was initially swaged. The outer diameters 26–30 and the axial lengths 31–35 will vary according to desired "flex" and "flex points" for a particular shaft. It should be noted that one draw step can include the simultaneous use of two dies (of different diameter) and thus reduce the number of draws required while yet still providing the desired number of steps. Preferably, for golf club shafts made from titanium alloy and designed to have a midway "flex point", the outer diameters of each of the steps 26–30 are about 0.375", 0.420", 0.460", 0.507" and 0.552", respectively, while the axial lengths 31–35 of steps 26–30 are 7.50", 4.5", 4.0", 4.75" and 4.25", respectively. The undrawn and unswaged portion 36 of the shaft remains at the shank portion of the original shaft diameter 21.

Since the steps are formed through a sink drawing operation, i.e., drawing without an internal mandrel, the wall thickness of the shaft at each step portion 26–30 remains substantially the same as it was before drawing (wall thickness remains substantially the same in the undrawn portion 36 as well). The drawing operation will, however, slightly increase the length of the shaft beyond its initial length due to the cold flow of the metal.

After all of the drawing steps are completed, the metal shaft is again subjected to a conventional rotary swaging operation, this time performed on the stepped portion 25 of the shank portion of the shaft to remove the steps 26–30 created in the sink drawing operation and thus form a smooth taper 37 over that length of the shaft as shown in FIG. 2D. The swaging operation also serves to blend the taper 37 with the end of the shaft 24 that was rotary swaged to a cylindrical shape in the first step. The rotary swaging operation may require two or three passes and generally will be performed using long swaging dies as are known in the art. For a titanium alloy shaft, the length of the taper 38 is preferably around 25.8" which would require two or three swaging operations using conventional 12"–15" swaging dies.

After rotary swaging the steps, the segment of the cylindrical tip portion 24 of the shaft that has served as a clamping surface for the drawing tool is cut-off. The forces exerted on the metal on that segment will have caused scuffing and pitting thus rendering an unusable surface. It should be noted that only that segment affected by the clamped tool is removed and not the entire tip portion. Thus, a swaged cylindrical portion 24 of increased wall thickness 22 remains at the end of the shaft.



The shaft resulting from this method thus has a wall of substantially constant thickness 39 along length 40 of a shank portion the shaft. Preferably, for a golf club shaft of titanium alloy, this thickness is about 0.023" over a length of about 37.9". For the remaining end portion 41 of the shaft as seen in FIG. 2D, the thickness 22 remains substantially greater than the thickness of the rest of the shaft, this being due to the initial swaging operation. The length 41 of this portion of increased thickness 24 is preferably about 7". This thickness 22 is constant along a substantial portion of length 41 and is preferably about 0.040" maximum. As a result, the end product is a shaft having a wall of constant thickness over a shank portion of the shaft and a wall of increased thickness at the cylindrical tip of the shaft where a golf club head is attached. Accordingly, no further reinforcement, for example, by a reinforcing insert, is necessary.

It should be noted that as a final step, the shaft may undergo a heat treatment process wherein one of the results is a growth in the outer diameter of the shaft. In a golf shaft of titanium alloy wherein the outer diameter was initially 0.5945", the outer diameter after heat treatment will have increased to about 0.600" which is the industry standard for golf shafts.

The metal that is particularly suited for this method of making a golf shaft is seamless titanium or titanium alloy (e.g., Ti-3Al-2.5V) tubing although other metal alloys are also acceptable. Welded tubing is not recommended since the weld could crack during swaging.

This method is particularly adapted for making club irons or club woods as is shown in FIGS. 4 and 5. The golf club includes a handle portion 50 or 50', a shank portion 51 or 51' and a striking portion 52 or 52' (wood or iron, respectively). The handle portion 50 or 50' includes a wrapping 54 or 54' for easier gripping. The handle portion 50 or 50' and shank portion 51 or 51' is formed of the shaft formed as in FIG. 2D with the shank portion 51 or 51' being connected to the appropriate striking potion 52 or 52' by an epoxy resin as is known in the art. For making woods, it is preferable to use five draw steps while for making irons it is preferable to use four draw steps. The additional draw step for making woods is necessary since woods typically require a smaller tip diameter than do irons. To aid in the final swaging operation that forms the smooth taper, it is encouraged that as many draws are performed as possible.

A shown in FIG. 6, the shank section 51 of the golf club of FIG. 4 has a wall thickness 39. Similarly, as shown in FIG. 7, a tip section of the golf club has a wall thickness 22. As described with regard to FIG. 2D, the wall thickness 22 at the tip section is greater than the wall thickness 39 of the shank section. A similar configuration is used with the golf club iron of FIG. 5.

The principles, preferred embodiment and mode of operation of the present invention have been described in the foregoing specification. However, the invention which is intended to be protected is not to be construed as limited to the particular embodiment disclosed. The embodiment is to be regarded as illustrative rather than restrictive. Variations and changes may be made by others without departing from the spirit of the present invention. Accordingly, it is expressly intended that all

such variations and changes which fall within the spirit and scope of the present invention as defined in claims be embraced thereby.

We claim:

1. A method of making a shaft for sporting implements which comprises the steps of:

rotary swaging a first end portion of a metal shaft from a first outer diameter to a second, smaller outer diameter and increased wall thickness,

sink drawing a second portion of said metal shaft located adjacent said end portion through at least four draw passes of decreasing die diameter to form a series of steps of progressively increasing outer diameter in a direction away from said end portion, and,

rotary swaging said stepped second portion to form a smooth taper on said outer diameter of said shaft, which taper narrows toward said end portion.

2. A method of making a shaft for sporting implements according to claim 1, wherein said rotary swaging of said first end portion is performed on a metal shaft comprised of seamless titanium alloy tubing.

3. A method of making a shaft according to claim 1, wherein said sink drawing of said metal shaft comprises four draws.

4. A methods of making a shaft according to claim 1, wherein said sink drawing of said metal shaft comprises five draws.

5. A hollow metal shaft for sporting implements comprising:

a cylindrical tip section at least a substantial portion of which having a first constant wall thickness, said substantial portion located generally towards a first end portion of said shaft,

a shank section including a tapered portion having a smooth peripheral tapered outer diameter which narrows toward said cylindrical tip section, said tapered portion having a second constant wall thickness, said tapered portion terminating at said cylindrical tip section,

an outer diameter of said cylindrical tip section being no larger than a smallest outer diameter of said tapered portion,

said first constant wall thickness being greater than said second constant wall thickness.

6. A metal shaft for supporting implements according to claim 5, said metal shaft being seamless titanium alloy tubing.

7. In a golf club having a handle portion, a shank portion and a striking portion, the improvement which comprises using as the handle portion and shank portion, the metal shaft of claim 5.

8. A method of making a golf club which includes a shaft and a club head, comprising the steps of

rotary swaging a first end portion of a metal shaft from a first outer diameter to a second, smaller outer diameter and increased wall thickness,

sink drawing a second portion of said metal shaft located adjacent said end portion through at least four draw passes of decreasing die diameter to form a series of steps of progressively increasing outer diameter in a direction away from said end portion, and,

rotary swaging said stepped second portion to form a smooth taper on said outer diameter of said shaft, which taper narrows toward said end portion for fixedly attaching a club head to said end portion.

9. A golf club which includes a hollow metal shaft, a handle portion, and a striking portion, said shaft comprising:

a cylindrical tip section at least a substantial portion of which having a first constant wall thickness, said substantial portion located generally towards a first end portion of said shaft for fixedly attaching said striking portion to said end portion,

a shank section including a tapered portion having a smooth peripheral tapered outer diameter which narrows toward said cylindrical tip section, said tapered portion having a second constant wall thickness, said tapered portion terminating at said cylindrical tip section,

an outer diameter of said cylindrical tip section being no larger than a smallest outer diameter of said tapered portion,

said first constant wall thickness being greater than said second constant wall thickness.

10. A metal shaft for sporting implements as set forth in claim 5, the shank section further including a cylindrical portion located adjacent said tapered portion opposite said tip section, said cylindrical portion having an outer diameter at least as large as a largest outer diameter of said tapered portion.

11. A golf club as set forth in claim 9, the shank section further including a cylindrical portion located adjacent said tapered portion opposite said tip section, said cylindrical portion having an outer diameter at least as large as a largest outer diameter of said tapered portion.

12. A golf club according to claim 9, said shaft being seamless titanium alloy tubing.

13. A metal shaft for sporting implements formed from a cylindrical workpiece having an initial constant wall thickness comprising:

a tip section formed by swaging, at least a substantial portion of said tip section having a first constant wall thickness larger than said initial constant wall thickness of said cylindrical workpiece, said substantial portion located generally towards a first end portion of said shaft,

a shank section having a tapered portion formed by sink drawing and subsequent swaging, said tapered portion having a smooth peripheral tapered outer diameter which narrows toward said tip section, said tapered portion having a second constant wall thickness, said tapered portion terminating at said tip section,

an outer diameter of said tip section being no larger than a smallest outer diameter of said tapered portion, and

said first constant wall thickness being greater than said second constant wall thickness.

14. A metal shaft for sporting implements as set forth in claim 13, the shank section further including a cylindrical portion located adjacent said tapered portion opposite said tip section, said cylindrical portion having an outer diameter at least as large as a largest outer diameter of said tapered portion.

* * * * *

US005094453A


# United States Patent [19]

Douglas et al.

[11] Patent Number: 5,094,453

[45] Date of Patent: Mar. 10, 1992


[54] BALL BAT WITH INWARD OFF-SET CENTER OF GRAVITY


[76] Inventors: Preston L. Douglas, 3460 Red Cloud Trail, St. Augustine, Fla. 32086; William J. Prosser, 706 S.W. 81st Ave., North Lauderdale, Fla. 33068



[21] Appl. No.: 559,158

[22] Filed: Jul. 25, 1990

[51] Int. Cl.[5] ........ A63B 59/06

[52] U.S. Cl. ........ 273/72 A; 273/72 R; 273/73 J

[58] Field of Search ........ 273/72 A, 72 R, 26, 273/235


[56] References Cited

U.S. PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| 59,313 | 10/1966 | Hill . | |
| 364,160 | 5/1987 | Cundey . | |
| 377,686 | 2/1988 | Moose . | |
| 727,359 | 5/1903 | Held . | |
| 796,184 | 8/1905 | Brown | 273/72 R |
| 814,857 | 3/1906 | Maechling . | |
| 1,026,990 | 5/1912 | Matson | 273/72 R |
| 1,121,189 | 12/1914 | Lincoln . | |
| 1,499,128 | 6/1924 | Shroyer, Jr. . | |
| 2,121,289 | 6/1938 | Gleadall | 273/73 |
| 2,195,681 | 4/1940 | Robarge | 273/72 |
| 2,944,820 | 7/1960 | Paullus | 273/72 |
| 2,984,486 | 5/1961 | Jones | 273/72 |
| 3,377,066 | 4/1968 | Trowbridge | 273/72 |
| 3,861,682 | 1/1975 | Fujii | 273/72 A |
| 3,963,239 | 6/1976 | Fuji | 273/72 A |
| 3,972,528 | 8/1976 | McCracken | 273/72 A |
| 4,016,640 | 4/1977 | Briggs | 273/72 |
| 4,298,425 | 2/1981 | Easton et al. | 273/72 A |
| 4,347,280 | 8/1982 | Lau et al. | 428/304.4 |
| 4,714,251 | 12/1987 | Cook | 273/72 |
| 4,834,370 | 5/1989 | Noble et al. | 273/72 A |
| 4,844,460 | 4/1989 | Mitchell et al. | 273/72 |
| 4,940,247 | 7/1990 | Magadmi | 273/72 A |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 22649 | 7/1948 | Finland | 273/72 R |
| 23495 | 9/1949 | Finland | 273/72 R |



*Primary Examiner*—Edward M. Coven
*Assistant Examiner*—Mark J. Graham
*Attorney, Agent, or Firm*—Oltman and Flynn


[57] ABSTRACT


A ball bat having a bat handle, a handle end of the bat, a bat head, a center of gravity and weights on the bat handle end for offsetting the center of gravity in the direction of the handle end. The bat also may have grooves in the bat wall to lighten the bat head, and an inward projecting acorn-shaped weight at the handle end.


12 Claims, 3 Drawing Sheets






FIG.1




FIG. 2




FIG.3




FIG.4




FIG. 5




FIG. 8




FIG. 6




FIG. 9




FIG. 10




FIG. 7

FIG.11







FIG.12




FIG.13

## BALL BAT WITH INWARD OFF-SET CENTER OF GRAVITY

The invention relates to an improved bat, and more particularly to a ball bat with an inward off-set center of gravity.

### BACKGROUND AND PRIOR ART

Ball bats of known construction have a shape such that the center of gravity of the bat falls approximately one third of the length of the bat from the head end of the bat. The conventional construction of the bat leads to the drawback that the hitter has a diminished feel and control of the bat, with a resulting diminished precision in hitting the ball. In order to overcome this problem hitters have applied pine tar to the handle to achieve a better grip friction and a better kinaesthetic awareness which is a prerequisite for attaining good rhythm, timing, quickness, power, control and efficiency.

Traditional bats have always exhibited destructive effects on hitters, since they are too long and too heavy, with the majority of weight in the bat head. The center of gravity is more toward the head end of the bat which makes the bat top heavy and causes poor bat head control. The bat head is hard to start, virtually impossible to control through the preparatory swing and follow through phase, and it is even harder to stop the forward momentum of the bat head, if at the last fraction of a second the batter decides that the does not want to offer at the thrown ball.

A head-heavy bat creates leverage problems, disrupting the stability of the body when the bat head-heavy weight creates a counter force that acts upon the body to jerk the batter in many different directions and away from a controlled, efficient movement pattern. The head-heavy bat misaligns the skeletal system with the poorly positioned bat mass, causes a large portion of muscle fibers to contract just to neutralize the negative forces applied at the bat head, which reduces the availability of the muscles for a fast limb movement such as hitting an object with a striking implement. It is generally accepted that muscle fibers operate on an all-or-nothing principles, they either contract completely or do not contract at all. This exterior weight placement causes a considerable portion of the estimated 250 million muscle fibers of the body to be placed in a state of contractability just to neutralize the counter forces of the head-heavy bat.

The muscular-skeletal disruption caused by the more distally placed center of gravity of the conventional bat requires a great degree of internal muscular application to keep the skeletal system stable during the movement phase. The all-or-nothing law of contractability of muscle fibers further hampers the potential for an explosive movement pattern by preventing the nerves and muscles from working together effectively. The muscles are already contracted as a direct result of the head-heavy bat and therefore cannot be acted upon or triggered by the nerves, which determines the firing quickness and the number of muscle fibers activated for the specific force to be applied. The neruomuscular application of force transferred from the body to the bat during the swing phase is directly responsible for speed, precision and power.

The conventional bat construction creates negative leverage, disrupts the delicate inner balance mechanisms of the body, reduces the efficiency of the muscles and neutralizes the responsiveness, or triggering effect of the nerves to fire the muscles.

Due to the lightness of the conventional bat handle, with resulting distant center of gravity of the bat disposed as much as approximately three-fourths of the bat length (about 27 inches) of a regulation bat from the handle end, i.e., the bat knob, the forces acting on the body and the limbs of the hitter make it much more difficult to control the movement of the bat head, and cause additional stress to hitters' joints and connective tissue, which in worst cases can disrupt a joint, and cause injuries to the arms and body.

It is accordingly a primary object of the invention to provide a ball bat with features sufficient to overcome the drawbacks of the known ball bats and to provide a precision striking implement capable of producing better hitting proficiency with reduced strains to the body of the hitter.

### SUMMARY OF THE INVENTION

According to the invention, there is provided a tubular striking implement that provides all of the above mentioned benefits or improvements over existing bats by causing an overload-underload stabilization and development of the inner functions of the body since there is better balance between the bat and the body. There is a positive leverage application that is constructive instead of destructive. There is less possibility of the muscular-skeletal system being disrupted or negatively acted upon. The neuro-muscular system will be allowed to function at maximum efficiency thus avoiding the usual tug-of-war battle with the premature contractions of the muscles to keep the body in equilibrium, and there is greater potential for speed, precision and power because of the elimination of stress elements placed upon the body by the head-heavy bat.

In a striking situation, the more nearly the force applied to the object being struck is in line with its center of gravity, the greater the force transferred to the object (ball) in the desired direction. Understanding this law of physics further brings into proper perspective our concept of bringing the center of gravity closer to the hands and body, which allows for a more consistent and less stressful application of forces to the ball. This center of gravity change and bat head control afforded to the batter provides the batter with the physical capabilities to strengthen an area of weakness that most hitters exhibit, which is their inability to get the bat head "sweet spot" or center of percussion to the ball. The quickness and bat head angle required to impact the ball successfully over the entire strike zone simply has not been seen with any degree of consistency throughout the years. The bat head has traditionally been too heavy with the center of gravity too far away from the body to permit the precision-like quickness necessary for consistent, solid contact. Consequently, the pitchers that have been taught to pitch inside to the batters, and those that have the courage to do so, become highly successful at all levels of play. This pitching philosophy evolved simply because the current implement (bat) is not designed for total plate coverage efficiency.

In accordance with the invention there is provided a ball bat having a bat handle, a handle end of the bat, a bat head, a center of gravity and an inward extended weight attached to the bat handle for off-setting the center of gravity in the direction of the handle end.

In accordance with another feature, weight is removed from the bat head by forming circular grooves in

the wall of the bat head, wherein the grooves are arranged substantially coaxially with the axis of the bat.

In accordance with a further feature there is provided a ball bat which includes an acorn-shaped knob attached to the handle for containing the weight.

In accordance with still another feature, the ball bat according to the invention includes a metal core inserted into a cylindrical part of the acorn-shaped knob on the bat handle, wherein the metal core includes lead, and/or alloying metals such as tin, aluminum, zinc and the like.

In the ball bat according to the invention the cylindrical part of the acorn-shaped knob is placed coaxially with the body of the bat and the weight may have a given weight selected such that the center of gravity of the bat is located substantially a distance less than three fourths of the length of the bat from the handle end, or even further inward from the knob end toward the hitter.

The ball bat according to the invention may have a friction lining on the bat handle.

The shifting of the center of gravity toward the body of the hitter causes a beneficial "underloaded" kinaesthetic feel of the bat, and a more easily noticeable feeling of lightness to the user, which enables the user to more comfortably handle a much greater total weight than is possible in the conventional bat.

It follows that the invention can be applied to bats made of different materials such as wood, aluminum and others, and they can have thinner wall thicknesses of the bat head to make it lighter by as much as 80% compared with the known bats. The use of the lighter bat according to the invention will cause improved muscular and neuro-muscular development of the player to maximize the best possible muscle-memory swing pattern.

The use of the ball bat according to the invention with its overload-underload construction concept will provide a ball bat with biomechanical capabilities to dramatically reduce the user's swing (reaction) time (the time the batter needs to carry his bat forward to impact the ball) which correspondingly will dramatically increase the decision-making time (the time that the user has to evaluate the incoming object (ball). The reduced swing (reaction) time and the increased decision time will permit the hitter to better utilize his visual faculties to track the ball longer, thus obtaining more information about ball velocity, rotation (spin), angle of trajectory, etc., to allow for a more through evaluation of the pitch which will reduce the probability of making a wrong decision.

It follows that the inventive concept may be applied to other hitting implements, such as tennis racquets, golf clubs, etc., and possibly hammers, axes and the like.

Most aluminum bats, due to the manufacturing process have an elliptical cross-section. The bat according to the instant invention will preferably be constructed, but not limited to, a circular cross-section along the entire bat, which will improve the bat/ball contact.

The weight near the handle acts as a shock absorber to reduce the compressive shock forces that enter the body (joints and connective tissue) every time contact with the ball has been achieved. These forces are transferred inward to the added weight in the handle to be absorbed by the implement and not the body. This added weight greatly reduces the vibratory forces from the impact and acts as a stress reduction buffer between the bat and the body. The traditional bat forces are spread out over the whole bat, or shell, to be dispersed at its only outlet—the body. Fifty to seventy five percent of all arm injuries occur as a result of improper batting techniques and not from the actual throwing. Increased training devices and drills have allowed hitters to do much more work in less time. The forces from hundreds or thousands of swings disrupt the integrity of the joints and connective tissues, which sets the stage for injury.

Further objects and advantages of this invention will be apparent from the following detailed description of a presently preferred embodiment which is illustrated schematically in the accompanying drawings.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is an elevational, part cross-section of the invention showing its interior construction;

FIG. 2 is a fragmentary cross-section of the invention showing the bat head interior construction;

FIG. 3 is a fragmentary, enlarged detail view of the invention showing a section of the bat head wall;

FIG. 4 is a fragmentary detail view of the invention showing an upper section of the bat head wall;

FIG. 5 is an elevation of a weight preformed (molded or tooled) to be inserted into FIG. 6 before roll form. cap;

FIG. 6 is a section of another bat handle part, showing roll forming of the part;

FIG. 7 is a section of the bat handle part according to FIG. 6 in final form;

FIG. 8 is a transverse section of the bat seen along the line 8—8 of FIG. 2;

FIG. 9 is a plan view of a hitting implement in the form of a tennis racquet;

FIG. 10 is a section of the bat head with internal reinforcement of foam and/or thin light-weight discs of aluminum, etc.;

FIG. 11 is a section of the bat handle showing weighted parts of an acorn-shaped knob attached to the bat handle.

FIG. 12 is a fragmentary view of a bat head in accordance with another embodiment; and

FIG. 13 shows another embodiment in which the bat and roll-over flange are one piece.

Before explaining the disclosed embodiments of the present invention in detail it is to be understood that the invention is not limited in its application to the details of the particular arrangements shown since the invention is capable of other embodiments. Also the terminology used herein is for the purpose of description and not of limitation.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

In FIGS. 1 and 2, a ball bat according to the invention has an elongate hollow tubular body 1 with a head end 2, a tapered handle end 3 formed of walls 8 made preferably of aluminum alloy with a thickness sufficient to drive a ball with an impact pressure of approximately 200-400 pounds per square inch to a speed equal to or greater than the speed of the impacted object (ball). The bat is terminated at the handle end in an acorn-shaped knob 4, shown in more detail in FIGS. 7 and 11. Internal grooves 7 in planes perpendicular to the tubular body are formed in the inner surface of the bat walls 8 in order to remove weight from the head end of the bat, while still retaining sufficient wall strength integrity to drive a ball.

The tapered handle end 3, terminated in the acorn shaped knob 4, is shown in more detail in FIGS. 7 and 11. The acorn-shaped knob has a hollow extension 6 that objects or extends away from the bat handle toward the body of the batter, and a hollow or solid circular disc section 5 formed or solid (FIG. 11) so that it is readily attachable to the end of the bat handle 3, for example by means of a weld seam 9 or screw threads 11. The hollow extension 6 is filled with heavy metal, e.g. lead, so as to bring the center of gravity of the bat inward toward the player. The lightening of the bat head 2 and the additional weight in the extension 6 combine to move the center of gravity inward.

In order to allow the walls 8 to be as thin and light as possible, and still have adequate strength to drive the ball, reinforcing material 12 of light weight foam, e.g. styrofoam, structural foam or the like, may be inserted in the head end as shown in FIG. 10, advantageously in the form of discs tightly fitting inside the head end.

With the bat loaded with weights in the acorn-shaped extension 4 as described above, and with the head end lightened as described, it is attainable to move the center of gravity toward the handle end such that the center of gravity may fall somewhere between 25%-75% of the length of the striking implement from the knob end, which substantially improves the control and precision of the invention over bats of known construction.

It follows that the improvement of the bat in moving the center of gravity inward, can also be applied to other sports implements such as, for example, a tennis racquet 12, or a fishing rod for casting (not shown), by adding the acorn-shaped weighted extension 4 to the inward end of such implements.

As a further improvement, a friction lining 9 of soft plastic material, as seen on FIG. 1, may be applied to the handle end of the bat or implement to provide a better grip and to cushion the user against vibrations from contact between the bat and the ball. The friction lining can be weighted.

The method of forming the acorn-shaped knob 4 is shown in FIG. 6, wherein an interim component 13 is composed of two open-ended tube sections 14 and 15 joined by common wall 16, and wherein the open ends are roll-formed toward the center, as indicated by dashed lines. FIG. 5 shows a lead insert 17 that goes inside tube section 14 before it is roll-formed.

FIG. 8 shows a cross-section through the bat seen along the line 8—8 of FIG. 2.

FIG. 3 shows a fragment of the tube wall of the head end 2 with the grooves 7 formed therein. The grooves have rounded bottoms for maximum strength.

FIG. 4 shows an enlarged fragment of the upper part of the wall 2, wherein the grooved section has been extended downward to encompass the area 19 where the ball impacts the bat.

FIG. 2 shows a single start groove, helical in design and progressing toward the inward part of the bat (like a screw thread). It follows that this basic helical design can be a multiple start groove or grooves, producing a more inclined lay of each groove and therefore enhancing the overall construction, for the purpose of resisting the destructive tendency of impact. Also, the grooves can be non-helical and individual, single, separate and incrementally placed at 90° to bat axis.

FIG. 11 shows a solidly machined cap on the acorn configuration with a hollow section for inclusion of a pre-cast acorn shaped billet, or a cavity section made accessible for the pouring of molten lead. The knob can be provided with internal threads for attachment to external threads on the bat handle.

FIG. 12 shows an embodiment where the grooves 50 are longitudinal.

FIG. 13 shows an embodiment where the roll-over flange 52 is integral with the bat body 54.

We claim:

1. A ball bat comprising a tubular body having a head end; a tapered handle end; walls formed of aluminum alloy of a given thickness; a center of gravity; an acorn-shaped knob on said handle end, having a hollow extension projecting away from said handle end; and weighting means disposed in said hollow extension for shifting the center of gravity toward said handle end; said walls of said head end having internal reinforcing circular grooves formed therein.

2. A ball bat according to claim 1, including reinforcing means disposed in said head end of the bat for reinforcing said head end, said reinforcing means including a plurality of foam discs tightly fitting in said head end.

3. A ball bat according to claim 1, wherein said weighting means include lead.

4. A ball bat according to claim 2, wherein said means for reinforcing said head end include a core of structural foam in said head end, wherein said core of structural foam is divided into discs and wherein said discs are disposed perpendicular to the axis of said bat.

5. A ball bat according to claim 4 wherein said discs are stacked.

6. A ball bat according to claim 1, including weld means for attaching said acorn-shaped knob to said handle.

7. A ball bat according to claim 1 wherein said acorn-shaped knob includes a circular disc section projecting radially away from said tubular body.

8. A ball bat according to claim 7, wherein said circular disk section is made of solid metal.

9. A ball bat according to claim 8, wherein said circular disk section is threadedly attached to said handle end.

10. A ball bat according to claim 7, wherein said disk section is hollow and filled with lead or other weighting materials.

11. A ball bat according to claim 1, wherein said weighting means have a weight such that the center of gravity is located a distance of up to 75% of the length of said tubular body from said acorn-shaped knob.

12. A ball bat according to claim 1, including a weighted friction lining attached externally to said handle end that can extend a maximum of 18" from the knob.

* * * * *

US005104123A

# United States Patent [19]

Okitsu et al.

[11] Patent Number: 5,104,123

[45] Date of Patent: Apr. 14, 1992

[54] METAL BAT FOR USE IN BASEBALL

[75] Inventors: Masatoyo Okitsu; Katsuji Kitagawa, both of Kasukabe; Masao Kubo, Koshigaya; Toshiyuki Arisato, Iwakuni, all of Japan

[73] Assignee: Somar Corporation, Japan

[21] Appl. No.: 607,688

[22] Filed: Nov. 1, 1990

[30] Foreign Application Priority Data

Jun. 8, 1990 [JP] Japan ............ 2-61238[U]

[51] Int. Cl.[5] ............ A63B 59/06

[52] U.S. Cl. ............ 273/72 A; 273/80.4; 273/80.8; 427/236; 427/239

[58] Field of Search ............ 128/72, 911, 80.4, 80.8, 128/82 R, 84; 81/422, 989; 427/236, 239, 233, 234

[56] References Cited

U.S. PATENT DOCUMENTS

2,452,557 11/1948 Eller ............ 273/72 A
3,228,687 1/1966 Bauer ............ 273/72 A
3,727,295 4/1973 Gildemeliter ............ 273/72 A
3,861,692 1/1975 Fujii ............ 273/72 A
3,876,204 4/1975 Moore et al. ............ 273/72 A

FOREIGN PATENT DOCUMENTS

62-21380 2/1987 Japan .

OTHER PUBLICATIONS

Carly Bates Co. "Easton Aluminum Bats", 1974 (Advertisement).

*Primary Examiner*—Edward M. Coven
*Assistant Examiner*—Mark S. Graham
*Attorney, Agent, or Firm*—Lorusso & Loud

[57] ABSTRACT

A metal bat for use in baseball is disclosed which includes a tubular metal body having an impact portion for hitting a ball, and a layer of a resin foam provided on and bonded to the inside wall of the impact portion and having a density of 0.05–0.5 g/cm$^3$.

5 Claims, 1 Drawing Sheet






FIG. 1




FIG. 2