# METAL BAT FOR USE IN BASEBALL

## BACKGROUND OF THE INVENTION

This invention relates to a metal bat for use in baseball and to a method of producing same.

Baseball bats formed of tubular metal bodies are now widespread among students' or other baseball players. Known baseball bats, however, have a problem because a sharp metallic sound is generated when hitting a ball therewith. To cope with this problem, Japanese Published Unexamined Utility Model Application No. 62-21380 proposes to provide a layer formed of an inorganic fiber-reinforced material, such as a glass fiber-reinforced rubber, on an inside wall of a tubular metal bat. While this metal bat lined with such a sound-proofing layer of an inorganic fiber-reinforced material can solve the problem of metallic, impact sound, another problem arises because the sound-proofing layer tends to change the center of gravity of the bat. Furthermore, it is impossible to newly provide such a sound-proofing layer in bats already completed as commercial products.

## SUMMARY OF THE INVENTION

It is, therefore, an object of the present invention to provide a metal bat which is devoid of the drawbacks of the conventional metal bat.

It is a particular object of the present invention to provide a metal bat whose impact sound upon hitting a ball may be reduced without changing the balance and weight thereof.

It is a further object of the present invention to provide a method of producing metal bats of above-mentioned type in which commercially available, completed bat or already used bats thereof may be used as raw material bats.

In accomplishing the foregoing objects, there is provided in accordance with the present invention a metal bat for use in baseball, comprising a tubular metal body having an impact portion for hitting a ball, and a layer of a resin foam provided on and bonded to the inside wall of said impact portion and having a density of 0.05–0.5 g/cm$^3$.

In another aspect, the present invention provides a method of producing a metal bat for use in baseball, comprising the steps of:

(a) providing a baseball bat having a tubular metal body which is closed at both a grip end and the opposite end thereof and which has an impact portion for hitting a ball;

(b) providing an expandable, powder coating composition;

(c) forming in said grip end an opening of a size permitting a spray nozzle to be inserted therethrough;

(d) heating said impact portion to a temperature so that said powder coating composition can be adhered to the inside wall of said impact portion;

(e) inserting said spray nozzle through said opening and spraying said powder coating composition through said nozzle into the inside of said tubular metal body to form a coating of the powder coating composition on the inside of said impact portion;

(f) heating said impact portion whose inside wall has been provided with said coating to a temperature sufficient to expand said coating; and

(g) closing said opening.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other objects, features and advantages of the present invention will become apparent from the detailed description of the preferred embodiments of the invention which follows, when considered in light of the accompanying drawing, in which:

FIG. 1 is an axial cross-sectional view schematically illustrating one embodiment of a metal bat according to the present invention; and

FIG. 2 is a sectional view taken on the line II—II in FIG. 1.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS OF THE INVENTION

Referring now to FIGS. 1 and 2, the reference numeral 1 denotes a tubular metal body formed, for example, of an aluminum alloy such duralumin. Any known structure for the tubular metal body may be used in the present invention. In the particular case as illustrated in FIG. 1, the tubular metal body 1 has a closed end 2 at its head, a large diameter portion serving as an impact portion, a tapered portion, a small diameter portion to be gripped by a batter and a closed end serving as a grip end 3.

Provided on and bonded to the inside wall of the impact portion for hitting a ball is a layer 4 formed of a resin foam and having a density of 0.05–0.5 g/cm$^3$, preferably 0.1–0.3 g/cm$^3$. The resin foam layer 4 serves to absorb the sound wave generated by impact of the bat with a ball and functions as a sound-proofing layer. At least 0.05 g/cm$^3$ is necessary to provide satisfactory sound-proofing effect. A density of the resin form layer 4 in excess of 0.5 g/cm$^3$, on the other hand, is disadvantageous because the weight of the layer 4 is increased to such an extent that it adversely affect the balance of the bat. The resin foam layer 4 generally has a thickness of about 0.1–4 mm, preferably 0.5–2 mm.

It is preferred that the resin foam layer 4 be a foamed coating of a powder coating composition. Particularly preferred is the use of a powder coating composition which includes (a) a resin containing a hydroxyl group-containing polymer, (b) a cross-linking agent containing a polyisocyanate compound which is capable of reacting with the hydroxyl groups of the hydroxyl group-containing polymer at a temperature higher than the melting point of the resin to crosslink the hydroxyl group-containing polymer and which is solid at room temperature, and (c) a blowing agent capable of decomposing and generating a gas when heated to a temperature higher than the melting point of the resin.

The resin (a) which serves, upon expansion, as a structural material is a thermoplastic or thermosetting resin, preferably a hydroxyl group-containing polymer or a mixed polymer containing same. Examples of suitable hydroxyl group-containing polymer include polyvinyl alcohols, partially saponified ethylene/vinyl acetate copolymers and polyvinyl butyral resins. Such polymers preferably have a weight average molecular weight of about 10,000–100,000, more preferably about 35,000–80,000.

For the purpose of improving bonding of a foamed layer 4 obtained from the coating composition to the inside wall of the tubular metal body 1, it is preferred that the hydroxyl group-containing polymer further contain carboxyl groups. Such a polymer containing both hydroxyl and carboxyl groups can be obtained by

Case 0:02-cv-00769-DSD-SRN Document 56-13 Filed 10/04/2004 Page 2 of 30
09/30/98 10:35:17 West Pu shing Co.-> Gardere & Wynne Page 005



conducting the polymerization for the production of the above hydroxyl group-containing polymer in the presence of an unsaturated carboxylic acid, such as maleic anhydride, acrylic acid, methacrylic acid or itaconic acid. Alternatively, grafting of such an unsaturated carboxylic acid onto the above hydroxyl group-containing polymer can give a polymer containing both hydroxyl and carboxyl groups.

The resin (a) may further contain a hydroxyl group-free polymer such as a polyolefin, an ethylene/vinyl acetate copolymer, a polyvinyl chloride or an ethylene/ethyl acrylate copolymer. Examples of suitable polyolefins include polyethylenes, ethylene/propylene copolymers, polypropylenes and polybutene-1. When such a hydroxyl group-free polymer is used, the amount of the hydroxyl group-containing polymer in the resin (a) is generally 50% by weight or more, preferably 60% by weight or more.

The resin (a) is preferably used in conjunction with a viscosity controlling agent which can control the viscosity of the coating composition in a molten state to facilitate the exapnsion thereof. A polyol compound which is solid or semi-solid at room temperature is preferably used as the viscosity controlling agent.

Illustrative of suitable polyol compounds are: ether-containing diols having the following formula (I):

$$HO\text{-}(C_mH_{2m}O)_n\text{-}H \qquad (I)$$

wherein m is a positive integer, preferably of 2–6, more preferably 3–4 and n is an integer of at least 2, preferably 4–6, ester-containing diols having the following formula (II):

$$HO\text{-}[(CH_2)_q\text{—}CO\text{—}O]_r\text{-}R\text{-}[O\text{—}CO\text{—}(CH_2)_q]_r\text{-}OH \qquad (II)$$

wherein R stands for an alkylene having 2-10 carbon atoms, q is an integer of 1 or more, preferably 3–4, and r is an integer of 1 or more, preferably 3–7, and polymers having a saturated hydrocarbon skeleton and a molecular weight of 1000–5000 and containing 1.5–3 terminal hydroxyl groups. The polyol compound is used in an amount of 5–100 parts by weight, preferably 20–60 parts by weight per 100 parts by weight of the thermoplastic resin. The molecular weight of the polyol compound is generally about 300–6,000, preferably about 2,000–5,000.

Any polyisocyante compound which is solid at room temperature and which has two or more isocyante groups may be used as the cross-linking agent (b). Examples of the polyisocyanate compounds include phenylenediisocyanate, tolylenediisocyante, biphenylenediisocyanate and diphenylmethane-p,p-diisocyanate. Blocked polyisocyante compounds having their isocyanate groups blocked with an active hydrogen-containing compound such as an amide, a lactam, phenol, an alcohol, an oxyme or a mercaptane can also be suitably used for the purpose of the present invention. ε-Caprolactam is a particularly preferred active hydrogen-containing compound. For example, a compound having the formula (I):

(III)



may be suitably used as the cross-linking agent (b).

The polyisocyante compound or its blocked derivative can react with the hydroxyl groups of the hydroxyl group-containing polymer to cross-link same. It can also react with the polyol compound which is optionally contained in the coating composition to form high molecular weight compounds. The polyisocyanate compound is used in an amount providing a ratio (NCO/OH) of equivalents of the isocyanate group per equivalent of the hydroxyl group in the composition of less than 1, preferably 0.03–0.8.

The cross-linking agent may further contain an organic peroxide in an amount of 0.5–7.0 parts by weight, preferably 1.0–4.0 parts by weight per 100 parts by weight of the resin (a). The organic peroxide may be, for example, dicumyl peroxide, bis(t-butylperoxy)isopropylbenzene, dimethyldi(t-butylperoxy)hexane or dimethyldi(t-butylperoxy)hexyne.

The blowing agent (c) may be an organic one such as azodicarbonamide, 2,2'-azobisisobutyronitrile, dinitrosopentamethylenetetramine, 4,4'-oxybisbenzene-sulfonyl hydrazide or paratoluenesulfonyl hydrazide, or an inorganic one such as sodium bicarbonate, ammonium carbonate, sodium borohydride or silicon oxyhydride. These blowing agents may be used by themselves or as a mixture of two or more. When the blowing agent used has a high decomposition temperature, the use of an expansion aid such as zinc oxide is effective in lowering the decomposition temperature. In the coating composition of the present invention, it is desirable to use several kinds of crosslinking agents together with an expansion aid for reasons of broadening the temperature range in which the composition is able to be expanded and of permitting the expansion to proceed uniformly even when the temperature at which the expansion is performed fluctuates.

The coating composition may further contain various additives such as a filler, a plasticizer, a coloring agent, a free flow improving agent and an antioxidant.

As the fillers, both organic and inorganic ones may be used. The viscosity of the coating composition in a molten state, and the diameter of cells and the mechanical strength of an expanded body obtained from the coating composition may be controlled by controlling the amount and the particle size of the filler to be added. Illustrative of suitable fillers are powders of zirconium, talc, crystalline silica, fused silica, calcium carbonate, magnesia, calcium silicate, aluminum hydroxide, magnesium hydroxide, phenol resins and silicone resins.

Illustrative of suitable plasticizers are chlorinated paraffins, dioctylphthalate, diethylene glycol dibenzoate and dicyclohexylphthalate. Other customarily employed plasticizers may also be used. These plasticizers can impart desired cushioning property (elasticity) and flexibility to the coatings obtained from the coating composition.

The coating composition may be obtained by mixing and kneading the above components with each other at a temperature higher than the melting point of the resin, pelleticizing the kneaded mixture, and grinding the

pellets. In order to prevent the occurrance of expansion during the mixing stage, a mixing temperature of less than the decomposition temperature of the blowing agent is adopted. Further, the mixing is desired to be carried out at a temperature lower than the temperature at which the cross-linking occurs so that the occurrence of cross-linking is substantially prevented.

The coating composition preferably has such a particle size distribution that the content of particles with a particle size of 40 mesh (Tyler) or finer is 100% by weight, the content of particles with a particle size of 200 mesh or finer is at least 50% by weight and the content of particles with a particle size of 325 mesh or finer is not greater than 50% by weight, for the purpose of improving the free flow property of the coating composition and thereby facilitating the deposition of the coating composition onto a substrate during the powder coating stage.

The coating of the tubular metal body 1 with the coating composition may be carried out at a temperature sufficient to decompose the blowing agent, to cross-link the resin and to cause said coating composition to expand, thereby to form a layer of the expanded resin over the surface of the substrate. The powder coating may, for example, be carried out by contacting the inside wall of the tubular body 1 which has been preheated to a temperature higher than the decomposition temperature of the blowing agent with the coating composition. By this, the powder of the coating composition deposits on the inside surface of the tubular body 1 and the deposits are melted and undergo both cross-linking and expansion, thereby forming a foamed layer 4. The expansion ratio of the foamed layer may be controlled by the amount of the blowing agent in the coating composition and is preferably 2-20, more preferably 3-10.

The use of the powder coating composition permits the formation of a resin foam layer on the inside wall of a tubular metal body which is closed at both ends. For example, a resin foam layer may be formed on the inside wall of a metal bat which is available in the completely manufactured product as follows.

At first, a small opening is formed in the grip end by, for example, drilling. The size of the opening is such as to permit a spray nozzle for spraying a powder coating composition to be inserted therethrough. The impact portion of the metal bat is heated to a temperature so that the powder coating composition can be adhered to the inside wall of the impact portion. The heating may be effected by means of a coil heater or a band heater.

Then the spray nozzle is inserted into the opening and the powder coating composition is sprayed therefrom into the inside space of the metal bat. The powder coating composition is thus adhered to the heated surface of the metal bat to form a deposit layer on the inside wall of the impact portion of the metal bat. The thickness of the deposit layer may be controlled by control of the temperature of the heated surface and the spraying time. The powder coating composition remaining unadhered in the metal bat is removed therefromal through the opening.

Then the impact portion whose inside wall has been provided with the deposit layer of the powder coating composition is heated to a temperature sufficient to cross-link and expand the deposit layer and thereby to form a foamed resin layer on the inside wall of the impact portion of the bat. This expansion treatment may be effected by, for example, using an oven.

Thereafter, the opening in the grip end is closed, for example, by welding. The protruded portion if present is removed by grinding or calendering, thereby obtaining a metal bat according to the present invention.

The following examples will further illustrate the present invention.

## REFERENCE EXAMPLE

### Preparation of Powder Coating Composition

To 60 parts by weight of a partially saponified ethylene/vinyl acetate copolymer (saponification degree: 80%) were mixed 40 parts by weight of ethylene/-vinyl acetate copolymer (vinyl acetate content: 30% by weight, Melt Flow Index: 18 g/10 minutes), 60 parts by weight of calcium carbonate as a filler, 5 parts by weight of a blend of azodicarbonamide as a blowing agent with zinc oxide as an expansion aid, 30 parts by weight of a dioctyl phthalate-containing plasticizer, 6 parts by weight of a blocked isocyanate 0.5 part by weight of dibutyl laurate as a cross-linking promoter and 1.7 parts by weight of dicumylperoxide as a cross-linking agent, and 0.5 part by weight of carbon black as a coloring agent. The thus obtained mixture was mixed in a dry state and then melt-extruded at a temperature of 130° C. with an extruder. The extrudate was cooled, pelleticized and then ground at −80° C. to obtain a coating composition in the form of fine powder. The coating composition was found to have such a particle size distribution that the content of particles with a particle size of 40 mesh (Tyler) or finer is 100% by weight, the content of particles with a particle size of 200 mesh or finer is at least 50% by weight and the content of particles with a particle size of 325 mesh or finer is not greater than 50% by weight.

## EXAMPLE 1

A duralumin bat (finished product) was used as a starting material. The grip end was drilled to form an opening. After the impact portion of the bat had been heated by means of a band heater to 135° C., 20 g of the powder coating composition obtained in the above Reference Example was sprayed into the bat through the opening using a spray nozzle to coat the inside wall of the impact portion of the bat. The bat was then placed in an oven and heated to 160° C. for 30 minutes to expand and cross-link the coating. After pluging the opening, the bat lined with the expanded coating (sound proofing layer) was subjected to batting tests. Further, the bat was cut to measure the thickness of the expanded coating. The results are shown in Table 1. The batting tests were carried out by hitting balls thrown at a speed of 100 km/second by a batting machine to measure the carry and the duration of impact sound.

## EXAMPLE 2

An impact portion of a tubular duralumin body open ended at its both ends (an unfinished product of the bat used in Example 1) was heated to 135° C. A spray nozzle was inserted through a head portion of the bat and 20 g of the coating composition obtained in Reference Example was spray coated over the inside wall of the impact portion. The tubular body was then placed in an oven and heated to 160° C. for 30 minutes to expand and cross-link the coating. The open end head portion was closed in a manner known per se and a grip end member was attached to the opposite open end. The bat thus lined with the expanded coating (sound-proofing layer)

was subjected to batting tests. Further, the bat was cut to measure the thickness of the expanded coating. The results are shown in Table 1.

## COMPARATIVE EXAMPLE 1

To 100 parts by weight of an epoxy resin composition was blended 3.6 parts by weight of a polyester elastomer (HIGHTRELL 4057 manufactured by duPont Inc.) and the blend was dissolved in a solvent to form a solution with a resin content of 75% by weight. An non-woven polyester fabric (thickness: 0.47 mm, weight: 63 g/m$^2$) was then impregnated with the above solution and heated at 130° C. for 5 minutes to obtain a prepreg.

Into a tubular duralumin body open ended at its both ends (unfinished product as used in Example 2) was inserted the prepreg. The prepreg was applied onto the inside wall of the impact portion of the tubular body and laminated to form three-ply layer. While pressing the layer against the wall of the tubular body, the tubular body was heated at 100° C. for 1 hour to harden the prepreg layer. The open end head portion was then closed in a manner known per se and a grip end member was attached to the opposite open end. The bat thus lined with the fiber-reinforced plastic layer (sound proofing layer) was subjected to batting tests. The results are shown in Table 1.

TABLE 1

| | Sound Proofing Layer | | | Sound | |
|---|---|---|---|---|---|
| | Density (g/cm$^3$) | Thickness (mm) | Weight (g) | Proofing Property | Carry Power |
| Example 1 | 0.40 | 1 | 20 | excellent | good |
| Example 2 | 0.40 | 1 | 20 | excellent | good |
| Comp. Ex. | 1.35 | 1 | 63 | good | good |

The invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The present embodiments are therefore to be considered in all respects as illustrative and not restrictive, the scope of the invention being indicated by the appended claims rather than by the foregoing description, and all the changes which come within the meaning and range of equivalency of the claims are therefore intended to be embraced therein.

What is claimed is:

1. A metal bat for use in baseball, comprising a tubular metal body having an impact portion for hitting a ball, and a layer of a foamed coating of a powder resin coating composition, provided on and bonded to the inside wall of said impact portion and having a density of 0.05–0.5 g/cm$^3$.

2. A metal bat according to claim 1, wherein said powder coating composition comprises a thermoplastic resin containing a hydroxyl group-containing polymer, a cross-linking agent containing a polyisocyanate compound which is capable of reacting with the hydroxyl groups of said polymer at a temperature higher than the melting point of said thermoplastic resin to crosslink said polymer and which is solid at room temperature, and a blowing agent capable of decomposing and generating a gas when heated to a temperature higher than the melting point of said thermoplastic resin.

3. A method of producing a metal bat for use in baseball, comprising the steps of:

(a) providing a baseball bat having a tubular metal body which is closed at both a grip end and the opposite end thereof and which has an impact portion for hitting a ball;

(b) providing an expandable, powder coating composition;

(c) forming in said grip end an opening of a size permitting a spray nozzle to be inserted therethrough;

(d) heating said impact portion to a temperature so that said powder coating composition can be adhered to the inside wall of said impact portion;

(e) inserting said spray nozzle through said opening and spraying said powder coating composition through said nozzle into the inside of said tubular metal body to form a coating of the powder coating composition on the inside of said impact portion;

(f) heating said impact portion whose inside wall has been provided with said coating to a temperature sufficient to expand said coating; and

(g) closing said opening.

4. A method according to claim 3, wherein said powder coating composition comprises a thermoplastic resin containing a hydroxyl group-containing polymer, a cross-linking agent containing a polyisocyanate compound which is capable of reacting with the hydroxyl groups of said polymer at a temperature higher than the melting point of said thermoplastic resin to crosslink said polymer and which is solid at room temperature, and a blowing agent capable of decomposing and generating a gas when heated to a temperature higher than the melting point of said thermoplastic resin.

5. A method according to claim 3, wherein before step (f) the powder coating composition remaining unadhered in said tubular metal body is removed therefrom through said opening.

* * * * *

US005131651A

# United States Patent [19]

You

[11] Patent Number: 5,131,651

[45] Date of Patent: Jul. 21, 1992

[54] BALL BAT

[76] Inventor: Chin-San You, No. 3, Lane 1029, Feng-Shyn Road, Fen Yuan City, Taichung Hsien, Taiwan

[21] Appl. No.: 703,867

[22] Filed: May 21, 1991

[51] Int. Cl.[5] A63B 59/06

[52] U.S. Cl. 273/72 R; 273/80 R

[58] Field of Search 273/67 R, 67 A, 67 D, 273/67 DA, 72 all, 73 J, 80 R, 81.6, 80 B, DIG. 7, 26 B; 81/20, 22

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 546,540 | 9/1895 | Kennedy | 273/72 R |
| 729,639 | 6/1903 | McCoy | 273/72 R |
| 780,244 | 1/1905 | Truesdell | 273/72 R |
| 881,266 | 3/1908 | Thompson et al. | 273/73 J |
| 1,531,632 | 3/1925 | Treadway | 273/80 B |
| 1,535,667 | 4/1925 | Horne | 273/80 |
| 2,659,605 | 11/1953 | Tourneau | 273/72 R |
| 3,433,481 | 3/1969 | Tanguay | 273/72 R |
| 3,598,410 | 8/1971 | Costopoulos | 273/72 R |
| 3,618,945 | 11/1971 | Kuchar | 273/72 R |
| 3,623,724 | 11/1971 | Lande | 273/72 R |
| 4,848,745 | 7/1989 | Bohanan et al. | 273/72 R |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 555027 | 7/1943 | United Kingdom | 273/80 R |

*Primary Examiner*—Paul E. Shapiro

*Assistant Examiner*—Mark S. Graham

*Attorney, Agent, or Firm*—Fleit, Jacobson, Cohn, Price, Holman & Stern

[57] ABSTRACT

A ball bat comprises an impact portion, a grip portion, and a flexible bending portion situated between the impact portion and the grip portion. The bat is characterized in that it comprises a fiber-reinforced plastic casing of a predetermined thickness. The slits of a predetermined number are constructed in the casing located at the junction area of flexible bending portion and grip portion. The number of fibers incised to form slits is in a predetermined proportion to the total number of fibers contained in the casing located at the junction area, with the ratio being in the range of 5%–95%. The slits serve to obstruct the transmission of shock from the impact portion to the grip portion of the ball bat. Rigidity and elasticity of the impact portion are different from those of grip and flexible bending portions by virture of an existence of slits disposed in the latter. Rigidity and elasticity of the junction area of flexible bending portion and grip portion can be adjusted by means of slits to an extent that the optimum effect of swinging is attained. A covering layer made of a polymeric material can be used to encase the area, where slits are constructed, for the dual purposes of protecting the area and of absorbing the residue of shock.

16 Claims, 3 Drawing Sheets









FIG. 1




FIG. 2




FIG. 3




FIG. 4




FIG. 5




FIG. 6




FIG. 7

## BALL BAT

### BACKGROUND OF THE INVENTION

The present invention relates to a ball bat, and more particularly to a ball bat, which is made of a fiber-reinforced plastic and is designed to provide a better elasticity and to prevent the shock wave of striking a ball from transmitting to the player's hands holding the bat.

A wooden bat is susceptible to breakage upon hitting a ball even though it provides a better elastic power. On the other hand, a metal bat with a hollow interior provides a better rigidity to make it less susceptible to breakage upon hitting a ball at the expense of elasticity thereof. In addition, a metal bat is defective in that its weight can not be easily and precisely controlled in the course of manufacture thereof. Therefore, a bat made of a fiber-reinforced plastic material has been introduced. The fiber-reinforced plastic bat is characterized in that its weight can be controlled more precisely and that it provides a better strength than a wooden bat. However, the rigidity of the fiber-reinforced plastic bat can not be controlled precisely.

It is a well-known fact a bat bends instantaneously upon hitting a ball, which is subsequently carried by the hitting portion of the bat while the diametric size of the ball is reduced to about three quarters of the size at the threshold of its contact with the bat. The elastic force of the bat is said to reach an ultimate limitation when the bat, which has hit a ball, stops deflecting. Under this condition, the striking force of a player against the ball begins transmitting to the ball so that the ball has power to fly as far as possible. Accordingly, if a bat is provided with excessive rigidity and elastic force, the ball which has been hit by the bat tens to leave the bat before the striking force of the player has a chance to be transmitted to power the ball. As a result, the ball is not able to fly very far. On the other hand, if a bat is not provided with sufficient rigidity and elasticity, it tends to bend excessively upon hitting a ball, thereby resulting in a prolonged contact of the ball with the bat. As a result, the striking force of a player is unable to concentrate on the ball, which can not fly very far accordingly.

The thickness of ball-hitting portion of a prior art bat of a fiber-reinforced plastic material is greatly increased to avert the breakage of the bat upon hitting a ball. As a result, the rigidity of the bat is excessively enhanced to an extent that the striking force of a player fails to exert on the ball.

Furthermore, the outer layers of a prior art bat are generally made of fiber boards pre-impregnated in epoxy resin and are therefore uniform in construction throughout. Therefore, the shock generated at ball-hitting portion of the bat by impact of a ball can be transmitted without obstruction to the handle portion of the bat, resulting in a possible injury to the hands holding the bat.

### SUMMARY OF THE INVENTION

It is, therefore, the primary objective of the present invention to provide a ball bat of a fiber-reinforced plastic material with appropriate rigidity and elasticity in accordance with batting requirements of players.

It is another objective of the present invention to provide a ball bat made of a fiber-reinforced plastic material with effective means to avert the transmission of shock from impact portion to grip portion of the bat.



In keeping with the principles of the present invention, the primary objectives of the present invention are accomplished by a ball bat comprising an impact portion, a grip portion, and a flexible bending portion situated between the impact portion and the grip portion. The bat is characterized in that it comprises a fiber-reinforced plastic outer shell of a predetermined thickness. The slits of a predetermined number are constructed in the outer shell located at the junction area between the flexible bending portion and the grip portion. The number of fibers incised to form slits is in a predetermined proportion to the total number of fibers contained in the outer shell located at junction area of flexible bending portion and grip portion, with the ratio being in the range of 5%-95%. The slits serve to obstruct the transmission of shock from the impact portion to the grip portion of the bat. In addition, rigidity and elasticity of the impact portion are different from those of grip and flexible bending portions by virtue of an existence of slits disposed in the latter. In other words, rigidity and elasticity of the junction area of flexible bending portion and grip portion can be adjusted by means of slits to an extent that the optimum effect of swinging is attained. In addition, a covering layer of a polymeric material can be used to encase the area, where slits are constructed, for the dual purposes of protecting the area and of absorbing the residue of shock.

The ball bat embodied in the present invention is further characterized in that the covering layer comprises therein an appropriate number of inlay pieces, which may be made of materials with a predetermined rigidity, such as metals, composite materials, wood, ceramic material, fiber-reinforced plastic, etc. In view of absorbing the residue of shock, the inlay pieces may be made of materials capable of absorbing shock, such as plastic, rubber, foamed plastic material, etc.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a three-dimensional view of the first preferred embodiment of the present invention, in which the covering layer is indicated by a transparent layer.

FIG. 2 shows a cut-away view of a portion taken along line 2—2 as shown in FIG. 1.

FIG. 3 shows a three-dimensional view of the second preferred embodiment of the present invention, in which the covering layer is represented by a transparent layer.

FIG. 4 shows a cut-away view of a portion taken along line 4—4 as shown in FIG. 3.

FIG. 5 shows a three-dimensional view of the third preferred embodiment of the present invention, in which the covering layer is also indicated by a transparent layer.

FIG. 6 shows a cut-away view of a portion taken along line 6—6 as shown in FIG. 5.

FIG. 7 shows a cut-away view of a portion taken along line 7—7 as shown in FIG. 5.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIGS. 1-7, the ball bat 10 embodied in the present invention is shown comprising an impact portion 12, a grip portion 14, and a flexible bending portion 16 which is situated between the impact portion 12 and the grip portion 14 and is made into a unitized body along with impact portion 12 and grip portion 14. The ball bat 10 embodied in the present invention is

made from a plurality of carbonaceous fiber boards pre-impregnated in epoxy resin, which are intertwined in such a manner that fibers are arranged in accordance with the predetermined orientations. Thereafter, the intertwined fiber boards are made into a ball bat 10 in a mold under heat and pressure. The ball bat 10 further comprises a multi-layered outer shell 20, which is made of a fiber-reinforced plastic material by means of pressing and molding.

The ball bat 10 of the first embodiment of the present invention is characterized in that the surface of a designated area 30, which is in fact a junction area between the flexible portion 16 and the grip portion 14, comprises a plurality of slits 32 of a predetermined depth, which are randomly arranged thereon. The sum of the cut fibers in slits 32 is about 25% of the sum total of fibers in the junction area 30. In addition, the junction area 30 is further encased with a covering layer 34 of a plastic material by means of injection molding. The covering layer 34 provides greater rigidity and elasticity to junction area 30 where a plurality of slits 32 are located. The transmission of shock generated in the impact portion 12 to the grip poriton 14 is effectively obstructed by means of slits 32. Furthermore, the covering layer 34 serves to absorb the residue shock.

The ball bat 10 of the second embodiment of the present invention comprises an annular recess 50 located at the junction area of the flexible bending portion 16 and the grip portion 14. The surface of recess 50 comprises a plurality of slits 52 and perforations 54 arranged randomly throughout. The sum of the cut fibers in slits 52 and perforations 54 is about 40% of the sum total of fibers in the recess 50. In addition, the recess 50 is further encased with a covering layer 56 of plastic material by means of injection molding. If necessary, a plurality of reinforcing strips 58 of fiber-reinforced plastic material may be embedded in the recess 50 prior to encasing the recess 50 with a covering layer 56. The obstruction of transmission of shock from the impact portion 12 to the grip portion 14 is effectively achieved by means of slits 52, perforations 54 and covering layer 56 while the enhancement of elasticity and rigidity of the ball bat 10 is attained with the aid of reinforcing strips 58.

The ball bat 10 of the third embodiment of the present invention is characterized in that the surface of annular recess 50 is composed of eight grooves 59, which are spaced at equal intervals and are parallel to the long axis of the ball bat 10. Located at the interspace of grooves 59 are a plurality of slits 60 and perforations 62 arranged randomly. The sum of the cut fibers in slits 60 and perforations 62 is about 60% of the sum total of fibers in the recess 50. In addition, some of grooves 59 may contain therein reinforcing strips 63 made of fiber-reinforced plastic material while the rest of grooves 59 comprises therein shock-absorbing strips 64 of plastic material. Furthermore, a plastic covering layer 70 is used to encase the recess 50 for the purpose of absorbing the residue of shock. As a result, the shock originating at the impact portion 12 of the ball bat 10 is effectively reduced to a minimum by means of slits 60, perforations 62, shock-absorbing strips 64, and covering layer 70. The optimum rigidity of the flexible bending portion 16 for the best swinging effect can be properly adjusted through the combined usage of slits 60 and reinforcing strips 63.

The embodiments of the present invention described above are to be considered in all respects as merely illustrations of principles of the present invention. Accordingly, the present invention is to be limited only by the scope of the hereinafter appended claims.

What I claim is:

1. A ball bat comprising a fiber-reinforced outer shell having an impact portion, a grip portion, a flexible bending portion situated between said impact portion and said grip portion, and a junction area between said flexible portion and said grip portion wherein the junction area includes a plurality of discrete cuts each severing fibers of the outer shell for reducing shock transmission from the impact portion to the grip portion, with the number of fibers severed by cuts being 5%-95% of the total fibers in said junction area.

2. A ball bat in accordance with claim 1, wherein said cuts comprise slits of a predetermined width and length extending transversely in relation to a longitudinal axis of the bat.

3. A ball bat in accordance with claim 1, wherein said cuts are perforations of a predetermined diameter.

4. A ball bat in accordance with claim 1 wherein said junction area is encased with a covering layer made of polymeric material.

5. A ball bat in accordance with claim 4, wherein said junction area comprises a recess of predetermined depth and length, which includes said cuts and is encased by said covering layer.

6. A ball bat in accordance with claim 4, wherein said covering layer comprises therein a plurality of inlay pieces made of a predetermined material.

7. A ball bat in accordance with claim 4, wherein said junction area comprises therein a plurality of grooves spaced at equal intervals, with each of said grooves having an inlay piece embedded therein.

8. A ball bat in accordance with claim 5, wherein said recess is of annular shape.

9. A ball bat in accordance with claim 5, wherein said recess comprises on the surface thereof a plurality of grooves spaced at equal intervals, with each of said grooves having an inlay piece embedded therein.

10. A ball bat in accordance with claim 6, wherein said inlay pieces are made of material having a predetermined rigidity.

11. A ball bat in accordance with claim 6, wherein said inlay pieces are made of material having a shock-absorbing property.

12. A ball bat in accordance with claim 2, wherein the number of fibers severed by the slits are about 40% of the total number of fibers in the junction area.

13. A ball bat in accordance with claim 1, wherein the cuts include perforations of specified diameter and transverse slits.

14. A ball bat in accordance with claim 13, wherein the fibers severed by the cuts are about 60% of the total number of fibers in the junction area.

15. A ball bat in accordance with claim 14, wherein the fibers severed by the cuts are about 40% of the total number of fibers in the junction area.

16. A ball bat in accordance with claim 2, wherein the slits are in different transverse planes respectively.

* * * * *

US005180163A

# United States Patent [19]

Lanctot et al.

[11] Patent Number: 5,180,163

[45] Date of Patent: Jan. 19, 1993

[54] BASEBALL BAT

[76] Inventors: Paul A. Lanctot, 520 Sand Hill Rd., Donald E. Collett, 6001 Butler La., both of Scotts Valley, Calif. 95066

[21] Appl. No.: 815,556

[22] Filed: Dec. 27, 1991

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 689,010, Apr. 22, 1991, abandoned.

[51] Int. Cl.[5] ............ A63B 59/06

[52] U.S. Cl. ............ 273/72 R; 273/72 A; 273/26 B; 81/22

[58] Field of Search ............ 273/72, 266, 67, 170, 273/736, 73 J; 81/22

[56] References Cited

U.S. PATENT DOCUMENTS

514,420 2/1894 Jacobur ............ 273/72 R
879,477 2/1908 Kruger ............ 273/72 R
2,379,006 6/1945 Johnson ............ 273/72 R
3,578,801 5/1971 Piazza ............ 273/72 R
4,182,512 1/1980 Kuebler ............ 273/73 C
4,330,125 5/1982 Sassler ............ 273/73 C
4,541,631 9/1985 Sasse ............ 273/170

FOREIGN PATENT DOCUMENTS

225938 12/1959 Australia ............ 273/170
2106800 9/1971 Fed. Rep. of Germany ............ 273/735

*Primary Examiner*—Mark Graham
*Attorney, Agent, or Firm*—Jeffrey A. Hall

[57] ABSTRACT

A baseball bat (10) made of a rigid material and having an impact portion (12) and a handle portion (13). A tubular member (14) is positioned in the interior of the bat at substantially the handle portion (13) and has a first end (24) and a second end (25), said first end (24) having an opening (28) therein which is removably sealed with a plug (17). A hollow spine member (16) is secured within said tubular member (14) and is preferably attached to said plug (17) and to said second end (25) of the tube member (14). A slurry (15) composed of a plurality of particles (26) and a fluid (27) is disposed within said tubular (14). The tubular member (14) may be secured within said bat by adhesives (30) or by mechanical fastening apparatus.

19 Claims, 3 Drawing Sheets






FIG. 1




FIG. 2




FIG. 3




FIG. 4

# BASEBALL BAT

This is a continuation-in-part of U.S. application Ser. No. 07/680/010 filed Apr. 22, 1991 now abandoned.

## BACKGROUND OF THE INVENTION

1. Field of Invention

This invention relates to ball bats, particularly to baseball bats having means to dampen and isolate shock components generated as a result of the impact when the bat strikes a ball.

2. Description of Prior Art

Baseball bats, racquets, paddles and clubs are all commonly used in various sports where the object is to strike a moving or stationary ball in order to propel it some distance. These devices have certain problems in common as well as common objectives. A primary problem is the generation of a shock as a result of the impact of the ball with the bat, or racquet, or club, etc.

In a baseball bat the shock generated is most severe when the ball impacts a point other than the optimum striking point or "sweet spot" on the bat. The "sweet spot" is the point where the most impact energy will be delivered to the ball and the bat rebounds straight back and opposite to the ball's line of flight, and without any torquing, end for end, as rotation is developed. When this point is missed, some of the impact energy is delivered to the bat, off center, causing the bat to rotate, end for end, which results in both uncomfortable and injurious levels of shock being transmitted through the bat handle to the athlete. At best, this painful shock can rob the athlete of confidence, and at worst, it can cause serious injury.

Heretofore a wide variety of baseball bats have been proposed and implemented which have attempted to dampen such shock and their consequences.

One such bat is disclosed in U.S. Pat. No. 4,951,948 issued to Peng where a cylindrical handle and main body are connected together and held by a retaining collar and an elastic ring. An elastic connector is provided axially attached to an end piece. Such shock absorbing bat did not provide for any relief from end torsional shock which is a primary factor for discomfort and injury, nor did such bat provide relief from the backwards reaction shock without diminution of the forward striking force which is directly and principally involved in propelling the ball.

Another genre of bat is disclosed in U.S. Pat. No. 4,898,386 issued to Anderson, where a training bat consisted of a hollow cylindrical bat having a disk positioned in the interior of the bat near its center. A plate was also positioned in the interior of the bat and an object was slideably positioned in the interior of the bat and was movable between the disk and the plate. A hollow chamber having a knob is positioned at the handle end of the bat. Such bat had limited applications as a training device but was not useful in actual sport, nor did it provide adequate shock dampening functions.

Still another type of bat is disclosed in U.S. Pat. No. 3,955,816 issued to Bratt, where a warm-up bat having a hollow chamber with granular weight material distributed therein to result in a practice ball bat with a distributed weight or batlike feel. The handle section of such bat telescoped into one end of the tubular section filled with an aggregate of flowable material, such as sand. Such bat was not usable in actual sport as it had a deadening effect on the ball, and provided little, if any relief from the shock component responsible for discomfort and injury.

It would be highly desirable therefore to provide a means and method to specifically reduce the destructive shock generated by a bat after striking a ball while leaving the ball propulsion function of the bat essentially unchanged, increase bat speed, and enlarge the "sweet spot" of the bat.

## SUMMARY OF THE INVENTION

A baseball bat comprising an elongated body with a free end or impact portion of one diameter tapering to a handle portion of reduced diameter. A tubular member is affixed within said handle portion of said ball bat. The tubular member has a first end and a second end, said first end having an opening therein which is preferably sealed with a removable plug, said second end is preferably closed. A plurality of particles are interiorly disposed within said tubular member and surrounded by a fluid which is also interiorly situated within said tubular member. An elongated spine member is secured within said tubular member and is preferably centrally affixed to the center of the closed end of the tubular member.

The tubular member is preferably cylindrical in shape and may be composed of plastic, metal, rubber, urethane or the like.

The spine member is preferably composed of a soft compliant material which may be a fabric, plastic, rubber, urethane, or the like, so as to readily transfer shock to said particles and said fluid.

The particles may be of any shape, e.g. granular, flakes, particulate, etc., and may be composed of a metal, plastic, composite, or the like. The particles are combined in the tubular member with a viscous fluid, such as oil, and dampen shock components generated when the bat strikes a ball.

The present invention provides a baseball bat and a method of modifying existing baseball bats by use of the above so as to dampen and isolate both the torquing and lengthwise shocks generated by inaccurate hits while having essentially no effect on the third shock component which is perpendicular to the long axis of the bat, and generally concentrated by weight distribution in the impact section of the bat and parallel to the line of flight of the ball Such third shock component, which is substantially unaffected in the instant invention, is primarily a direct consequence of the acceleration of the struck ball and cannot be attenuated without causing a proportional negative effect on the flight of the ball.

In baseball or softball an accurate hit occurs when the bat to ball contact point is directly on what is called, in the sport, "the sweet spot." An engineering term for this point is the radius of gyration. The radius of gyration is the point on a swinging bat which has the average moment of inertia for all components involved in the swinging of the bat. This not only includes the bat, but also a portion of the inertia of the athlete's arms and torso, limited by the rigidity of the athlete's grip. The rotational axis of this moment of inertia is typically through the center of the athlete's body. The precise location of this point is defined by the equation:

$$I/M = K^2$$

Where:

I is the moment of inertia.

M is the mass.

K is the radius of gyration from the axis of rotation.

The radius of gyration is therefore dependent not only on the bat, but also on the way the bat is swung. This virtually assures that shock generated by a hit not on this point or "sweet spot" will be a routine occurrence.

The present invention, by providing a bat having a tubular member having an elongated spine extending therethrough, and having a slurry of particles and fluid therein, said tubular member being securely situated in the handle of the bat, reacts specifically to high amplitude shocks delivered at the handle of the bat and to any shock acting perpendicular to the handle. This device does not adversely affect the flight of the ball as it specifically attenuates the shock which would normally be painfully absorbed by the athlete's hands, wrists and elbows. The device may be retro-fitted onto existing bats or may be simply manufactured as a new bat. Moreover the present invention increases bat speed and creates a larger "sweet spot" while accomplishing the above objectives. In another embodiment of the present invention a weight is added to the handle of the bat which likewise increases bat speed and enlarges the "sweet spot" albeit with a lesser shock absorbing capacity than the preferred embodiment.

Other advantages and a fuller understanding of the invention will be had by referring to the following description and claims of a preferred embodiment thereof taken in conjunction with the accompanying drawings wherein like reference numerals refer to similar parts throughout the several views.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side cross-sectional view of a baseball bat constructed in accordance with the teachings of the present invention.

FIG. 2 is an enlarged partial, cross-sectional view corresponding to the handle area of such baseball bat, according to the invention.

FIG. 3 is a pictorial representation of the forces and balance points associated with a ball striking such baseball bat, according to the invention.

FIG. 4 is a front perspective view of such baseball bat showing the plug, tubular member and spine, partially removed from said bat.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT OF THE INVENTION

Although specific terms are used in the following description for the sake of clarity, these terms are intended only to refer to the particular structure of the invention elected for illustration and are not intended to define or limit the scope of the invention.

FIG. 1 shows a baseball bat according to the preferred embodiment of the invention. The bat 10 comprises an elongated body with a free end portion 12 tapering to a handle portion 13 of reduced diameter. A tubular member 14 which is preferably cylindrical in shape and having a first end 24 having an opening 28, and a second end 25 which is preferably closed, is inserted into said handle portion 13 of bat 10. Tubular member 14 is preferably rigidly secured in handle 13 by adhesives 30 and having a cap 34, but may be otherwise. Tubular member 14 preferably extends only into the handle portion 13 of bat 10 for optimal effect. An elongated spine member 16 is secured within tubular member 14. Spine member 16 is preferably centrally secured to said second end 25 of tubular member 14 by adhesives 30 and a compression nipple 29 and centrally to a plug 17 which is used to seal opening 28 of tubular member 14.

Referring to FIG. 2 spine 16 is preferably affixed to plug 17 by compression nipple 29 and adhesives 30. Spine 16 is, in the preferred embodiment, hollow, having space 32 therein. Spine 16 may be composed of rubber, plastic, or any compliant material, but is preferably composed of silicone rubber.

Tube 14 is filled with a slurry 15 composed of a plurality of particles 26 combined with a fluid 27. The plurality of particles 26 may be composed of metal, plastics, composites, or the like, or a combination of such materials, with lead shot being a preferred particle type. The fluid is preferably viscous such as oil, but any flowable liquid may be used as well as "jello-like" compositions. As an alternative embodiment, particles 26 and or spine 16 may be eliminated from tube 14, however, this results in some lessening of the dampening and noise reducing effect of the present invention. Another embodiment encompasses the addition of a weight disposed within the bat handle for increasing bat speed and enlarging the "sweet spot" of the bat.

Referring now to FIG. 4, tubular member 14 is shown partially removed from bat 10 and has plug 17 detached to better illustrate tubular member 14, slurry 15, spine 16, and plug 17. As FIG. 4 illustrates, the tubular member 14, slurry 15, spine 16, and plug 17 may be easily retro-fitted onto existing bats or manufactured as part of a new type of bat.

In operation and use, bat 10 is very efficient at dampening shocks produced by inaccurate hits as well as enhancing a wide variety of other batting functions such as bat speed and enlarging the "sweet spot" of the bat. It is believed that such advantages are achieved as herein described, however, no limitations on the scope or breadth of the present invention should be implied therefrom. FIG. 3 illustrates in schematic fashion, an inaccurate impact of bat 10 with a ball 18 held by person 33, which results in a reaction composed of at least three distinct shock components, shock 19 that is essentially parallel to the ball flight and distributed equally along the bat, shock 20 that is parallel to the bat axis, and shock 21 illustrating the torsional or end for end shock component of such inaccurate impact. In general terms, shock 11 causes the bat to rotate rapidly about the bat's center of mass 22 and as the distance from the location of shock 21 to the center of mass 22 may be large in proportion to the distance from handle 13 to center of mass 22, the shock delivered to the handle 13 may be very large.

FIG. 3 further illustrates that shock 21 causes handle 13 to rapidly accelerate in a path essentially at a right angle to the long axis of bat 10. When this occurs, the plurality of particles 26 in slurry 15 move about within tube 14 as the slurry's inertia relative to the accelerating handle 13 provides sufficient force to partially collapse spine 16. The partial collapse of spine 16 allows room for movement of the plurality of particles 26 in fluid 27 of slurry 15. Such movement transfers some of the force of shock 21 over a greater time period than would normally occur without significantly affecting shock 19 which acts in a direction essentially opposite to shock 28 at handle 13, and which is primarily responsible for ball's 18 propulsion. In addition, when the acceleration of handle 13 causes the inside of tube 14 to impact with the plurality of particles 26 in slurry 15, the particles and the fluid transfer of this force is in an essentially

random manner since the independent components of the particles careen off of each other and the inner surface of tube 14. This randomization redirects a portion of shock 21 in numerous directions thereby reducing its magnitude in any one direction.

The means and methods herein described for the baseball bat of the present invention may also be installed in any implement subject to torquing shocks, for example, tennis racquets, golf clubs, racquets, carpenter's hammers, and the like. Furthermore, in addition to dampening shock components the present invention increases the speed and "sweet spot" of the implement. In fact, an alternative embodiment encompasses the addition of a weight to the handle of the implement for increasing speed and enlarging the "sweet spot."

While the above description contains many specificities, they should not be construed as limitations on the scope of the invention but merely as exemplifications of preferred embodiments thereof. It is understood that the present disclosure has been made only by way of example and that numerous changes in the details of construction may be resorted to without departing from the spirit and scope of the invention. Accordingly the scope of the invention should be determined by the appended claims and their legal equivalents, and not by the examples which have been given.

We claim:

1. A ball bat comprising:

an elongated body with a free end portion of one diameter tapering to a handle portion of a reduced diameter,

a tubular member inserted into said handle portion of said ball bat, the tubular member having a first open end and a second end, said tubular member extending within said handle portion of said elongated body,

an elongated spine member secured within said tubular member, a plurality of particles interiorly disposed between said tubular member and the elongated spine member in the handle portion of the tube;

a fluid interiorly situated within said tubular member, and means for sealing said opening in said first end of said tubular member.

2. The ball bat of claim 1 wherein said tubular member is secured within said bat by adhesives.

3. The ball bat of claim 1 wherein said tubular member is composed of metal.

4. The ball bat of claim 1 wherein said elongated spine member is a hollow tube of silicone rubber.

5. The ball bat of claim 1 wherein said elongated spine member is composed of plastic.

6. The ball bat of claim 1 wherein said spine member is centrally secured to said tubular member by a compression nipple and extends lengthwise through said tubular member.

7. The ball bat of claim 1 wherein said plurality of particles are composed of metal.

8. The ball bat of claim 1 wherein said plurality of particles are composed of plastic.

9. The ball bat of claim 1 wherein said plurality of particles are freely flowable.

10. The ball bat of claim 1 wherein said fluid is an oil.

11. The ball bat of claim 1 wherein said means for sealing said opening in said first end of said tubular member comprises a plug.

12. In a baseball bat made of rigid material and having an impact portion and a handle portion with an elongated aperture disposed within the handle portion, the improvement comprising, a tubular member inserted into the aperture in the handle portion of the baseball bat, the tubular member having a first open end and a second end, an elongated spine member secured within said tubular member to the second end, a plurality of particles interiorly disposed between said tubular member and said elongated spine member within the handle portion of the bat, a fluid disposed within said tubular member and in contact with said plurality of particles, and means for sealing said opening in said first end of said tubular member.

13. The baseball bat of claim 12 wherein said tubular member is a cylinder of plastic.

14. The baseball bat of claim 13 wherein said tubular member is secured within said bat by adhesives.

15. The baseball bat of claim 12 wherein said spine member is a hollow tube of silicone rubber.

16. The baseball bat of claim 12 wherein said spine member is centrally secured to said tubular member by a compression nipple and extends lengthwise through said tubular member.

17. The baseball bat of claim 12 wherein said plurality of particles are composed of metal.

18. The baseball bat of claim 12 wherein said fluid is an oil.

19. The baseball bat of claim 12 wherein said means for sealing said opening in said first end of said tubular member comprises a plug.

* * * * *

US005219164A

# United States Patent [19]

Peng

[11] Patent Number: 5,219,164

[45] Date of Patent: Jun. 15, 1993

[54] SHOCK ABSORBING BASEBALL BAT

[76] Inventor: Jung-Ching Peng, 2/F. 9-1, Lane 161, Hsing An Road Sec. 1, Taichung, Taiwan

[21] Appl. No.: 708,504

[22] Filed: May 31, 1991

[51] Int. Cl.[5] ..... A63B 59/06

[52] U.S. Cl. ..... 273/72 R; 273/72 A; 273/26 B

[58] Field of Search ..... 273/67 R, 67 D, 67 DA, 273/72 R, 72 A, 73 J, 73 C, 80 B, 4, 26 B; 81/22

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,665,195 | 4/1928 | Cohn | 273/72 R |
| 2,023,131 | 12/1935 | Gibson | 273/80 B |
| 2,153,880 | 4/1939 | Barnhart | 273/80 B |
| 2,603,260 | 7/1952 | Florea | 273/73 J |
| 2,757,694 | 8/1956 | Curtis | 81/22 |
| 3,479,030 | 11/1969 | Merola | 273/72 A |
| 3,877,698 | 4/1975 | Volpe | 273/72 R |
| 4,609,198 | 9/1986 | Tarr | 273/73 J |
| 4,951,948 | 8/1990 | Peng | 273/72 R |

*Primary Examiner*—William H. Grieb
*Assistant Examiner*—Steven B. Wong

[57] ABSTRACT

A shock absorbing baseball bat comprising an elongate main body with a rear entrance formed on a rear taper section thereof, an elongate tapering stem concentrically disposed within the main body with the front end thereof in proximity to the front end of the main body and the rear end thereof extending to the rear of the rear entrance, a handle secured to the rear portion of the stem, an elastic guard piece disposed circumferentially between the main body and the stem immediately forward of the handle, and an elastic end piece disposed circumferentially between the front end portion of the main body and the front end portion of the stem. Both the end piece and guard piece are made from a liquid casting compound molded directly within the bat, and serve to absorb concomitant shock and vibration created by the impact of a ball with the main body.

2 Claims, 4 Drawing Sheets






FIG. 1




FIG. 2

FIG. 3






FIG. 4

# SHOCK ABSORBING BASEBALL BAT

## BACKGROUND OF THE PRESENT INVENTION

The present invention relates to a shock absorbing baseball bat and more particularly to an improved structure shock absorbing baseball bat that is simple to manufacture and that has improved characteristics.

Though shock absorbing baseball bats are known from the prior art, in particular with reference to U.S. Pat. No. 4,951,948 (Aug. 28, 1990) by the present inventor, the shock absorbing baseball bat of the present invention offers features not previously found in the bats of the prior art.

The above mentioned prior art reference cites an elastic ring member, with an internal gas bladder, and an elastic connector, such as a spring, disposed between the main body and the central handle of the shock absorbing baseball bat.

The elastic ring member and elastic connector must be separately manufactured and assembled with the other members of the bat, whereas in the shock absorbing bat of the present invention, the elastic members are formed integrally within the structure of the bat by a casting technique and are intimately in contact with the main body and stem of the bat, and strongly adheres thereto.

This not only provides a bat of improved shock and vibration absorbing characteristics but also increases the sturdiness of the bat.

As the elastic ring of the above mentioned reference usually requires various recessed areas to be formed within the main body in contact therewith, the structure of the main body would be significantly weakened.

The elastic connector would also require various appendages or threaded areas to be formed on corresponding members of the bat, which increases the manufacturing complexity and also adversely affects the integrity of the bat's structure.

In the shock absorbing baseball bat of the present invention, an elastic end piece and guard piece are directly formed between a main body and a stem at respective front and rear portions thereof, and which do not require separate assembly or pre-formed recessed or protruding mating surfaces on the main body or stem for securement therein.

As such, the improved structure shock absorbing baseball bat of the present invention provides a shock absorbing baseball bat that is simple to manufacture and that has a sturdier more integral structure.

## SUMMARY OF THE PRESENT INVENTION

The shock absorbing baseball bat of the present invention has as a first objective to provide a shock absorbing baseball that absorbs the concomitant shock and vibration created therein by the impact of a ball, and a second objective of providing a shock absorbing baseball bat that is simple to manufacture and that has an integral and sturdy structure.

The shock absorbing baseball bat of the present invention comprises an elongate hollow main body with a rear taper section on which is formed a round rear entrance on the rear end thereof, an elongate tapering stem with a hollow interior, a handle provided on the rear end of the stem, and an elastic end piece and guard piece.

The stem is disposed within the main body with the front end of the stem in proximity to the front end of the



main body and the handle on the rear end thereof disposed to the rear of the main body, with the front end of the handle separated from the rear entrance of the main body by a space.

The elastic guard piece is disposed circumferentially between the rear portion of the taper section of the main body and a rear portion of the stem immediately forward of the handle, being formed therebetween by direct casting from a liquid casting compound. The elastic guard piece also occupies the space between the handle and rear entrance.

A dowel with a central portion of reduced diameter is inserted through a pair of aligned through holes formed at pre-determined positions on the taper section and through a pair of aligned through holes formed at corresponding positions on the stem, with the dowel passing through the guard piece.

The guard piece has an inner portion formed within the interior of the stem that communicates with the portion of the guard piece disposed between the exterior of the stem and the taper section through spaces defined between the through holes formed in the stem and the dowel passing therethrough.

A rounded crown is formed on the front end of the main body having a hole thereon concentric with the stem and separated from the front end thereof by an annular space.

The elastic end piece is disposed circumferentially between the front portion of the main body and the front portion of the stem, being formed therebetween by direct casting from a liquid casting compound in a similar manner as with the guard piece. The annular space between the concentric hole on the front end of the main body and the front end of the stem is also occupied by the end piece.

Thus, the end piece and guard piece are in intimate contact with the main body and stem elastically but firmly securing the two together.

Upon the impact of a ball against the main body, concomitant shock and vibrations created in the bat are largely absorbed by the elastic end piece and guard piece.

The first and second objectives of the present invention are thereby achieved.

A detailed description of the structure and function of the shock absorbing baseball bat of the present invention along with accompanying drawings is given below.

## A BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an exploded view of a preferred embodiment of the shock absorbing baseball bat of the present invention.

FIG. 2 is a cross-sectional view of a preferred embodiment of the shock absorbing baseball bat of the present invention, taken along line 1—1 of FIG. 4.

FIG. 3 is an cross-sectional view of an elastic guard piece and surrounding elements of a preferred embodiment of the shock absorbing baseball bat of the present invention.

FIG. 4 is a perspective view of an assembled preferred embodiment of the shock absorbing baseball bat of the present invention.

FIG. 5 is an elevational view of an elongate carrier rod having counterweights and vibration absorbing elements releasably secured thereon.

## PREFERRED EMBODIMENT OF THE PRESENT INVENTION

Referring to FIG. 1, an embodiment of the shock absorbing baseball bat of the present invention comprises an elongate handle 10 with an axial cavity 11 formed therein, a tapering tubular stem 20, a generally cylindrical, hollow main body 30 with a taper section 31 to the rear thereof, and an elastic, shock and vibration absorbing end piece 40 and guard piece 50.

Handle 10, stem 20, and main body 30 are manufactured from a composite synthetic material of high toughness and resilience, such as graphite fiber reinforced plastic.

Referring also to FIG. 2, the rear end of tapering tubular stem 20, with a diameter less than that of the front end thereof is inserted into axial cavity 11 of handle 10 which has a shape and dimensions substantially conforming with that of the rear, outer portion of stem 20, hereinafter referred to as the handle portion, so as to make intimate contact therewith.

An enlarged, rounded hand guard is formed on the rear end of handle 10.

A first pair of aligned through holes 12 are formed on handle 10 near the front end thereof and a second pair of aligned through holes 13 are formed on handle 10 near the hand guard thereon, across the outer circumferential side thereof and with the mutual axis of the first pair of through holes 12 perpendicularly oriented with respect to the mutual axis of the second pair of through holes 13.

Likewise, a first pair of aligned through holes 21 and a second pair of aligned through holes 22 are formed at corresponding positions on stem 20 towards the front and rear of the handle portion thereon, respectively, so that the first and second pair of aligned through holes 21 and 22 thereon can be aligned with respective pairs of through holes 12 and 13 formed on handle 10.

The first pair of through holes 21 on stem 20 can be formed simultaneously with the first pair of through holes 12 on handle 10 by drilling across the outer circumferential side of handle 10 with the handle portion of stem 20 disposed therein. The respective second pairs of through holes 22 and 13 of handle 10 and stem 20 can likewise be formed in a similar manner, obviating the need for pre-alignment of stem 20 and handle 10 which would be required in the case of through holes formed independently on handle 10 and stem 20 prior to insertion therein.

A first and second steel pins 61 and 62 are respectively inserted through aligned first pairs of through holes, 12 and 21, and aligned second pairs of through holes, 13 and 22, and tightly secured therein by pressure fit to rigidly secure stem 20 to handle 10.

A hand grip 14 can be provided on handle 10 by wrapping a tape, made from a suitable material such as polyurethane, around the outer circumference thereof, which also serves to cover the exposed ends of pins 61 and 62 from view, as shown in FIG. 4.

Elastic guard piece 50 has roughly infundibiliform shape with a tapering outer circumferential side 51, a tapering, concentric inner cavity 52, a flattened annular top side 53, and an annular flange 54 protruding from the bottom of outer circumferential side 51.

Elastic guard piece 50, as with end piece 40, is formed from a room temperature curing synthetic casting compound, such as a suitable type of epoxy resin, that is cast directly between handle 10, stem 20, and main body 30 and is thus integral therewith and is not a separately manufactured and assembled component as might be inferred from the depiction of FIG. 1.

To form guard piece 50, stem 20 with handle 10 secured to the rear end thereof is first inserted into main body 30 through a circular entrance 311 formed on the rear of taper section 31 thereon, and held in a relative, concentric position such that a space of pre-determined distance separates circular entrance 311 from the front end of handle 10.

Referring to FIG. 3, a pair of aligned through holes 312 are formed at pre-determined positions on taper section 31, across the outer circumferential side thereof. Likewise, a pair of aligned through holes 23 are formed at corresponding positions on stem 20, such that when main body 30 and stem 20 are held in relative position as described above, stem 20 is also rotated to a proper relative orientation therewith to align the pair of through holes 23 on stem 20 with the pair of through holes 312 on taper section 31.

A stainless steel dowel 71 has a constricted central portion 711 of lesser diameter than the end portions of dowel 71, and adjoins with the end portions on either side thereof through rounded shoulder portions 712, which have shapes of pre-determined dimensions. The span between shoulder portions 712 is slightly greater than the diameter of stem 20 at the position of the pair of through holes 23 thereon.

Dowel 71 is inserted through aligned pairs of through holes, 312 and 23, on taper section 31 and stem 20, respectively. A space is defined between each rounded shoulder portion 712 and a respective through hole 23 on stem 20, hereinafter referred to as the channel space, through which the interior of stem 20 communicates with the exterior thereof.

The terminal ends of dowel 71 are flush with the outer circumferential side of taper section 31.

A pre-determined amount of liquid casting compound is then poured through a gate hole 313 formed at a pre-determined position on the outer circumferential side of taper section 31 forward from the pair of through holes 312 thereon, with main body 30 and stem 20 aligned in a vertical direction, and handle 10 in a lower position.

A releasably secured sealing ring, such as a two piece annular former, is attached to the assembly covering the space separating circular entrance 311 and the front end of handle 10, mounting flush with the outer circumference thereof and containing the liquid casting compound therebetween.

The space between the tapering inner circumferential side of the rear portion of taper section 31 and tapering outer circumferential side of the portion of stem 20 forward of the handle portion thereof, along with the space between circular entrance 311 and the front end of handle 10, defines a mold cavity for the forming of guard piece 50.

Tapering outer circumferential side 51 and tapering inner cavity 52 of guard piece 50 are thus respectively in intimate contact with the inner circumferential side of the rear portion of taper section 31 and the outer circumferential side of the corresponding portion of stem 20, and strongly adheres thereto.

Likewise, annular flange 54 is formed in the space separating entrance 311 and the front end of handle 10, and is flush with with the adjoining outer circumferential sides of taper section 31 and handle 10.

Flattened top side 53 of guard piece 50 is formed by the influence of gravity and upon curing is substantially level and perpendicular with the longitudinal axis of the bat, as the assembly is positioned in a vertical orientation.

The rear portion of main body 30 is thus elastically but firmly secured to a rear portion of stem 20, immediately forward of handle 10, by elastic guard piece 50.

Gate hole 313 is sealed to be flush with with the adjoining outer circumferential side of taper section 31.

A round tapered plug 29 made from an elastic material and of a suitable diameter, pre-inserted into the hollow interior of tubular stem 20 before securement of handle 10 therewith, is disposed at a pre-determined position therein between dowel 71 and the position of the front end of handle 10.

Guard piece 50 has an inner portion 55 formed within stem 20 by providing a quantity of liquid casting compound within the hollow interior of stem 20 above plug 29 to a level below that of top side 53 to the exterior of stem 20.

As the interior of stem 20 communicates with the molding cavity between the inner circumferential side of taper section 31 and the outer circumferential side of stem 20, through the channel spaces, inner portion 55 within stem 20 forms an integral part of guard piece 50.

Liquid casting compound can be poured directly into the hollow interior of stem 20 or can overflow from the molding cavity between stem 20 and taper section 31, through the channel spaces, or a combination of both methods can be used.

As the liquid casting compound has a relatively high viscosity that varies with temperature and time and the channel spaces are relatively narrow, the relative levels of casting compound within stem 20 and the molding cavity to the exterior thereof can readily be controlled by varying the times and rates of pouring into the respective containing areas. As such, the cured guard piece 50 will have a top side 53 formed further upwards than the top side of inner portion 55 within stem 20.

Referring to FIG. 2, end piece 40 is formed in a similar manner as with guard piece 50 and has a rounded front portion 41, a concentric tapered through hole 42 with a protruding annular rim 43 on the front thereof, and a flattened rear side 44.

With guard piece 50 fully cured and securing together the rear portions of main body 30 and stem 20, the assembly is inverted so that a rounded crown 32 defined by on the front end of main body 30 is in a lowered position.

The front end of stem 20 is even with the frontmost portion of crown 32, on which is formed a concentric hole 321 of greater diameter than the front end of stem 20 and defines a space therebetween.

A disk shaped former of suitable shape and dimensions is positioned against crown 32, abutting the front end thereof and the front end of stem 20. A gate hole is provided on the former at a position thereon corresponding to a position under the annular space separating stem 20 from concentric hole 321.

A pre-determined amount of liquid casting compound is then injected through the gate hole of the disk shaped former.

The space between the round inner side of crown 32, including the adjoining inner circumferential side of the front portion of main body 30, and the outer circumferential side of the front portion of stem 20, along with the annular space between stem 20 and concentric hole 321 defines a mold cavity for end piece 40.

Rounded front portion 41 along with adjoining circumferential sides thereon and tapered through hole 42 of end piece 40 are thus respectively in intimate contact with the round inner side of crown 32 and the outer circumferential side of the front portion of stem 20, and strongly adheres thereto.

Likewise, annular rim 43 of end piece 40 is formed in the space between stem 20 and concentric hole 321, and is flush with the adjoining outer side of crown 32 and front end of stem 20.

Flattened rear side 44 of end piece 40 is formed by the influence of gravity and upon curing is substantially level and perpendicular with the longitudinal axis of the bat.

The front portion of main body 30 is thus elastically but firmly secured to the front portion of stem 20 by elastic end piece 40.

FIG. 4 shows an assembled shock absorbing baseball bat of the present invention.

When main body 30 of the shock absorbing baseball bat of the present invention strikes a ball, elastic end piece 40 and guard piece 50 therein substantially deform with stem 20 being displaced laterally with respect to main body 30. This action strongly reduces the shock which would normally be largely transmitted to the arms of a batter using a conventional rigid wooden or metallic bat.

Elastic end piece 40 and guard piece 50 very quickly rebound to their original shapes to return the energy stored therein by their deformation to the ball, adding impetus thereto, and return stem 20 and main body 30 to their original relative orientation.

As annular flange 54 of guard piece 50 physically separates main body 30 from handle 10, concomitant vibrations in main body 30 are largely absorbed in guard piece 50 before they reach handle 10 and a batter's hands.

Further, concomitant vibrations in stem 20 are also largely absorbed by guard piece 50, with inner cavity 52 and inner portion 55 thereof being in intimate contact with respective outer and inner circumferential sides of stem 20.

End piece 40 and guard piece 50 also greatly reduces the resultant noise and ringing caused by a ball's impact with the bat, which is markedly present in the case of metallic bats.

In addition to the advantages mentioned in the background, note also that no separately manufactured and assembled elastic shock absorbing elements requiring expensive molds are utilized in the shock absorbing bat of the present invention.

Moreover, being made from a fiber reinforced composite, no secondary finishing of the outer surface of main body 30 to provide coloration or artwork thereon is required as these can be directly applied to the surface thereof during its manufacture which would not be possible with a wooden or metallic bat.

End piece 40 and guard piece 50 are both formed within the the shock absorbing bat of the present invention as was described above and form a far more integral and sturdy bat than would be possible with a bat employing separately assembled shock absorbing elements.

The shock absorbing bat of the present invention is very suited for carrying weight and balance adjusting counterweights.

Through the front end of stem 20 is normally sealed with an elastic cap 81, as shown in FIG. 1, a suitably shaped counterweight can also be used as a substitute.

Referring to FIG. 5, for greater control of the weight and balance of the bat, an elongate carrier rod 90 releasably securable within stem 20 can be provided on which one or more counterweights 91 can be attached at selected positions thereon, as is known from weight adjustable bats of the prior art.

Suitably shaped elastic members 92 could also be attached to the carrier rod to contact the inner circumferential side of stem 20 at selected positions therein and compliment guard piece 50 in attenuating vibration in stem 20.

Although, the above description contains many specificities, these should not be inferred as limitations on the scope of the present invention, but merely as one possible mode of realization of a preferred embodiment thereof.

Many variations of the structural details of the shock absorbing baseball bat of the present invention are possible. For example, though only one dowel 71 was specified, a number of dowels passing through corresponding aligned pairs of through holes formed on taper section 31 and stem 20 at appropriate positions thereon can be provided, or the dowels can be dispensed with, with guard piece 50 communicating directly with inner portion 55 thereof through a plurality of through holes formed on stem 20 providing sufficient securement between main body 20 and stem 20.

As such the scope of the present invention should not be determined from the above exposition but by the appended claims.

I claim:

1. A shock absorbing baseball bat comprising:

an elongate hollow main body having an entrance formed on a rear end thereof adjacent to a grip portion of said bat and a circular hole formed on a front crown portion thereof;

an elongate stem having a hollow interior disposed within said main body, with a front end thereof in proximity to the circular hole on said crown portion of said main body which is concentric therewith, and a rear portion thereof extending through said entrance to the rear of said main body;

a handle provided on a rear portion of said stem and disposed to the rear of said main body, said handle being separated from said entrance to define a space;

an elastic end piece, made from a liquid casting compound, disposed circumferentially between a front end portion of said stem and a front end portion of said main body, and formed by direct casting of said compound therebetween;

an elastic guard piece, made from a liquid casting compound, disposed circumferentially between a rear portion of said main body and a rear portion of said stem forward of said handle, and formed by direct casting of said compound therebetween, said guard piece occupying the space between said handle and said entrance;

a plug disposed within the hollow interior of said stem at a predetermined and medial position between the longitudinal extremities of said guard piece;

an inner portion of said guard piece formed within the hollow interior of said stem forward of said plug and adjacent therewith, said inner portion communicating with the portions of said guard piece disposed circumferentially around said stem through at least one pair of through holes formed on said stem;

wherein said end piece and said guard piece elastically secure said main body to said stem and absorb concomitant shock and vibrations in said bat created by the impact of a ball with said main body.

2. A shock absorbing baseball bat according to claim 1, wherein:

a dowel passes through each pair of aligned said through holes on said stem and through a corresponding pair of aligned through holes formed on said main body.

* * * * *

(12) UK Patent Application (19) GB (11) 2 247 932 (13) A

(43) Date of A publication 18.03.1992

(21) Application No 9019966.2

(22) Date of filing 12.09.1990

(71) Applicant
John Douglas Hue
145 Foxborough Gds, London, SE4 1QN,
United Kingdom

(72) Inventor
John Douglas Hue

(74) Agent and/or Address for Service
John Douglas Hue
145 Foxborough Gds, London, SE4 1QN,
United Kingdom

(51) INT CL[5]
A63B 49/02 53/00 59/00, B25D 1/12, F16F 7/10

(52) UK CL (Edition K)
F2S SCK S804 S810 S816
A6D D23B D25A
B4C C27B
U1S S1161 S1687

(56) Documents cited

| | | |
|---|---|---|
| GB 2006024 A | GB 1434077 A | GB 1296201 A |
| GB 1272169 A | GB 1271363 A | GB 1116808 A |
| GB 1070821 A | GB 0537718 A | EP 0261994 A2 |
| EP 0171033 A2 | US 4364584 A | |

(58) Field of search
UK CL (Edition K) A6D D22 D23B D25A, B4C C27B, F2S SCK
INT CL[5] A63B 49/00 49/02 53/00 59/00, B25D 1/12, F16F 7/10
On-line database: W.P.I.

# (54) Fluid vibration damper for racquets, bats, clubs, and hammers

(57) To damp vibration in a hand-held hitting means, such as a tennis racquet, a bat, a club, or a hammer, at least one cavity is provided in the means, partly filled with a dense liquid such as mercury. This may be in the form of a self-contained capsule in the handle, shaft or neck of the means, and the capsule may be adjustably positioned.




Fig 1

GB 2 247 932 A




Fig 5

Fig 1



**VIBRATIONAL DAMPENER**

| | |
|---|---|
| Technical field | This invention relates to simple dampener for reducing vibration in hand-held objects used for striking or hitting (such as racquets, clubs, hammers and bats). |
| Background | Tennis elbow and other physiological problems brought about by repeated vibration when hitting a ball or other object with a striking object such as a hammer or racquet, could be reduced by improved dampening. The use of rubbers, sponges etc is commonplace, but the problem could be more efficiently tacked with a fluid-filled vibrations absorption pod. |
| Essential technical features | Dampening of vibrational energy in hand-held objection (such as racquets, clubs, hammers and bats) by the use of a fluid-filled cavity with space for movement located in the grip or internally elsewhere in the striking object as a means of energy absorption. The most likely fluid would be mercury, but other high density liquids and/or fluids could be used. High density refers to a specific gravity of at least 1.5, preferably at least 2, and more preferably at least 3. the position of the vibration "pod" in the handle, shaft or grip is adjustable. |
| Example | Figure 1/ shows tennis racquet just after impact, showing vibrational waves travelling throught the frame and being absorded by the mercury (or other fluid) in the vibration pod.<br><br>Figure 2/ shows the adjustable vibration pod apparatus where the positioning of the mercury (fluid) pod can be altered to personal preference by inserting different vibrational pod screws, giving location and different quantities of mercury (fluid).<br><br>Figure 3/ shows an alternative positioning of vibro pod within racquet.<br><br>1a on diagrams refers to fluid filled vibro pod. The diagrams show racquet and parts in cross section. |