# CLAIMS

1 The use of a partially filled cavity containing mercury and/or other high density fluid within the object used for hitting, for energy absorption purposes - namely the reduction of vibration.

2 The adjustability of the positioning of the vibration pod to suit personal preference by means of a screw device.

3 The fluid container could be made out of various substances such as other metals, plastics, ceramics, rubber or rubber substitutes or any other material used for the purpose of holding the fluid.

Published 1992 at The Patent Office. Concept House. Cardiff Road. Newport. Gwent NP9 1RH. Further copies may be obtained from Sales Branch. Unit 6. Nine Mile Point. Cwmfelinfach. Cross Keys. Newport. NP1 7HZ. Printed by Multiplex techniques ltd. St Mary Cray. Kent.

JP 4043 7 A
OCT 1992

(54) STRIKING TOOL AND MANUFACTURE THEREOF
(11) 4-303477 (A) (43) 27.10.1992 (19) JP
(21) Appl. No. 3-92928 (22) 29.3.1991
(71) MARUMAN GOLF CORP (72) MASASHI KOBAYASHI
(51) Int. Cl[5]. A63B53/04,A63B59/06,B32B1/06,B32B1/08

PURPOSE: To provide a striking tool with a high silencing effect and manufacture thereof.

CONSTITUTION: A shock-absorbing high-viscosity asphalt layer 11 is provided on the inner face of a hollow metallic baseball bat (striking tool) main body 10, and the surface of the viscous material layer 11 is coated with the paint film of an elastic paint 12. The shock vibration generated when a ball is struck can be absorbed by the high-viscosity asphalt layer, thus an excellent silencing effect is obtained.



(19)日本国特許庁（JP） (12) 公開特許公報（A） (11)特許出願公開番号

特開平4－303477

(43)公開日 平成4年(1992)10月27日

| (51)Int.Cl.5 | | 識別記号 | 庁内整理番号 | FI | 技術表示箇所 |
|---|---|---|---|---|---|
| A63B | 53/04 | A | 6976－2C | | |
| | | B | 6976－2C | | |
| | 59/06 | A | 6976－2C | | |
| B32B | 1/06 | | 6617－4F | | |
| | 1/08 | Z | 6617－4F | | |

審査請求 未請求 請求項の数8（全 5 頁）

(21)出願番号 特願平3－92928

(22)出願日 平成3年(1991)3月29日

(71)出願人 000113920
マルマンゴルフ株式会社
東京都港区西新橋2丁目21番2号

(72)発明者 小林 正志
千葉県松戸市松飛台288番地，マルマンゴルフ株式会社内

(74)代理人 弁理士 西岡 邦昭

(54)【発明の名称】 打撃具およびその製造方法

(57)【要約】

【目的】 消音効果の高い打撃具およびその製造方法を提供する。

【構成】 中空金属製の野球バット（打撃具）本体10の内面に衝撃吸収用高粘性アスファルト層11を設け、粘性材層11の表面を弾性塗料12の塗膜で被覆する。

【効果】 ボール等打撃時の衝撃振動を高粘性アスファルト層で吸収することができるので、優れた消音効果が得られる。



【特許請求の範囲】

【請求項1】 中空金属製の打撃具本体の内面に衝撃吸収用粘性材層を設けたことを特徴とする打撃具。

【請求項2】 前記粘性材層が高粘性アスファルトである請求項1に記載の打撃具。

【請求項3】 前記粘性材層の表面を弾性塗料の塗膜で被覆した請求項1に記載の打撃具。

【請求項4】 前記粘性材層の内側の前記打撃具本体の中空部内に弾性発泡材のコアを設けた請求項1に記載の打撃具。

【請求項5】 中空金属製の打撃具本体内に水溶性の衝撃吸収用粘性材を注入し、打撃具本体を回転若しくは振動させながら加熱し水分を蒸発させることにより、打撃具本体の内面に衝撃吸収用粘性材層を塗着形成することを特徴とする打撃具の製造方法。

【請求項6】 中空金属製の打撃具本体を回転若しくは振動させながら打撃具本体の内面に向けて衝撃吸収用粘性材を噴射することにより、打撃具本体の内面に衝撃吸収用粘性材層を塗着形成することを特徴とする打撃具の製造方法。

【請求項7】 前記粘性材層を塗着形成した後、打撃具本体を回転若しくは振動させながら前記粘性材層の表面に向けて弾性塗料を噴射することにより、前記粘性材層の表面に弾性塗料の塗膜を被覆形成することを特徴とする請求項5又は6に記載の打撃具の製造方法。

【請求項8】 前記粘性材層を塗着形成した後、前記打撃具本体の中空部内で弾性発泡材を発泡成形することにより、打撃具本体の中空部内に弾性発泡材のコアを形成することを特徴とする請求項5又は6に記載の打撃具の製造方法。

【発明の詳細な説明】

【0001】

【産業上の利用分野】本発明は野球バット、ゴルフクラブ等の打撃具およびその製造方法に関し、更に詳しくは、打撃具本体が中空金属からなる打撃具およびその製造方法に関する。

【0002】

【従来の技術】従来より、中空金属製の野球バットやクラブヘッド本体を中空金属製としたゴルフクラブ、中空金属製ハンマー等の打撃具が用いられている。この種の打撃具は重量増を抑えつつ木製のものに比べて打撃面を硬くできるので、打球時或いは釘等の叩打時にボール、釘等の反発係数を高めることができる。したがって、打球具にあってはボールの飛距離を延ばすことができ、ハンマー等にあっては釘等の打込み作業を能率よく行うことができる。

【0003】

【発明が解決しようとする課題】しかしながら、中空金属製の打撃具、特に野球バットや中空金属製のクラブヘッド本体等の打球具は、ボール打撃時に耳ざわりな高音域の打撃音が生じ、使用者の聴覚傷害の原因になるといわれている。

【0004】近年、中空金属製の野球バット本体の中空部や中空金属製のクラブヘッド本体の中空部を発泡材のコアで埋めたものが提案されているが、消音効果の点では不十分であった。

【0005】したがって、本発明の目的は消音効果の高い打撃具とその製造方法を提供することにある。

【0006】

【課題を解決するための手段】上記目的を達成するための手段として、請求項1に記載の打撃具は、中空金属製の打撃具本体の内面に衝撃吸収用粘性材層を設けたことを特徴としている。

【0007】上記構成の打撃具においては、粘性材層が特に打撃振動の高周波成分に対する吸収性に優れていることから、中空金属製打撃具本体による打球音のうち特に聴覚傷害の原因になると言われている高音域成分を吸収することができる。

【0008】前記衝撃吸収用粘性材層としては、その粘性度を示す針入度が100～300の材料、例えば高粘性アスファルトを用いて、0．5～5mmの厚さに形成することが好ましい。

【0009】夏期の炎天下での使用等、打撃具が高温下に晒されたときの前記粘性材層のだれを防止するために、その表面を弾性塗料の塗膜で被覆するか、或いは、前記粘性材層の内側の前記打撃具本体の中空部内に弾性発泡材のコアを設けることが好ましい。

【0010】また、請求項5に記載の製造方法は、中空金属製の打撃具本体内に水溶性の衝撃吸収用粘性材を注入し、打撃具本体を回転若しくは振動させながら加熱し水分を蒸発させることにより、打撃具本体の内面に衝撃吸収用粘性材層を塗着形成することを特徴としている。

【0011】上記構成の製造方法によれば容易に打撃具本体の内面に粘性材層をほぼ均一厚さに形成することができる。また、水溶性粘性材を用いるので作業環境が良好であり、火災等の危険性がなく安全に打撃具を製造することができる。

【0012】更に、請求項6に記載の製造方法は、中空金属製の打撃具本体を回転若しくは振動させながら打撃具本体の内面に向けて衝撃吸収用粘性材を噴射することにより、打撃具本体の内面に衝撃吸収用粘性材層を塗着形成することを特徴としている。

【0013】上記構成の製造方法においても、容易に打撃具本体の内面に粘性材層をほぼ均一厚さに形成することができる。

【0014】前記各製造方法において、前記粘性材層のだれ防止のために、前記粘性材層を塗着形成した後、前記粘性材層の表面に弾性塗料の塗膜を被覆形成するか、或いは、前記打撃具本体の中空部内で弾性発泡材を発泡成形することにより、打撃具本体の中空部内に弾性発泡

材のコアを形成することが好ましい。

【0015】

【実施例】以下、図面を参照して本発明の実施例を説明する。

【0016】図1および図2は本発明を野球バットに適用した場合の一実施例を示したものである。これらの図を参照すると、バット本体10は例えばアルミニウム、ジュラルミン等の金属からなる中空金属構造を有している。図2に示すように、バット本体10の内面には衝撃吸収用粘性材層として、針入度が100～300の高粘性アスファルト層11が0．5～5mmの範囲内のほぼ均一厚さに形成されており、更に、夏期の炎天下での使用等、ゴルフクラブヘッドが高温下に晒されたときの粘性材層11のだれを防止するため、粘性材層11の表面は弾性塗料12の塗膜で被覆されている。弾性塗料12としては例えば株式会社昭和シェル石油製「プレガード（商品名）」を用いることができる。なお、粘性材層11はバット本体10の内面全体にわたり形成しても良いが、スイートスポットを中心とした領域に部分的に形成してもよい。また、バット本体10の内部には補強用リブを形成しても良い。

【0017】上記構成のバットにおいては、高粘性アスファルト層11が特に打撃振動の高周波成分に対する吸収性に優れていることから、中空金属製バット本体10による打球音のうち特に聴覚傷害の原因になると言われている高音域成分を効果的に吸収することができる。

【0018】図3は本発明を野球バットに適用した場合の他の実施例を示したものである。この実施例では、高粘性アスファルト層11のだれを防止するために、高粘性アスファルト層11の表面に密着して中空金属製バット本体10の中空部内に例えば発泡ウレタンゴム等の弾性発泡材コア13が発泡成形により形成されている。

【0019】図4および図5はそれぞれ上記構成の野球バットの製造方法における高粘性アスファルト層11の形成工程を示したものである。

【0020】図4に示す方法は遠心成膜法を応用したもので、中空金属製のバット本体10内に水溶性のエマルジョン系高粘性アスファルト11aを注入し、バット本体10を回転させながら加熱し水分を蒸発させることにより、バット本体10の内面に高粘性アスファルト層11を塗着形成する。なお、高粘性アスファルト層11をバット本体10の例えば内面全体に形成する場合等においては、バット本体の回転時の傾斜角度を適宜に調整することが望ましい。

【0021】上記方法によれば容易にバット本体10の内面に高粘性アスファルト層11をほぼ均一厚さに形成することができる。また、水溶性アスファルト11aを用いるので作業環境が良好であり、火災等の危険性がなく安全にアスファルト層11を形成することができる。

【0022】図5に示す方法は吹付成膜法を応用したもので、中空金属製のバット本体10を回転させながら、且つ、バット本体10内に挿入した噴射ノズル14を移動させながら、高温溶融状態の高粘性アスファルト11aを該噴射ノズル14からバット本体11の内面に向けて噴射することにより、バット本体10の内面に高粘性アスファルト層11を塗着形成する。バット本体10の回転および噴射ノズル14の移動により、バット本体10の内面に高粘性アスファルト層11をほぼ均一厚さに形成することができる。



【0023】その後、例えば図5に示した吹付成膜法と類似した方法で中空金属製のバット本体10を回転させながら、且つ、バット本体10内に挿入した噴射ノズル14を移動させながら、弾性塗料12を噴射ノズル14からバット本体11の内面に向けて噴射することにより、図2に示すように高粘性アスファルト層11の表面に弾性塗料12の塗膜を形成するか、或いは、バット本体10の中空部内で弾性発泡材を発泡成形することにより、図3に示すようにバット本体10の中空部内に弾性発泡材コア12を形成することができる。

【0024】図6は本発明をゴルフクラブヘッドに適用した場合の一実施例を示したものである。この図を参照すると、ヘッド本体20は例えばステンレス鋼、ジュラルミン等の金属からなる中空金属構造を有している。ヘッド本体20の内面には衝撃吸収用粘性材層として、針入度が100～300の高粘性アスファルト層21が0．5～5mmの範囲内のほぼ均一厚さに形成されており、更に、夏期の炎天下での使用等、ゴルフクラブヘッドが高温下に晒されたときの粘性材層21のだれを防止するため、粘性材層21の表面は前記プレガード（商品名）等の弾性塗料22の塗膜で被覆されている。なお、粘性材層21はヘッド本体20の内面全体にわたり形成しても良いが、スイートスポットを中心としたフェースの裏側領域に部分的に形成してもよい。また、ヘッド本体20の内部には補強用リブを形成しても良い。

【0025】上記構成のゴルフクラブヘッドにおいては、高粘性アスファルト層21が、中空金属製ヘッド本体20による打球音のうち特に聴覚傷害の原因になると言われている高音域成分を効果的に吸収することができる。

【0026】図7は本発明をゴルフクラブヘッドに適用した場合の他の実施例を示したものである。この実施例では、高粘性アスファルト層21のだれを防止するために、高粘性アスファルト層21の表面に密着して中空金属製ヘッド本体20の中空部内に例えば発泡ウレタンゴム等の弾性発泡材コア23が発泡成形により形成されている。

【0027】図8および図9はそれぞれ上記構成のゴルフクラブヘッドの製造方法における高粘性アスファルト層21の形成工程を示したものである。

【0028】図8に示す方法は遠心成膜法を応用したも

ので、中空金属製のヘッド本体２０内に水溶性のエマルジョン系高粘性アスファルト２１ａを注入し、ヘッド本体２０を回転若しくは振動させながら加熱し水分を蒸発させることにより、ヘッド本体２０の内面に高粘性アスファルト層２１を塗着形成する。

【００２９】上記方法によれば容易にヘッド本体２０の内面に高粘性アスファルト層２１をほぼ均一厚さに形成することができる。また、水溶性高粘性アスファルト２１ａを用いるので作業環境が良好であり、火災等の危険性がなく安全にアスファルト層２１を形成することができる。

【００３０】図９に示す方法は吹付成膜法を応用したもので、中空金属製のヘッド本体２０を回転若しくは振動させながら、且つ、ヘッド本体２０内に挿入した噴射ノズル２４を移動させながら、高温溶融状態の水溶性高粘性アスファルト２１ａを噴射ノズル２４からヘッド本体２１の内面に向けて噴射することにより、ヘッド本体２０の内面に高粘性アスファルト層２１を塗着形成する。ヘッド本体２０の回転および噴射ノズル２４の移動により、ヘッド本体２０の内面に高粘性アスファルト層２１をほぼ均一厚さに形成することができる。

【００３１】その後、例えば図９に示した吹付成膜法と類似した方法で中空金属製のヘッド本体２０を回転若しくは振動させながら、且つ、ヘッド本体１０内に挿入した噴射ノズル１４を移動させながら、弾性塗料１２を該噴射ノズル１４からバット本体１１の内面に向けて噴射することにより、図６に示すように高粘性アスファルト層２１の表面に弾性塗料２２の塗膜を形成するか、或いは、ヘッド本体２０の中空部内で弾性発泡材を発泡成形することにより、図７に示すようにヘッド本体２０の中空部内に弾性発泡材コア２２を形成することができる。

【００３２】以上、図示実施例につき説明したが、本発明は上記実施例の態様のみに限定されるものではなく、特許請求の範囲に記載した発明の範囲内においてその構成要素に種々の変更を加えることができる。例えば、上記実施例では、高粘性アスファルト層のだれを防止するための手段として、弾性塗料の塗膜および弾性発泡材コアを選択的に用いたが、高粘性アスファルト層の表面に弾性塗料の塗膜を形成し更に中空金属製打撃具本体の内部に弾性発泡材コアを設けてもよい。また、弾性塗料や弾性発泡材コアの代わりに、打撃具本体内に例えば内部を加圧した弾性体密封チューブを挿着してもよい。更に、野球バットやゴルフクラブヘッド等の打球具以外の例えばハンマー等であっても、中空金属製の打撃具本体を有するものであれば同様に本発明構成を適用して優れた消音効果を奏し得ることは明かである。

【００３３】

【発明の効果】以上の説明から明かなように、本発明によれば、金属製打撃具本体の内面に設けた衝撃吸収用粘性材層によりボール等打撃時の衝撃振動音をよく吸収することができるので、消音効果の高い打撃具を提供することができる。

【図面の簡単な説明】

【図１】　本発明の一実施例を示す野球バットの斜視図。

【図２】　図１に示す野球バットの図１中２－２線に沿った断面図。

【図３】　本発明の他の実施例を示す野球バットの断面図。

【図４】　野球バット内面への高粘性アスファルト層の形成工程に一例を示す断面図。

【図５】　野球バット内面への高粘性アスファルト層の形成工程の他の例を示す断面図。

【図６】　本発明の他の実施例を示すゴルフクラブヘッドの断面図。

【図７】　本発明の更に他の実施例を示すゴルフクラブヘッドの断面図。

【図８】　ヘッド本体内面への高粘性アスファルト層の形成工程の一例を示す断面図。

【図９】　ヘッド本体内面への高粘性アスファルト層の形成工程の変形例を示す断面図。

【符合の説明】１０　バット本体（打撃具本体）

１１　高粘性アスファルト層（粘性材層）

１２　弾性塗料

１３　弾性発泡材コア

１４　噴射ノズル

２０　ヘッド本体（打撃具本体）

２１　高粘性アスファルト層（粘性材層）

２２　弾性塗料

２３　弾性発泡材コア

２４　噴射ノズル

【図２】




【図３】



【図1】




【図4】




【図6】




【図5】




【図7】




【図9】




【図8】

