Dec. 21, 1926. 1,611,858

L. MIDDLEKAUFF

BASEBALL BAT

Filed Dec. 31, 1923




INVENTOR
Lloyd Middlekauff
BY
ATTORNEY

Patented Dec. 21, 1926. 1,611,858

# UNITED STATES PATENT OFFICE.

LLOYD MIDDLEKAUFF, OF TORRINGTON, CONNECTICUT, ASSIGNOR TO UNION HARDWARE COMPANY, OF TORRINGTON, CONNECTICUT, A CORPORATON OF CONNECTICUT.

## BASEBALL BAT.

Application filed December 31, 1923. Serial No. 683,660.

It has been customary in the past to make baseball bats out of wood, sometimes solid of one-piece and sometimes laminated. It has also been proposed to interiorly reenforce wooden bats with metal or cores of wood. Ordinarily wooden bats have the disadvantage of being easily dented and broken. As is well known a solid wooden bat must be carefully held to avoid splitting. Laminated and cored constructions are very expensive to make. Furthermore, wooden bats vary very greatly in weight and in any event are easily dented and splintered.

The main object of my invention is to provide a durable baseball bat which can be made at a reasonable cost and turned out in quantity with uniform characteristics as to weight and resiliency. Another object is to provide a construction of this type which can be made with standard methods of manufacture and standard parts in different sizes, weights, and balance characteristics as it may be required.

In carrying out the invention I make the body of the baseball bat of steel in the form of a tapered tube provided at the ends with closing caps and suitably reenforced and designed to provide the desired characteristics.

Figure 1 is a side view of a baseball bat embodying the improvements of my invention shown on a small scale.

Fig. 2 is an exploded view of the principal parts of the bat.

Fig. 3 is a full size longitudinal sectional view of a fragment of a handle end.

Figs. 4 and 5 are sectional views showing different forms of joints.

Fig. 6 is a transverse sectional view on the plane of the line 6—6 of Figure 1.

Fig. 7 is a full sized longitudinal sectional view of a fragment of the outer end of the bat.

The body 10 is preferably formed of steel of the desired length, diameter and taper. This is tubular in form and may be drawn from a low carbon seamless tube, carbonized and heat treated so as to provide the necessary strength and resiliency, or from a high carbon steel tube in which case heat treatment or carbonizing is unnecessary. This body may also be formed of a strip of sheet steel of suitable grade formed into tubular shape with its edges suitably secured together to form in effect a seamless tube. The edges may be united in any well known manner as for instance by a lock joint seam 11 as shown in Fig. 4, or by a butt joint and inner cover strip 12 as shown in Fig. 5, or by an ordinary lap joint. The edges may be welded, soldered, or brazed in any suitable manner.

The ends of the body are closed by suitable caps such as 13 and 14. The inner end cap 13 may have a collar 15 fitting in the smaller end of the body and brazed, riveted, or otherwise secured in position. The outer end cap similarly may have a collar or flange 16 secured for instance inside the outer end of the body in any suitable manner such as by means of screw threads, by brazing, welding, rivets or screws.

I also prefer to reenforce a part of the body of the bat, for instance the outer third of its length, by providing an interior sleeve 17 suitably secured by brazing, riveting, or welding to the body. In fact, this inner sleeve 17 may serve as the means for connecting the edges of the strip of which the body tube is formed so as to simultaneously secure reenforcement and permanent junction of the edges of the strip. This inner tube or sleeve 17 is also preferably of tempered steel although certain advantages of construction may be obtained by using a tubular sleeve of wood veneer or fibre or similar substance.

I may also reenforce the outer end for instance by casting or otherwise securing an insert 18 which may conveniently be held in place by the inner shoulder 19. This insert not only reenforces the end so as to prevent it being dented, but also serves as a means for weighting the outer end so as to give the desired balance and swing to the bat. This weighting of the outer cap may be done at the factory when manufacturing in quantity according to desired standards, or it is possible to leave the outer end cap to be weighted and applied by the purchaser so that the balance of the bat may be adjusted to the particular desires of the individual customer. In this way a purchaser can vary the balance of his bat by experiment so as to get exactly the effect desired.

Such a construction is practically non-breakable and indestructible. It can be held in any position and gives much greater driv-

ing power than an ordinary wooden bat. Furthermore, according to my invention, it is possible to turn out such constructions with absolute uniformity of weight and balance. Ordinarily a skillful player places great reliance upon the exact weight and balance of the bat he is accustomed to use, and his game is very badly interfered with in case his particular bat is broken or missing. According to my invention, the player can be assured of not only a substantially indestructible bat, but he can always be assured of uniformity of weight and balance of the steel bat.

It should be understood of course that the bat may be painted, enameled, or plated with any desired finish. The handle may be wound or provided with any suitable grip 20. In view of the fact that the working surface of the bat is perfectly smooth, hard, and not likely to be dented or splintered as is the case with wood, there is less likelihood of cutting or tearing the ball.

It should be understood of course that the thickness of the metal employed will depend upon a number of considerations such as the characteristics of the metal, the hardening or tempering operation, and the weight of the bat. It should also be understood that such constructions can be made in different grades in which the cost of material and labor are important elements.

I claim:

1. A tapered tubular steel bat formed from a single strip having its edges secured together by interior means constituting longitudinal reinforcement, and closing caps at its opposite ends.

2. A steel bat having a tubular body provided with an interior springy tubular reenforcing sleeve.

3. A tapered tubular steel bat, closures for the opposite ends thereof and a resilient tubular reinforcing sleeve secured in direct engagement with a wall of the larger end of said bat and extending approximately the entire length of the striking length thereof.

4. A tapered tubular steel bat, a longitudinally extending reinforcement tube secured directly to the interior thereof, and an end cap.

LLOYD MIDDLEKAUFF.

(51) Int. Cl.[2] A63B 59/06
(52) Japanese Classification 120 G 524
(19) Japanese Patent Office Japanese Patent Publication Gazette
(11) Japanese Examined Patent Application Publication No. S50-7976
(44) Date of Publication March 31, 1975
Number of inventions: 1 (2 pages total)

(54) Metal Baseball Bat

(21) Patent Application No.: S45-117027
(32) Date Application Submitted: Dec. 22, 1970
(72) Inventor: Yoshio Iwase
69 Tokiwa, Ushikubo-cho,Toyokawa-shi
(71) Applicant: Shirasu Mokko Seisakusho
Same address .
(74) Agent: Zenzo Matsunaga, Patent Attorney

Brief Explanation of the Drawings

Fig. 1 is a drawing showing a circular metal pipe having the form of a baseball bat, Fig. 2 a pipe which is contained inside of the ball striking surface of the metal bat of the present convention. Fig. 3 a drawing showing the metal pipe of Fig. 2 contained inside the ball striking surface of the metal bat shown in Fig. 1, and Fig. 4, Fig. 5, and Fig. 6 are cross-sectional drawings along the line A-A, B-B, and C-C in Fig. 3.

Detailed Description of the Invention

The present invention is a metal baseball bat characterized by the fact that, in the process of manufacturing a baseball bat using a round metal pipe made of, e.g., aluminum, a metal pipe is attached by embedding or attached by fitting inside the pipe in the ball striking area, and the ball striking face is given a double-layer structure.

In the manufacture of metal baseball bats, particularly aluminum bats, normally, by drawing (swaging) an aluminum pipe having a large diameter in the ball-striking part, the bat is narrowed by throttling in the direction of the grip part. For this reason, however, an aluminum pipe having an initial diameter of, for example, 60 mm and thickness of 2 mm is throttled up to the grip part while being formed into the shape of bat. By this means, the thickness in the grip area becomes approximately 5 mm, as much as 2.5 times the initial thickness of the pipe. This is an unnecessary thickness having no elasticity as a baseball bat, and also increases the weight of the bat.

For this reason, in order to make the grip a suitable thickness of approximately 3 mm for bat, it has been necessary to make the thickness of an aluminum pipe of 60 mm in diameter approximately 1.2 mm, and while this decreases the weight of the bat, it also produces a bat in which the ball striking face is susceptible to denting by the striking the ball.

The present invention has the purpose of using an aluminum pipe having a thickness suitable as the weight for a baseball bat, and strengthening the thickness of the ball-striking part while making the grip part an optimal thickness, without having to consider the thickness of the ball-striking face. By attaching by embedding or attaching

by fitting a separate metal pipe 2 (shown in Fig. 2) inside the ball-striking part 1, it is possible to offer a metal bat in which the ball-striking face has a thickness to withstand striking the ball and an extremely good ball hitting force, and which is able to withstand long-term use. Moreover, an especially remarkable fact is that the present invention offers the advantage that by increasing or decreasing the thickness of the pipe shown in Fig. 2, the difference between weight and strength can be adjusted freely, and depending upon the thickness or length of the pipe, various bats from children's bats to softball bats and hardball bats can be manufactured. Further, by attaching by fitting the pipe shown in Fig. 2 to the outside, it is also possible to offer bats having the same weight but in a width required by the hitter, and an ideal baseball bat which is not easily broken and is able to withstand impact when hit from whatever direction of the ball hitting face.

(57) Claims
1. A metal baseball bat characterized by the fact that the ball hitting face is provided with a double-type structure by fixing a metal pipe of a suitable length inside the part of the pipe which is the ball hitting face.

[see original for figures]

Fig. 1

Fig. 2

Fig. 3

Fig. 4

Fig. 5

Fig. 6

# AFFIDAVIT OF ACCURACY

I, Wendy Peel, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the Japanese patent number 50-7976.

Wendy K. Peel
TransPerfect Translations, Inc.
333 W. Wacker Drive 7th Floor
Chicago, IL 60606

Sworn to before me this
1st day of February 2001

Signature, Notary Public

"OFFICIAL SEAL"
LILIANA M. ALVAREZ
Notary Public, State of Illinois
My Commission Exp. 10/28/2003

Stamp, Notary Public

⑤Int.Cl².
A 63 B 59／06

⑤日本分類
120 G 524

⑲日本国特許庁

⑪特許出願公告
昭50−7976

# 特許公報

㊹公告 昭和50年(1975) 3月31日

発明の数 1

(全 2 頁)

1

2

⑭金属製野球バット

㉑特　　願　昭４５−１１７０２７
㉒出　　願　昭４５(１９７０)１２月２２日
㉒発 明 者　岩瀬義雄
　　　　　豊川市牛久保町常盤６９
㉑出 願 人　株式会社白惣木工製作所
　　　　　同所
㉔代 理 人　弁理士　松永善蔵

図面の簡単な説明

第１図は野球バット形態の金属丸パイプ、第２図は本発明の金属製バット打球面の内側に内蔵するパイプ、第３図は第１図金属バット打球面内側に第２図の金属パイプを内蔵した図、第４図、第５図、第６図はそれぞれ第３図のＡ−Ａ、Ｂ−Ｂ、Ｃ−Ｃ線の切断断面図である。

発明の詳細な説明

本発明は、アルミニユーム等の金属丸パイプによる野球バットの製作過程に於て、バット打球部分パイプの内側に、金属パイプを填着または嵌着し、打球面が金属パイプの二重構造になることを特徴とする金属製野球バットである。

金属製、特にアルミニユーム製野球バットを製作するには通常、打球部において最大径のアルミニユームパイプを引き抜き加工（シエーヂング）によつて、グリップ部方向に絞つて細くして行くのであるが、その為に例えば最初直径６０粍、厚さ２粍のアルミパイプを、バットの形状にしながらグリップ部まで絞つて行くと、グリップ部の内厚は約５粍厚さとなり、最初のパイプの厚さの2.5倍程にもなる。これは野球バットとして弾力性のない不必要な厚さとなり、重量の点で重いバットとなる。

そこでグリップをバットとして適当な３粍前後程度の厚さにする為には、[illegible]

Patent Appln. NO.

S 45-117027

[illegible]さとなる肉厚のアルミパイプを使用し、打球面の肉厚は考慮に入れず、グリップ部を最良の肉厚とし打球部の肉薄を強化する目的を持つて、別の金属パイプ２（第２図示）を打球部１内側に填着するとかまたは嵌着することにより、打球面を打球に耐える肉厚として、軽量なバランスの良い、極めて飛球力のある、しかも長期使用に耐える金属バットを提供する事が出来る。そして特筆すべき事は、この発明によれば、第２図示のパイプの厚さを加減することにより、重量と強度の差を自由自在にする事が出来、パイプの厚さの厚薄または長短により、少年用バットから軟式バット、硬式バット迄製作出来る利点がある。また第２図パイプを外側に嵌着することにより、打者の要求する太いバットを同重量で供する事も出来、容易に折れず、打球面四方どの方向より打球しても衝撃に耐える理想的な野球バットとなすことができる。

㊼特許請求の範囲

1　打球面パイプ部の内側に適宜な長さの金属パイプを固着して打球面が二重パイプ構造となる事を特徴とする金属製野球バット。

第1図




第2図




第3図




第4図




第5図




第6図



(19) Japanese Patent Office (JP)
(12) Japanese Patent Publication Gazette (A)
(11) Japanese Examined Patent Application Publication No. S63-38477
(43) Date of Unexamined Patent Publication February 19, 1988
(51) Int. Cl.[4] A63B 59/06
Identification Code
Internal Filing No. A-6970-2C
D-6970-2C

Request for examination: filed
Number of Inventions: 1 (3 pages total)

(54) Title of the Invention: Metal Baseball Bat

(21) Patent Application No.: S61-180829
(22) Date Application Submitted: July 31, 1986

(72) Inventor: Yoshiaki Takahashi
4-13-13 Osu, Naka-ku, Nagoya-shi, Aichi-ken
(71) Applicant: Shirasu Co. Ltd.
69 Tokiwa, Ushikubo-cho, Toyokawa-shi
(74) Agent: Zenzo Matsunaga, Patent Attorney

Specification

1: Title of the Invention
Metal Baseball Bat

2. Claims

A metal baseball bat characterized by the fact that, inside the ball striking part of a hollow metal bat body, an inner tube, which is formed of the metallic material that is harder than the material of said bat body and has a gradually tapered form with the end narrowed off, is fitted and fixed, and the ball striking part is given narrowed form in the narrowing direction.

3. Detailed Description of the Invention

"Industrial Field of Application"

This invention relates to a metal baseball bat.

"Prior Art"

Heretofore, the concept of fitting a metal tube of a different type [from that of the bat body] into the ball striking part of a metal baseball bat and thereby reinforcing this part has been proposed, but this concept has not yet been put into practical use. This is because the outer wall of this metal tube has been inserted parallel to the inner wall of the ball striking part and therefore has not been sufficiently anchored, so that the metal tube moves inside the ball striking part after hitting a ball repeatedly, and has been unable to completely reinforce the ball striking part.

"Problems That the Invention Is to Solve"

The present invention offers a metal baseball bat in which the ball striking part is

EXHIBIT 3

reinforced and strengthened by fitting and fixing an inner tube composed of a metallic material which is harder than the bat body in the ball striking part of a metal baseball bat, which has a structure which can be used without this inner tube becoming detached or moving, and in which, by combining the soft material of the bat body with the hard material of this inner tube, the overall heating field is excellent, and there is no breaking or denting of the ball striking part.

"Means Used to Solve the Problems"

An inner tube made of a hard metallic material and having a tapered form which narrows at the end is fitted into the ball striking part of the bat body of metal baseball bat, and the ball striking part is given a tapered form which narrows at the end in the direction of the end of the ball striking part by means of a swaging process.

"Operation"

By inserting an inner tube having a tapered form narrowed at the end into the ball striking part of the bat body and forming the bat body and inner tube as a single body, the bat is sufficiently reinforced, so that detachment or movement of the inner tube by repeated hitting of balls does not occur, and by this means damage to the ball striking part is almost completely avoided.

By means of the combined structure of the inner tube made of a hard material and the bat body, which is formed of an alloy having flexibility and ductility, a metal baseball bat having a good hitting feel is obtained.

"Working Examples"

Fig. 1 shows a metal baseball bat of the present invention. (A) denotes the bat body, into the ball striking part (1) of which an inner tube (2) is inserted and fixed. The ball striking part (1) is shown in cross-section. Here, the bat body (A) is formed as a hollow body composed of a light metallic alloy (e.g., JIS A6061, A7075, AA7046, or AA7178) having good ductility. (3) is the grip part.

The process of manufacturing this bat body (A) is next described. In the inner tube (2), first, a first tapered part (4) is formed narrowing in the direction of the grip part (3), is shown in Fig. 2. (4') is a straight part which connects to the first tapered part (4). As described above, this inner tube is formed of a metallic material which is harder than that of the bat body (A) (e.g., and aluminum alloy (AA7001, stainless steel, manganese steel, titanium, or the like).

Before the working of the bat body (A), as shown in Fig. 3, this inner tube (2) is inserted in the direction of the grip part (3) from an opening (h) formed in the end of the ball striking part (1), and is fitted into the narrowed portion moving toward the grip part (3) from the ball hitting part (1).

Next, the end portions of the opening part (h) and the ball striking part (1) are closed and hardened by means of a swaging process or the like, and the ball striking part is formed while a second tapered part (4") is formed at the end of the ball striking part of the inner tube (2), as shown in Fig. 4.

Accordingly, as shown in Fig. 4, the bat body (A) of this invention is constituted so that the ball striking end part is narrowed as the form of the ball striking part (1). Furthermore, the inner tube (2), by means of this first tapered part (4) and second tapered part (4"), is snugly fitted into and anchored to the inner wall of the ball striking part (1), and is not allowed to rattle loosely around therein.

As shown in Fig. 5, an inner tube (2) comprising a first tapered part (4), straight

part (4'), and second tapered part (4") may be used.

"Effects of the Invention"

In the metal baseball bat the present invention, the outer circumference of the ball striking part is made of a lightweight alloy having ductility, and by fitting and fixing an inner tube made of a hard metal and having a tapered form at the end therein, offers a metal baseball bat in which the inner tube is not move when hitting, the ball hitting part is hard and does not suffer indentation or breaking.

Moreover, by means of the combination of the hard metallic material of the inner tube and the metallic material having flexibility which forms the outer bat body, an ideal sports implement having a flexible structure necessary as a metal baseball bat is offered..

4. Brief Explanation of the Drawings

Fig. 1 is an elevation drawing of a metal baseball bat of the present invention, showing up portion thereof in cross section.

Fig. 2 is a partially enlarged cross-sectional drawing of the inner tube.

Fig. 3 is a cross-sectional drawing showing the state in which the inner tube is fitted into the bat body.

Fig. 4 is an enlarged cross-sectional drawing of the ball striking part of a metal baseball bat the present invention.

Fig. 5 is an enlarged cross-sectional drawing of another working example of the inner tube.

(A)...bat body
(1)...ball striking part
(2)...inner tube
(3)...grip part
(4)...first tapered part
(4')...straight part
(4")...second tapered part

Applicant: Shirasu Co. Ltd.
Agent: Zenzo Matsunaga, Patent Attorney [seal]

[see original for figures]

Fig. 1

Fig. 2

Fig. 3

Fig. 4

Fig. 5

# AFFIDAVIT OF ACCURACY

I, Wendy Peel, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the 5 Japanese patent number 63-38477.

Wendy K. Peel
TransPerfect Translations, Inc.
333 W. Wacker Drive 7th Floor
Chicago, IL 60606

Sworn to before me this
1st day of February 2001

Liliana M. Alvarez

Signature, Notary Public

"OFFICIAL SEAL"
LILIANA M. ALVAREZ
Notary Public, State of Illinois
My Commission Exp. 10/28/2003

Stamp, Notary Public

⑲日本国特許庁（ＪＰ）　⑪特許出願公開

⑫公開特許公報（Ａ）　昭63－38477

⑸Int.Cl.⁴　識別記号　庁内整理番号　㊸公開 昭和63年(1988) 2月19日

A 63 B 59/06　Ａ－6970－2Ｃ　Ｄ－6970－2Ｃ

審査請求 有　発明の数 1（全3頁）

㉞発明の名称　金属製野球用バット

㉑特　願　昭61－180829

㉒出　願　昭61(1986) 7月31日

㉗発明者　高橋　義明　愛知県名古屋市中区大須4丁目13番13号

㉑出願人　株式会社　白惣　愛知県豊川市牛久保町常盤69番地

㉔代理人　弁理士　松永　善蔵

Patent Appln. No, S 61－180829

明　細　書

1．発明の名称

金属製野球用バット

2．特許請求の範囲

中空状の金属製バット本体の打球部の内部に、前記バット本体よりも硬質の金属材よりなり、端部が先つぼみのテーパー状をなす内側管を嵌入固定し、打球部を先端方向に向かって先つぼみ状に形成したことを特徴とする金属製野球用バット。

3．発明の詳細な説明

「産業上の利用分野」

この発明は金属製野球用バットに関するものである。

「従来の技術」

従来において、金属製野球用バットの打球部の内部に、別体の金属管を嵌入してその部分を補強する考えが提案されているが、未だに実用化するには至っていない。それはこの金属管の外壁が打球部の内壁に平行なものが嵌入されているので充分に固定され得ず、打球の繰返しによって打球部内をその金属管が移動することとなって、完全に打球部を補強できなかったことによる。

「発明が解決しようとする問題点」

この発明は、金属製野球用バットにおいて、その打球部に、バット本体よりも硬質の金属材よりなる内側管を嵌入固定することによって、その部分を補強して強度を得ると共に、その内側管が脱れたり、移動したりすることなく使用できる構成であり、バット本体の柔軟な材質材と、この内側管の硬質材の組合わせにより、折れたり、打球部が陥没したりせず、そして全体として使用感の優れた金属製野球用バットを得るものである。

「問題を解決するための手段」

金属製野球用バットのバット本体の打球部に、先端が先つぼみのテーパー状をなす硬質金属製の内側管を嵌め込み、スウェージング法などにより、打球部の先端方向に先つぼみのテーパー状の形状となった打球部を形成する。

「作用」

バット本体の打球部内に先つぼみテーパー状の

内側管を有し、バット本体と内側管が一体化され、そのため補強が充分に行われ、打球を繰返すことによっても内側管が脱れたり、移動するようなことがなく、これによって打球部の破損を最大限に防止する。

硬質材の内側管と、一方、柔軟性があり延びのある合金によるバット本体との複合構成により、使用感のよい金属製野球用バットとなる。

「実施例」

第1図に示すのはこの発明の金属製野球用バットで、(A)はバット本体を示し、その打球部(1)において内側管(2)が嵌入固定されている。打球部(1)は断面を示す。こゝでバット本体(A)はよく延びのある軽合金金属材[たとえばJIS A6061, A7075, AA7046, AA7178]によって中空状で一体に形成されている。(3)はグリップ部である。

このバット本体(A)の製造過程をのべると内側管(2)は第2図示のように先ずグリップ部(3)方向に先つぼみの第1テーパー部(4)を形成させる。(4')は第1テーパー部(4)に連続したストレート部である。この内側管の材質としては前述のように、バット本体(A)に比較して硬質の金属材[たとえばアルミニウム合金(AA7001)、ステンレス、マンガン鋼、チタンなど]で形成される。

この内側管(2)を第3図に示すように、バット本体(A)の加工前において、打球部(1)の先端に開けた開口(b)よりグリップ部(3)方向に向かって挿入し、打球部(1)よりグリップ部(3)に移る狭小部分に嵌入させる。

ついで開口部(b)および打球部(1)をスウェージング法などによりその先端を閉ざして固め、その際第4図示のように内側管(2)の打球部先端側に第2テーパー部(4")を形成しつつ打球部を形成する。

したがってこの発明のバット本体(A)は、第4図に示すように、打球部(1)の構成としては打球部先端が先つぼみの形状の構成となる。さらに内側管(2)はその第1テーパー部(4)と、第2テーパー部(4")とによって、打球部(1)の内壁に強固に嵌入固定され、みだりに移動することがなくなる。

なお第5図に示すように内側管(2)は予め、第1テーパー部(4)、ストレート部(4')、第2テーパー部(4")に形成したものを使用してもよい。

「発明の効果」

この発明の金属製野球用バットは、その打球部の外周が延伸性のある軽合金金属製に対して、内部に硬質の金属製の内側管を、その先端部をテーパー状にして嵌合固定したことによって、打球にあたって内側管が移動するようなことがなく、打球部が固くて陥没することのなく折れることのない金属製野球用バットを提供する。

一方、内側管の硬質金属材と、外側のバット全体を形成する柔軟性のある金属材との組み合わせによって、打球に当たり、金属製野球用バットとして必要な、堅くて柔軟な構成の理想的な器具を提供するものである。

4. 図面の簡単な説明

第1図はこの発明の金属製野球用バットの正面図であって、一部を断面によって示す、

第2図は内側管の部分拡大断面図、

第3図は内側管をバット本体に挿入する状態を示す断面図、

第4図はこの発明の金属製野球用バットの打球部の拡大断面図、

第5図は内側管の他の実施例の拡大断面図である。

(A)・・・バット本体　(1)・・・打球部
(2)・・・内側管　(3)・・・グリップ部
(4)・・・第1テーパー部
(4')・・・ストレート部
(4")・・・第2テーパー部

特許出願人　株式会社　白惣
代理人　弁理士　松永善蔵

第 1 図




第 2 図




第 3 図




第 4 図




第 5 図



(19) Japanese Patent Office (JP)
(12) Japanese Patent Publication Gazette (A)
(11) Japanese Examined Patent Application Publication No. H2-243173
(43) Date of Unexamined Patent Publication Sept. 27, 1990
(51) Int. Cl.[5] A63B 59/06
Identification Code
Internal Filing No. A-7339-2C

Request for examination: not yet filed
Number of Inventions: 1 (4 pages total)

(54) Title of the Invention: Metal Bat

(21) Patent Application No.: H1-67167
(22) Date Application Submitted: March 17, 1989
(72) Inventor: Fumiyoshi Sato
c/o Mizuno Co., Ltd., 4-1-23 Kitahama, Chuo-ku, Osaka-shi, Osaka-fu
(71) Applicant: Mizuno Co., Ltd.
4-1-23 Kitahama, Chuo-ku, Osaka-shi, Osaka-fu

## Specification

1. Title of the Invention
Metal Bat

2. Claims

1. Metal bat characterized by the fact that a tube made of a desired material in which the entirety or a desired portion as a 2-layer structure is inserted into the interior of a bat body, the containing face is sealed, and the entirety or a desired portion between the layers of said 2-layer structure tube is filled with a liquid or gel-state fluid substance.

3. Detailed Description of the Invention

(Industrial Field of Application)

The present invention relates to a metal bat used for baseball or softball.

(Prior Art)

Metal bats used in baseball and softball are widespread, adding the advantages of a lower rate of breakage, greater longevity, hitting quickness, and longer hitting distances than wooden bats, and producing the high-pitched sound characteristic of metal when the ball is hit. At the present time, development continues in order to improve these advantages. There has been a noticeable trend toward widening the surface area of the ball hitting part by reducing the thickness and increasing the diameter of the ball hitting part, where the diameter is larger to hit the ball, thin [enough to be at] the ball impact breaking threshold, reducing fouls and tipped balls, while improving the metallic sound, and increasing the sharpness of the hit and the hitting distance. In particular, at present various improvements from aspects such as reducing unpleasant sounds and noise

pollution caused by the amplification of the ball striking sound have occurred.

Accordingly, the technique of reducing the noise in fact by filling the bat with a foam material is publicly known, but this has not been welcomed, since it reduces the metallic sound of the bat and decreases the special characteristics of metal bats.

Further, since bats are known to be dented or deformed in response to striking the ball, as in the bat described in Japanese Utility Model Examined Application Publication No. S52-50845, a device been created whereby, an airtight chamber is formed inside the bat body, and by injecting compressed air into said airtight chamber and freely adjusting the pressure therein, the denting or deformation of the bat can be prevented, and it is disclosed that the airtight chamber is formed using a tightly sealed elastic material such as rubber or synthetic resin.

Further, in order to avoid the numbing of the hands due to vibration of the bat when the ball is struck, as indicated in Japanese Utility Model Examined Application Publication No. S51-13165, a metal bat in which the ball striking surface is given a 3-layer structure by bonding the sheet or pipe of rubber or synthetic resin in the interlayer of a 2-layer pipe is also publicly known.

(Problems That the Invention Is to Solve)

The high-pitched sound made by striking a baseball with a metal bat, during an exciting game or a game where there are large distances produces a "ping" sound which is so high-pitched as to make one wish to cover one's ears, and while attractive for the team's supporters and viewers, may be shocking not only to the catcher behind the plate but also to the pitcher and other players, and there have been instances where catching errors have been caused by a player being surprised by this sound. In particular, it has been found that the catcher, who is in the closest proximity to the hitter, is susceptible to work related hearing loss due to hearing the high-pitched metallic sound in this close proximity.

Moreover, in indoor practice, the ball hitting sound is echoed and can easily become conductive noise, harming the environment.

Meanwhile, in environments where practice hitting occurs such as baseball fields near residential areas and school grounds, the reverberating high-pitched metallic sound is inevitably a source of noise pollution.

On the other hand, metal bats are susceptible to denting, deformation, damage, and breaking from the effects of hitting a ball. In order to prevent such denting and deformation, the device specified in the aforesaid Japanese Utility Model Examined Application Publication No. S52-50845 has been produced. However, these problems cannot be sufficiently solved by the pressure of air, and the high-pitched metallic sound is still difficult to suppress. In particular, when the bat is broken or damage, fragments and broken pieces are scattered widely by the air pressure, and the danger of unexpected injury to humans is great. Additionally, this method has been unable to suppress the vibrations produced when a ball is hit.

The device specified in the aforesaid Japanese Utility Model Examined Application Publication No. S51-13165 solves these problems to a certain extent, but since the ball striking face is a double-layer structure of metal pipes, it does not reduce the metallic noise.

(Means Used to Solve Problems)

The present invention was produced in light of the foregoing problems, and has

1, a method whereby the inner wall face 3 or tube 2 is coated with an adhesive agent and inserted into the bat body and bonding is performed by injecting air into the bat body; a method whereby air is injected into the bat body without applying any adhesive, and the tube is tightly inserted thereby may be used, and when the latter method is used, it offers the advantage that tube replacement becomes possible.

(Effects of the Invention)

In the metal bat of the present invention, since a tube made of a desired material in which the entirety or a desired portion as a 2-layer structure is inserted into the interior of a bat body, the containing face is sealed, and the entirety or a desired portion between the layers of said 2-layer structure tube is filled with a liquid or gel-state fluid substance, the fluid substance damps vibrations occurring on the bat body when a ball is hit. Accordingly, not only is the shock which numbs the hands reduced, but the sharp sound of the bat is reduced. Thus, the problem of noise-sensitive hearing loss encountered by catchers who hear the sound produced by the striking of the ball from a close proximity can be eliminated. Further, since the effects of ball hitting sounds and echoes thereof indoors are reduced, unpleasantness is eliminated, and central nervous system problems etc. produced by sounds can be reduced. Of course, the danger of the generation of noise pollution is eliminated outdoors as well.

Meanwhile, since there is a tube having a double structure and tightly bonded to the interior wall face of the bat body, when the bat body is broken or damaged due to metal fatigue or other causes when hitting a ball, the tube exerts a tensile effect, restrains the scattering of fragments and broken pieces, and has the effect of reducing the possibility of human injury.

Next, by filling the interlayer of the double-layer tube in its entirety with a fluid substance, a ball hitting surface having excellent vibration and noise suppressing effects is obtained; when the double-layer structure is formed only in desired areas and these areas only are filled with the fluid substance, the metallic sound is created in the portions not filled with the fluid substance. However, since distant metallic sound is not shrill due to the vibration-suppressing and noise-suppressing effects of the adjacent fluid substance filled areas, there is no danger of hearing damage. Moreover, by changing the setting of the area to be filled with the fluid substance and by changing the mass of the fluid substance, or by interposing granules (substance having a high specific gravity), it is possible to design and manufacture bats in which the bat body has a differing swing balance, hitting areas, and hitting points. In summary, the present invention offers the advantage of a metal bat in which the defects of conventional bats are solved while maintaining the ball hitting effect such as sharp hitting and long hitting distances which are the advantages of metal bats.

4. Brief Explanation of the Figures

Fig. 1 is a lengthwise cross-sectional drawing showing a working example of the present invention, Fig. 2 is a partially enlarged figure of the state before the double-layer tube is bonded, and Fig. 3, Fig. 4, and Fig. 5 are lengthwise cross-sectional figures of other working examples of the invention.

1: bat body, 2: tube, 3: inner wall face, 4: interlayer, 5: fluid substance, (a): inside (b): outside, A: ball hitting area, B: partitions, C: chambers.

Applicant: Mizuno Co., Ltd.
Representative Director: Masato Mizuno

[see original for figures]

Fig. 1
1: bat body
2: tube
3: inner wall face
4: interlayer
5: fluid substance
(a): inside
(b): outside

Fig. 2
(a): inside
(b): outside

Fig. 3
A: ball hitting area
(a): inside
(b): outside

Fig. 4
B: partitions
C: chambers
(a): inside
(b): outside

Fig. 5
(a): inside
(b): outside

# AFFIDAVIT OF ACCURACY

I, Wendy Peel, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the 5 Japanese patent number 2-243173.

[signature]

Wendy K. Peel
TransPerfect Translations, Inc.
333 W. Wacker Drive 7th Floor
Chicago, IL 60606

Sworn to before me this
1st day of February 2001

[signature]

Signature, Notary Public

"OFFICIAL SEAL"
LILIANA M. ALVAREZ
Notary Public State of Illinois
My Commission Exp. 10/28/2003

Stamp, Notary Public

⑲日本国特許庁（JP）　⑪特許出願公開

⑫公開特許公報（A）　平2-243173

⑤Int. Cl.⁵　識別記号　庁内整理番号　㊸公開　平成2年(1990)9月27日
A 63 B 59/06　A　7339-2C

審査請求　未請求　請求項の数　1　（全4頁）

㊹発明の名称　金属製バット

㉑特　願　平1-67167
㉒出　願　平1(1989)3月17日

⑫発明者　佐藤　文宣　大阪府大阪市中央区北浜4丁目1番23号　美津濃株式会社内
⑪出願人　美津濃株式会社　大阪府大阪市中央区北浜4丁目1番23号

Patent Appln. No.
H1-67167

明　細　書

1．発明の名称

金属製バット

2．特許請求の範囲

1　バット本体の内部に、全体又は所望部が二層構成の任意材のチューブを挿入して内壁面に密着せしめ、該二層構成チューブの層間の全部又は任意部に液体かゲル状の流動物を充填したことを特徴とする金属製バット。

3．発明の詳細な説明

（産業上の利用分野）

この発明は、野球・ソフトボールに使用する金属製バットに関するものである。

（従来の技術）

野球・ソフトボールに使用する金属製バットは広く普及しており、木製バットに比し折損率は低く、耐久力に富み、かつ打球の早さと飛距離に優れる利点があり、金属特有の甲高い打球音が発生する。現今はかかる利点を助長する方向に開発が進み、ボールを打つ大径の打球部は、打球による破損限界近くまで肉薄、大径にして打球部の面積を広くし、ファウルやチップを少なくする共に、金属音を助長し、打球の鋭さと飛距離の増大を目指す傾向が顕著になっており、特に打球音を増幅させることによる難聴障害や騒音公害等の弊害が生ずる現状にある。

従って、金属製バットにおいては、バット内部に発泡体を充填して消音効果を高めるものも公知であるが、これは金属音が消失して金属製バットの特色がなくなり、鈍い打球になるので歓迎されない。

一方、打球の反復により歪んだり変形することもあるので、実公昭52-50845号公報のバットのように、バット本体内に気密室を形成し、該気密室内に空気を圧入してその圧力を調整自由にすることにより歪んだり変形することを予防する考案がなされ、気密室としてゴム、合成樹脂のような弾性材料で密閉状の袋体を形成することが開示されている。

又、打球時の振動によって手がしびれるのを予

防するために、実公昭51－13165号公報のように、打球面が二重パイプの中間層にゴムまたは合成樹脂の板あるいはパイプを接着して打球面が三重構造とした金属製バットも公知である。

（発明が解決しようとする課題）

先ず、打球時に発生する金属特有の甲高い打球音は、強烈な打球や飛距離の大きい打球のときは、キーンという耳を塞ぎたくなるほど甲高く、そのため味方や観衆を魅了するが、守備する捕手はもちろん、投手や野手はびっくりしたり、打球音に惑わされて守備ミスをすることがある。特に打者に最も近い位置の捕手は、甲高い金属音を真近で反復聴取する関係上、感音性難聴障害になりやすいことが判った。

又、屋内練習においては、打球音は反響して伝音性難聴になりやすく、体調をくずしやすい欠点があった。

一方、住宅近傍の球場や校庭で打撃練習する環境にあっては、反復生ずる甲高い金属音が騒音公害になりかねない等の課題がある。

他面、金属製バットは打球の反復により窪んだり、変形、破損、折損することがあり、窪んだり変形することを予防するために、前記実公昭52－50845号公報に示す考案がなされているが、空気の圧力ではかかる欠点を十分に予防できないし、甲高い金属音を消音できないきらいがあり、殊に、破損、折損時には破片や折損部分が空気圧によって遠くまで飛散して、人体に不測の危害を与える危険性が大である。又打球時に発生する振動を減衰することはできない。

この点、前記実公昭51－13165号の考案はある程度まで解決できるものであるが、打球面を金属パイプの二重構造であるため、金属音を減少せしめることはできない。

（課題を解決するための手段）

この発明は前記課題に鑑みて、難聴障害と騒音公害を予防し、打球時に破損、折損したとき、破片や折損部分の飛散による危害を減少せしめ、打球時の振動を減衰してショックから手を守ることを目的とするものであり、解決するための手段としては、金属製バット本体の内部に全体が二層又は所望部が二層構成の任意材のチューブを挿入して内壁面に密着せしめ、該二層構成チューブの層間の全部又は任意部に、液体かゲル状の流動物を充塡した金属製バットにした。

（作用）

この発明は、金属製バット本体の内壁面に、全体又は所望部が二層構成のチューブを密着せしめ、該二層構成チューブの層間に液体かゲル状の流動物を充塡する。該流動物はゴムや発泡体よりも振動の減衰，遮断効率が良好なため優れた消音作用を奏するので、二層構成チューブの層間の全部又は任意部に充塡する流動物の質量を調整することにより打球時の金属音を高低に加減調整することが可能になると同時に、振動を減衰する作用を奏する。

又、該チューブはバット本体の内壁面に密着せしめてあるから、打球時にバット本体が万一破損、折損しても、チューブが引張り作用を奏して破片や折損部分が遠くまで飛散するのを防止する。

（実施例）

この発明の実施数例を図面に基いて説明する。第1図は、中空金属製バット本体（以下バット本体という。）1の内部に、全体が内側（イ）と外側（ロ）の二層構成からなる任意材のチューブ2を挿入して内壁面3に密着せしめ、該チューブの層間4の全部に液体かゲル状の流動物5を充塡した金属製バットである。

第3図に示すのは、バット本体1の内部に、打球部領域Aが二層構成の任意材のチューブ2を挿入して内壁面3に密着せしめ、該打球部領域Aのチューブの層間4に液体かゲル状の流動物5を充塡した金属製バットである。

第4図に示すのは、バット本体1の内部に、大部分が二層構成で間仕切りBによって複数の個室Cを形成した任意材のチューブ2を挿入して内壁面3に密着せしめ、該チューブの所望個室Cに液体かゲル状の流動物5を充塡した金属製バットである。

第５図に示すのは、バット本体１の内部に、二層構成部分と一層部分とからなる任意材のチューブ２を挿入して内壁面３に密着せしめ、該チューブの二層部分の層間４に液体かゲル状の流動物５を充填した金属製バットである。

なお、図面は省略したが、流動物５に任意材の粉末か粒子を介在せしめることも可能であり、チューブ２は、バット本体１の内壁面３の全周に密着せしめる大きさのほか、小径のチューブにして内壁面３の所望部に密着せしめてもよい。チューブ２をバット本体１の内壁面３に密着せしめる手段は、内壁面３かチューブ２の表面に接着材を塗布してバット本体内に挿入し、バット本体内に空気を注入して密着せしめる方法又は接着剤を塗布せずにバット本体内に空気を注入してチューブを密着せしめる方法も可能であり、後者の方法を採用すると、チューブの交換ができる利点がある。

（発明の効果）

この発明に係る金属製バットは、バット本体の内壁面に、全体又は所望部が二層構成のチューブを密着せしめ、該チューブの層間に液体かゲル状の流動物を充填したものであるから、打球時にバット本体に与える振動を流動物が減衰して消音作用を奏する。従って、手がしびれるようなショックは著減すると同時に甲高い金属音は低減する。かくして真近で打球音を反復聴取する捕手でも感音性難聴障害になる憂いは解消する。又屋内での打球音も反響が低減するから不快感は少なくなり、音による脳中枢神経障害等で体調をくずすことも減少する。もちろん、屋外にあっては、騒音公害を発生するおそれはない。

一方、金属疲労その他によって打球時にバット本体が破損したり折損したとき、バット本体の内壁面に密着した二層構成のチューブが存在すると、チューブが引張り作用して破片や折損部分の飛散を食い止めるから、人体に危害を与える事は著減する効果がある。

次に、全体を二層構成のチューブでその層間に流動物を充填すると、防振と消音効果に優れて鈍い打球音になるが、二層構成を所望部にしてこの所望部のみに流動物を充填すると、流動物を充填しない部位で打球すると金属音を発する。しかし、この金属音は隣接した流動物充填部位の防振、消音作用により甲高くならないから、難聴障害のおそれはない。又流動物充填部位の設定、流動物の質量を変えること及び粉末か粒子（比重の大きい物質）を介在せしめることによって、バット本体の振りバランスやヒッティングエリア、ヒッティングポインを異にしたバットが設計製作できる。要するに金属製バットの長所である鋭い打球、大きい飛距離の打球効果を維持しながら、従来の欠点を改良した金属製バットになり有益である。

４．図面の簡単な説明

第１図はこの発明の実施一例を示す縦断面図、第２図は二層構成チューブを密着せしめる前の要部拡大説明図、第３図，第４図，第５図は他の実施例の縦断面図である。

１：バット本体、２：チューブ、３：内壁面、４：層間、５：流動物、（イ）：内側、（ロ）：外側、Ａ：打球部領域、Ｂ：間仕切り、Ｃ：個室。

特許出願人
美津濃株式会社
代表取締役　水野正人

第1図




第2図




第3図




第4図




第5図



(51) Int. Cl.[2] A63B 59/06
(52) Japanese Classification 120 G 524
Internal Filing No. 6641-25
(19) Japanese Patent Office Japanese Utility Model Publication Gazette
(11) Japanese Examined Utility Model Application Publication No. S51-13165
(44) Date of Publication April 8, 1976
(2 pages total)

(54) Metal Baseball Bat

(21) Patent Application No.: S45-138731
(32) Date Application Submitted: Dec. 30, 1970
(72) Inventor: Yoshio Iwase
69 Tokiwa, Ushikubo-cho, Toyokawa-shi
(71) Applicant: Shirasu Mokko Seisakusho
Same address
(74) Agent: Zenzo Matsunaga, Patent Attorney

Brief Explanation of the Drawings

Fig. 1 is an elevation showing a center view of 8 3-layer structure metal baseball bat according to the present device, Fig. 2, Fig. 3, Fig. 4, and Fig. 5 are cross-sectional drawings along the line A-A, B-B, C-C and D-D in Fig. 1, and Fig. 6 is a cutout elevation showing a metal pipe engaged to the outer circumferential ball-striking face of a metal baseball bat which constitutes another embodiment of this device.

Detailed Description of the Invention

The present device is a metal baseball bat having a metal ball-striking face three-layer structure and is characterized by the fact that, in the process of making the ball-striking face of a baseball bat made of a round metal pipe such as aluminum a two-layer structure, a rubber-like or synthetic resin sheet or a high thereof is inserted into the interlayer of this double-layer pipe ball-striking face, and is bonded by means of an adhesive agent.

Baseball bats in which the ball striking face has a double-layer structure have the advantages of a strong repulsive force in use, excellent durability, and the fact that they can be manufactured having light weight as a baseball bat.

Nevertheless, vibration, which is characteristic and a defect of the metal bat, is conducted to the grip part, thus having the defect of creating a sensation of numbness in the hands. The present device is characterized as being able to offer an extremely ideal metal baseball bat in which a rubber-like or synthetic resin sheet or a pipe 2 thereof is inserted as an intermediate body into the interlayer of a 2-layer structure of metal pipe ball striking part 1 and reinforcement pipe 3, thereby absorbing the vibrations of the metal on the outside when hitting the ball into the rubber-like substance or the like of the interlayer, and preventing vibration of the bat in the hands of the hitter.

(57) Utility Model Claims

A metal baseball bat in which the ball-striking face is provided with a three-layer

structure by inserting a rubber-like or synthetic resin sheet, or a high thereof. into the interlayer of a two-layer pipe which serves as the ball striking face.

[see original for figures]

Fig. 1

Fig. 2

Fig. 3

Fig. 4

Fig. 5

Fig. 6

# AFFIDAVIT OF ACCURACY

I, Wendy Peel, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the Japanese patent number 51-13165.

Wendy K. Peel
TransPerfect Translations, Inc.
333 W. Wacker Drive 7th Floor
Chicago, IL 60606

Sworn to before me this
1st day of February 2001

Signature, Notary Public

"OFFICIAL SEAL"
LILIANA M. ALVAREZ
Notary Public, State of Illinois
My Commission Exp. 10/28/2003

Stamp, Notary Public

⑤Int.Cl.²
A 63 B 59／06
⑤日本分類
120 G 524
⑲日本国特許庁
⑪実用新案出願公告
昭51-13165

実用新案公報
庁内整理番号 6641－25
④公告 昭和51年(1976)4月8日
(全2頁)

Patent Appln. No.
S45-138731

1

# ⑤金属製野球バット

㉑実 願 昭45－138731
㉒出 願 昭45(1970)12月30日
⑫考 案 者 岩瀬義雄
豊川市牛久保町常盤69
⑪出 願 人 株式会社白惣木工製作所
同所
⑭代 理 人 弁理士 松永善蔵

## 図面の簡単な説明

第1図は本考案における三重構造金属製野球バットの中空部を切欠いた正面図、第2図、第3図第4図、第5図はそれぞれ第1図のA—A、B—B、C—C、D—D線の切断断面図、第6図は本考案の別の実施例で、金属製野球バットの外周打球面に、金属パイプを接合させた切欠正面図である。

## 考案の詳細な説明

本考案は、アルミニユウム等の金属丸パイプによる野球バットに於いて、打球面を金属パイプの二重構造とする製作過程において、その打球面二ム質または合成樹脂の板を押入し、接着剤をもつて接着してなることを特徴とする金属製打球面三重構造の野球バットである。

打球面金属二重構造の野球バットは、使用上反撥力が強く、耐久性にすぐれ、また野球バットとして軽量に製作出来る長所がある。

しかしながら打球に際し、金属バットの特徴でありまた欠点であるところの、バットのバイブレーションがグリツプ部につたわり、そのため手にしびれを来す欠点がある。本考案は金属パイプ打球部1と補強パイプ3の二重構造の中間層に、ゴム質または合成樹脂の板、あるいはそれらのパイプ2を、中間体として押入させているため、打球に際し外側の金属のバイブレーシヨンを中間層のゴム質等で吸収し、バットの手もとの振動をなくしてしびれのないきわめて理想的な金属製野球バットを提供出来る特徴がある。

## ⑤実用新案登録請求の範囲

打球面が二重パイプの中間層にゴム質または合成樹脂の板、あるいはそれらのパイプを押入接着して打球面が三重構造とした金属製野球バット。

第1図




第2図




第3図




第4図




第5図




第6図



US005364095A

# United States Patent [19]

Easton et al.

[11] Patent Number: 5,364,095

[45] Date of Patent: Nov. 15, 1994

[54] TUBULAR METAL BALL BAT INTERNALLY REINFORCED WITH FIBER COMPOSITE

[75] Inventors: James L. Easton, Los Angeles; Gary W. Filice, Moorpark; Roger Souders, Poway; Charles Teixeira, Littlerock, all of Calif.

[73] Assignee: Easton Aluminum, Inc., Van Nuys, Calif.

[21] Appl. No.: 704,678

[22] Filed: May 21, 1991

Related U.S. Application Data

[63] Continuation of Ser. No. 320,594, Mar. 8, 1989, abandoned.

[51] Int. Cl.[5] ........ A63B 69/36

[52] U.S. Cl. ........ 273/72 A

[58] Field of Search ........ 156/86, 293, 294, 165, 156/287; 428/34.9, 35.8, 36.1; 273/67 A, 72 R, 72 A, 80 R, 80 B, DIG. 7, DIG. 13

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,697,069 | 10/1972 | Merda | 273/72 A |
| 3,876,204 | 4/1975 | Moore et al. | 273/72 A |
| 4,023,801 | 5/1977 | Van Auken | 273/80 B |
| 4,047,731 | 9/1977 | Van Auken | 428/35.8 |
| 4,082,277 | 4/0478 | Van Auken et al. | 273/DIG. 7 |
| 4,348,247 | 9/1982 | Loyd et al. | 156/294 |
| 4,505,479 | 3/1985 | Souders | 273/72 A |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1230776 | 5/1971 | United Kingdom | 156/294 |
| 2053696 | 2/1981 | United Kingdom | 273/DIG. 23 |
| 2059596 | 4/1981 | United Kingdom . | |

*Primary Examiner*—Mark S. Graham
*Attorney, Agent, or Firm*—Roth & Goldman

[57] ABSTRACT

A hollow metal tube and method making same are disclosed in which the tube includes a reinforcing sleeve compressively engaged with the interior of the tube. The sleeve is formed of carbon fibers in an epoxy matrix. The method of making the tube results in the wall of the tube being compressed against the sleeve, which imparts a high rate of wall recovery if the tube is impacted. Accordingly, the article is particularly useful as a ball bat or other tubular structure which may be subjected to external forces or impact.

8 Claims, 1 Drawing Sheet




W 500090



FIG. 1

FIG. 2

FIG. 3

# TUBULAR METAL BALL BAT INTERNALLY REINFORCED WITH FIBER COMPOSITE

## CROSS REFERENCE TO RELATED APPLICATIONS

This is a continuation of application Ser. No. 07/320,594 filed Mar. 8, 1989, now abandoned, from which priority is claimed under 35 USC 120.

## BACKGROUND OF THE INVENTION AND PRIOR ART

This invention relates to reinforced metal tubes, and will be described with particular reference to a hollow aluminum ball bat having a carbon composite core. The articles and methods disclosed are not however limited to ball bats and have widespread application wherever high strength, lightweight tubes are required and, more particularly, where the tubular structure is comprised of a protective metal overlayer and a fiber composite underlayer for added strength.

Examples where such structures are particularly useful include many sports applications in addition to ball bats such as bicycle frames and seat posts, shafts for golf clubs, sailboat and windsurfing masts and booms, and hockey sticks. A particularly useful application of such tubes is the seat post for off road or all terrain bicycles where a long post enables one to have a smaller frame which gives a better ride.

Over the years, a great number of hollow metal baseball bat designs have been disclosed. See, for example, U.S. Pat. No. 4,248,425, Easton, issued Feb. 3, 1981. Some of these designs include inserts which are intended to dampen vibration and increase the impact resistance of the bat when striking a ball. Examples of these types of designs are disclosed in U.S. Pat. No. 3,861,682, issued to H. Fujii on Jun. 15, 1976, and U.S. Pat. No. 4,323,239 issued to J. Ishii on Apr. 6, 1982.

Various composite tubular elements in which a metal tube is provided with an exterior wrapping of carbon reinforcing fibers are disclosed in U.S. Pat. Nos. 4,173,670 issued Nov. 6, 1979; 4,131,701 issued Dec. 26, 1978; 4,084,819 issued Apr. 18, 1978; 4,082,277 issued Apr. 4, 1978; and 4,023,801 issued May 17, 1977; all to Richard L Van Auken.

Some attempts have also been made to coat or wrap the exterior of a metal bat with materials intended to enhance batting performance. An example of this type of design is disclosed in U.S. Pat. No. 4,025,377, issued to Y. Tanikawa on May 24, 1977.

In general, exterior wrappings and coatings on tubular metal articles do not provide a significant improvement in articles subject to external impacts or other forces such as metal ball bats or bicycle parts. This is particularly true for bicycle seat tubes which are clamped inside of a frame tube because carbon fibers on the exterior of the seat tube will become damaged and lose structural integrity if the frame tube is clamped directly on these fibers.

Accordingly, it is an object of the present invention to provide a new and improved strong and lightweight structure comprised of a metal tube having internal carbon fiber reinforcing.

It is another object of the present invention to provide a new metal ball bat having a very high rate of wall recovery during impact.

## SUMMARY OF THE INVENTION

The present invention accordingly provides an internally reinforced metal tube structure having at least one layer of carbon fibers on the interior thereof. A preferred embodiment of the invention is a metal ball bat having an elongated hollow metal tubular body, a portion of which is designated as a ball striking, or impacting area, the interior of which is reinforced with carbon fibers.

The ball striking area may further be provided with a reduction in the thickness of the wall of the hollow metal body. This reduction may be accomplished by forming a recess in the inside wall of the body, or the wall could be butted to provide a thinned portion for selective interior carbon reinforcement.

A reinforcing member in the form of a hollow sleeve fits within the tube, and the outside dimensions of the sleeve and the inside dimensions the tube are such that compressive forces are generated between the inside wall of the tube and the outer wall of the sleeve. This compression fit locks the sleeve in the tube and provides the ball striking area of the bat with a high rate of wall recovery during impact.

Other objects, features and advantages will become apparent from a reading of the specification in conjunction with the drawings where like reference numerals designate or refer to like elements in the several views.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a cross section of a hollow metal tubular body of a metal bat constructed in accordance with the teachings of the invention;

FIG. 2 is a cross sectional view of a metal bat body similar to the body of FIG. 1 but having a rolled over end and provided with an internal recess having a reinforcing sleeve installed therein; and

FIG. 3 is a cross sectional view of FIG. 1, taken along the line 3—3, and showing the placement of the reinforcing sleeve relative to the interior of the body of the metal bat.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Although the invention will be described with particular reference to a metal ball bat, it will be appreciated by those skilled in the art that the teachings herein are applicable to other articles as well.

Referring to FIG. 1, there is shown in cross section a hollow metal tube 12 used to construct a bat 10 in accordance with the teaching of the invention. The tube 12 includes a generally cylindrical barrel portion 14, a tapered portion 16 and a handle portion 18 terminating in a knob 20.

The barrel 14 is preferably provided with a recess 24 formed in the interior wall of the tube 12, as shown in FIG. 2. The recess 24 is the result of a reduction in the thickness of the wall of the tube 12 in an area of the barrel portion 14, which area is designated the ball striking portion of the bat 10.

By way of example, the tube 12 may be constructed of aluminum alloy tubing, using alloys such as types CU31, 7046 and 7178. The desired shape of the tube 12 is achieved by successively drawing the aluminum alloy tubing until the desired interior wall profile and thickness are achieved, along with the desired outside diameter. The method of drawing a tube to produce a barrel recess in known as butting.

The wall thickness of the tube 12 in the area of the recess 24 is typically between 40% to 60% of the thickness of the unrecessed wall of the tube 12 in the areas on either end of the recess 24. Thus, for example, the recessed wall thickness may typically range from 0.05 inches in a bat having an unrecessed wall thickness of 0.08 inches, to a recessed wall thickness of 0.08 inches in a bat having an unrecessed wall thickness of 0.12 inches.

A composite sleeve 26 is provided which is formed by winding a sheet of carbon fiber and matrix materials onto an expandable mandrel. In the preferred embodiment of a ball bat, the fibers are carbon fibers oriented in a bi-directional 90° woven configuration. Other orientations of the carbon fibers may be desired for other types of articles depending upon the end use to which the article is to be put. The fibers are supported in a matrix material which includes a thermally setting resin such as epoxy, which remains soft and pliable until heat cured. The fiber matrix combination forms a pliable sheet. Persons skilled in the art will appreciate that a thermoplastic resin could be used in place of a thermally setting resin.

The sleeve 26 is formed as follows. The sheet material described above is sized in width so that the resultant sleeve 26 will fit within the recess 24. The sized sheet is wound around an inflatable mandrel which includes an expandable bladder, well known in the art. Alternatively an expandable solid mandrel of elastomeric material such as silicone having a draw bolt longitudinally extending therethrough may be used. The number of wraps of the sheet around the mandrel may be varied from one wrap to a plurality of wraps, depending on the desired characteristics of the completed bat 10. Typically, three wraps are employed.

The diameter of the unexpanded mandrel is such that the wound sheet, forming the sleeve 26, may be inserted into the tube 12 through the end 22. When the sleeve 26 is adjacent the recess 24, the mandrel is expanded using bladder air pressure of about 80 pounds per square inch or, if a solid mandrel is used, the draw bolt is pulled to axially compress and radially expand the solid mandrel. The expanded mandrel causes the sleeve 26 to also expand and to press against the interior wall of the recess 24. To ensure bonding of the sleeve 26 the barrel 14, a film adhesive 28, such a type FM 73, manufactured by American Cyanamid, or a fiberglass insulator may be applied to the interior wall of the recess 24 prior to insertion of the sleeve 26. The preferred orientation of the carbon fibers, relative to the axis of the bat, is 0° for half of the weave fibers, and 90° for the other half of the weave fibers.

The entire assembly of the tube 12 and expanded sleeve 26 is then subjected to a thermal cure by raising its temperature to about 250° Fahrenheit for about 45 minutes. The air pressure is maintained in the bladder or suitable tension is maintained on the draw bolt during the curing cycle.

During the thermal cure, the elevated temperature causes the aluminum tube 12 to expand slightly, which allows the sleeve 26 to also expand. After the curing cycle, as the assembly cools, the tube contracts but the sleeve, which is now cured, does not contract to any substantial degree since the coefficient of thermal expansion of the aluminum tube is substantially larger than the coefficient of thermal expansion of the carbon fibers of the sleeve. Accordingly, the cooling tube contracts down over the cured sleeve 26, generating considerable compressive forces in the order of several thousand pounds per square inch. The carbon composite sleeve handles these forces without buckling, thus resulting in a pre-load stress on the sleeve.

After the assembly has cooled, the bladder is deflated or the tension in the draw bolt is relaxed so that the expansible mandrel may be removed from the tube 12.

The above described construction of the bat 10 enables the use of a very thin aluminum wall in the ball striking portion of the bat, resulting in a lighter weight and lower inertia than in the prior art metal bats. One example of a bat constructed in accordance with the teachings of the invention has a "blank weight" of minus 13 oz. A negative or minus blank weight results when the weight of the bat in ounces is subtracted from the length of the bat in inches. Typical prior art bats of, e.g. a 34 inch length ordinarily weigh about 34 ounces and therefore do not have a significant negative blank weight. A negative blank weight permits the bat to be swung faster with the same amount of energy input than a heavier bat with the result of a substantially larger impact to the ball upon contact therewith.

The contraction of the barrel 14 described above results in a locking action of the sleeve 26 in the recess 24. Further, the placement of the composite sleeve 26 inside the aluminum barrel 14 protects the composite from the shattering forces generated by direct impact of the ball. The resultant bat 10 exhibits high durability without breakdown of the composite sleeve. In turn, the sleeve imparts a high rate of wall recovery to the bat during impact. This is due to the low inertia and high stiffness of the wall which result from the higher modulus of elasticity of the carbon fiber matrix.

While particular reference has been made to using this invention in conjunction with bats having recesses, persons skilled in the art will readily appreciate that recesses are not a necessary requirement to working the invention.

This invention is also particularly well suited to the manufacture of seat posts for bicycles. Bicycles with smaller frames, such as all terrain bicycles require longer seat posts than conventional bicycles to keep the rider at the correct elevation. Unlike ball bats which are subject to radial impact forces, the primary consideration in the manufacture of bicycle seat posts is light weight and flexural strength in the longitudinal direction. Accordingly, for applications of this type, orientation of the carbon fibers at a 0° orientation relative to the axis of the tube, i.e., longitudinally of the tube, is desired. A 7075 T9 aluminum alloy tube having a typical outside diameter of 0.990 to 1.080 inches and a wall thickness of 0.025 to 0.045 inches has been provided with a 0.030 to 0.050 inch thick carbon fiber reinforcement comprising a single layer of fibers oriented at 0° relative to the axis of the tube by use of the methods described above. By way of comparison, typical prior art seat posts of the same outside diameter for off road bicycles are constructed entirely of 5XXX and 6XXX alloys which weigh approximately 0.470 ounces per inch of length and have a yield strength in bending of 40,000 psi. The resulting thin wall aluminum reinforced seat post of the present invention weighs 0.210 ounces per inch and has a yield strength in bending of 90,000 psi and is thus lighter, stronger and stiffer than prior art posts of all metal construction.

This invention is further well suited to the manufacture of shafts for golf clubs. Unlike ball bats or bicycle seat posts, shafts for golf clubs must have adequate resistance to twisting—i.e., torsional resistance. Ac-

cordingly, for applications of this type, orientation of the carbon fibers at a selected angle of orientation such as ±45° relative to the axis of the shaft may be employed.

While the invention is disclosed in detail with respect to the described embodiments, it is not intended that the invention be limited solely thereto. Many other applications of these structures will occur to those skilled in the art which are within the spirit and scope of the invention, and it is thus intended that the invention be limited in scope only by the appended claims.

We claim:

1. In a ball bat having an impacting portion for contacting a ball to be batted, the improvement wherein said impacting portion is comprised of an elongated metal tube, said metal tube having an inside wall, and a hollow sleeve of reinforcing fibers oriented in a bidirectional pattern in a resin matrix, said sleeve being compressively restrained inside said metal tube by compressive forces in the order of several thousand pounds per square inch between said inside wall of said metal tube and the outer wall of said sleeve.

2. The ball bat of claim 1, in which said sleeve is woven and said reinforcing fibers comprise carbon.

3. The ball bat of claim 2, in which said reinforcing fibers are oriented at 0° and at 90° with respect to the axis of said metal tube.

4. The ball bat of claim 3, wherein said metal tube has a wall portion of reduced thickness comprising a recess and said sleeve fits within said recess.

5. The ball bat of claim 4, wherein said wall portion of reduced thickness has a thickness of from 0.05" to 0.08".

6. The ball bat of claim 4, wherein said metal tube is aluminum.

7. The ball bat of claim 6, wherein said reinforcing fibers are graphite.

8. The ball bat of claim 7, further comprising a layer of adhesive interposed between said inside wall of said metal tube and said outer wall of said hollow sleeve.

* * * * *