# Aluminum standards and data 1993

The Aluminum Association
Incorporated



PENGAD-Bayonne, N.J.
PLAINTIFF'S DEPOSITION EXHIBIT
80.6.1
BR

## TABLE 12.20 Diameter—Drawn Tube ROUND TUBE

| SPECIFIED DIAMETER① in. | TOLERANCE②—in. plus and minus | | | |
|---|---|---|---|---|
| | ALLOWABLE DEVIATION OF MEAN DIAMETER③ FROM SPECIFIED DIAMETER (Size)  Difference between ½ (AA+BB) and specified diameter | ALLOWABLE DEVIATION OF DIAMETER AT ANY POINT FROM SPECIFIED DIAMETER④  Difference between AA or BB and specified diameter | | |
| | | NON-ANNEALED AND NON-HEAT-TREATED TUBE | HEAT-TREATED TUBE⑤ | ANNEALED TUBE |
| Col. 1 | Col. 2 | Col. 3 | Col. 4 | Col. 5 |
| Up thru 0.500 | .003 | .003 | .006 | .018 |
| 0.501–1.000 | .004 | .004 | .008 | .024 |
| 1.001–2.000 | .005 | .005 | .010 | .030 |
| 2.001–3.000 | .006 | .006 | .012 | .036 |
| 3.001–5.000 | .008 | .008 | .016 | .048 |
| 5.001–6.000 | .010 | .010 | .020 | .060 |
| 6.001–8.000 | .015 | .015 | .030 | .090 |
| 8.001–10.000 | .020 | .020 | .040 | .120 |
| 10.001–12.000 | .025 | .025 | .050 | .150 |

## TABLE 12.21 Width and Depth—Drawn Tube SQUARE, RECTANGULAR, HEXAGONAL AND OCTAGONAL TUBE

| SPECIFIED WIDTH OR DEPTH① in. | TOLERANCE②—in. plus and minus | | |
|---|---|---|---|
| | ALLOWABLE DEVIATION OF WIDTH OR DEPTH AT CORNERS FROM SPECIFIED WIDTH OR DEPTH  Difference between AA and specified width or depth | ALLOWABLE DEVIATION OF WIDTH OR DEPTH NOT AT CORNERS FROM SPECIFIED WIDTH OR DEPTH⑥⑦  Difference between AA and specified width, depth, or distance across flats | |
| | SQUARE, RECTANGULAR | SQUARE, HEXAGONAL, OCTAGONAL | RECTANGULAR |
| Col. 1 | Col. 2 | Col. 3 | Col. 4 |
| Up thru 0.500 | .003 | .006 | The tolerance for the width is the value in Col. 3 for a dimension equal to the depth, and conversely, but in no case is the tolerance less than at the corners.⑥ |
| 0.501–1.000 | .004 | .008 | |
| 1.001–2.000 | .005 | .010 | |
| 2.001–3.000 | .006 | .012 | |
| 3.001–5.000 | .008 | .016 | |
| 5.001–6.000 | .010 | .020 | |
| 6.001–8.000 | .015 | .030 | |
| 8.001–10.000 | .020 | .040 | |
| 10.001–12.000 | .025 | .050 | |

① When outside diameter, inside diameter, and wall thickness (or their equivalent dimensions in other than round tube) are all specified, standard tolerances are applicable to any two of these dimensions, but not to all three. When both outside and inside diameters or inside diameter and wall thickness are specified, the tolerance applicable to the specified or calculated O.D. dimension shall also apply to the I.D. dimension.

② When a dimension tolerance is specified other than as an equal bilateral tolerance, the value of the standard tolerance is that which applies to the mean of the maximum and minimum dimensions permissible under the tolerance for the dimension under consideration.

③ Mean diameter is the average of two diameter measurements taken at right angles to each other at the same longitudinal location on the tube.

④ Not applicable to coiled tube or tube having a wall thickness less than 2½ percent of the specified outside diameter. The tolerance for tube with wall thickness less than 2½ percent of the specified outside diameter is determined by multiplying the applicable tolerance in columns 3 thru 5 as follows:

2% to 2½% excl.—1.5 × tolerance
1½% to 2% excl.—2.0 × tolerance
1% to 1½% excl.—3.0 × tolerance
½% to 1% excl.—4.0 × tolerance

⑤ For the T8 tempers of 6063 the tolerances in Column 3 apply.

⑥ Example: The width tolerance of 1 × 3 inch rectangular tube is plus and minus 0.008 inch, and the depth tolerance is plus and minus 0.012 in.

⑦ Not applicable to annealed (O temper) tube.

## TABLE 12.22 Diameter—Drawn Tube
OVAL, ELLIPTICAL AND STREAMLINE TUBE

| EQUIVALENT ROUND DIAMETER⑤ in. | TOLERANCE①②—in. | | | |
|---|---|---|---|---|
| | LENGTH OF MAJOR AXIS, in. | | LENGTH OF MINOR AXIS, in. | |
| |  Difference between AA and specified length | |  Difference between AA and specified length | |
| Col. 1 | Col. 2 | | Col. 3 | |
| Up thru 2.500 | +.040 | −.025 | +.025 | −.015 |
| 2.501–4.250 | +.050 | −.035 | +.035 | −.025 |
| 4.251–6.000 | +.070 | −.050 | +.055 | −.040 |
| 6.001–8.000 | +.100 | −.085 | +.080 | −.060 |
| 8.001–10.000 | +.160 | −.140 | +.115 | −.085 |

## TABLE 12.23 Corner Radii—Drawn Tube

| SPECIFIED⑦ RADIUS in. | TOLERANCE—in. ALLOWABLE DEVIATION FROM SPECIFIED RADIUS |
|---|---|
| |  Difference between radius A and specified radius |
| Sharp Corners | +1/64 |
| 0.016–0.187 | ±1/64 |
| 0.188 and over | ±10% |

## TABLE 12.24 Wall Thickness—Drawn Tube ROUND AND OTHER-THAN-ROUND TUBE

| SPECIFIED THICKNESS③ in. | TOLERANCE①②—in. plus and minus | | |
|---|---|---|---|
| | ALLOWABLE DEVIATION OF MEAN WALL THICKNESS③ FROM SPECIFIED WALL THICKNESS | ALLOWABLE DEVIATION OF WALL THICKNESS AT ANY POINT FROM SPECIFIED WALL THICKNESS (Eccentricity) | |
| | | ROUND, NON-HEAT-TREATABLE ALLOYS⑥ | ROUND, HEAT-TREATABLE ALLOYS AND OTHER THAN ROUND, ALL ALLOYS |
| |  Difference between ½ (AA+BB) and specified wall thickness |  Difference between AA and specified wall thickness |  Difference between AA and specified wall thickness |
| Col. 1 | Col. 2 | Col. 3 | Col. 4 |
| 0.010–0.035 | .002 | .002 | Plus and minus 10% of specified wall thickness, min ±0.003 |
| 0.036–0.049 | .003 | .003 | |
| 0.050–0.083 | .004 | .004 | |
| 0.084–0.120 | .005 | .006 | |
| 0.121–0.203 | .006 | .008 | |
| 0.204–0.300 | .008 | .012 | |
| 0.301–0.375 | .015 | .020 | |
| 0.376–0.500 | .020 | .030 | |

① When outside diameter, inside diameter, and wall thickness (or their equivalent dimensions in other-than-round tube) are all specified, standard tolerances are applicable to any two of these dimensions, but not to all three. When both outside and inside diameters or inside diameter and wall thickness are specified, the tolerance applicable to the specified or calculated O.D. dimension shall also apply to the I.D. dimension.
② When a dimension tolerance is specified other than as an equal bilateral tolerance, the value of the standard tolerance is that which applies to the mean of the maximum and minimum dimensions permissible under the tolerance for the dimension under consideration.
③ The mean wall thickness of round tube is the average of two measurements taken opposite each other. The mean wall thickness of other-than-round tube is the average of two measurements taken opposite each other at approximate center line of tube and perpendicular to the longitudinal axis of the cross section.
④ When dimensions specified are outside and inside, rather than wall thickness itself, allowable deviation at any point (eccentricity) is plus and minus 10 percent of the mean wall thickness but not less than ±0.003 inch.
⑤ Equivalent round diameter is the diameter of the circle having a circumference equal to the perimeter of the tube.
⑥ For coiled tube, values in Column 4 apply.
⑦ If unspecified, the radius shall be 1/32 in. maximum including tolerances.

## TABLE 12.25 Straightness—Drawn Tube




| SPECIFIED OUTSIDE DIAMETER OR WIDTH in. | TOLERANCE①②—in. ALLOWABLE DEVIATION FROM STRAIGHT — D (max) IN TOTAL LENGTH OR IN ANY MEASURED SEGMENT OF ONE FT OR MORE OF TOTAL LENGTH |
|---|---|
| Up thru 0.374 | .500 × Measured length, ft. |
| 0.375–5.999 | .010 × Measured length, ft. |
| 6.000 and over | .020 × Measured length, ft. |

## TABLE 12.26 Twist④—Drawn Tube




| SPECIFIED WIDTH in. | TOLERANCE①②—Degree ALLOWABLE DEVIATION FROM STRAIGHT — IN TOTAL LENGTH OR IN ANY MEASURED SEGMENT OF ONE FT. OR MORE OF TOTAL LENGTH | MAXIMUM FOR TOTAL LENGTH |
|---|---|---|
| Up thru 1.499 | 1 × Measured length, ft. | 7 |
| 1.500–2.999 | ½ × Measured length, ft. | 5 |
| 3.000 and over | ¼ × Measured length, ft. | 3 |

## TABLE 12.27 Length—Drawn Tube

| SPECIFIED OUTSIDE DIAMETER OR WIDTH in. | TOLERANCE—in. plus except as noted. ALLOWABLE DEVIATION FROM SPECIFIED LENGTH | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | STRAIGHT | | | | COILED | | | |
| | SPECIFIED LENGTH—ft. | | | | | | | |
| | Up thru 12 | Over 12 thru 30 | Over 30 thru 50 | Over 50 | Up thru 100 | Over 100 to 250 | 250 to 500 | 500 and over |
| Up thru 0.249 | ¼ | ⅜ | ½ | .. | +5%, −0% | ±10% | ±15% | ±20% |
| 0.250–1.249 | ⅛ | ¼ | ⅜ | 1 | +5%, −0% | ±10% | ±15% | ±20% |
| 1.250–2.999 | ⅛ | ¼ | ⅜ | 1 | .. | .. | .. | .. |
| 3.000–7.999 | 3/16 | 5/16 | 7/16 | 1 | .. | .. | .. | .. |
| 8.000 and over | ¼ | ⅜ | ½ | 1 | .. | .. | .. | .. |

## TABLE 12.28 Flatness (Flat Surfaces)—Drawn Tube

OTHER-THAN-ROUND TUBE




| SPECIFIED WIDTH OR DEPTH in. | TOLERANCE①—in. ALLOWABLE DEVIATION FROM FLAT |
|---|---|
| Up thru 0.500 | .003 |
| 0.501–1.000 | .004 |
| 1.001–2.000 | .005 |
| 2.001–3.000 | .006 |
| 3.001–5.000 | .008 |
| 5.001–6.000 | .010 |
| 6.001–8.000 | .015 |
| 8.001–10.000 | .020 |
| 10.001–12.000 | .025 |

## TABLE 12.29 Squareness of Cut Ends—Drawn Tube

Allowable deviation from square: 1 degree

① Tolerance is applicable when weight of tube on flat surface minimizes deviation.
② Not applicable to annealed (O temper) tube.
③ Not applicable to annealed (O temper) tube, coiled tube, or tube having a wall thickness less than 0.020 inch or less than 2½% of the equivalent round diameter. Equivalent round diameter is the diameter of a circle having a circumference equal to the perimeter of the tube.
④ See Standards Section (6) for Application of Twist limits.
⑤ For the T8 tempers of 6063 the tolerances of Column 2 apply.

## TABLE 12.30 Angularity—Drawn Tube

Allowable deviation from specified angle: ±2 degrees.

## TABLE 12.31 Surface Roughness—Drawn Tube③

Depth of surface conditions shall not exceed 10% of the specified (or nominal) wall thickness or 0.005 inch, whichever is smaller.

## TABLE 12.32 Dents—Drawn Tube

0.005

| SPECIFIED DIAMETER in. | TOLERANCES-in. | | |
|---|---|---|---|
| | NON-ANNEALED AND NON-HEAT-TREATED TUBE | HEAT-TREATED TUBE⑤ | ANNEALED TUBE |
| Col. 1 | Col. 2 | Col. 3 | Col. 4 |
| Up thru 0.500 | .006 | .012 | .036 |
| 0.501–1.000 | .008 | .016 | .048 |
| 1.001–2.000 | .010 | .020 | .060 |
| 2.001–3.000 | .012 | .024 | .072 |
| 3.001–5.000 | .016 | .032 | .096 |
| 5.001–6.000 | .020 | .040 | .120 |
| 6.001–8.000 | .030 | .060 | .180 |
| 8.001–10.000 | .040 | .080 | .240 |
| 10.001–12.000 | .050 | .100 | .300 |

For tube having a wall thickness less than 2½ percent of the outside diameter, the following multipliers to the above tolerances apply.

*Percent of Wall Thickness*

2% to 2½% exclusive—1.25 × tolerance (max.)
1½% to 2% exclusive—1.50 × tolerance (max.)
1% to 1½% exclusive—2.0 × tolerance (max.)
½% to 1% exclusive—2.5 × tolerance (max.)