COLLEGE EDITION

# WEBSTER'S NEW WORLD DICTIONARY OF THE AMERICAN LANGUAGE

THE WORLD PUBLISHING COMPANY

*Cleveland and New York*

Webster's New World Dictionary, College Edition

Copyright © 1966 and
1953, 1954, 1955, 1956, 1957, 1958, 1959, 1960, 1962, 1964 by

THE WORLD PUBLISHING COMPANY

*All rights reserved*

Copyright under the Universal Copyright Convention;
the International Copyright Union; Pan-American
Conventions of Montevideo, Mexico, Rio de Janeiro,
Buenos Aires and Havana.

Webster's New World Dictionary, College Edition
is based upon and includes material from
Webster's New World Dictionary, Encyclopedic Edition

Copyright © 1957, 1953, 1952 and 1951 by

THE WORLD PUBLISHING COMPANY

64R12WP167

Library of Congress Catalog Card Number: 66-13151

PRINTED IN THE UNITED STATES OF AMERICA

**an·ni·ver·sa·ry** (an'ə-vũr'sẽr-i), *adj.* [L. *anniversarius* < *annus*, year + *versum*, pp. of *vertere*, to turn], 1. recurring at the same date every year; occurring annually. 2. of or connected with an anniversary. *n.* [*pl.* ANNIVERSARIES (-iz)], 1. the yearly return of the monthly date of some event. 2. the celebration of this.

‡**an·no Do·mi·ni** (an'ō dom'ə-ni'), [L.], in the year of the Lord; in the (given) year since the beginning of the Christian era: abbreviated A.D.

‡**an·no mun·di** (an'ō mun'di), [L.], in the year of the world; in the (given) year since the supposed creation of the world: abbreviated A.M.

‡**an·no reg·ni** (an'ō reg'ni), [L.], in the year of the reign: abbreviated a.r.

**an·no·tate** (an'ō-tāt'), *v.t.* & *v.i.* [ANNOTATED (-id), ANNOTATING], [< L. *annotatus*, pp. of *annotare* < *ad-*, to + *notare*, to note, mark < *nota*, a mark, sign], to provide critical or explanatory notes for (a literary work, etc.).

**an·no·ta·tion** (an'ō-tā'shən), *n.* [L. *annotatio*], 1. an annotating or being annotated. 2. a critical or explanatory note or notes.

**an·no·ta·tor** (an'ō-tā'tẽr), *n.* [L., observer], a person who annotates.

**an·nounce** (ə-nouns'), *v.t.* [ANNOUNCED (-nounst'), ANNOUNCING], [OFr. *anoncier*; L. *annuntiare*, to make known < *ad-*, to + *nuntiare*, to report < *nuntius*, messenger], 1. to declare publicly; give notice of formally; proclaim. 2. to say. 3. to make known the arrival of. 4. to make known through the senses: as, footsteps *announced* his return. 5. in *radio & television*, to be an announcer for. *v.i.* to act as a radio or television announcer. —*SYN.* see declare.

**an·nounce·ment** (ə-nouns'mənt), *n.* [Fr. *annoncement*; see ANNOUNCE], 1. an announcing or being announced. 2. something announced. 3. a written or printed notice.

**an·nounc·er** (ə-noun'sẽr), *n.* 1. a person who announces. 2. a person who introduces radio or television programs, identifies the station, etc.

‡**an·no ur·bis con·di·tae** (an'ō ũr'bis kon'di-tē'), [L.], in the (given) year of the founded city: the ancient Roman way of reckoning dates from Rome's founding, c. 753 B.C.: abbreviated A.U.C.

**an·noy** (ə-noi'), *v.t.* [ME. *anuien*; OFr. *anoier*, *ennoier*; L. *inodiare* < *in odio*, in aversion, at enmity], 1. to irritate; vex; bother, as by a repeated action, noise, etc. 2. to make angry. 3. to harm; injure; molest.

*SYN.*—**annoy** implies temporary disturbance of mind caused by something that displeases one or tries one's patience; **vex** implies a more serious source of irritation and greater disturbance, often intense worry; **irk** stresses a wearing down of one's patience by persistent annoyance; **bother** implies minor disturbance of one's peace of mind and may suggest mild perplexity or anxiety; to **tease** is to annoy by persistent, irritating actions, remarks, etc.; **plague** suggests mental torment comparable to the physical suffering caused by an affliction. —*ANT.* comfort, soothe.

**an·noy·ance** (ə-noi'əns), *n.* 1. an annoying or being annoyed. 2. a thing or person that annoys.

**an·noy·ing** (ə-noi'iŋ), *adj.* [ppr. of *annoy*], irritating; vexing; bothersome.

**an·nu·al** (an'yoo-əl), *adj.* [ME.; OFr. *annuel*; L. *annualis*, yearly < *annus*, year], 1. of or measured by a year. 2. that comes once a year; yearly. 3. for a year's time, work, etc.: as, an *annual* wage. 4. alive only one year or season. *n.* 1. a book or magazine published once a year; yearbook. 2. a plant that lives only one year or season: symbol. ⊙, ⊙, ①. Abbreviated ann.

**an·nu·al·ly** (an'yoo-ə-li, an'yool-i), *adv.* [*annual* + *-ly*], each year; every year; yearly.

**annual ring**, any of the rings of wood seen in cross sections of the stems of most trees and shrubs: each ring shows a year's growth.

**an·nu·i·tant** (ə-nū'ə-tənt, ə-nōō'ə-tənt), *n.* a person receiving an annuity.

**an·nu·i·ty** (ə-nū'ə-ti, ə-nōō'ə-ti), *n.* [*pl.* ANNUITIES (-tiz)], [Fr. *annuité*; ML. *annuitas* < L. *annus*, year], 1. a yearly payment of money. 2. the right to receive such a payment. 3. an investment yielding fixed payments during the holder's lifetime or for a stated number of years. Abbreviated ann.

**an·nul** (ə-nul'), *v.t.* [ANNULLED (-nuld'), ANNULLING], [Fr. *annuler* < L. *annullare*, to bring to nothing < *ad-*, to + *nullum*, nothing, neut. of *nullus*, none], to do away with; make of no effect; invalidate; make null and void; cancel. —*SYN.* see abolish.

**an·nu·lar** (an'yoo-lẽr), *adj.* [L. *annularis* < *annulus*, *anulus*, a ring], 1. like or forming a ring. 2. annulate. —*SYN.* see round.

**annular eclipse**, an eclipse in which a ring of sunlight can be seen around the edge of the moon.

**annular ligament**, in *anatomy*, the ligament surrounding the ankle joint or wrist joint.

**an·nu·late** (an'yoo-lit, an'yoo-lāt'), *adj.* [L. *annulatus* < *annulus*, a ring], 1. provided with rings; ringed. 2. made up of rings.

**an·nu·lat·ed** (an'yoo-lā'tid), *adj.* annulate.

**an·nu·la·tion** (an'yoo-lā'shən), *n.* [< *annulate* + *-ion*], 1. formation of rings. 2. a ring.

**an·nu·let** (an'yoo-lit), *n.* [L. *annulus*, a ring; + *-et*], [illegible] small ring. 2. in *architecture*, a ringlike molding w[illegible] the shaft of a column joins the capital.

**an·nul·ment** (ə-nul'mənt), *n.* an annulling or be[illegible] annulled; invalidation; cancellation.

**an·nu·lose** (an'yoo-lōs'), *adj.* [< L. *annulus*, a ring [illegible] *-ose*], having rings; ringed.

**an·nu·lus** (an'yoo-ləs), *n.* [*pl.* ANNULI (-lī'), ANNUL[illegible] (-ləs-iz)], [L.], any ring or ringlike part, mark, or sp[illegible]

**an·num** (an'əm), *n.* [L., acc. of *annus*, year], a year

**an·nun·ci·ate** (ə-nun'shi-āt', ə-nun'si-āt'), *v.t.* [[illegible]NUNCIATED (-id), ANNUNCIATING], [< L. *annuntia*[illegible] pp. of *annuntiare*; see ANNOUNCE], to announce.

**an·nun·ci·a·tion** (ə-nun'si-ā'shən, ə-nun'shi-ā'shən), [L. *annuntiatio*; see ANNOUNCE], 1. an announcing [illegible] being announced. 2. an announcement. 3. [A-], [illegible] angel Gabriel's announcement to Mary that she was [illegible] give birth to Jesus: Luke 1:26–38. 4. [A-], the chu[illegible] festival on March 25 commemorating this: Lady D[illegible]

**an·nun·ci·a·tor** (ə-nun'shi-ā'tẽr, ə-nun'si-ā'tẽr), *n.* [illegible] *annuntiator*], 1. a person or thing that announc[illegible] 2. an electric indicator used in hotels, offices, etc. [illegible] show the source of calls.

**Annunzio, Gabriele D'**, see **D'Annunzio, Gabriele.**

‡**an·nus mi·ra·bi·lis** (an'əs mi-rab'ə-lis), [L.], year [illegible] wonders.

**a·no·ci·as·so·ci·a·tion** (ə-nō'si-ə-sō'si-ā'shən, ə-nō'si-sō'shi-ā'shən), *n.* [< *a-*, not + L. *nocere*, to harm; *association*], the prevention of shock in surgery [illegible] calming the patient beforehand, and using lo[illegible] anesthetics and sharp dissection, so as to keep pa[illegible] sensations from reaching the central nervous system.

**an·ode** (an'ōd), *n.* [Gr. *anodos*, a way up < *ana-*, up [illegible] *hodos*, way], a positive electrode, as in a battery, rad[illegible] tube, etc.: see battery, illus.

**an·od·ic** (an-od'ik), *adj.* 1. of or from an anode. 2. [illegible] *medicine*, going upward; rising.

**an·od·ize** (an'ə-diz'), *v.t.* [ANODIZED (-dizd'), ANOD[illegible]ING], [< *anode* + *-ize*], to put a protective oxide film [illegible] (a light metal) by an electrolytic process.

**an·o·dyne** (an'ə-din'), *adj.* [L. *anodynus*; Gr. *anōdyn*[illegible] < *an-*, without + *odynē*, pain], relieving or lessen[illegible] pain. *n.* [Gr. *anōdynon* < the *adj.*], anything that re[illegible]lieves or lessens pain; anything that soothes.

**a·noint** (ə-noint'), *v.t.* [ME. *anointen*; OFr. *enoindre*; [illegible] *inungere*; *in-*, on + *ungere*, to smear], 1. to pour or r[illegible] oil or ointment on. 2. to put oil on in a ceremony [illegible] making sacred or consecrating to high office.

**a·noint·ment** (ə-noint'mənt), *n.* an anointing or bei[illegible] anointed.

**a·nom·a·lism** (ə-nom''l-iz'm), *n.* 1. the state of bei[illegible] anomalous. 2. an anomaly.

**a·nom·a·lis·tic** (ə-nom''l-is'tik), *adj.* 1. tending to [illegible] anomalous. 2. of an anomaly.

**anomalistic month**, the time that the moon takes [illegible] go from perigee to perigee.

**anomalistic year**, the time a planet takes to go from perihelion to perihelion.

**a·nom·a·lous** (ə-nom'ə-ləs), *adj.* [L. *anomalus*; Gr. *anōmalos* < *an-*, not + *homalos* < *homos*, the same[illegible] deviating from the regular arrangement, general rule or usual method; abnormal. —*SYN.* see irregular.

**a·nom·a·ly** (ə-nom'ə-li), *n.* [*pl.* ANOMALIES (-liz)], [Fr. *anomalie*; L. *anomalia*; Gr. *anōmalia*, inequality; see ANOMALOUS], 1. departure from the regular arrangement, general rule, or usual method; abnormality. 2. anything anomalous. 3. in *astronomy*, a planet's angular distance from its perihelion, measured as if viewe[illegible] from the sun.

**an·o·mie, an·o·my** (an'ə-mi), *n.* [Fr. < Gr. *anomia*, lawlessness < *a-*, without + *nomos*, law; see -NOMY], lack of purpose, identity, or ethical values in a person o[illegible] in a society; disorganization, rootlessness, etc.

**a·non** (ə-non'), *adv.* [ME.; AS. *on an*, acc., in one, together, straightway], 1. soon; shortly. 2. at another time. 3. [Archaic], immediately; at once.

**ever and anon**, now and then; once in a while.

**anon.**, anonymous.

**an·o·nym** (an'ə-nim), *n.* [Fr. *anonyme* < Gr. *anōnymos*; see ANONYMOUS], 1. a person whose name is not known. 2. a false name; pseudonym.

**an·o·nym·i·ty** (an'ə-nim'ə-ti), *n.* a being anonymous.

**a·non·y·mous** (ə-non'ə-məs), *adj.* [Gr. *anōnymos* < *an-*, without + *onyma* < *onoma*, name], 1. with no name known or acknowledged. 2. given, written, etc. by a person whose name is withheld. Abbreviated anon., an., a.

**a·noph·e·les** (ə-nof'ə-lēz'), *n.* [Mod. L.; Gr. *anōphelēs*, harmful; *an-*, without + *ophelēs*, use, help], the mosquito that can carry the malaria parasite and transmit the disease.



ANOPHELES (3/16 in. long)

**a·no·rak** (ä'nə-räk'), *n.* [Esk. (Greenland) *ánoráq*], a heavy, leather or cloth jacket with a hood, worn in the cold north.

ights on the
or pressure.
amount: as, to spend
cheerfully; merrily.
7. with little or no
9. [Archaic], with
flighty; thoughtless;
, quality, or intensity
state of being nearer
; whitishness.
te of being light, not
nimbleness, delicacy,
, etc.
ninge < lighten; see
sh of light in the sky
mospheric electricity
. a cloud to the earth.
at protects radio or
ning by causing the
fly.
od placed high on a
he lower end to act
g from the structure.
man who is wanton
humorous situations,
py ending; operetta.
energy equal to the
m is equal to the
f light.
s < liht (see LIGHT.
in weight than the
ki, light, lyogkoye.
e lungs of animals, as
od.
moored in a place
ring a bright light
way from the spot.
lihisum; see LIGHT.
t. graceful, or lively.
frivolous.
; see -SOME].
bright.
up, etc., to
hy. injured
elow normal weight.
ality or little impor-
weighs between 127
in weight. 2. of
especially southern
akes a bright light.
tronomical distance.
travels in one year,
miles.
[ME. ligne Aloes;
e]. 1. the resinous
o the East Indies.
aloes, the drug.
s < lignum, wood],
; woody.
], a combining form
ligno- or, before a
the Polish name.
n. a lignifying.
(-fid'), LIGNIFYING],
v.i. to become wood
positing of lignin in
organic substance
ly fiber.
- & -ITE], a soft,
cture of the original
and contains more
n coal.
to lignite.
'). n. [ligno- +
ions of lignin and
t of woody tissue.
1. lignin. 2. an
nd wood fiber.
lignum, wood +
of several related
bs with leathery
very hard, heavy,
se trees.
mable dis-
luminant.
LIGULAS



**lig·u·late** (lig'yoo-lāt', lig'yoo-lit), *adj.* 1. of or having ligules. 2. shaped like a strap or bandage.

**lig·u·lat·ed** (lig'yoo-lā'tid), *adj.* ligulate.

**lig·ule** (lig'ūl), *n.* [L. *ligula*, a spoon, tongue of a shoe, shoe strap; IE. base **leigh-*, to lick, seen also in MIr. *liag*, Cymric *llwy*, spoon, Eng. *lick*; affected by association with L. *lingua*, tongue, *ligare*, to bind]. 1. a strap-shaped corolla in certain composite flowers. 2. a thin membrane attached to a leaf of grass, etc. at the point where the blade meets the leafstalk.

**lig·ure** (lig'yoor), *n.* [LL. *ligurius*; LGr. *ligyrion*], in the *Bible*, one of the twelve precious stones worn in the breastplate of the Jewish high priest: it is believed by some to be the yellow jacinth: Ex. 28:19.

**Li·gu·ri·a** (li-gyoor'i-ə), *n.* a department of Italy, along the northwestern coast: chief city, Genoa.

**Li·gu·ri·an** (li-gyoor'i-ən), *adj.* 1. of Liguria, its people, etc. 2. of the dialect of Italian spoken there. *n.* 1. a native or inhabitant of Liguria. 2. the Ligurian dialect of Italian.

**Ligurian Republic,** a republic set up by Napoleon in 1797 under French control: previously the Republic of Genoa.

**Ligurian Sea,** a part of the Mediterranean, between Corsica and northern Italy.

**Li Hung-chang** (lē' hoon'jäŋ'), 1823–1901; Chinese statesman and diplomat; prime minister (1895–1898).

**lik·a·ble** (lik'ə-b'l), *adj.* having qualities that inspire liking; worthy of being liked; attractive, pleasant, genial, etc.: also spelled **likeable**.

**like** (līk), *adj.* [ME. *lik, lich* < AS. type **lic*, shortened < *gelic*, similar, equal, lit., of the same form or shape; akin to G. *gleich* (OHG. *gilih*), AS. *lic*, body, form (see LICH)]. 1. having almost or exactly the same qualities, characteristics, etc.; similar; equal: as, a cup of sugar and a *like* amount of flour. 2. [Rare], alike. 3. [Dial.], likely. *adv.* 1. in the manner of one that is: as, he works *like* mad. 2. [Colloq.], likely: as, *like* as not, he is already there. *prep.* 1. similar to; somewhat resembling: as, she is *like* a bird. 2. in a manner characteristic of; similarly to: as, she sings *like* a bird. 3. in accord with the nature of; characteristic of: as, it was not *like* him to forget her birthday. 4. in the mood for; desirous of: as, I feel *like* sleeping. 5. indicative or prophetic of: as, it looks *like* a clear day tomorrow. *Like* was originally an adjective in senses 1, 3, 4, 5, and an adverb in sense 2, and is still considered so by conservative grammarians. *conj.* [Colloq.], 1. as: as, it was just *like* you said. 2. as if: as, it looks *like* he is signaling to us. *n.* a person or thing regarded as the equal or counterpart of another or of the person or thing being discussed: as, I have never seen the *like* of it. *v.t.* [LIKED (līkt), LIKING], [Obs.], to compare; liken. *v.i.* [Dial.], to come near (*to* doing something): in this use the verb is equal to the adverb *almost*.
**and the like,** and others of the same kind.
**like anything** (or **blazes, crazy, the devil, mad,** etc.), [Colloq. or Slang], with furious energy, speed, etc.
**nothing like,** not at all like; completely different from.
**something like,** almost like; about.
**the like** (or **likes**) **of,** [Colloq.], any person or thing like.

**like** (līk), *v.i.* [LIKED (līkt), LIKING], [ME. *liken*; AS. *lician* (akin to G. *leikan*) < base of *lic*, body, form (cf. LIKE, *adj.*); sense development: to be of like form—be like—be suited to—be pleasing to], 1. [Obs.], to please; be agreeable to: with the dative, as, it *likes* me not. 2. to be so inclined; choose: as, you may leave whenever you *like*. *v.t.* 1. to have a taste or fondness for; be pleased with; have a preference for; enjoy. 2. to wish: as, I should *like* to go there. *n. pl.* preferences, tastes, or affections: as, we know nothing of his *likes* and dislikes.

**-like** (līk), [AS. *-lic* < *gelic*; see LIKE, *adj.*, -LY], a suffix added to nouns: 1. to form adjectives meaning *like, characteristic of, suitable for*, as in *doglike, manlike, homelike*. 2. to form adverbs meaning *in the manner of*. Words formed with *-like* are usually written as one word, but are hyphenated if three *l's* fall together (e.g., *ball-like*).

**like·a·ble** (līk'ə-b'l), *adj.* likable.

**like·li·hood** (līk'li-hood'), *n.* [ME. *liklihode*: see LIKELY & -HOOD], 1. probability. 2. something that is likely to happen; a probability.

**like·ly** (līk'li), *adj.* [LIKELIER (-li-ēr), LIKELIEST (-li-ist)], [ME. *likly, likliche*, after AS. *gelíclic* or cognate ON. *likligr*; see LIKE, *adj.* & -LY], 1. apparently true to the facts; credible; probable: as, a *likely* account of the brawl. 2. seeming as if it would happen or make happen; reasonably to be expected; apparently destined: as, it is *likely* to leave at any minute. 3. such as will probably be satisfactory or rewarding; suitable: as, a *likely* place to find deer. 4. promising: as, a *likely* lad. *adv.* probably: as, he will very *likely* go.
*SYN.*—**likely** suggests probability or an eventuality that can reasonably be expected (he's not *likely* to win); **liable** and **apt** are loosely or informally used as equivalents of **likely**, but in strict discrimination, **liable** implies exposure or susceptibility to something undesirable (he's *liable* to be killed playing with firearms) and **apt** suggests a natural or habitual inclination or tendency (such people are always *apt* to become frightened); **prone** also suggests a propensity or predisposition to something that seems almost inevitable (he's *prone* to suspect others' motives). See also **probable**.—*ANT.* unlikely, indisposed.

**like-mind·ed** (līk'mīn'did), *adj.* having the same ideas, plans, tastes, etc.; agreeing mentally.

**lik·en** (līk''n), *v.t.* to represent as like, or similar; compare.

**like·ness** (līk'nis), *n.* 1. the state or quality of being like; similarity. 2. (the same) form; shape; semblance: as, Jupiter appeared in the *likeness* of a swan. 3. something that is like; copy; facsimile; portrait; picture.
*SYN.*—**likeness** implies close correspondence in appearance, qualities, nature, etc. (his remarkable *likeness* to his brother); **similarity** suggests only partial correspondence (your problem bears a certain *similarity* to mine); **resemblance** usually implies correspondence in appearance or in superficial aspects (the *resemblance* between a diamond and zircon); **analogy** refers to a correspondence between attributes or circumstances of things that are basically unlike (the *analogy* between a calculating machine and the human brain).—*ANT.* unlikeness, difference.

**like·wise** (līk'wīz'), *adv.* [short for *in like wise*], 1. in the same manner. 2. also; too; moreover.

**li·kin** (lē'kēn'), *n.* [Chin. *li-chin* < *li*, a Chinese weight, coin of this weight + *chin*, money], a Chinese provincial tax on articles being transported.

**lik·ing** (līk'iŋ), *n.* [ME.; AS. *licung* < *lician*; see LIKE, *v.*], 1. fondness; affection. 2. preference; taste; pleasure; predilection: as, not to my *liking*.

**li·lac** (lī'lək), *n.* [OFr.; Sp.; Ar. *laylak, lilak*; Per. *lilak, nilak*, bluish < *nil*, indigo; Sans. *nila*, dark blue, indigo], 1. any of a group of hardy shrubs or trees with large clusters of tiny, fragrant flowers ranging in color from white, through many shades of lavender, to deep crimson. 2. the flower or flower cluster of this plant. 3. the pale-purple color often characteristic of this flower. *adj.* of a pale-purple color.

**lil·i·a·ceous** (lil'i-ā'shəs), *adj.* [LL. *liliaceus* < L. *lilium*, lily], 1. of or characteristic of lilies. 2. of the lily family, which includes many flowers and several vegetable species, such as the onion, leek, etc.

**Lil·i·an** (lil'i-ən), [prob. < L. *lilium*, lily], a feminine name: diminutives, *Lil, Lily*: also spelled **Lillian**.

**lil·ied** (lil'id), *adj.* 1. having many lilies; decorated or covered with lilies. 2. like a lily; fair.

**Lil·i·en·thal, David Eli** (lil'yən-thāl', lil'yən-thôl'), 1899– ; American lawyer and administrator; chairman of U. S. Atomic Energy Commission, 1947–1950.

**Li·li·en·thal, Ot·to** (ôt'ō lē'li-ən-täl'), 1848–1896; German aeronautical inventor.

**Lil·ith** (lil'ith), *n.* [Heb. *lilith*: Assyr.-Bab. *lilitu*, lit., of the night], 1. in *early Semitic folklore*, a female demon or vampire believed to live in ruins and other desolate places. 2. in *medieval Jewish folklore*, the first wife of Adam, before the creation of Eve. 3. in *medieval folklore*, a witch believed to menace little children.

**Li·li·u·o·ka·la·ni, Lydia Ka·me·ke·ha** (kä'mā-kā'hä li-lē'ōō-ō-kä-lä'ni), 1838–1917; queen of the Hawaiian Islands (1891–1893).

**Lille** (lēl), *n.* a city in northern France: pop., 189,000 (1946): formerly called *Lisle*.

**Lil·li·an** (lil'i-ən), a feminine name: see Lilian.

**lil·li·bul·le·ro** (lil'i-bə-lēr'ō), *n.* [< *lilli burlero*: arbitrary formation], 1. part of the refrain of a song popular in England during the revolution of 1688, ridiculing the Irish Catholics; hence, 2. this song.

**Lil·li·put** (lil'ə-put', lil'ə-pət), *n.* in Swift's *Gulliver's Travels*, a land inhabited by tiny people about six inches tall.

**Lil·li·pu·tian** (lil'ə-pū'shən), *adj.* 1. of Lilliput or its people; hence, 2. tiny; very small; dwarfed. *n.* 1. an inhabitant of Lilliput. 2. a very small person.

**Lil·ly** (lil'i), a feminine name: see Lilian.

**lilt** (lilt), *v.t.* & *v.i.* [ME. *lilten, lulten*; prob. < echoic base seen in *lull, Lollard*], to sing, speak, or play with a light, graceful rhythm or swing. *n.* 1. a gay song or tune with a light, swingy, and graceful rhythm. 2. a light, swingy, and graceful rhythm or movement.

**Lil·y** (lil'i), [dim. of *Lilian* or < *lily*], a feminine name.

**lil·y** (lil'i), *n.* [*pl.* LILIES (-iz)], [ME. & AS. *lilie*; L. *lilium*; Gr. *leirion*, lily], 1. any of a large group of plants grown from a bulb and having typically trumpet-shaped flowers, white or colored. 2. the flower or the bulb of any of these plants. 3. any of several plants related or similar to the true lily: as, the water *lily*. 4. the flower of any of these plants. 5. the heraldic fleur-de-lis, as in the royal arms of France. *adj.* like a lily, as in whiteness, delicacy, purity, etc.

**lily iron,** a harpoon with a detachable barbed head.

division of something written. 5. any distinct or separate part: as, a bookcase in five *sections*, various *sections* of society. 6. a division of public lands constituting 640 acres, or 1/36 of a township. 7. a loose subdivision of a biological genus, group, family, etc. 8. a drawing, description, or remaining part of something as it would appear if cut straight through in a given plane. 9. any of several subdivisions of military or naval forces. 10. in *railroading*, *a*) part of a sleeping car containing an upper and lower berth. *b*) the smallest administrative division of the right of way, usually several miles of track under the care of a single maintenance crew. *c*) any train running on the same schedule as another. *v.t.* 1. to cut or divide into sections. 2. to arrange by or represent in sections, as by shading in mechanical drawing. Abbreviated **sec.**, **s.**, **sect.** —*SYN.* see part.

**sec·tion·al** (sek'shən-'l), *adj.* 1. of or characteristic of a given section or district. 2. made up of or divided into sections or parts, especially separable sections.

**sec·tion·al·ism** (sek'shən-'l-iz'm), *n.* undue concern for or devotion to the interests of a particular section of the country; sectional spirit, bias, etc.

**sec·tion·al·ize** (sek'shən-'l-īz'), *v.t.* [SECTIONALIZED (-īzd'), SECTIONALIZING], 1. to make sectional. 2. to divide into sections, especially geographical sections.

**sec·tion·al·ly** (sek'shən-'l-i), *adv.* in a sectional manner; in or according to sections.

**section gang**, a crew of men who do the maintenance work on a railroad section.

**section mark**, the mark (§) used to indicate a section in a book, etc.

**sec·tor** (sek'tẽr), *n.* [LL.; L., cutter < *sectus*, pp. of *secare*, to cut], 1. part of a circle bounded by any two radii and the arc included between them. 2. a mathematical instrument consisting of two rulers marked with various scales and jointed together at one end, used in solving problems, measuring angles, etc. 3. any of the districts into which an area is divided for military operations. Abbreviated **sec.** *v.t.* to divide into sectors.

**sec·to·ri·al** (sek-tôr'i-əl, sek-tō'ri-əl), *adj.* [< Mod. L. *sectorius* (< L. *sector*, a cutter); + *-al*], 1. of a sector. 2. adapted for cutting or shearing: said especially of the premolar teeth of carnivorous mammals. *n.* a sectorial tooth.

**sec·u·lar** (sek'yoo-lẽr), *adj.* [ME. *seculer*, *seculere*; OFr. *seculer*; LL. *saecularis* (L., belonging to an age) < L. *saeculum*, generation, age], 1. of or belonging to the world and worldly things as distinguished from the church and religious affairs; not sacred or religious; temporal; worldly: as, *secular* music, *secular* schools. 2. living in the outside world; not bound by a monastic vow or rule: as, the *secular* clergy: opposed to *regular*. 3. coming or happening only once in an age or century. 4. lasting for an age or ages; continuing for a long time or from age to age. 5. secularistic. *n.* 1. a member of the secular clergy. 2. [Obs.], a layman.

**sec·u·lar·ism** (sek'yoo-lẽr-iz'm), *n.* [*secular* + *-ism*], 1. secular spirit, views, or the like; especially, a system of doctrines and practices that rejects any form of religious faith and worship. 2. the belief that religion and ecclesiastical affairs should not enter into the functions of the state, especially into public education.

**sec·u·lar·ist** (sek'yoo-lẽr-ist), *n.* an adherent of secularism.

**sec·u·lar·is·tic** (sek'yoo-lə-ris'tik), *adj.* of or according to secularism.

**sec·u·lar·i·ty** (sek'yoo-lar'ə-ti), *n.* [ME. *seculerte*; Early Fr. *sécularité*; ML. *saecularitas*], 1. the state or quality of being secular. 2. secularism. 3. [*pl.* SECULARITIES (-tiz)], a secular concern, matter, etc.

**sec·u·lar·i·za·tion** (sek'yoo-lẽr-i-zā'shən, sek'yoo-lẽr-i-zā'shən), *n.* a secularizing or being secularized.

**sec·u·lar·ize** (sek'yoo-lə-rīz'), *v.t.* [SECULARIZED (-rīzd'), SECULARIZING], [Fr. *séculariser* < L. *saecularis*; see SECULAR], 1. to convert from religious to civil ownership or use. 2. to free from monastic vows or rules. 3. to deprive of any religious character, influence, or significance. 4. to convert to secularism.

**se·cund** (sē'kənd, sek'ənd), *adj.* [L. *secundus*, following], in *botany*, growing on one side only, as the flowers in the lily of the valley.

**Se·cun·der·a·bad** (sē-kun'dẽr-ä-bäd', si-kun'drə-bad'), *n.* a city in India, near the city of Hyderabad: pop., 225,000: also Sikandarabad.

**sec·un·dine** (sek'ən-dīn', sek'ən-din), *n.* [LL. *secundinae*, pl., the afterbirth < L. *secundus*, following; see SECOND], 1. in *botany*, the second, or inner, coat of an ovule. 2. *pl.* the afterbirth.

**se·cun·dum** (si-kun'dəm), *prep.* [L.], according to, as in *secundum usum* (ū'səm), according to usage.

**se·cur·a·ble** (si-kyoor'ə-b'l), *adj.* that can be secured.

**se·cure** (si-kyoor'), *adj.* [L. *securus* < *se-*, free from + *cura*, care], 1. free from fear, care, doubt, or anxiety; not worried, troubled, or apprehensive. 2. free from danger; not exposed to damage, attack, etc.; safe. 3. in safekeeping or custody. 4. not likely to fail or give way; firm; strong; stable: as, make the knot *secure*. 5. sure; certain; to be relied upon. 6. [Archaic], overconfident; careless. *v.t.* [SECURED (-kyoord'), SECURING], 1. to make secure, or safe; guard; protect: as, *secure* your position against attack. 2. to make sure or certain; guarantee; ensure, as with a pledge: as, someone must *secure* the loan. 3. to make firm, fast, tight, etc.: as, *secure* the catch on the window. 4. to get hold or possession of; obtain; acquire: as, we have *secured* a cottage for the summer. *v.i.* to be or become secure, or safe; have or give security: as, we must *secure* against possible obstacles. —*SYN.* see get, safe.

**se·cu·ri·ty** (si-kyoor'ə-ti), *n.* [*pl.* SECURITIES (-tiz)], [ME. *securite*; L. *securitas* < *securus*; see SECURE], 1. the state or feeling of being free from fear, care, danger, etc.; safety or a sense of safety. 2. freedom from doubt; certainty. 3. overconfidence; carelessness. 4. something that gives or assures safety; protection; safeguard. 5. something given as a pledge of repayment, fulfillment of a promise, etc.; guarantee. 6. a person who agrees to make good the failure of another to pay, perform a duty, etc.; surety. 7. *usually in pl.* any evidence of debt or ownership of property; especially a bond or stock certificate. Abbreviated **sec.**

**Security Council**, the organ of the United Nations responsible for maintaining international peace and security.

**secy., sec'y.**, secretary.

**Se·da·li·a** (si-dā'li-ə, si-dāl'yə), *n.* a city in west central Missouri: pop., 24,000.

**Se·dan** (si-dan'; Fr. sə-dän'), *n.* a city in northeastern France, on the Meuse River: pop., 18,000: scene of a battle (1870) of the Franco-Prussian War, in which the Prussians defeated the French.

**se·dan** (si-dan'), *n.* [earlier also *sidan*; prob. coined < L. *sedere*, to sit, by Sir S. Duncombe (1634); orig., a sedan chair], 1. a type of closed automobile having two or four doors, and two seats, front and rear. 2. a sedan chair.

**sedan chair**, an enclosed chair for one person, carried on poles by two men.

**se·date** (si-dāt'), *adj.* [L. *sedatus*, pp. of *sedare*, to settle, caus. of *sedere*, to sit], 1. calm; quiet; composed. 2. serious; sober; dignified; grave. —*SYN.* see serious.

**se·da·tion** (si-dā'shən), *n.* in *medicine*, the act or process of reducing excitement, irritation, or pain, especially by means of a sedative.

**sed·a·tive** (sed'ə-tiv), *adj.* [Fr. *sédatif*; ML. *sedativus* < L. *sedatus*; see SEDATE], tending to soothe or quiet; specifically, in *medicine*, having the property of lessening excitement, irritation, or pain. *n.* a sedative medicine or treatment.

**sed·en·tar·i·ly** (sed''n-ter'ə-li), *adv.* in a sedentary manner.

**sed·en·tar·i·ness** (sed''n-ter'i-nis), *n.* the quality or state of being sedentary.

**sed·en·tar·y** (sed''n-ter'i), *adj.* [Fr. *sédentaire*; L. *sedentarius* < *sedens*, ppr. of *sedere*, to sit], 1. characterized by or involving sitting: as, a *sedentary* task. 2. accustomed to sit much of the time. 3. remaining in one locality; not migratory: said of birds, etc. 4. in *zoology*, fixed to one spot, as a barnacle.

**Se·der** (sā'dẽr), *n.* [*pl.* SEDARIM (sə-där'im)], [Heb. *sedher*, arrangement, service, lection], in *Judaism*, the feast commemorating the exodus of the Jews from Egypt, observed in the home on the eve of the first day (and by orthodox Jews also the eve of the second day) of Passover.

**sedge** (sej), *n.* [ME., also *segge*; AS. *secg*; IE. base **seq-*, to cut, as also in L. *secare* (cf. SECTION, SECTOR, etc.), Eng. *saw*, *scythe*: the leaves have three sharp edges], any of several coarse, grasslike plants usually growing in tufts or clumps in wet ground.

**sedg·y** (sej'i), *adj.* [SEDGIER (-i-ẽr), SEDGIEST (-i-ist)], 1. covered or bordered with sedge. 2. like sedge.

**se·dil·i·a** (si-dil'i-ə), *n.pl.* [*sing.* SEDILE (-dī'lē)], [L., pl. of *sedile*, a seat], a set of seats, usually three, along the south side of a church, for the use of the clergy when not officiating.

**sed·i·ment** (sed'ə-mənt), *n.* [Fr. *sédiment*; L. *sedimentum* < *sedere*, to sit], 1. any matter that settles to the bottom of a liquid. 2. in *geology*, any matter or mass deposited by water or wind.

**sed·i·men·tal** (sed'ə-men't'l), *adj.* sedimentary.

**sed·i·men·ta·ri·ly** (sed'ə-men'tẽr-ə-li), *adv.* so as to be sedimentary.

**sed·i·men·ta·ry** (sed'ə-men'tẽr-i), *adj.* 1. of, having the nature of, or containing sediment. 2. formed by the deposit of sediment, as rocks.

**sed·i·men·ta·tion** (sed'ə-men-tā'shən), *n.* the depositing of sediment.

**se·di·tion** (si-dish'ən), *n.* [OFr. *sedition*; L. *seditio* < *sed-*, apart + *itio*, a going < *ire*, to go], 1. the stirring up of discontent, resistance, or rebellion against the government in power. 2. [Rare], rebellion; insurrection. *SYN.*—sedition applies to anything regarded by a government as stirring up resistance or rebellion against it and implies that the evidence is not overt or absolute; treason implies an overt act in violation of the allegiance owed to one's state, specifically, a levying war against it or giving aid or comfort to its enemies.

lack of decent housing. 2. a general view; comprehensive study or examination: as, the course presents a *survey* of Italian art. 3. the process of surveying a tract or area of land for determining the location, form, or boundaries. 4. an area that has been surveyed. 5. a plan or written description of this.

**sur·vey·ing** (sẽr-vā′iŋ), *n.* 1. the act of surveying. 2. the science or occupation of surveying land.

**sur·vey·or** (sẽr-vā′ẽr), *n.* [ME. *surveior;* OFr. *surveour*], 1. a person who surveys land. 2. an inspector or superintendent, especially a customs official who ascertains the amount and value of imported merchandise.

**sur·vey·or·ship** (sẽr-vā′ẽr-ship′), *n.* [see -SHIP], the office or position of a surveyor.

**surveyor's level,** a revolving telescope mounted on a tripod and fitted with cross hairs and a spirit level: used by surveyors in finding points of identical elevation.

**surveyor's measure,** a system of measurement used in surveying:

| | | |
|---|---|---|
| 7.92 inches | = | 1 link |
| 100 links | = | 1 chain, or 66 feet |
| 80 chains | = | 1 mile |
| 625 square links | = | 1 square pole |
| 16 square poles | = | 1 square chain |
| 10 square chains | = | 1 acre |
| 640 acres | = | 1 section, or 1 square mile |
| 36 sections | = | 1 township |

**sur·viv·al** (sẽr-vi′v'l), *n.* 1. the act, state, or fact of surviving. 2. something that survives, as an ancient belief, custom, usage, etc.

**survival of the fittest,** see **natural selection.**

**sur·vive** (sẽr-viv′), *v.t.* [SURVIVED (-vivd′), SURVIVING], [ME. *surviven;* OFr. *survivre;* L. *supervivere; super-*, above + *vivere*, to live], 1. to live or exist longer than or beyond the life or existence of; outlive. 2. to continue to live after or in spite of: as, we *survived* the wreck. *v.i.* to continue living or existing, as after an event or after another's death. —*SYN.* see **outlive.**

**sur·viv·er** (sẽr-vi′vẽr), *n.* a survivor.

**sur·viv·ing** (sẽr-vi′viŋ), *adj.* that survives.

**sur·vi·vor** (sẽr-vi′vẽr), *n.* a person or thing that survives.

**sur·vi·vor·ship** (sẽr-vi′vẽr-ship′), *n.* [see -SHIP], 1. the state of being a survivor. 2. in *law*, the right of a surviving joint owner or owners to take the share of an owner who dies.

**Su·sa** (sōō′sä), *n.* a ruined city in western Iran: the capital of ancient Elam: Biblical name, *Shushan:* see Elam, map.

**Su·san** (sōō′z'n, sū′z'n), [Fr. *Susanne;* LL. *Susanna;* Gr. *Sousanna* < Heb. *shōshannāh*, lily], a feminine name: variants, *Susanna, Susannah;* diminutives, *Sue, Susie, Susy;* equivalents, Fr. *Susanne, Suzanne.*

**Su·san·na, Su·san·nah** (sōō-zan′ə, sū-zan′ə), a feminine name: see Susan.

**sus·cep·ti·bil·i·ty** (sə-sep′tə-bil′ə-ti), *n.* [*pl.* SUSCEPTIBILITIES (-tiz)], [ML. *susceptibilitas*], 1. the quality or state of being susceptible. 2. *pl.* sensitivities; feelings. 3. a susceptible temperament or disposition; capacity for receiving impressions. 4. the capacity of a substance for being magnetized, expressed in the ratio of the extent of magnetization to the strength of the magnetizing force.

**sus·cep·ti·ble** (sə-sep′tə-b'l), *adj.* [ML. *susceptibilis* < L. *suscipere*, to receive, undertake < *sus-* (for *sub-*), under + *capere*, to take], easily affected emotionally; having a sensitive nature or feelings; responsive.

**susceptible of,** that can be affected with; admitting; allowing: as, testimony *susceptible of* error.

**susceptible to,** easily influenced by or affected with; especially liable to: as, *susceptible to* tuberculosis.

**sus·cep·ti·bly** (sə-sep′tə-bli), *adv.* so as to be susceptible.

**sus·cep·tive** (sə-sep′tiv), *adj.* [ML. *susceptivus*], 1. susceptible. 2. receptive.

**sus·cep·tiv·i·ty** (sus′ep-tiv′ə-ti), *n.* the quality of being susceptive.

**sus·lik** (sus′lik), *n.* [Russ.], 1. a small gopher or ground squirrel of north central Eurasia; spermophile. 2. its fur.

**sus·pect** (sə-spekt′; *for adj. & n., usually* sus′pekt), *v.t.* [Fr. *suspecter* < L. *suspectus*, pp. of *suspicere*, to look under, look up to, admire, also to mistrust; *sus-* (for *sub-*), under + *spicere*, to look], 1. to believe (someone) to be guilty of something specified on little or no evidence. 2. to believe to be bad, wrong, harmful, questionable, etc.; distrust. 3. to imagine to be; think probable or likely; suppose; presume; surmise. *v.i.* to be suspicious; have suspicion. *adj.* viewed with suspicion; suspected. *n.* a person who is suspected, especially one suspected of a crime, etc.

**sus·pend** (sə-spend′), *v.t.* [ME. *suspenden;* OFr. *suspendre* < L. *suspendere*, to hang up; *sus-* (for *sub-*), under + *pendere*, to hang], 1. to bar or exclude from an office, privilege, position, etc., usually for a specified time, as a penalty; debar. 2. to cause to cease or become inoperative for a time; stop or withhold temporarily: as, train service has been *suspended.* 3. to keep undecided or in abeyance; hold back (judgment, sentence, etc.). 4. to hang by a support from above so as to allow free movement. 5. to hold without attachment, as dust in the air; keep in suspension. 6. to keep in suspense, wonder, etc. *v.i.* 1. to stop temporarily. 2. to withhold payment; fail to pay debts or obligations. —*SYN.* see **adjourn, exclude.**

**sus·pend·ed animation** (sə-spen′did), a temporary cessation of the vital functions resembling death, as in asphyxiation.

**sus·pend·ers** (sə-spen′dẽrz), *n.pl.* 1. a pair of straps or bands passed over the shoulders to support the trousers. 2. [British], garters.

**sus·pense** (sə-spens′), *n.* [ME.; Anglo-Fr. & OFr. *suspens, suspense*, delay, deferring; ML. *suspensum* < L. *suspensus*, suspended, uncertain, lit., hung up, pp. of *suspendere*, to suspend], 1. the state of being undecided or undetermined. 2. the state of being uncertain, as in awaiting a decision, usually characterized by some anxiety or apprehension. 3. uncertainty; indecisiveness. 4. [Rare], suspension or interruption, as of a legal right.

**suspense account,** in *bookkeeping*, an account in which items are temporarily entered until their disposition can be determined.

**sus·pen·si·bil·i·ty** (sə-spen′sə-bil′ə-ti), *n.* the quality of being suspensible.

**sus·pen·si·ble** (sə-spen′sə-b'l), *adj.* [< L. *suspensus* (see SUSPENSE); + *ible*], that can be suspended.

**sus·pen·sion** (sə-spen′shən), *n.* [L. *suspensio* < *suspensus;* see SUSPENSE], 1. a suspending or being suspended; specifically, *a)* a barring from office, etc. *b)* a stoppage of payment, etc. *c)* a holding back of a judgment, etc. 2. a supporting device upon or from which something is suspended. 3. the system of springs, etc. supporting a vehicle upon its undercarriage or axles. 4. the act or means of suspending the balance or pendulum in a timepiece. 5. the condition of a solid whose particles are dispersed through a fluid but not dissolved in it. 6. a substance in this condition. 7. in *music*, *a)* the holding back of one or more tones in a chord while the others progress, so that a temporary dissonance is created. *b)* the tone or tones so held.

**suspension bridge,** a bridge suspended from chains or cables which are anchored at either end and supported by towers at regular intervals.



SUSPENSION BRIDGE

**suspension point,** any of a series of dots, properly three, indicating the omission of words or sentences, as in something quoted.

**sus·pen·sive** (sə-spen′siv), *adj.* [ML. *suspensivus*], 1. that suspends, defers, or temporarily stops something. 2. tending to suspend judgment; undecided in mind. 3. of, characterized by, or in suspense; apprehensive. 4. expressing or creating suspense: as, a *suspensive* sentence. 5. [Rare], of or characterized by physical suspension.

**sus·pen·sor** (sə-spen′sẽr), *n.* [ML.], a suspensory.

**sus·pen·so·ry** (sə-spen′sə-ri), *adj.* [< L. *suspensus* (see SUSPENSE); + *-ory*], 1. suspending, supporting, or sustaining: as, a *suspensory* muscle or bandage. 2. suspending or delaying, especially so as to leave something undecided. *n.* [*pl.* SUSPENSORIES (-riz)], a suspensory muscle, bandage, truss, etc.

**suspensory ligament,** a ligament supporting the lens of the eye.

**sus·pi·cion** (sə-spish′ən), *n.* [ME. *suspecion;* Anglo-Fr. *suspecioun;* OFr. *sospeçon;* LL. *suspectio*, orig., a looking up to, esteeming, later with sense of L. *suspicio*, suspicion; L. *suspectus*, pp. of *suspicere*, to look up at, admire; look secretly at, mistrust, suspect; sp. altered after L. *suspicio* from same source], 1. the act or an instance of suspecting; believing of something bad, wrong, harmful, etc. with little or no supporting evidence. 2. the feeling or state of mind of a person who suspects. 3. a very small amount or degree; suggestion; inkling; trace. *v.t.* [Dial. or Colloq.], to suspect.

**above suspicion,** not to be suspected; honorable.

**on suspicion,** on the basis of suspicion; because suspected.

**under suspicion,** suspected.

**sus·pi·cious** (sə-spish′əs), *adj.* [ME. & OFr. *suspecious;* L. *suspiciosus*], 1. arousing or likely to arouse suspicion in others. 2. showing or expressing suspicion. 3. *a)* suspecting; feeling suspicion. *b)* tending habitually to suspect, especially to suspect fault, evil, etc.

**sus·pi·ra·tion** (sus′pi-rā′shən), *n.* [L. *suspiratio* < *suspirare*, to suspire], a prolonged sigh.

**sus·pire** (sə-spir′), *v.i.* [SUSPIRED (-spird′), SUSPIRING], [L. *suspirare*, to breathe out < *sub-*, under + *spirare*,