**Test Procedure "B" (Crosswise cuts) :**

1. Purchase a new, unused bat for inspection.
2. Visually inspect the bat; it should be in new condition, free of any visible dents or obvious structural flaws.
3. Measure the diameter of the bat in the mid-section of the impact portion of the bat. Mark edge of assembly to assure proper alignment later on.
4. Make two crosswise cuts on the bat to produce a 1/4-inch long cylinder from the mid section of the impact portion of the bat. (Cut the bat on a carbide cut-off saw or some other suitable cutting device that does not unduly distort or heat the bat. Ensure that cutting tools used are as sharp as possible and the procedures used are sufficient to minimize the burr caused by cutting.) Figure 3.



**Figure 3, Miken Ultra II, crosswise cut, with visible separation.**

5. De-burr the edges of the cuts, being careful not to alter the bat's inner and outer surface beyond the edge.
6. Observe the internal structure of the bat, and, look for any signs that the cutting process disturbed the bat frame or insert. Stop procedure if damage is indicated.

7. Measure the diameter of the 1/4-inch cylinder and compare the results with the previous un-cut dimension. If the diameter changed stop the procedure.
8. Identify if the separation between the insert and the impact portion of the bat frame is sufficiently close to operable engage the insert during a ball impact.
9. Measure the diameter of the ¼ inch cylinders and compare the results with the previous un-cut dimension. Observe the internal structure of the bat and look for any signs that the cutting process disturbed the bat frame or inset. IF changes are found, stop the procedure.
10. Inspect the ¼ inch rings for signs of a visible separation or space between the rings. Visual inspection can be performed with a 10x power loop and or back lighting to check for light passing between the inner and outer ring. Figure 3[1].



**Figure 3, Miken, with visible light between frame and insert, <u>without</u> use of any magnification.**

---

[1] For the light photo on the Ultra II picture. We used a light table to clarify the separation that exists between the layers. The surrounding area on the light table was blacked out so light would only shine through the area of interest. I held a ¼ inch crossection of the Miken bat onto the light table for inspection. The section was placed on its side so that the light would shine through the separation. Finger pressure only was used to hold the 3 separate rings in place. All ring were brought together on the area of the assembly which is farthest away from the area where the light is shining. This was done to simulate how the rings would be oreintated just before impact with a ball. Due to the centrifical forces during swinging, the 3 separate rings will close any separation toward the side away from the ball impact. Therefore, separation will be maximized just before impact in the area on the front side of the bat where the bat strikes the ball.