11. Hold a ¼ inch ring in you hand and try pushing with your fingers against the inner ring relative to the outer ring and determine if there is any detectable movement. Test all ¼ inch rings. Figure 4.



**Figure 4, Miken 1/4 ring, insert pushes out freely from frame.**

12. Hold a ¼ inch ring in you hand and try to rotate the inner ring relative to the outer ring. Test all ¼ inch rings. Figures 5 and 6.



**Figure 5, Miken Ultra II showing insert alignment**



**Figure 6, Miken Ultra II showing insert rotation**

**Test Procedure "C" (Load Deflection test) :**

1. Purchase a new, unused bat for inspection.
2. Visually inspect the bat; it should be in new condition, free of any visible dents or obvious structural flaws.
3. Run a test on the full bat to determine the Load Deflection rate of the bat in the middle of the impact portion. See below for procedure. Record the results.
4. Make two crosswise cuts on the bat to produce a 10-inch long cylinder from the mid-section of the impact portion of the bat. Cut the bat on a band saw or some