other suitable cutting device that does not unduly distort or heat the bat. Ensure that cutting tools used are as sharp as possible and the procedures used are sufficient to minimize the burr caused by cutting. The insert should be position within this 10-inch section of the bat. Figure 9.

**Figure 9, Miken M-Pulse.**







5. De-burr the cut edges of the 10-inch tube, being careful not to alter the bat's inner and outer surface beyond the edge, and run a load deflection rate test. (See attached Load Deflection test procedure Attachment 1) Record the result.
6. Mark end of tube/tubes with permanent marker and then remove the insert from within the 10-inch section of tube.
7. Prepare the inner and outer tube surfaces for bonding:
8. Take the outer tube and thoroughly clean the inside surface, removing any substance or coatings that would inhibit the bonding with glue.
9. Take the inner tube and thoroughly clean the outside surface, removing any substance or coatings that would inhibit the bonding with glue.
10. Add a 1/16-inch chamfer on the O.D. of one end of the inner tube. This chamfer acts as a guide for assembly and helps direct an even flow of glue between in inner and outer tube.

11. Install Bat/10" cut section of bat into UTM/Instron per Figures 7 and 8.

**Figure 7**



**Figure 8**



12. Pre-load Bat to 8 lb. ± 2 lb.
13. Re-set machine to zero.
14. Run standard computer program, 10 inch section/Bat loaded at 1 inch per minute to a max of 750 $lb_f$.
15. Remove Bat/10 inch section from machine and re-run test.
16. Run test 5 times total so that data is collected for the 0°, 90°, 180°, 270°, and 0° positions. The 0° position is run twice to assure repeatability in the test.
17. Add a 1/16-inch chamfer on the I.D. of one end of the outer tube. This chamfer acts as guide for assembly and helps direct an even flow of glue between in inner and outer tube.
18. Coat the inside of the outer tube with a liberal amount of epoxy glue; ensuring the entire inner surface is coated. (Good result can be achieved with a High Shear Strength, High Peel epoxy from HYSOL called E-60HP)
19. Coat the outside of the inner tube with a liberal amount of epoxy glue; ensuring the entire outer surface is coated. (Good result can be achieved with a High Shear Strength, High Peel epoxy from HYSOL called E-60HP)