


In addition, the claim 18 element of "the impact portion being inwardly elastically deflectable such to establish a tight interference fit between the insert and the impact portion" is also demonstrably satisfied by the foregoing Load Deflection test. The impact of the ball upon the bat causes deflection of the independent layers of the Miken bat, as seen in a comparison of the unbonded and bonded members. And the inward deflection of the layers causes the relatively tight, transient interference fit between the composite tubes that satisfies the requirements of claim 18, in accordance with the *Worth* court's

construction of that claim. (*Worth* Opinion, page 9, Attachment C). As stated by Dr. Parks:

> There is no specific degree of tightness specified for these transient interference fits in claim 18. However, one of ordinary skill in the art would recognize that the temporary interference fit should be tight enough to hold the insert in place during the impact, but not so tight that it prevents independent movement of the walls of the insert and the frame in the impact portion of the bat.

The insert of the Miken Infringing Bats is sufficiently separate from the frame of those bats to move independently during impact, yet during impact, the insert is sufficiently tight to be held in place within the frame.

In addition, during actual usage of the Miken Infringing Bats, the separate frame and insert members deflect under load in a manner completely different from the geometric conditions for deflection of a single wall bat or a multi-wall bat without a "gap". Because the Miken Infringing Bats have a "gap" between the frame an insert members, the ability of the structure to carry interlaminer shear throughout the full thickness of the structure is significantly reduced and thus this stiffness, or load deflection rate of the Bats is significantly reduced. A single wall structure of the same total thickness as above, or a multi-wall bat without a "gap", is much stiffer than the Miken Infringing Bat designs because the latter structures carry significantly more interlaminer shear during load, simply because of their total thickness (without independently moving members) and has a higher load deflection rate.

For reference, interlaminer shear is the force exerted on a circular bat structure during bending (from application of a load), due to the outside radius being put into compression and the inside radius being put into tension. See Figure 10 and 11.

## Figures 10 and 11 – A Ball Impacting a Bat.

**A) Frame and insert prior to impact.**




Fig. 10

**'398 Double-wall.** **Non-sliding interface.**




Fig. 11

**b) Frame and insert under impact load.**

The inside radius wants to "slide" relative to the outside since the inside overall length is getting larger and the outside radius overall length is getting smaller. Without this capability to resist shear force, the structure is significantly less stiff, up to 4 times less stiff for structures of the same material and thickness.

The Miken Infringing Bats, HHD, Viper, Infinit-E, Velocit-E, Velocit-E ii, Ultra I, and Ultra II, Edge and M-Pulse are all manufactured so that flexibility and trampoline effect are maximized. These are the hallmarks of the Wilson DeMarini multi-wall performance of '398 Patent bats, they have incorporated the elements of '398 Patent claims 1, 15 amd 18. Without such infringment, the Miken Infringing Bats would merely be thick, stiff bats, like those of the prior art.

I declare under penalty of perjury under the laws of the United States that the foregoing accurately reflects my opinions, and the statements therein are true and correct to the best of my knowledge.

Executed this 24TH day of October, 2003, at Chicago, Illinois.

Douglas G. Guenther

# Douglas G. Guenther

**2S400 Burning Trail . Wheaton, IL 60187**
**630-752-9878**


## Director – Research and Development

**Research and Development...Product Design... Product Sourcing... Manufacturing Liaison**

**Creative and Intuitive, I offer an exceptional ability with mathematical modeling/analysis. In strategic planning and product design situations, I work well with others to ensure overall cooperation and effectiveness. Confident with decision-making responsibility, I perform at my best when challenged to my full potential.**

**I seek product development opportunities where my mechanical engineering expertise and talent to handle varying conditions contribute directly to corporate goals.**

## Capable & Experienced

**A well - versed engineering generalist with progressive levels of responsibility, positions held include Director – Research and Development Team Sports, Engineering Manager – Team Sports, Senior Engineer - Team Sports, Principal Engineer - Tennis Ball Product Development, Senior Design Engineer - Liaison Engineering, Mechanical Design Engineer - Product Development, and Test Engineer - Product Engineering. My experience has been focused on the design, development, and testing of complex assemblies including aircraft structures, fitness equipment, automobile engines, and sporting goods equipment. I have extensive international experience with marketing, manufacturing and interfacing with the customer. I am fully trained and experienced in ACAD and have capably supervised a professional staff of up to 25 individuals. Experienced in Legal Depositions.**

## Versatile & Accountable

**Over a 20 year period, I have demonstrated career growth in Engineering and Research & Development (product development, materials engineering (composites, leather, synthetic leather), structural engineering, mechanical engineering, product design, prototype engineering, applied research, product re-engineering, manufacturing liaison, test engineering, product applications, engineering support, systems planning and technical supervision), and Manufacturing (production control, equipment utilization, quality control/assurance and process control).**

Ex. A

## Key achievements include:

- **I have led the R&D efforts for Wilson Team Sports since 1995. Our annual sales have grown from 125 MM in 1997 to 180 MM in 2003, with profitability increasing 10 fold. During this time there have been numerous innovations implemented. These include but are not limited to, Double-wall bat technology, Sweat absorbing basketball, Half-and-half bat technology, Cool looking one size fits all baseball batting helmet, GST American football and floating cover volleyball.**
- **Manage the technical partnership between Wilson Sporting Goods and a Far East tennis ball factory. This currently results in annual savings of $2.0 million, with planned annual savings of $5.0 million by year-end 1996.**
- **Design and Implementation of a breakthrough patented "Duraweave" tennis ball felt. This felt improved performance and reduced cost. Annual savings to Wilson Sporting Goods $1.0 million.**
- **To be competitive in the fitness equipment industry, Bally recruited me to head up the development of a stairclimbing machine. I lead the technical effort and am named as one of the inventors on the LIFESTEP machine, which resulted in $10 million in increased annual sales volume. Product was brought into production in just 16 months....2+ years is normal for a machine of this complexity!**
- **Assigned to evaluate an automobile instrument panel during a 30 M.P.H. front impact crash. I utilized slow motion movies, accelerometers and strain gauges to determine the effect on knees, chest and head of an unrestrained occupant. The results of my evaluation led to the redesign of the instrument panel stiffness, increasing the safety of the vehicle.**
- **Faced with athletic equipment machinery that produced a hard stop at the end stroke, I installed various springs, redistributed loads, and explored different options. I discovered a product used in the couplings of railroad cars would solve the problem and increase user comfort and product versatility. The installation resulted in greater marketability of the equipment and contributed to a 60% increase in new equipment orders.**
- **Discovering that defective horizontal stabilizers for the F-18 military aircraft were sent to the line for installation, I had the assemblies pulled from the line for thorough re-inspection. The resulting actions determined that a $100,000 assembly was unacceptable for use or repair and prohibited the potential loss of a $30 million aircraft.**

## Management Chronology:

| | |
|---|---|
| **Wilson Sporting Goods Company, Chicago IL** | |
| Director – Research and Development – Team Sports | **1998 – Present** |
| Engineering Manager – Team Sports | **1997 - 1998** |
| Senior Engineer - Team Sports | **1995 - 1997** |
| Principal Engineer - Tennis Balls | **1991 - 1995** |
| **McDonnell Douglas Corporation, St. Louis, MO** | |
| Senior Design Engineer - Liaison Engineering | **1989 - 1991** |
| (Contract Employee of Ewing Technical Design, Inc.) | |
| Design Engineer Liaison | **1984 - 1988** |
| **Bally-Life Fitness Division, Franklin Park, IL** | **1988 - 1989** |
| Mechanical Design Engineer-Product Development | |
| **General Motors Corp., Oldsmobile Division, Lansing, MI** | **1983 - 1984** |
| Test Engineer-Product Development | |

**Issued Patents**

D480,774 – Ball Lacing with raised pebbled surface.
6,629,902 – Game ball lacing.
D479,367 – Batting helmet.
6,553,571 – Baseball glove with finger wrap.
6,413,177 – Sports ball with floating cover.
6,412,113 – Ball glove with textile reinforced compression molded rubber shell.
D457,208 – Ball Lacing.
6,123,633 – Inflatable game ball with a lobular carcass and a relatively thin cover.
6.024,661 – Sweat-absorbing game ball.
5,931,752 – Inflatable game ball with laid-in channel or logo.
5,888,157 – Football.
5,681,233 – Inflatable game ball with sponge rubber carcass.
5,135,447 – Exercise apparatus for simulating stair climbing.

## Educational / Personal:

**My MS Degree in Engineer Mechanics is from the University of Missouri - Rolla (1989), where I have also completed my BS in Mechanical Engineering (1982). Throughout my career, I have broadened my capabilities with numerous seminars and courses, including Ethical Decision-Making, Team Building, Juran Quality Control, CADD, ACAD, and Microsoft Project.**

**Married with 2 children, I am open to travel as required. I enjoy a number of leisure activities including canoe racing (have placed 1st in state championships), camping, Certified Scuba Diver, hiking, and football. I also ran and completed a 26-mile marathon.**

**References will be made available once a mutual level of interest has been established.**

US005415398A

# United States Patent [19]

Eggiman

[11] Patent Number: 5,415,398

[45] Date of Patent: May 16, 1995

[54] SOFTBALL BAT

[76] Inventor: Michael D. Eggiman, 31155 NW. Milne St., Hillsboro, Oreg. 97124

[21] Appl. No.: 257,943

[22] Filed: Jun. 10, 1994

**Related U.S. Application Data**

[63] Continuation of Ser. No. 62,307, May 14, 1993, abandoned.

[51] Int. Cl.⁶ ........ A63B 59/06

[52] U.S. Cl. ........ 273/72 A

[58] Field of Search ........ 273/67 R, 72 A, 72 R, 273/268, 73 R

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,116,926 | 1/1964 | Owen et al. | 273/72 |
| 3,861,682 | 1/1975 | Fujii | 273/72 |
| 3,876,204 | 4/1975 | Moore et al. | 273/72 |
| 3,963,239 | 6/1976 | Fujii | 273/72 |
| 4,056,267 | 11/1977 | Krieger | 273/72 A |
| 4,113,248 | 9/1978 | Yanagioka | 273/72 A |
| 4,569,521 | 2/1986 | Mueller | 273/72 |
| 4,600,193 | 7/1986 | Merritt | 273/72 A |
| 4,951,948 | 8/1990 | Peng | 273/72 A |
| 4,961,576 | 10/1990 | Meredith | 273/72 |
| 5,094,453 | 3/1992 | Douglas et al. | 273/72 |
| 5,104,123 | 4/1992 | Okitsu et al. | 273/72 |
| 5,131,651 | 7/1992 | You | 273/72 |
| 5,180,163 | 1/1993 | Lanctot | 273/72 A |
| 5,219,164 | 6/1993 | Peng | 273/72 A |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4303477 | 10/1992 | Japan | 273/72 A |
| 2247932 | 3/1992 | United Kingdom | 273/72 R |

*Primary Examiner*—Mark S. Graham
*Attorney, Agent, or Firm*—Klarquist Sparkman Campbell Leigh & Whinston

[57] ABSTRACT

A tubular aluminum bat frame is provided with a large-diameter impact portion, an intermediate tapering portion, and a small-diameter handle portion. A tubular insert is suspended within the impact portion by interference fits at each insert end. A first interference fit is achieved by forcing the first end of the insert into the tapering portion of the bat frame. The second interference-fit is then formed by curling the end of the impact portion over upon the second end of the insert. A gap exists along the length of the suspended insert separating the insert from the interior of the impact portion. The gap is filled with grease to facilitate relative movement between the insert and the tubular frame when a ball is batted.

**18 Claims, 1 Drawing Sheet**




Ex B


FIG. 1
FIG. 2
FIG. 3
10
11
12
14
16
18
20
22
24
26
3

# SOFTBALL BAT

This application is a continuation of application Ser. No. 08/062,307, abandoned, filed on May 14, 1993.

## FIELD OF THE INVENTION

The present invention relates to softball and baseball bats and more particularly relates to the use of structural members inside such bats to improve their impact response.

## BACKGROUND AND SUMMARY OF THE INVENTION

Tubular metallic softball (and baseball) bats are well known in the art. A familiar example is a tubular aluminum bat. Such bats have the advantage of a generally good impact response, meaning that the bat effectively transfers power to a batted ball. This effective power transfer results in ball players achieving good "slugging" distances with batted balls. An additional advantage of such aluminum bats is the improved durability over crack-prone wooden bats.

Even though today's aluminum bats perform well, there is an ever-continuing quest for bats with a better "slugging" capacity. Accordingly, one important need is to optimize the impact response of a bat. Generally speaking, impact response is best when a bat undergoes a greatest elastic deflection, before rebounding with a greatest force in the shortest amount of time. Optimization of these three factors increases the "spring" of a ball off a bat, yielding a bat with a superior power transfer and facility for "slugging."

Constraining the design of aluminum bats is the requirement that the elastic deflection not be accompanied by any plastic deformation. Plastic deflection lessens the power transfer to a ball and leaves the bat permanently dented. Thus, aluminum bat design is driven by the elastic and plastic deformation characteristics of aluminum. For example, when the tubular wall is too thin, a desirable large amount of elastic deflection is achieved, but with unwanted permanent plastic deformation. On the other hand, when the aluminum tubular wall is too thick, the bat may be too stiff to elastically deflect appreciably. In this case, the bat responds with relatively little spring, resulting in lower power transfer.

To provide for greater "spring," tubular bats using other materials, such as titanium, have been developed. Titanium is a high-strength material permitting thin bat frame walls which provide a substantial elastic deflection without plastic deformation. Such bats provide excellent spring-like response and power transfer to a batted ball. However, the material cost and difficulty of working titanium result in a high consumer cost.

The prior art also includes tubular bats using inserts. While most often inserts are used for vibration deadening purposes, U.S. Pat. No. 3,963,239 of Fujii discloses a metallic bat frame with a large-diameter impact portion receiving an insert to adjust the weight and improve the "repelling action" of the bat. Fujii teaches an insert in tight abutment within the tubular frame, so that the insert is fixed relative to the frame. The engagement is improved by forcing the insert into the tapered intermediate portion of the bat and/or by gluing the insert within the frame. The tightly-fitted Fujii insert simply acts to thicken the wall of the impact portion of the bat.

In light of the shortcomings of the prior art, it is an objective of the present invention to provide an improved bat.

It is another objective of this invention to provide a bat that increases the power transferred from the bat to a batted ball.

It is yet another objective of this invention to provide a simple construction for a tubular bat with an insert.

In accordance with a preferred embodiment of the present invention, a tubular aluminum bat frame is provided with a large-diameter impact portion, an intermediate tapering portion, and a small-diameter handle portion. A tubular insert is suspended within the impact portion by interference fits at each insert end. A first interference fit is achieved by forcing the first end of the insert into the tapering portion of the bat frame. The second interference-fit is then formed by curling the end of the impact portion over upon the second end of the insert. A gap exists along the length of the suspended insert separating the insert from the interior of the impact portion. The gap is filled with grease to facilitate relative movement between the insert and the tubular frame when a ball is batted.

The foregoing and additional features and advantages of the present invention will be more readily apparent from the following detailed description, which proceeds with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a sectional view through the center of a softball bat in accordance with one aspect of this invention.

FIG. 2 is a magnified cutaway view of the bat of FIG. 1.

FIG. 3 is a sectional view taken along line 3—3 of FIG. 2.

## DETAILED DESCRIPTION

Referring to FIG. 1, a softball bat 10, according to one embodiment of the present invention, has a tubular aluminum frame 11 with a relatively large-diameter impact portion 12, an intermediate tapering portion 14, and a relatively small-diameter handle portion 16.

To provide for an improved impact response yielding a better transfer of power from the bat to a batted ball, a tubular insert 18 is suspended within the impact portion 12 of the tubular frame. The tubular insert is a hollow tube of an outer diameter slightly less than the inner diameter of the tubular frame impact portion 12. A first end 20 of the tubular insert 18 is inserted through the impact portion 12 to be forcefully lodged in abutment with the diametrically narrowing interior wall of the tapering portion 14, thus forming a first interference fit. A second end 22 of the tubular insert 18 is spaced inwardly from the top end of the impact portion 12 when the tubular insert 18 is secured in the first interference fit. A second interference fit is created at the insert second end 22 by curling the topmost portion of the impact portion over upon the insert second end 22. The curled-over portion forms a reduced-diameter head portion 24 of the tubular frame 11.

Because the outer diameter of the insert 18 is slightly less than the inner diameter of the tubular frame impact portion 12, the suspended insert 18 contacts the tubular frame only at the interference fits of the first and second insert ends 20, 22. A narrow, uniform gap 26 exists between the insert 18 and the inner wall of the impact portion 12. The gap extends uniformly around the insert