


**Figure 11 , Miken Ultra with 0.001" feeler gauge inserted as above.**

Further, the spatial separation of the Miken bats is not limited to a single spot on the barrel of the bats. The rings for Figures 3, 10 and 11 were taken randomly from the impact portion of the barrel of the sample bats. In addition, a series of adjoining ring cuts were made in an Ultra bat in order to sample the length of the spatial separation of the frame and insert. Figure 12 shows the same 0.001" separation in all 5 adjoining ring cuts.




**Figure 12 , Miken Ultra with 0.001" feeler gauge inserted through all five (5) adjoining rings.**

The "measurements" of spatial separation offered by Dennehy were created by examining a digital photo from a scanning electron microscope (SEM), attempting to achieve real world scale from lines on the photos through use of calipers and application of an undisclosed equation. Through such a procedure, Professor Dennehy arrives at a "maximum" separation of 0.00089". Fluctuations in the accuracy of the absolute values documented by Dennehy become clear from simple visual inspection of a bat ring (which preserves the structural integrity of the layers) using of a light table (as in Figure 3 above), and by using a standard feeler gauge. SEM photography is unnecessary for detecting and measuring the separation in the Miken bats. Clearly the 0.001" separation

in the Miken bats, as shown above, is greater (by over 12%) than "shown" by Dennehy's extrapolated exercise.

Moreover, the '398 Patent does not require the "gap" to be any arbitrarily fixed minimum separation. As stated in the *Worth* decision, all that is required is "a sufficient separation exists for the frame and insert to move independently." (*Worth* Opinion, page 7, Attachment C to October 24 Report). Infringement has therefore been shown for each of the accused Miken bats in the chart on page 23 of my October 24 Report demonstrating independent movement of the frame and insert. Nevertheless, Dennehy ***admits*** that "some separation between the layers of the interface exists there and air is filling the void." Dennehy, October 15 Report, p. 6. Accordingly, Dennehy's opinions that the Miken bats do not read on the "gap" limitations of the '398 Patent are not valid.

### 2. Longitudinal Cutting of Bats Does Not Preserve Structural Dimensions of the Multi-Layered Bat Walls

In addition to the errors in Dennehy's measurements as set forth above, he has taken his measurements from bats that were cut on their longitudinal (lengthwise) axis. The cutting of these closely fitting, cylindrical multi-layer bats results in the release of the hoop stresses that maintain their shape and diameter. Once the circular structure has been compromised, the shape of the layers changes through a collapse of those layers. In other words, cutting the bats along their length causes the layers to collapse from their original size to a tighter shape.

The effect of the collapse in the bat's structure can be seen from the following data. An Ultra bat's Outer Diameter ("OD") was measured at five spots along the barrel, before and after cutting the bat longitudinally. The resulting average OD was 2.237". See Attachment D. The average shrinkage of the Ultra bat barrel's OD as a result of the

longitudinal cut was quite significant at 0.030". By contrast, the OD of the Ultra bat, when similarly measured, but when cut in rings (as shown in Figures 3, 10, 11 and 12), reduces an average of ***less than*** 0.001". The cutting of the Miken bats into rings maintains the layers' structural dimensionality as the change in OD is less than 0.001". It is clear from this data that the bat samples examined by Dennehy were substantially altered from their original, whole bat dimensionality, having collapsed far more than the measured separation between the layers of the intact bat layers. For this additional reason, Dennehy's infringement opinions are not valid.

## IV. CONCLUSION

For the foregoing reasons, the non-infringement opinions of Professor Dennehy are not valid. The Miken Ultra, Velocit-E and Intensit-E bats all infringe claims 1, 15 and 18 of the '398 Patent. Each has a "gap", or a separation sufficient to permit independent movement of the frame and insert. As seen above, the separation can be seen on a light table and can be measured with the use of a feeler gauge.

I declare under penalty of perjury under the laws of the United States that the foregoing accurately reflects my opinions, and the statements therein are true and correct to the best of my knowledge.

Executed this 1st day of December, 2003, at Chicago, Illinois.

Douglas G. Guenther

# MIKEN ULTRA 1 BAT OD MEASUREMENTS

21-Nov-03 BG

**BAT 1**

| | | Axial (Longitudinal) | |
|---|---|---|---|
| [From Endcap] | **Full Bat OD** | **Cut Bat OD** | **Change** |
| 5" | 2.238 | 2.208 | 0.030 |
| 5.5" | 2.237 | 2.209 | 0.028 |
| 6" | 2.237 | 2.208 | 0.029 |
| 6.5" | 2.237 | 2.207 | 0.030 |
| 7" | 2.236 | 2.205 | 0.031 |
| | **AVG** | | **0.030** |
| | STD | | 0.001 |

**BAT 2**

| | | 1/4" Sectioned | |
|---|---|---|---|
| [From Endcap] | **Full Bat OD** | **(Ring Cut) Bat OD** | **Change** |
| 5" | 2.233 | 2.232 | 0.001 |
| 5.5" | 2.233 | 2.234 | -0.001 |
| 6" | 2.233 | 2.233 | 0.000 |
| 6.5" | 2.233 | 2.233 | 0.000 |
| 7" | 2.232 | 2.231 | 0.001 |
| | **AVG** | | **0.000** |
| | STD | | 0.001 |

**Attachment D**