**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MIKEN COMPOSITES, L.L.C., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 02-CV-769 DSD/SRN |
| WILSON SPORTING GOODS CO., | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2004, I caused the following documents:

DEFENDANT WILSON SPORTING GOODS CO.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;

DECLARATION OF MATTHEW A. DOSCOTCH IN SUPPORT OF WILSON SPORTING GOODS CO.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; and

AFFIDAVIT OF DOUGLAS G. GUENTHER

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael H. Streater mstreater@briggs.com

Kurt J. Niederluecke kniederluecke@fredlaw.com

Dated: October 4, 2004 s/ Matthew A. Doscotch