**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Miken Composites, L.L.C.,

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

Court File No. 02-CV-769 DSD/SRN

**SUPPLEMENTAL DECLARATION OF MICHAEL H. STREATER**

Michael H. Streater hereby declares:

1. I am an attorney with Briggs and Morgan, P.A., the attorneys representing plaintiff in this matter. I am personally familiar with the matters set forth in this Affidavit.

2. Attached as Exhibit A is a copy of the Docket Sheet from the case *Wilson Sporting Goods Co., v. Hillerich & Bradsby Co.*, Court File No. 00-C-6517 (N.D. Ill.). Document No. 117 on the Docket Sheet provides that on October 5, 2004, Judge Ruben Castillo adopted Magistrate Judge Ashman's claim construction opinion, dated August 7, 2003. A copy of that claim construction opinion is attached hereto as Exhibit B.

3. Attached as Exhibit C are copies of certain pages from the deposition of Douglas Guenther, taken May 12, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2004

s/Michael H. Streater
Michael H. Streater