RECEIVED
NOV 2004
CLERK, U.S. DIST. COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
## District of Minnesota

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** CV 02-769 DSD/SRN **Case Title:** Miken Composites LLC v. Wilson Sporting

**Affidavit of Movant**

I, Michael H. Streater, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jacqueline Curnutte, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Central District of California, but not admitted to the bar of this court, who will be counsel for the 9 plaintiff XX defendant Miken Composites LLC in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

XX 9 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
9 2. I am not a resident of the State of Minnesota.
9 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature of: Michael H. Streater MN Attorney License # 106331 Date 11/24/04

**Affidavit of Resident Minnesota Bar Member** (Must be completed only if movant checks box 2 or 3 above.)

I, ______________, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature of: ______________ MN Attorney License # ______ Date ______

**Affidavit of Proposed Admittee**

I, Jacqueline G. Curnutte, am currently a member in good standing of the U.S. District Court for the Central District of California but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d).

Jacqueline G. Curnutte — Type/Print Name
Jacqueline Curnutte — Signature
11/19/04 — Date

Attorney License Number: 230418 issued by the State of CA (initials)

Law Firm Name: Gibson, Dunn & Crutcher LLP
Main Phone: (213) 229-7000
Law Firm Addrs: 333 S. Grand Avenue, Los Angeles, CA 90071
Direct Phone: (213) 229-7173
E-mail Addrs: jcurnutte@gibsondunn.com

Note: This form shall be converted to PDF and e-filed in ECF. A check in the amount of the Pro Hac Vice admission fee of $25 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.



SCANNED
NOV 2 9 2004
MMC
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

To Whom it May Concern:

We have accepted for filing pleadings in an action listing you as counsel or co-counsel, but are unable to find your name in the active roll of attorneys admitted to practice before this Court. Only members of the bar of this Court may be listed as attorneys of record and appear and participate on behalf of another in a case in this court. Only attorneys of record will receive notice of entry of orders or judgments in a particular case. If you wish to be listed as an attorney of record in matters pending before this Court, you must either be: (1) a member of the bar of the U.S. District Court of Minnesota or (2) temporarily admitted pro hac vice for a specific case in accordance with our local rules (LR 83.5(d)).

Pro hac vice admissions in this district are for a specific case, and your affiliation with multiple cases on a pro hac vice basis must be by separate application and payment of the $25 admission fee for each individual case, with the exception of actions consolidated for pretrial purposes.

The attached Motion for Admission Pro Hac Vice must be completed in its entirety, as all information is necessary for data entry and retrieval purposes. A signed copy of the motion will be forwarded to local counsel after it has been granted. This form and other attorney forms are also available on the FORMS page of our website at www.mnd.uscourts.gov.

Mike Chutich
Attorney Admissions Clerk

**ELECTRONIC NOTICE OF ORDERS**
(To be Completed by Proposed Admittee)

Under Fed.R.Civ.P.77 and Fed.R.Crim.P.49, the Clerk for the District of Minnesota is authorized to transmit notice of entry of judgment, orders or notices by electronic transmission in any case in which this capability exists and the undersigned appears as attorney of record.

The undersigned consents to receive all court-generated notices required by Fed.R.Civ.P. 77 by electronic means and understands that electronic notice will be in lieu of notice by mail unless the Court learns that a failure has occurred in which case notice will be effected by mail within 24 hours.

Signature of Proposed Admittee: [signature]

Typed Name of Proposed Admittee: Jacqueline G. Curnutte

RECEIVED
2004
CLERK U.S. DIST. COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
## District of Minnesota

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** CV 02-769 DSD/SRN **Case Title:** Miken Composites LLC v. Wilson Sporting

**Affidavit of Movant**

I, Michael H. Streater, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Wayne Barsky, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Central District of California, but not admitted to the bar of this court, who will be counsel for the 9 plaintiff XXXXXXXX Miken Composites LLC in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

XX 9 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
9 2. I am not a resident of the State of Minnesota.
9 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature of: Michael H. Streater — MN Attorney License # 106331 — Date 11/24/04

**Affidavit of Resident Minnesota Bar Member** (Must be completed only if movant checks box 2 or 3 above.)

I, ________________________, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature of: ____________ MN Attorney License # ____________ Date ____________

**Affidavit of Proposed Admittee**

I, Wayne M. Barsky, am currently a member in good standing of the U.S. District Court for the Central District of California but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d).

Wayne M. Barsky — Type/Print Name
Signature
11.18.04 — Date

Attorney License Number: 116731 issued by the State of CA (initials)
Law Firm Name: Gibson, Dunn & Crutcher LLP
Main Phone: (310) 552-8500
Law Firm Addrs: 2029 Century Park East
Los Angeles, CA 90067
Direct Phone: (310) 557-8183
E-mail Addrs: wbarsky@gibsondunn.com

Note: This form shall be converted to PDF and e-filed in ECF. A check in the amount of the Pro Hac Vice admission fee of $25 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

# UNITED STATES DISTRICT COURT
District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

To Whom it May Concern:

We have accepted for filing pleadings in an action listing you as counsel or co-counsel, but are unable to find your name in the active roll of attorneys admitted to practice before this Court. Only members of the bar of this Court may be listed as attorneys of record and appear and participate on behalf of another in a case in this court. Only attorneys of record will receive notice of entry of orders or judgments in a particular case. If you wish to be listed as an attorney of record in matters pending before this Court, you must either be: (1) a member of the bar of the U.S. District Court of Minnesota or (2) temporarily admitted pro hac vice for a specific case in accordance with our local rules (LR 83.5(d)).

Pro hac vice admissions in this district are for a specific case, and your affiliation with multiple cases on a pro hac vice basis must be by separate application and payment of the $25 admission fee for each individual case, with the exception of actions consolidated for pretrial purposes.

The attached Motion for Admission Pro Hac Vice must be completed in its entirety, as all information is necessary for data entry and retrieval purposes. A signed copy of the motion will be forwarded to local counsel after it has been granted. This form and other attorney forms are also available on the FORMS page of our website at www.mnd.uscourts.gov.

Mike Chutich
Attorney Admissions Clerk

## ELECTRONIC NOTICE OF ORDERS
(To be Completed by Proposed Admittee)

Under Fed.R.Civ.P.77 and Fed.R.Crim.P.49, the Clerk for the District of Minnesota is authorized to transmit notice of entry of judgment, orders or notices by electronic transmission in any case in which this capability exists and the undersigned appears as attorney of record.

The undersigned consents to receive all court-generated notices required by Fed.R.Civ.P. 77 by electronic means and understands that electronic notice will be in lieu of notice by mail unless the Court learns that a failure has occurred in which case notice will be effected by mail within 24 hours.

Signature of Proposed Admittee: [signature]

Typed Name of Proposed Admittee: Wayne M. Barsky

571905

2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE (612) 977-8400
FACSIMILE (612) 977-8650

**BRIGGS AND MORGAN**

PROFESSIONAL ASSOCIATION

RECEIVED
BY U.S. MAIL
2004 NOV 26 AM 9:14
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

WRITER'S DIRECT DIAL
(612) 977-8499
WRITER'S E-MAIL
mstreater@briggs.com

277953
277954

November 24, 2004

Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

**Re: Miken Composites, L.L.C. vs. Wilson Sporting Goods Co.**
**Court File Number: 02-CV-769 DSD/SRN**

Dear Sir:

Enclosed for filing are Motions For Admission Pro Hac Vice of Wayne Barsky and Jacqueline Curnutte. I also enclose two checks in the amount of $25 each for the admission fees for these individuals.

Very truly yours,

Michael H. Streater

MHS/aw
Enclosure
cc: Wayne Barsky

1685085v2