UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Miken Composites, L.L.C.,

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

Court File No. CV 02-769 DSD/SRN

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL**

---

TO: Wilson Sporting Goods Co. and its attorneys, Jeffrey A. Key, Key Law Office, 150 North Michigan Avenue, Suite 1115, Chicago, Illinois 60601, and Douglas J. Williams and Matthew A. Doscotch, Merchant & Gould, 80 South Eighth Street, Suite 3200, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that plaintiff Miken Composites, L.L.C. ("Miken"), through its undersigned attorneys, hereby moves the Court for an Order certifying its July 26, 2004 claim construction Order for interlocutory appeal. Miken further moves the Court to stay proceedings pending appeal of this issue. This motion is made pursuant to 28 U.S.C. § 1292(b) and is based upon the files, records and proceedings herein, including the memorandum of law filed herewith.

Defendant Wilson Sporting Goods Co. has advised Miken that it will not oppose this motion.

Dated: December 8, 2004

BRIGGS AND MORGAN, P.A.

By: s/Michael Streater
Michael H. Streater (#106331)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 977-8400

Kurt J. Niederluecke (#0271597)
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402
(612) 492-7000
**Attorneys for Plaintiff Miken Composites, L.L.C.**