UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Miken Composites, L.L.C.,

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

Court File No. CV 02-769 DSD/SRN

**ORDER**

---

This matter came before the undersigned Judge of the United Stated District Court for the District of Minnesota pursuant to plaintiff Miken Composites, L.L.C.'s Motion to Certify Interlocutory Appeal, dated December 8, 2004.

The Court, having considered plaintiff's arguments, defendant's non-opposition to the motion and upon all of the files, records and proceedings herein, hereby finds that its claim construction Order dated July 26, 2004 involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation. Based on the foregoing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Miken Composites, L.L.C.'s Motion to Certify Order for Interlocutory Appeal is

GRANTED;

2. The Court's July 26, 2004 claim construction Order is certified for immediate appeal pursuant to 28 U.S.C. § 1292(b); and

3. All proceedings in this case are stayed pending resolution of the claim construction Order on appeal to the Federal Circuit. Should the Federal Circuit deny the petition for permission to appeal, the parties shall promptly notify the Court.

DATED: December 9, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court