# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1] 02 cv 769 DSD|SRN

Miscellaneous Docket No. 783

MIKEN COMPOSITES, L.L.C.,

Plaintiff-Petitioner,

v.

WILSON SPORTING GOODS CO.,

Defendant-Respondent.

On Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b) from the U.S. District Court for the District of Minnesota in case 02-769(DSD/SRN), Judge David S. Doty.

Authorized Abbreviated Caption[2]

MIKEN v WILSON SPORTING GOODS, 05-M783

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

02cv 769 DSD|SRN

RECEIVED
BY U.S. MAIL
2005 JAN -3 AM 9:47
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

NOTICE OF DOCKETING

MISC. NO. 783 - MIKEN V WILSON SPORTING GOODS

12/29/04
(Date of Docketing)

A petition for permission to appeal has been filed.

Misc. No. 783 has been assigned.

Name of petitioner(s): MIKEN COMPOSITES, L.L.C.

Name of respondent(s), if known: WILSON SPORTING GOODS CO.

Related action: MN 02-769(DSD/SRN)

The representation statement, entry of appearance, and certificate of interest shall be served and filed within 10 days of the date of docketing. Facsimile transmission is permitted: (202) 633-9623.

Attachments (with recipients noted) to this notice include:

Official caption (All parties)
Entry of appearance form (All parties)
Admissions form (All counsel)

JAN HORBALY, Clerk

cc: MN
Michael H. Streater
Jeffrey A. Key