UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Miken Composites, L.L.C.,

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

Court File No. CV 02-769 DSD/SRN

**ORDER**

---

Pursuant to the parties' agreement, and it appearing that a temporary stay of this lawsuit will secure the just, speedy and inexpensive determination of the action,

**IT IS HEREBY ORDERED THAT:**

1. All proceedings in this case are stayed pending resolution of that certain action titled *Wilson Sporting Goods Co. v. Hillerich & Bradsby Co.*, United States Court of Appeals for the Federal Circuit, Court File No. 05-1103.

2. The parties shall promptly notify the Court upon resolution of the appeal referenced in paragraph 1 hereof.

DATED: March 17, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court