UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Miken Composites, L.L.C.,

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

---

Court File No. 02-CV-769 DSD/SRN

**SECOND DECLARATION OF KEITH T. DENNEHY**

I, Keith T. Dennehy, hereby declare as follows:

1. Assume two objects each having a circular cross-section. One object, referred to as the insert[1], is positioned within the other object, referred to as the frame[1]. No deformation is permitted in either of the two objects. In order for any separation to exist anywhere between the insert and the frame, the outer diameter of the insert has to be less than the inner diameter of the frame.

2. During the early third century BC the ancient Hellenistic mathematician, Euclid, proved, in what is known as *Euclid's Elements* (*Book III, Proposition 13*), that one circle cannot touch another, either externally or internally, at more than one point (see Appendix). As such, for any plane containing two objects, each of circular cross-section and one positioned within the other, where the outer diameter of the one is less than the inner diameter of the other, contact can occur at only one point around the circumference of the two objects. For this not to hold true would be to contradict *Euclid's Elements*, "one of the oldest extant axiomatic deductive treatments of geometry." *(ref: www.wikipedia.com)*

3. Euclid's proposition is applicable to an insert of circular cross-section and a tubular frame of circular cross-section. The insert is positioned within the frame and the outer diameter of the insert is less than the inner diameter of the frame.

a. If the centerline of the insert and the frame are coincident, then there can be no contact between the two (see Figure 1, an isometric view is shown along with the cross-section in the upper right corner, the insert is shown in red and the frame in transparent white).

Figure 1. Centerline of the insert and the frame are coincident.



b. Holding the position of the frame stationary and allowing the insert to move with respect to the frame, there are two basic types of movement possible, translation and

rotation. Translation is characterized as the movement of the insert with respect to the frame while maintaining the insert's centerline parallel to the centerline of the frame. Rotation is characterized as the clockwise/counterclockwise circular motion of the centerline of the insert with respect to the centerline of the frame. The insert can undergo pure translation (see Figure 2), pure rotation (see Figure 3), or some combination of translation and rotation with respect to the frame.

Figure 2. Translation of the insert with respect to the frame.



Figure 3. Rotation of the insert with respect to the frame.




c. If the movement of the insert is enough to produce contact with the frame, the contact between the insert and the frame can take one of three forms.

i. A pure translation will result in the contact occurring along an infinitesimally thin line that runs the full length of the frame (see the line in Figure 2).

ii. A pure rotation will result in the contact occurring at opposing infinitesimally small points at the top and bottom of the frame (see the points in Figure 3).

iii. A combination of translation and rotation will result in the contact occurring either at opposing points at the top and bottom of the frame or at a single point at the top or the bottom of the frame.

The infinitesimally thin line or the infinitesimally small point(s) described above are the only locations along the entire interface between the insert and the frame where contact occurs.

4. Visual evaluation of the walls from the impact portions of the bats sectioned in the Expert Reports of Keith T. Dennehy dated October 15, 2003 and January 15, 2004 indicated no separation between the inserts and the frames (excluding the Viper and hhd bats which utilized aluminum inserts). Optical microscopy images taken of one of the walls from each of the same sectioned bats confirmed this. By sectioning the bats in this manner, two points of contact are shown to exist between the inserts and the frames around the circumference of the bats and at any cross-section along the lengths of the impact portions of the bats. Applying Euclid's proposition, because more than one point of contact is present, contact must then occur around the entire circumference (assuming the inserts and frames are of circular cross-section and not deformable). It is not possible for these bats to have a separation between the inserts and the frames that forms even part of an "annular"[2] shape if there is more than one point of contact around the circumference of the same cross-section. It was only under the high magnification of a scanning electron microscope (SEM) that some intermittent separation was seen between the inserts and the frames of the bats evaluated. Yet even under this level of extreme magnification, separation between the inserts and the frames was barely perceptible.

[1]As in all previous documents (the Declaration of Keith T. Dennehy dated September 3, 2004 and the Expert Reports of October 15, 2003, December 1, 2003, and January 15, 2004) the term "insert" is used to identify an inner object or layer and the term frame is used to refer to an outer object or layer. The terms "insert" and "frame" are not used to imply any information regarding the nature of the manufacturing and/or assembly processes.

[2]For the purposes of this declaration the meaning of "annular" is given as "of or relating to an area formed by two concentric circular or curved regions."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 11, 2006

*s/ Keith T. Dennehy*

Keith T. Dennehy

Appendix

90 *BOOK III. PROP. XIII. THEOR.*

FIGURE I.



FIGURE II.



ONE *circle cannot touch another, either externally or internally, in more points than one.*

FIGURE III.



*Fig.* 1. For, if it be poſſible, let  and  touch one another internally in two points; draw ——— joining their centres, and produce it until it paſs through one of the points of contact (B. 3. pr. 11.);

draw ——— and ———,

But - - - - - - = ——— (B. 1. def. 15.),

∴ if ——— be added to both,

——····· = ——— + ———;

but ——······ = ——— (B. 1. def. 15.),

and ∴ ——— + ——— = ———; but ——— + ——— ⊏ ——— (B. 1. pr. 20.), which is abſurd.

from: Oliver Byrne's edition of Euclid, published in 1847 by William Pickering and printed by Chiswick Press.