**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Miken Composites, L.L.C.,

Plaintiff,

v.

Wilson Sporting Goods Co.,

Defendant.

Court File No. 02-CV-769 DSD/SRN

**SECOND SUPPLEMENTAL DECLARATION OF MICHAEL H. STREATER**

Michael H. Streater hereby declares:

1. I am an attorney with Briggs and Morgan, P.A., the attorneys representing plaintiff in this matter. I am personally familiar with the matters set forth in this Declaration.

2. Attached as Exhibit A are certain pages from the Deposition of Douglas Guenther, taken May 12, 2004.

3. Attached as Exhibit B are certain pages from the brief of Plaintiff – Appellant Wilson Sporting Goods Co. filed with the Federal Circuit Court of Appeals in the action titled Wilson Sporting Goods Co. v. Hillerich & Bradsby Co., Court File No. 05-1103.

4. Attached as Exhibit C are certain pages from the transcript to the oral argument before the Federal Circuit in the case referenced in paragraph 2.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2006

s/Michael H. Streater
Michael H. Streater