**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Case No. 0:02-CV-769 (DSD/SRN)**

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on May 12, 2006, I electronically filed following:

1. **MIKEN COMPOSITES, L.L.C.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;**

2. **SECOND DECLARATION OF KEITH T. DENNEHY; AND**

3. **SECOND SUPPLEMENTAL DECLARATION OF MICHAEL H. STREATER.**

with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| **Matthew A. Doscotch** | **mdoscotch@merchant-gould.com, lbeckman@merchant-gould.com, usdcservice@merchant-gould.com** |
| **Douglas J. Williams** | **dwilliams@merchant-gould.com, cfirner@merchant-gould.com, usdcservice@merchant-gould.com** |

I further certify that I mailed the foregoing documents and the notice of electronic filing via U.S. Mail to the following non-CM/ECF participant:

**Jeffery A. Key**
**Key Law Office**
**150 N. Michigan Ave. Ste. 1115**
**Chicago, IL 60601**

Dated: May 12, 2006

*s/Michael H. Streater*
Michael H. Streater (MN #106331)