**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MIKEN COMPOSITES, L.L.C., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 02-CV-769 DSD/SRN |
| WILSON SPORTING GOODS CO., | ) | |
| Defendant. | ) | |

**DECLARATION OF JEFFER ALI**

I, Jeffer Ali, declare as follows:

1. I am an attorney with Merchant & Gould P.C., counsel for Defendant, Wilson Sporting Goods Co. I make this declaration on my own information, knowledge and belief.

2. Attached hereto as Exhibit A is a true and correct copy of a second amended claim chart.

3. Attached hereto as Exhibit B is an Appendix of Figures to Defendant Wilson Sporting Goods Co.'s Supplemental Memorandum in Opposition to Plaintiff's Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2006

***s/Jeffer Ali***
Jeffer Ali