# APPENDIX




**Figure 1,** Miken Edge cut in half lengthwise, showing separate insert member within the frame of the so-called "new bat.".




**Figures 1A and 1B,** Miken Ultra and Ultra II bats with inserts slid out from their respective frames.




**Figure 10,** Miken Velocit-E II with 0.001" feeler gauge inserted between outer frame and insert in a 1/4" ring cut from the bat's impact section. The feeler gauge was inserted without the use of lubricant, while the frame and insert were kept in their original configuration.




**Figure 11,** Miken Ultra with 0.001" feeler gauge inserted as in Figure 10.



.

**Figure 12,** Miken Ultra with 0.001" feeler gauge inserted through all five (5) adjoining ring cuts.



**Figure 3,** Miken Ultra, with visible light between frame and insert, without use of any magnification. The separation is part of an annular shape.

**CHART A**




When the Miken bat insert and frame members are glued, they are stiff, acting like a single wall, which proves that in original condition, each of the nine accused models of Miken bats have a separation sufficient to permit independent movement. The data also confirms that in their original, leaf-spring like configuration, each of the Miken bat impact portions are elastically deflectable to close the separation