**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MIKEN COMPOSITES, L.L.C., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 02-CV-769 DSD/SRN |
| WILSON SPORTING GOODS CO., | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2006, I caused the following documents:

> ***Defendant Wilson Sporting Goods Co.'s Supplemental Memorandum in Opposition to Plaintiff's Motion for Summary Judgment***
>
> and
>
> ***Declaration of Jeffer Ali, and accompanying Exhibits A and B***

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following counsel of record in the case:

| | |
|---|---|
| Michael H. Streater | mstreater@briggs.com |
| Kurt J. Niederluecke | kniederluecke@fredlaw.com |

Dated: May 12, 2006 *s/Douglas J. Williams*