**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MIKEN COMPOSITES, L.L.C., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 02-CV-769 DSD/SRN |
| WILSON SPORTING GOODS CO., | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Jeffer Ali shall appear as counsel of record for Defendant Wilson Sporting Goods Co. in this case.

Respectfully submitted,

*s/Jeffer Ali*

Douglas J. Williams (#11735)
Jeffer Ali (# 247,947)
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081