**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MIKEN COMPOSITES, L.L.C., Plaintiff, | ) | |
| v. | ) | Civil Action No.: 02-CV-769 DSD/SRN |
| WILSON SPORTING GOODS CO., Defendant. | ) | |

## APPLICATION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Matthew A. Doscotch, currently listed as counsel of record for Wilson Sporting Goods Co., wishes to withdraw as counsel for Defendant Wilson Sporting Goods Co. in this case for the following reason(s):

1. I am no longer working on the above-referenced case.

Respectfully submitted,

Dated: May 15, 2006

*s/Matthew A. Doscotch*
Jeffer Ali (# 247,947)
Matthew A. Doscotch (#29973X)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 332-5300
Fax: (612) 332-9081