**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MIKEN COMPOSITES, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>WILSON SPORTING GOODS CO.<br><br>Defendant. | **Court File No. 02-CV-769 DSD/SRN** |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Wilson Sporting Goods Co. in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment Order, entered on August 10, 2006, granting summary judgment of non-infringement in favor of Plaintiff Miken Composites, LLC and dismissing the action.

This appeal is timely having been duly filed within 30 days of entry of the above stated Final Judgment Order as required under Fed. R. App. P. 4(a).

Dated: September 7, 2006

s/ Jeffer Ali
Douglas J. Williams (#117,353)
Jeffer Ali (#247,947)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN. 55402-4131
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Jeffery A. Key, Esq. (admitted pro hac vice)
Key & Associates
150 N. Michigan Ave., Suite 1115
Chicago, Illinois 60601
Telephone: (312) 560-2148
Facsimile: (312) 553-1232

Attorneys for Defendant
Wilson Sporting Goods Co.