**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MIKEN COMPOSITES, L.L.C., Plaintiff, | ) | **Court File No. 02-CV-769 DSD/SRN** |
| v. | ) | |
| WILSON SPORTING GOODS CO. Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, I caused the following documents:

1. Appeal Transcript Purchase Order; and
2. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael H. Streater (mstreater@briggs.com)
Briggs and Morgan
2400 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Kurt J. Niederluecke (kniederluecke@fredlaw.com)
Fredrickson & Byron
4000 Pillsbury Center
200 South 6th Street
Minneapolis, MN 55402

Dated: September 13, 2006

s/ Jeffer Ali________________
Jeffer Ali