4464100710

Receipt Number: [illegible]
Cashier ID: [illegible]
Transaction Date: 09/07/2006
Payer Name: MERCHANT GOULD

---

NOTICE OF APPEAL/DOCKETING FEE
For: MERCHANT GOULD
Case/Party: D-MNX-0-02-CV-000769-001
Amount: $455.00

---

CHECK
Check/Money Order Num: 457[illegible]
Amt Tendered: $455.00

---

Total Due: $455.00
Total Tendered: $455.00
Change Amt: $0.00

DSD/SRN

SCANNED
SEP 15 2006
U.S. DISTRICT COURT MPLS