COPY

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

RECEIVED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
SEP 18 2006
JAN HORBALY
CLERK

September 13, 2006

Ms. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RE: District Court Civil Case #: 02-769 DSD/SRN
Federal Circuit Case #:
Case Caption: Miken Composites, L.L.C. v. Wilson Sporting Goods Co.

Dear Ms. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

X Federal Circuit Appeal Information Sheet *

X Notice of Appeal

X Pleading(s) being appealed

X Docket entries

___ Other:

The Statutory filing fee has:

___ been paid. Receipt number:

X not been paid:

- ___ USA appealed
- ___ In Forma Pauperis
- X Fee wasn't included with the appeal
- ___ Motion Pending
- ___ Other:

RECEIVED BY MAIL
SEP 22 2006
CLERK US DIST COURT MINNEAPOLIS MN

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK

BY: Rena L. Riemer
Deputy Clerk

SCANNED
SEP 22 2006
U.S. DISTRICT COURT MPLS

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

X United States District Court for the District of Minnesota

___ United States Court of International Trade

___ United States Court of Federal Claims

___ United States Court of Appeals for Veterans Claims

Type of Case: Patent Infringement

Miken Composites, LLC v. Wilson Sporting

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order or opinion.)

Docket No. 86 Date of Judgment / Order 8/10/06

Cross or related appeal? No Date of Notice of Appeal 9/7/06

Appellant is: ___ Plaintiff X Defendant ___ Other: ___

FEES: Court of Appeals docket fee paid? ___ Yes X No

U.S. Appeal? ___ Yes X No

In forma pauperis? ___ Yes X No

Is this matter under seal? ___ Yes X No

COUNSEL: (List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

See Separate Sheet

Court Reporter (name and telephone): Lorilee Fink 612-664-5105

IMPORTANT: Attach a copy of the judgement or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.