# United States Court of Appeals for the Federal Circuit

2006-1628

050

RECEIVED BY MAIL
MAR 03 2008
CLERK US DIST COURT MINNEAPOLIS MN

MIKEN COMPOSITES, L.L.C.,

Plaintiff-Appellee,

v.

WILSON SPORTING GOODS COMPANY,

Defendant-Appellant.

## Judgment

***ON APPEAL from the*** United States District Court for the District of Minnesota

***in CASE NO(S).*** 02-CV-769

***This CAUSE having been heard and considered, it is***

***ORDERED and ADJUDGED:***

**AFFIRMED.**

***ENTERED BY ORDER OF THE COURT***

***DATED*** FEB - 6 2008

*Jan Horbaly, Clerk*

SCANNED
MAR 03 2008
U.S. DISTRICT COURT MPLS

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Kelly Wrenick Date: 2-27-08

**ISSUED AS A MANDATE:** FEB 27 2008

# United States Court of Appeals for the Federal Circuit

RECEIVED
BY MAIL
MAR 03 2008
CLERK US DIST COURT
MINNEAPOLIS MN

2006-1628

MIKEN COMPOSITES, L.L.C.,

Plaintiff-Appellee,

v.

WILSON SPORTING GOODS COMPANY,

Defendant-Appellant.

Julian Wing-Kai Poon, Gibson Dunn & Crutcher, LLP, of Los Angeles, California, argued for plaintiff-appellee. On the brief were Wayne M. Barsky and S. Ashlie Beringer. Of counsel were Aileen Y. Mo, of San Francisco and Miguel A. Estrada, of Washington, DC. Of counsel on the brief were Michael H. Streater, Briggs & Morgan, P.A., of Minneapolis, Minnesota, and Kurt J. Niederluecke, Frederickson & Byron, P.A., of Minneapolis, Minnesota.

Michael R. Levinson, Seyfarth Shaw LLP, of Chicago, Illinois, argued for defendant-appellant. With him on the brief was Louis S. Chronowski. Of counsel on the brief was Jeffery A. Key, Key & Associates, of Chicago, Illinois.

Appealed from: United States District Court for the District of Minnesota

Senior Judge David S. Doty